FORM 2
COVER SHEET

05-1259L

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Sheila Nicholson, Shelley Nicholson and Richard Hirstsus

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Mitchell J. Hoffman

Firm Name: Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P.

Post Office Box:

Street Address: 701 Poydras St., Suite 3600

City-State-Zip: New Orleans, LA 70139-7735

Telephone & Facsimile Numbers: (504)581-2450; F (504)581-2461

Is the attorney of record admitted to the Court of Federal Claims Bar? No

If NO, please call (202) 357-6406 for admission papers and instructions. Application submitted simultaneously

Nature of Suit Code: 5 1 2
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A R M
See attached sheet for three-digit codes.

Amount Claimed: $ 100,000,000,000.00 Estimate
Use estimate if specific amount is not pleaded.

Bid Protest: $
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.