IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, and<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-1259L<br><br>Hon. Lawrence M. Baskir |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of Fred Disheroon as counsel for Defendant United States of America in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Fred R. Disheroon
Special Litigation Counsel
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 616-9649
Fax: (202) 305-0506

Overnight and hand deliveries should be addressed to:

Fred R. Disheroon
Special Litigation Counsel
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Room 3022
601 D Street, NW
Washington, D.C. 20004

Dated: March 20, 2006

Respectfully submitted,

s/ Fred Disheroon by Mark Romley

Fred R. Disheroon
Special Litigation Counsel
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 616-9649
Fax: (202) 305-0506