# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **SHELIA A. NICHOLSON, *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-1259L |
| **THE UNITED STATES,** | * | (Filed Mar. 22, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

______Pursuant to ¶5 of the Second Amended General Order No. 40 – Notice of ADR Pilot Program and ADR Pilot Procedures (Mar. 17, 2004),

**IT IS ORDERED**, as follows:

This case is not appropriate for the Early Neutral Evaluation phase of ADR at this time. The parties shall contact the undersigned's Judicial Assistant at 202/357-6620 to schedule a telephone conference call after a period of six months or when one half of the discovery period has elapsed, whichever is earlier.

s/ Christine O.C. Miller

___________________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir