# In the United States Court of Federal Claims

Case No. 05-1259L
(Filed: June 2, 2006)

| | |
|---|---|
| SHEILA NICHOLSON, SHELLEY NICHOLSON, AND RICHARD HIRSTSUS, *Plaintiffs,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

The Court intends to schedule a telephonic preliminary status conference (on the record) during the month of July to discuss the discovery plan for this case.

Accordingly, it is ORDERED that the parties agree upon three dates during July and **notify** the Court's Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than June 9, 2006.** Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge