# In the United States Court of Federal Claims

Case No. 05-1259L
(Filed: June 12, 2006)

*******************************************************
SHEILA NICHOLSON, SHELLEY NICHOLSON, *
AND RICHARD HIRSTSUS, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*******************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference (on the record) is scheduled for 2:00 p.m., on Thursday, July 27, 2006. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge