# In the United States Court of Federal Claims

Case No. 05-1259L
(Filed: August 21, 2006)

**********************************************************

| | |
|---|---|
| SHEILA NICHOLSON, SHELLEY NICHOLSON, AND RICHARD HIRSTSUS, | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| | * |

**********************************************************

## ORDER

The Court held a preliminary status conference in this matter on August 21, 2006. The Defendant intends to file a motion for summary judgment, pursuant to RCFC 56. Accordingly, discovery is not necessary at this time.

The parties agreed to the following schedule for the briefing of Defendant's motion:

- Defendant shall file its opening brief no later than October 18, 2006;
- Plaintiffs shall file their response no later than November 17, 2006;
- Defendant shall file its reply no later than December 8, 2006; and
- the parties shall jointly file a Consolidated Statement of Uncontroverted Facts no later than December 15, 2006.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge