IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SHEILA NICHOLSON, and<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-1259L<br><br>Hon. Lawrence M. Baskir |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant, United States of America, hereby moves for an enlargement of time of twelve days, or to and including October 30, 2006, for the filing of its dispositive motion on jurisdictional grounds in the above referenced matter.

At present, Defendant's motion is due October 18, 2006, pursuant to the Court's order of August 21, 2006.

No previous enlargements of time of this deadline have been requested.

Defendant is requesting this enlargement in order to better coordinate its internal position on this motion. Further, granting Defendant an additional twelve days to file its brief will not prejudice Plaintiffs because

Defendant has agreed to allow Plaintiffs thirty days, or to and including November 29, 2006, in which to file their Response. This is the same amount of time Plaintiffs were given to respond in the Court's order of August 21, 2006. Defendant requests that the date for its Reply also be moved twelve days, or to and including December 20, 2006.

On October 5, 2006, counsel for the Defendant conferred with counsel for the Plaintiffs who indicated that they do not object to this enlargement.

WHEREFORE, Defendant respectfully requests a twelve day enlargement of time in which to file its dispositive motion.

Dated: October 6, 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

s/ Fred Disheroon by Mark T. Romley
FRED R. DISHEROON, Special Litigation Counsel
MARK T. ROMLEY, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. St. N.W., Room 3022
Washington, D.C. 20004
Telephone: (202) 616-9649
Fax: (202) 616-9667