# In the United States Court of Federal Claims

Case No. 05-1259L
(Filed: October 11, 2006)

*******************************************************
SHEILA NICHOLSON, SHELLEY NICHOLSON, *
AND RICHARD HIRSTSUS, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*******************************************************

## ORDER

Defendant's unopposed **Motion for Enlargement of Time** of 12 days to file its dispositive motion on jurisdictional grounds is hereby **GRANTED.**

**Defendant shall file its dispositive motion no later than October 30, 2006;**

**Plaintiff shall file its opposition no later than November 29, 2006;**

**Defendant shall file its reply no later than December 20, 2006; and,**

**The Consolidated Statement of Uncontroverted Facts is due no later than December 30, 2006.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge