**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SHEILA NICHOLSON, SHELLEY NICHOLSON AND RICHARD HIRSTSUS,**

**Plaintiffs**

**NO. 05-1259 "L"**

**VERSUS**

**Hon. Lawrence M. Baskir**

**THE UNITED STATES OF AMERICA and the U.S. ARMY CORPS OF ENGINEERS,**

**Defendants**

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO THE UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT**

**NOW COMES,** Sheila Nicholson, Shelley Nicholson and Richard Hirstsus, plaintiffs herein and move this Court for an enlargement of time to file their reply to the Motion for Summary Judgment filed by the United States of America and/or to file a Rule 56 F Motion to Continue the Consideration of the United States of America's Motion for Summary Judgment. The reasons for this motion are contained in the attached Memorandum in Support thereof.

Respectfully submitted,

**LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER, L.L.P.**

**BY:** *s/Mitchell J. Hoffman*
**MITCHELL J. HOFFMAN (#6896)**
**One Shell Square, Suite 3600**
**701 Poydras Street**
**New Orleans, Louisiana 70139-7735**
**Telephone: (504) 581-2450**
**Facsimile: (504) 581-2461**
**Attorneys for Plaintiffs**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SHEILA NICHOLSON, SHELLEY NICHOLSON
AND RICHARD HIRSTSUS,

Plaintiffs

VERSUS

THE UNITED STATES OF AMERICA and the
U.S. ARMY CORPS OF ENGINEERS,

Defendants

NO. 05-1259 "L"

Hon. Lawrence M. Baskir

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME AND TO CONTINUE CONSIDERATION OF MOTION FOR SUMMARY JUDGMENT**

This memorandum is submitted on behalf of Sheila Nicholson, Shelley Nicholson and Richard Hurstsus in support of their Motion for Enlargement of Time to file a reply to the Motion for Summary Judgment filed by the United States of America and/or file a Rule 56 F Motion to Continue Consideration of the United States of America's Motion for Summary Judgment.

On October 30, 2006, the United States of America filed a Motion for Summary Judgment in this case. Included within that motion are a vast array of factual statements that the United States of America believes supports its case.

At present, plaintiff's reply memorandum is due on November 29, 2006.

No previous enlargements of time of this deadline have been requested.

In order to appropriately address the vast array of factual allegations, plaintiffs require additional time to file its brief and to determine if it is necessary to secure affidavits, take depositions or conduct other discovery to address all of the facts asserted by the United States of America.

Undersigned counsel has personally spoken to Mark Romley, trial attorney for the United States of America, and Mr. Romley has expressed no opposition to a thirty (30) day enlargement of time for filing his reply brief and/or a Rule 56 F Motion to Continue the Consideration of this Motion by the Court.

For these reasons, plaintiffs respectfully request an enlargement of time to file its reply to the United States of America's Motion for Summary Judgment and/or a Rule 56 F Motion to Continue the United States of America's Motion for Summary Judgment.

Respectfully submitted,

**LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER, L.L.P.**

**BY:** *s/Mitchell J. Hoffman*
**MITCHELL J. HOFFMAN (#6896)**
**One Shell Square, Suite 3600**
**701 Poydras Street**
**New Orleans, Louisiana 70139-7735**
**Telephone: (504) 581-2450**
**Facsimile: (504) 581-2461**
**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I certify that I have on this _______ day of November, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile transmission, hand delivery, or by United States mail, properly addressed, and first class postage prepaid.

**BY:** *s/Mitchell J. Hoffman*
**MITCHELL J. HOFFMAN**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SHEILA NICHOLSON, SHELLEY NICHOLSON AND RICHARD HIRSTSUS,**

**Plaintiffs**

**VERSUS**

**THE UNITED STATES OF AMERICA and the U.S. ARMY CORPS OF ENGINEERS,**

**Defendants**

**NO. 05-1259 "L"**

**Hon. Lawrence M. Baskir**

**ORDER**

**IT IS ORDERED** that plaintiffs request for an enlargement of time to file it opposition to the United States of America's Motion for Summary Judgment shall be granted. Plaintiffs are to file their opposition and/or Motion under Rule 56 F for a continuance of the United States of America's Motion for Summary Judgment on or before December 29, 2006.

Washington, D.C. this _____ day of ____________________, 2006.

____________________________
**J U D G E**