# In the United States Court of Federal Claims

Case No. 05-1259L
(Filed: November 29, 2006)

*******************************************************
SHEILA NICHOLSON, SHELLEY NICHOLSON, *
AND RICHARD HIRSTSUS, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*******************************************************

## ORDER

Plaintiffs' unopposed **Motion for a 30-day Enlargement of Time, until December 29, 2006,** to file its response to Defendant's Motion for Summary Judgment is hereby **GRANTED.**

**Defendant shall file its reply no later than January 22, 2007.**

**The Consolidated Statement of Uncontroverted Facts is due no later than January 29, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge