**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SHEILA NICHOLSON, SHELLEY NICHOLSON AND RICHARD HIRSTSUS,**

**Plaintiffs**

**VERSUS**

**THE UNITED STATES OF AMERICA and the U.S. ARMY CORPS OF ENGINEERS,**

**Defendants**

**NO. 05-1259 "L"**

**Hon. Lawrence M. Baskir**

**PLAINTIFFS' SECOND MOTION FOR ENLARGEMENT OF TIME AND INCORPORATED MEMORANDUM**

**NOW COMES,** Sheila Nicholson, Shelley Nicholson and Richard Hirstsus, plaintiffs herein, and move this Court for a second enlargement of time to file its reply to the United States of America's Motion for Summary Judgment and/or to file a Rule 56 F Disclosure and/or Motion to Continue.

This Court granted plaintiffs an enlargement of time of thirty (30) days through December 29, 2006. An additional fifteen (15) days is required in light of the Christmas holidays and the year end crush of business.

Undersigned counsel has communicated with Mark T. Romley, counsel for the United States of America, who has expressed no opposition to a further fifteen (15) day extension or through January 12, 2007.

For these reasons, plaintiffs respectfully request an enlargement of time through January 12, 2007 to file their reply memorandum to the United States of America's Motion for Summary Judgment and/or to file a Rule 56 F Disclosure and/or Motion to Continue.

If this motion is granted, then the United States of America's time to file its reply to plaintiffs' reply should be extended bu an appropriate amount of time.

Respectfully submitted,

**LOWE, STEIN, HOFFMAN,**
**ALLWEISS & HAUVER, L.L.P.**

**BY:** *s/Mitchell J. Hoffman*
**MITCHELL J. HOFFMAN (#6896)**
**One Shell Square, Suite 3600**
**701 Poydras Street**
**New Orleans, Louisiana 70139-7735**
**Telephone: (504) 581-2450**
**Facsimile: (504) 581-2461**
**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I certify that I have on this 21st day of December, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile transmission, hand delivery, or by United States mail, properly addressed, and first class postage prepaid.

**BY:** *s/Mitchell J. Hoffman*
**MITCHELL J. HOFFMAN**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SHEILA NICHOLSON, SHELLEY NICHOLSON AND RICHARD HIRSTSUS,**

**Plaintiffs**

**VERSUS**

**THE UNITED STATES OF AMERICA and the U.S. ARMY CORPS OF ENGINEERS,**

**Defendants**

**NO. 05-1259 "L"**

**Hon. Lawrence M. Baskir**

**ORDER**

Considering the foregoing motion:

**IT IS ORDERED** that plaintiffs' request for a Second Enlargement of Time is hereby granted. Plaintiffs shall file its reply to the United States of America's Motion for Summary Judgment and/or its Rule 56 F Disclosure and/or Motion to Continue on or before January 12, 2007. The United States of America shall file its response thirty (30) days thereafter.

Washington, D.C. this _____ day of ____________________, 2006.

______________________________
**JUDGE**