# In the United States Court of Federal Claims

Case No. 05-1259L
(Filed: January 3, 2007)

*********************************************************

SHEILA NICHOLSON, SHELLEY NICHOLSON, AND RICHARD HIRSTSUS,
*Plaintiffs,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*

*********************************************************

## ORDER

Plaintiffs' unopposed **Motion for a 15-day Enlargement of Time, until January 12, 2007,** to file its response to Defendant's Motion for Summary Judgment is hereby **GRANTED.**

**Defendant shall file its reply no later than February 6, 2007.**

**The Consolidated Statement of Uncontroverted Facts is due no later than February 13, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge