


Figure 2. Outline of the New Orleans and Southeast Louisiana Hurricane Protection System


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.




Figure 3. General schematic of major hurricane protection structures used in New Orleans and vicinity


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.




Figure 4. Map showing detailed geometry and features of the New Orleans metropolitan area

The path followed by Hurricane Katrina, shown in Figure 5, caused severe surge and wave conditions on the east side of the hurricane protection system, from Lake Pontchartrain to southern Plaquemines Parish. It struck early on the morning of 29 August 2005, after building up water levels to the east of New Orleans for several days. Katrina was a Category 5 storm with up to 175-mph winds until it was approximately 170 miles from landfall. When it reached landfall at Buras, LA, around 0630 hr, wind speeds were at 127 mph, but the long path through the Gulf had built up record levels of surge and waves, larger than any previous storm to strike the area, or the North American continent.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.




Figure 5. Hurricane Katrina path and intensity history

Katrina (a Category 3 storm at landfall) generated substantially higher surges than Camille (a Category 5 storm at landfail) in the area where they both made a direct hit. Whereas the Saffir-Simpson scale is a good predictor of wind damage from hurricanes, it is not a particularly good predictor of the surge and wave generation potential for these storms. Hurricane Katrina had much greater wave and storm surge generation potential than the Standard Project Hurricane storms used to design the hurricane protection system.

Katrina swept through the New Orleans area rapidly, making a second landfall at Pearl River, MS, around 0945 hr with wind speeds still around 121 mph. With it came record rainfall as shown in Figure 6. Over a 24-hr period sections of New Orleans near the intersection of Lake Pontchartrain and the IHNC received over 14 in. of rainfall. The previous record was from Hurricane Betsy which dumped up to 7 in. in the same time frame. This rainfall was to become at least 20 percent of the total volume of water that flooded the New Orleans Metropolitan area. The east and south facing levees of New Orleans East, St. Bernard and Plaquemines Parishes absorbed the brunt of the storm, experiencing surge and waves significantly beyond their design levels. Overtopping was common and would persist in some areas for hours.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.




Figure 6. Hurricane Katrina rainfall totals

Literally all of the gauging instruments to measure water conditions were destroyed by Katrina. Other than high-water marks, and the devastation, there were few measurements to confirm the actual water level time histories resulting from the storm. The IPET used the ADCIRC model with a very high-resolution computational grid to model the storm and predict the time history of the surge levels that occurred at different locations around the region. Figure 7 shows the maximum surge levels predicted for Katrina. The high water marks were used to confirm the accuracy of the model results, and in most cases they agree to within a foot. Surge levels ranged from in the neighborhood of 10-12 ft along the south shore of Lake Pontchartrain to 20 ft along the Plaquemines levees. Even enclosed areas such as the IHNC experienced water levels above 14 ft, not including waves.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 7. Maximum computed storm water level using the ADCIRC model, Mississippi to Louisiana region, water levels in feet, NAVD88 (2004.65).

Winds from Katrina generated a record-wave environment. Again, the lack of measurements caused the IPET to model the wind-generated waves to determine the conditions created by the storm. IPET used a nested approach that used the WAM model to generate wind wave fields for the entire Gulf, and STWAVE to model nearshore waves in and around New Orleans. The resulting wave heights and wave periods are shown in Figures 8-11. They demonstrate that the Katrina-generated wave environment was severe. The most significant finding was that the waves along the GIWW, St. Bernard, and Plaquemines levees were ocean-generated waves, with a wave period in the 16-sec range, much more capable of runup and overtopping structures.




Figure 8. Lake Pontchartrain maximum modeled significant wave height and corresponding mean direction (wave heights in feet)


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.




Figure 9. Lake Pontchartrain modeled peak wave period corresponding to the maximum wave height (periods in sec)




Figure 10. Southeast Louisiana maximum modeled wave height (wave heights in feet)


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.




Figure 11. Southeast Louisiana modeled peak wave period corresponding to the maximum wave height (periods in sec)

Figure 12 shows the locations of the most severe damage to the hurricane protection system. Approximately 169 miles of the protective structures were significantly damaged by Katrina-generated surge and waves, as well as 34 of 71 pumping stations. A total of 41 miles of structures was judged to be severely damaged. There were a total of 50 major breaches, areas where the structures failed, causing a dramatic reduction in protective elevation and losing the ability to prevent the inflow of external water. Of the 50 major breaches, four were caused by foundation-induced failures and the remainder from a combination of overtopping and scour. Three of the four foundation breaches occurred in the outfall canals and one in the IHNC. I-wall

structures were particularly vulnerable as were levee sections created from hydraulic fill and transitions where either elevation or strength differences occurred from changes in structure type or capability.




Figure 12. Locations (in red) of severe damage to hurricane protection structures resulting from Katrina

The storm surge and waves first attacked the Plaquemines levees well before Katrina's landfall, causing significant overtopping and erosion before dawn. The MRGO levees were soon hit with similar conditions and eventually both Plaquemines and St. Bernard levees would be overtopped by both high surge and high, long-period waves. The persistent east to west winds had also built up a significant surge level at the convergence of the GIWW and the IHNC. Wind-generated waves reached at least 4 ft in the IHNC, contributing to very high water and dynamic loading on structures. The surge and waves had a devastating effect on the sections of the levees along the GIWW (Figure 13) and MRGO (Figure 14) that were constructed with hydraulic fill. The overtopping waves created very high water velocities down the back sides of the levees, reaching 10 to 15 ft/sec. These velocities were two to three times those experienced on the water side of the levees. The potential for erosion being related to the cube of velocity, it is no wonder that the back sides of the levees, especially where they were comprised of erodible materials, were scoured away leading to, in many cases, complete breaching. Figure 15 shows the close correlation between the degree of breaching from overtopping and erosion and the types of


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

materials, In this example for New Orleans East, the correspondence of breaching and hydraulic fill constructed levees is obvious.



Figure 13. Example of levee along New Orleans East, GIWW, breaching from overtopping and scour of erodible materials



Figure 14. Example of levee breach along MRGO from overtopping and scour of erodible materials


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.




Figure 15. Correlation of levee breaching with type of levee materials for New Orleans East

Four I-wall failures that resulted in breaches and very significant flooding occurred on the morning of August 29th.

At about 5:00 AM, the Lower Ninth Ward was flooded by a breach in the I-wall on the east side of the IHNC. The failure occurred when the water elevation in the IHNC was 10.5 ft, about 2.0 ft below the top of the wall. The failure was caused by instability in the foundation soils beneath the I-wall and the levee. The failure was aggravated by deflection of the I-wall as the water rose in the canal. This movement of the I-wall caused separation of the wall from the levee fill soil on the canal side of the wall, and formation of a gap extending down to the bottom of the wall. Water entering this crack subjected the wall to high water pressures and greatly increased loads, leading to gross instability and a breach through the wall as the water continued to rise.

At about 6:30 AM, with water at elevation 7.0 ft in the 17th Street Canal, the I-wall on the east side of the canal was breached, flooding the adjacent neighborhoods. The mechanism of failure was the same as at the IHNC – development of a gap between the I-wall and the levee fill, which resulted in increased water load on the wall. The design of the wall at this location had not recognized lower strength beneath the toe of the levee than beneath the crest, and this fact resulted in an I-wall with less capacity than would otherwise have been the case.

At about 7:00 AM a breach occurred on the London Avenue Canal near Mirabeau Avenue. About an hour later a second breach occurred on the London Avenue Canal, near Robert E. Lee Boulevard. Like the 17th Street Canal and the IHNC breaches that occurred earlier, the London Avenue Canal breaches involved formation of a gap between the wall and the levee fill on the canal side of the wall (Figure 16). At the London Avenue Canal, an additional effect of the gaps was that water flowed down through the gaps into the underlying sand. High water pressures in the sand uplifted the marsh layer on the landside of the levee, resulting in concentrated flow and erosion, removing material and reducing support for the floodwall, which failed catastrophically.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 16. Example of I-wall breach on London Avenue Outfall Canal (north breach) resulting from formation of a crack along the water side of the floodwall, introducing high pore pressures under the levee and causing uplift and failure

The I-wall failure mechanisms at the IHNC, 17th Street Canal, and London Avenue were investigated by field explorations, laboratory tests to measure soil properties, limit equilibrium analyses of stability, finite element analyses of seepage and soil-structure interaction, and centrifuge model tests. These numerical analyses and physical tests all showed that the formation of gaps behind the walls was a key element in the failure (Figure 17).

After the I-wall failure that resulted in the breach at the IHNC, the water level in the canal continued to rise (Figure 18). At 9:00 AM, the water reached elevation 14.2 ft, 1.7 ft above the tops of the levees and floodwalls. Water flowing over the walls when they were overtopped eroded trenches on the protected side of the walls as it cascaded onto the levee fill. Soil that was providing support for the walls was removed by this erosion, making the walls less stable, resulting in two additional floodwall breaches, one on the east side of the IHNC, south of the first breach, and one on the west side. A fourth IHNC breach occurred when an overtopped levee on the west side was eroded away when it was overtopped.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.




Figure 17. Depiction of failure mechanism for 17th Street and IHNC foundation failures. A crack forming along the front of the I-wall introduced high forces down the face of the sheetpile, resulting in lateral movement of the floodwall along a shear plane in the weak clay foundation

The flooding resulting from the overtopping and breaching was catastrophic. Figure 19 shows the extent and depth of flooding for the metropolitan area where almost 80 percent was inundated. Pumping stations were for the most part not operating due to prior evacuation of operators, loss of power, or loss of cooling water for the pumps. An evaluation of the pumping performance as a percentage of the total capacity is given in Figure 20. The pump stations in New Orleans were simply not designed to operate during major storms. A few stations, notably in Orleans Parish, may have continued to operate if the flooding had not been so extensive. Had the pumps been able to operate, the extent of flooding may not have been impacted greatly, but the duration of flooding could have been reduced. Using temporary pumps and slowly bringing the permanent pumps on line after Katrina required 53 days to unwater the city.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 18. Example of breach along IHNC (east side) from overtopping and scour (top) and scour behind adjacent section that did not fail (bottom)


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.




Figure 19. Map of maximum depths of flooding from Katrina


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.




Figure 20. Example of pumping performance during Katrina

Scenarios run for the hypothetical situation of no levee or floodwall breaching, and assuming full pumping capacity, demonstrated that rainfall and overtopping would have caused extensive flooding, but that flooding in some areas, may be as little as one-third of that experienced during Katrina. Figure 21 is one example of that analysis for Orleans East.

The consequences of the flooding were enormous, dwarfing the losses from previous disasters. Figure 22 shows the distribution, by census block, of the percentage of the direct property losses (loss/value) that occurred in the metropolitan area. This graphic correlates primarily to elevation (depth of flooding) and concentration of assets. When coupled with the approximately $4.5 to $5.6 billion in public infrastructure damages, the total direct property losses for New Orleans alone reach nearly $25 billion. In contrast, Figure 23 shows the hypothetical percentage loss for the scenario of having no breaching (just overtopping) and full pumping capacity. While this scenario is not realistic for the time of Katrina, when added to the relationship shown in Figure 20, it is a testimony to the value of having a resilient hurricane protection system.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 21. Comparison of flooding from Katrina (left) to hypothetical condition of no breaching and full pumping capacity (right) for Orleans East Bank


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.




Figure 22. Distribution, by census block, of percent property damage (damage/value) from Katrina


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.




Figure 23. Hypothetical percent property damage (damage/value) for scenario of no breaching and full pumping capacity

The regional and long-term impacts are greater and have yet to be quantified. Loss of life was staggering with almost 1600 fatalities accounted for and another 400 missing and presumed dead. Loss of life was highly associated with evacuation. Of those who remained, the elderly were particularly vulnerable with three of every four persons who died being over 60 years old. In fact, the flooding in general was disproportionately cruel to the poor, the elderly, and the disabled, groups least likely to be able to care for themselves in a disaster.

The flooding and resultant prolonged loss of services caused what has become more of a migration than an evacuation, casting long shadows on the region's ability to recover. Only 8 of 73 neighborhoods did not flood, while 34 were completely inundated. Residential property losses were a staggering 78 percent of the total. Commercial property losses were approximately 11 percent of the total while industrial losses were under 2 percent. Clearly, the people of New Orleans suffered the most direct losses and these losses represent perhaps the greatest challenge to recovery, not just in terms of property damages. The extensive flooding caused a breakdown in the area's social and cultural structure, significantly complicating recovery and


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

redevelopment. Critical social institutions such as schools and hospitals have been very slow to reopen.

Figure 24 shows an example of the pre-Katrina and post-Katrina (1 June 06) direct economic damage - elevation relationships developed for each subbasin. Similar relationships were developed for elevation and loss-of-life using Katrina data and the LifeSim model. Together these relationships provide a fundamental input to the risk and reliability analysis. The dramatic change in the curves from pre-Katrina to Post Katrina conditions represents the change in the value of the property from losses due to Katrina. Even if the probability of flooding remained the same, the risk (product of probability of flooding at a given level and level of consequences) for this subbasin would be decreased because of the reduced exposure for economic loss.

The risk prior to Katrina was significant, in part because New Orleans is mostly below sea level, in part because the hurricane protection system had not been completed, in part because it had not been tested, and in part because portions were just not up to the test. The gap component of the foundation failure mechanisms was not considered in the design of those structures and they had never experienced water levels above approximately 5 ft (compared to 8-10 ft in the outfall canals and over 14 ft in IHNC during Katrina). Levee sections created with hydraulic fill and capped with thin clay had never experienced design water levels, not to mention overtopping. Both components of risk were significant. The probability of a failure of floodwalls and some sections of levees were high, and there was a great potential for serious consequences because of the large population and extensive property being protected by the structures. The repairs since Katrina have been formidable and those sections of the system are no doubt the strongest. The temporary gates at the outfall canals will dramatically reduce the forces that the floodwalls along the canal experience. Replacing I-walls sections with stronger and higher T-wall sections along the IHNC will also significantly reduce risk, as will armor behind floodwall sections deemed vulnerable to overtopping and erosion. Rebuilding levee sections higher and with high quality clays will dramatically increase their resilience to overtopping. It is the other 40 percent that represent the greatest risk until additional measures can be taken to raise and strengthen them.

Given the ability to achieve an equal level of protection around the entire system, some areas will at least, in a relative sense, continue to harbor the greatest risk, those having elevations the most below sea level and those directly exposed to the full surge and wave environments that large storms can create. Given any overtopping, water will first inundate the lowest area. Coupled with rainfall, the performance (and therefore resilience) of the pumping stations will become the first line of defense. Given breaching, most likely where surge and wave environments can be most severe, the lowest areas again will flood first and flood the most. This risk assessment does not require the sophisticated model developed by the IPET, and it points out that there are rules of thumb that cannot be avoided. A risk model, however, gives planners and the public a common framework for quantifying their relative levels of vulnerability and understanding its source. That is a smart way to begin the process of reducing risk where it is most practical and will provide the most significant benefits.

There were numerous media reports of wide spread water contamination in and around New Orleans. Samples from bottom sediments in Lake Pontchartrain, and the marshes in St. Bernard


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

as well as numerical modeling of surface water contaminant transport did not support these reports. Figure 25 shows the results of one of the modeling efforts, in this case to examine maximum surface water concentrations of arsenic (As) in Lake Pontchartrain. All of these investigations, which included other contaminants such as lead and coliform bacteria, showed that the floodwater contaminant impacts on the region were marginal and typically, did not exceed EPA standards. While there were localized contamination events, in general the New Orleans area did seem to have escaped wide spread pollutant contamination. The impact of salt water flooding of wetlands and marshes was significant and represents the most serious environmental damage sustained from Katrina.

Katrina is truly a disaster from which this nation must seek and apply lessons learned to prevent reoccurrence.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.