


Figure 24. Comparison of flood damage – elevation relationships for pre- and post-Katrina scenarios for Orleans subbasin 5



Figure 25. Maximum As water surface concentrations (mg/l total) in Lake Pontchartrain after Katrina


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

## Interagency Performance Evaluation Task Force

IPET was established by the Chief of Engineers to determine the facts concerning the performance of the New Orleans Hurricane Protection System (HPS) in response to Hurricane Katrina. IPET has over 150 experts from 50 organizations conducting in-depth analyses that include understanding the surge and wave levels resulting from the storm; determining the forces experienced by the HPS; understanding the design, as-built, and as-maintained character of the HPS; determining the most likely causes and mechanisms for observed behavior (failure and success); characterizing the extent and consequences of flooding to include the influence of the pumping stations; and performing a risk and reliability assessment of the HPS. Appendix 1 provides the IPET principal leaders, their roles in IPET, and their affiliations and a list of the organizational affiliations of individuals serving on IPET teams. At the request of the Chief of Engineers, the American Society of Civil Engineers (ASCE) set up an External Review Panel to provide continuous review of the work of the IPET. The panel is comprised of experts from industry, academia, and government with a broad range of experience and expertise in each of the principal areas of analysis. At the request of the Secretary of Defense, the National Research Council established the Committee on New Orleans Regional Hurricane Protection Projects to provide strategic oversight of the IPET and to make recommendations concerning hurricane protection in New Orleans. Appendix 2 lists the members of the ASCE External Review Panel and their affiliations. Appendix 3 lists the members of the NRC Committee on New Orleans Regional Hurricane Protection Projects. Appendix 4 summarizes the IPET contributions to Task Force Guardian, the Corps organization responsible for the repair of the hurricane protection system.

> **…"to provide credible and objective scientific and engineering answers to fundamental questions about the performance of the hurricane protection and flood damage reduction system in the New Orleans metropolitan area."**
>
> **LTG Carl A. Strock, Chief of Engineers, 10 Oct 2005**

The IPET analysis is assisting the Corps and other responsible agencies in understanding why various components of the hurricane protection system performed as they did during Katrina, providing input to all of the ongoing efforts to reconstitute the hurricane protection system. This includes support to the three main efforts to fully achieve the current authorized levels of protection: 1) repair of the areas seriously damaged by Hurricane Katrina, 2) the design and construction efforts to restore the hurricane protection system to authorized elevations of protection, and 3) the design and construction for the completion of the previously authorized hurricane protection system (not yet completed because of lack of funds). The goal is to be able to use these lessons learned to reconstitute a more resilient and capable hurricane protection system than that which existed prior to Katrina. The extensive information repository, analytical tools, and analysis results also provide a significant new body of knowledge and analytical capability from which the Corps can begin evaluation of alternative approaches to providing higher levels of protection in the future. It is also hoped that the findings of the IPET efforts, coupled with the insights and interpretations of the ASCE External Review Panel and the NRC


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

Committee on New Orleans Regional Hurricane Protection Projects, will contribute to positive changes in engineering practice and water resources policy for the future.

During the conduct of the IPET studies, there has been continuous interaction with the Corps of Engineers entities in New Orleans responsible for the repair and reconstitution of hurricane protection in the region. These organizations, Task Force Hope, Task Force Guardian, and the New Orleans District, have representatives embedded in the IPET Teams, providing an effective two-way conduit for information and rapid transfer of results and lessons learned. It was imperative that the knowledge gained by the IPET and others be immediately made available to those responsible for repair and reconstruction.

## IPET Objective

The objective of the IPET was to develop factual answers to the following questions:

- **Hurricane Protection System: What were the design criteria for the pre-Katrina hurricane protection system, and did the design, as-built construction, and maintained condition meet these criteria?**

- **Storm: What were the storm surges and waves used as the basis of design, and how do these compare to the storm surges and waves generated by Hurricane Katrina?**

- **Performance: How did the floodwalls, levees, pumping stations, and drainage canals, individually and acting as an integrated system, perform in response to Hurricane Katrina, and why?**

- **Consequences: What have been the societal-related consequences of the Katrina-related damage?**

- **Risk: Following the immediate repairs, what will be the quantifiable risk to New Orleans and vicinity from future hurricanes and tropical storms?**

A parallel objective was to share, as they were determined, the information, findings, and lessons learned from answering these questions with the personnel and organizations engaged in the repair and reconstitution of the hurricane protection system, and with the public. The goal was to inform decisions on the design and construction of repairs to the significantly damaged sections and the assessment of the condition and integrity of the undamaged sections prior to the next hurricane season. Secondary objectives were to provide information and analytical capabilities that would support the evaluation of alternative means to provide higher levels of protection in the future and to provide insights into the types of changes in engineering practice and policy that would facilitate more effective hurricane protection.

## Prior Reports

IPET efforts are documented in three major reports, including this final report. All are available on the IPET public Web site, https://IPET.wes.army.mil . An uncommon element to this study is that the majority of the findings and lessons learned were transferred to those responsible for the repair and reconstitution of the hurricane protection system, as learned and prior to the publication of these reports. This was one of the most important objectives of the IPET, to positively impact the repair activities while ongoing and to provide capabilities needed to reconstitute long-term effective protection for the area.

**Report 1**: IPET Report 1, Performance Evaluation Plan and Interim Status, published as a draft on 10 January, 2006, documented the IPET scope of work and analysis methods that resulted from significant interaction with the individual experts and the collective body of the External Review Panel. ASCE provided their formal review of IPET Report 1 in a letter report to the Chief of Engineers on 20 February 2006, available on the ASCE Web site. The National Research Council Committee published their comments and review of the IPET activities and Report 1 in a letter report to the Assistant Secretary of the Army for Civil Works on 21 February 2006, available on the National Academies of Engineering Web site.

IPET Report 1 also provided a status report of the analysis in the various task comprising the IPET plan with a limited number of example products, mostly related to the initial storm surge and wave modeling. It included significant background information concerning the organization of the IPET activities, the participants and their affiliations, information sources and management, and the general approach for accomplishing the scopes of work.

**Report 2**: Report 2, Performance Evaluation and Interim Results, published as a draft on 10 March 2006, provided a synopsis of the analyses to date and presented significant interim results. A secondary objective was to provide at least a full prototype of the analysis that was ongoing for all of the IPET tasks to allow the ERP and NRC reviewers a greater opportunity to provide feedback and advice to enhance the ultimate impact and value of the IPET efforts.

Report 2 was structured around the five major questions that comprise the IPET mission. It presented some significant results of analysis that formed the basis for the findings in this report. The results ranged from the relatively complete products of some aspects of the performance evaluation to prototypes of products for other tasks. The geodetic vertical and water level datum and the storm surge and wave condition analyses are examples of areas where significant results were presented. In other areas a partial analysis was presented, for example the structural performance analysis of the 17th Street drainage canal breach, lacking only the numerical stability analysis component of the work. The information for other tasks, for example the risk and reliability analysis, represented prototypes for the final products under development. The intent for these areas was to document and describe how these products are being developed and what they will look like when published in the final report. Report 2 was provided to the ASCE External Review Panel on 9-10 March 2006 in Vicksburg, MS, and to the NRC Committee on New Orleans Regional Hurricane Protection Projects on 20 March 2006 in New Orleans, LA. The External Review Panel's feedback to the Chief of Engineers on that meeting is available on the ASCE Web site.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

The IPET met with the ERP for the forth time 3-5 May 2006 in New Orleans. The objective of the meeting was to provide detailed information and receive feedback on the analyses that were being completed for the final report. On 15 May 2006, the IPET met with the NRC Committee in New Orleans to provide a status report on the analyses and preparation of the draft final report. Insights gained from those meetings are included in this report. Final comments from both the ERP and NRC Committee, after their review of the draft final report, will be incorporated into this report prior to its final publication and release.

## Draft Final Report

This report is the final report on the IPET performance evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System. It comprises nine volumes that document the work conducted by the IPET teams and the results of that work. The general content of each volume and how the results are being applied are described below:

**Volume I: Executive Summary and Overview.** Volume I provides an executive summary and overview of the IPET study and its principal findings and lessons learned. It is a big picture summary of the in-depth analysis and results presented in Volumes II to VIII.

**Volume II: Geodetic Vertical and Water Level Datums.** Because of the complex and variable subsidence in Southeast Louisiana, establishing an accurate vertical reference for measurements has been a constant challenge. By accelerating efforts already under way by the Corps of Engineers and the NOAA National Geodetic Survey (NGS), accurate elevations were established for the reference points within the region using modern global positioning system technology. The relationship of local mean sea level to the geodetic datum was also established to provide a complete reference system for all analysis, repair, and planning activities. Additional surveys were accomplished to accurately determine the elevation of all critical features and structures that comprise the hurricane protection system as well as perishable data such as high-water marks resulting from Katrina.

The elevations for the reference points for the geodetic vertical datum have been provided to the Corps of Engineers directly and to other agencies and the public through NOAA/NGS channels. All surveyed elevations for levees, floodwalls, pump stations, other structures, and high-water marks are being transitioned to the Corps and made available through the IPET Web site, https://IPET.wes.army.mil. Digital elevation data obtained by a variety of methods to include airborne LIDAR have been corrected to the geodetic datum and will be available through the IPET Web site. This information provided a common foundation for IPET analyses as well as the application of the results in the hurricane protection system repairs. By accurately defining the elevations of the current structures, these data provide a clear definition of the changes needed to achieve authorized protection elevations for the system as well as ultimately achieving 100-year or higher levels of protection. Guidance has been provided to update agency criteria and methods for managing the reference datums in areas of rapid and variable subsidence.

**Volume III: The Hurricane Protection System.** The hurricane protection system is comprised of three individual authorized projects. What is in place has been designed and constructed in steps over time, starting in 1965 and continuing today. This volume provides a


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

detailed description of the hurricane protection system. It focuses on the character of the hurricane protection system starting with the definition of the hazard, defined by the Standard Project Hurricane (SPH), translation of the SPH into authorized levels of protection, the general methods and assumptions for the design of the floodwalls and levees to provide that protection, the as-built character following construction, and the maintained condition of the structures. It includes documentation of the geotechnical information available and used for the design and construction and provides references for the detailed information. To augment this information an annotated chronology of the significant decisions and communications that led to the constructed structures on the outfall canals is included. This provides significant insights as to what was built and the design intent. This is the first step in understanding and examining the performance of the entire hurricane protection system and providing a platform for the performance analysis of individual sites to better understand breaching.

The comprehensive description of the hurricane protection system has been a platform for the majority of the IPET analysis. It was essential to understanding the intent of the designers and the character of the built structures. It provided the fundamental information for the levee and floodwall performance analysis from geotechnical information on the subsurface conditions to the design assumptions and analyses used to develop the sheetpile depths, floodwall heights, and the levee geometry. The same information was a basic input to the characterization of the system for the risk assessment. The annotated chronology on the design and construction of the outfall canals was input to the Corps' companion forensic study examining why specific decisions were made in the evolution of those projects.

**Volume IV: The Storm:** Volume IV deals with characterization of Hurricane Katrina and the hydrodynamic environment it created. This involves two major components, a regional analysis of surge and waves generated by Katrina and high-resolution modeling of the surge and waves to better understand the time history of the static and dynamic forces that impacted the levees and floodwalls. The regional modeling provided a time history of the surge and wave environments for all locations around the hurricane protection system. This employed advanced computer codes using a very high resolution representation of the geospatial character of the nearshore environment and the hurricane protection system. The high resolution hydrodynamic modeling created a more detailed time history of water levels and forces in the confined spaces of the outfall canals, the IHNC, and the GIWW as well as the interaction of surge and waves with structures such as overtopping of levees along St. Bernard and Plaquemines Parishes. A time history of Katrina-generated forces, by location around the hurricane protection system, was essential to conducting a credible performance analysis, allowing the appropriate level of forces, based on the established timing of events to be used in the evaluation. The time line of events was developed by combining eyewitness interviews with a wide variety of physical information and evidence. The time line established when overtopping, breaching, and flooding occurred in the individual drainage basins and along the various reaches of the hurricane protection system. This was an essential input to the structural performance analysis, allowing accurate determination of the time history and character of the storm-generated forces to which structures were subjected at the time of overtopping or breaching. The wave, surge, and velocity information was provided directly to the Corps' Task Force Guardian for use in designing levee and floodwall repairs.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

A special study was made to examine the impact of the MRGO channel on the storm surge levels in the IHNC. The ADCIRC model was run with the MRGO channel in its pre-Katrina condition and again assuming the channel did not exist. The results demonstrated that, for larger storms, the MRGO channel has little impact on the water levels in the IHNC.

**Volume V: The Performance - Levees and Floodwalls.** Volume V documents the structural performance analysis of the levees and floodwalls. The analysis addresses the floodwall breach sites on 17th Street and London Avenue Outfall Canals and the IHNC individually, describing the field investigations, computer modeling, and physical modeling used to determine the most likely failure mechanism. Sophisticated numerical models for stability and seepage, along with detailed field investigations, were used to determine the most likely failure mechanisms for each site. Centrifuge testing at both the Rensselaer Polytechnic Institute and the Engineer Research and Development Center was used to confirm these mechanisms and develop a complete picture of the processes. It also describes the analysis of Orleans Outfall Canal, which provided un-breached analogs for both the 17th Street and London Avenue sites. A broad analysis of the impact of overtopping and scour on the St. Bernard and Plaquemines levees is provided to understand the massive breaching that occurred in those parishes in terms of the types of materials used in the levees and the forces to which they were exposed.

The failure mechanisms determined for the I-wall breach sites, coupled with the knowledge gained by studying the Orleans non-breach analog sites, were used to develop criteria for investigating the remaining undamaged I-wall sections for performance integrity and to develop approaches to strengthen I-wall sections as necessary. Analysis for levee breaching was used to determine the primary causes of breaching and specify repair and rebuilding strategies that would be more robust. The knowledge gained is also being used to develop operating rules for managing water in the outfall canals after the temporary surge gates and pumps are installed and operating, as well as input to Corps Headquarters assessments of changes needed in engineering guidelines and design criteria.

**Volume VI: The Performance - Interior Drainage and Pump Stations**. Volume VI describes the second major component of the performance analysis of the physical system, interior drainage and pump stations. This volume describes the character of pump stations in each parish, documents their performance during and after Katrina, and provides performance information for each station. The performance curves, including those describing back flow, were critical inputs to the drainage models that were used to assess flooding. The development of interior drainage models is described along with their application to compute and map the extent of flooding from Katrina and to examine how different performance scenarios would have impacted flooding. The interior drainage modeling includes characterization of the impact of pump station performance and the relative impacts of breaching and overtopping (with no breaching) on flooding. The pumping and interior drainage information was a critical input to both the consequence and risk assessments.

Hypothetical scenarios were examined using the interior drainage and pumping modeling capability to explore a number of important questions for the future. These included potential differences in the extent of flooding if no breaching (levee or floodwall) occurred or if only the foundation failures occurred (no levee breaching), and the potential difference in flooding if the


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

pumping stations could maintain full capacity during hurricanes. Together, these also provide an opportunity to examine the value of a totally resilient system, i.e., structures that can all survive overtopping and maintain full pumping capacity during a major hurricane.

**Volume VII: Consequences**. Volume VII describes the IPET efforts to define the losses that occurred because of Katrina and to consider the potential losses from future hurricanes. The consequences from Hurricane Katrina flooding have been characterized in economic, human health and safety, social and cultural, and environmental terms. The assessment of flood consequences has several purposes integral to understanding the dimensions of the Hurricane Katrina event as well as other possible hurricane and storm events. For example, consequences are one of the dimensions of risk necessary to understand the level of safety provided by the hurricane protection system. To achieve these objectives, a number of hypothetical scenarios were examined as well as the consequences of the Katrina event:

- Actual: Katrina with actual system performance—representing the actual flooding in greater New Orleans resulting from Hurricane Katrina.
- Hypothetical: Katrina with various levee and floodwall failure conditions—representing the estimated level of flooding in greater New Orleans that would have resulted from Hurricane Katrina had there been no failure of levees and floodwalls, foundation failure induced breaching only and considering different efficiency levels of interior pumping (Katrina pumping and full capacity pumping).
- Risk: Probabilistic risk scenarios modeled by the Risk and Reliability Assessment Team—representing residual hurricane-related flood risks in greater New Orleans as of August 2005 before the arrival of Hurricane Katrina, as well as flood risks as of June 2006 following repair of damages to the hurricane protection system caused by Hurricane Katrina.

The methods used and the specific consequences determined in terms of economic (direct and indirect), human safety and health, cultural and historical, and environmental losses are documented. Direct property damages represent monetary damages to residential, commercial, industrial, public buildings, vehicles, and infrastructure. Indirect economic consequence was focused on estimating local and regional economic impacts and examining possible changes in the structure of the regional economy from pre-Katrina levels into the future. Indirect economic consequences are represented in terms of possible repopulation of the area, capital stock formation, and employment levels. A limited scope economic forecast of population, employment, and local investment based on two "what if" simulations was developed as limiting control scenarios.

The types of human health and safety consequences considered varied by event scenario. For the actual Katrina scenario, the effects considered include recorded mortality as well as actual and potential morbidity, including both physical and mental health impacts. For the hypothetical Katrina scenario (without system failure), the assessment of human health effects focused only on potential mortality. The development of the loss of life – elevation relationships and direct economic damage – elevation relationships by sub-basin for the risk assessment is described, as


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

well as developing similar relationships for the hypothetical scenarios to assist in the examination of potential consequences of future hurricane events.

The social and cultural consequences assessment considered social, cultural, and historical indicators as expressed in both quantitative and qualitative terms. These include indicators of populations, neighborhoods, communities, institutions and geographic points and locales, at local, regional, and national scales. For the actual Katrina scenario, these indicators were used to assess social and cultural changes from pre-Katrina levels. The environmental consequences assessment considered quantitative measures of contamination and loss of significant ecological resources. The specific ecological resources addressed include ecological support, fisheries, wildlife, pests, and special status species. For the actual and hypothetical Katrina scenarios, post-Katina ecological resource conditions were compared against pre-Katrina conditions for those resources.

The consequence information generated by the IPET was a direct input to the risk and reliability assessment and is being transferred to the Corps for application in the Louisiana Coastal Protection and Restoration Study. Consequence information for the lower sections of Plaquemines Parish is currently being assembled and will be provided in the final report scheduled for release in September 2006.

**Volume VIII: Risk and Reliability**. Volume VIII documents the risk and reliability methodology being conducted to provide a system-wide assessment of performance. It includes the risk methodology used, the characterization of the individual drainage subbasins and the features that impact hurricane protection, characterization of the expected performance (reliability) and uncertainty of the performance of individual features and reaches of the system, and the development of a comprehensive joint probability analysis of the hurricane hazard threat. System reliability is described by fragility curves that characterize the expected performance of individual reaches or structures as a function of storm water levels. The fragility curves were generated from a detailed evaluation of the subsurface conditions, the character of the structures, and understanding the relevant failure mechanisms (defined previously or from the IPET performance analysis). Approximately 2000 hypothetical storms were run through the ADCIRC model and a tailored wave estimation procedure to generate detailed information on the probability of different water (wave and surge) levels occurring at different locations around the hurricane protection system. This ensemble of storms represents the full range of storms that may hit New Orleans and provides a joint probability model for defining the hazard that each reach might experience in the future.

This work offers the opportunity to examine risk at the census block level or aggregated to subbasins, basins (parishes), or system-wide levels. It also allows examination of the impact of changes in the character of the protection for a given reach, providing a systems approach to examine how alternative protection measures can reduce risk. This can include relatively simple to very sophisticated measures. Simple measures might include armoring existing structures, elevating levees, and use of erosion-resistant materials, seepage berms, or relief wells. More sophisticated approaches could include replacing I-walls with T-walls and adding surge gates at the ends of the outfall canals. With limited modification, the analysis could include different types of approaches such as large surge barriers between Lake Pontchartrain and Lake Borgne.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

Risk products are not presented in this draft report. The risk methodology is being validated and risk products will be subjected to a rigorous peer review and validation prior to their release. The risk assessment will contrast relative risk levels by subbasin prior to Katrina to those after repairs are complete (effectively 1 June 2006). The Risk and Reliability model and associated information will be transitioned to the Louisiana Comprehensive Protection and Restoration Study as a tool for evaluating alternative approaches for higher levels of protection.

**Volume IX: General Appendices:** Volume IX provides information considered important background for the overall IPET study and the analyses presented in the other volumes. It includes appendices on the Information Repository developed to support analyses, information on the Web site developed to provide a means to quickly share IPET analysis and results with the public, the IPET Project Management Plan, a summary of the contributions to Task Force Guardian, the official documents concerning IPET, the IPET Communications Plan, and the IPET management model.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

# Appendix 1
# IPET Leadership, Affiliations, and Organizations

| Task Force | Leader |
|---|---|
| Project Director | **Dr. Lewis E. Link** – University of Maryland |
| Technical Director | **Dr. John Jaeger** – U.S. Army Corps of Engineers, Huntington District |
| Project Manager | **Jeremy Stevenson** – U.S. Army Corps of Engineers, Huntington District |

| Team | Leaders |
|---|---|
| Data Collection and Management – Perishable Data, Systems Data, and Information Management | **Dr. Reed Mosher** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Geotechnical and Structures Laboratory<br>**Denise Martin** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Information Technology Laboratory |
| Geodetic Vertical and Water Level Datum Assessment | **James K. Garster** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Topographic Engineering Center<br>**David B. Zilkowski** – National Oceanic and Atmospheric Administration, National Geodetic Survey |
| Hurricane Surge and Wave Analysis | **Bruce Ebersole** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Coastal and Hydraulics Laboratory<br>**Dr. Joannes Westerink** – University of Notre Dame |


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

| | |
|---|---|
| Hydrodynamic Forces Analysis | **Dr. Donald Resio** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Coastal and Hydraulics Laboratory<br>**Dr. Bob Dean** – University of Florida |
| Geotechnical Structure Performance Analysis | **Dr. Michael Sharp** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Geotechnical and Structures Laboratory<br>**Dr. Scott Steedman** – Steedman and Associates, Ltd., United Kingdom |
| Floodwall and Levee Performance Analysis | **Dr. Reed Mosher** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Geotechnical and Structures Laboratory<br>**Dr. Michael Duncan** – Virginia Polytechnic Institute and State University |
| Pumping Station Performance Analysis | **Brian Moentenich** – U.S. Army Corps of Engineers, Portland District<br>**Bob Howard** – South Florida Water Management District |
| Interior Drainage / Flooding Analysis | **Jeff Harris** – U.S. Army Corps of Engineers, Hydrologic Engineering Center, Hydrology and Hydraulics Technology Division<br>**Steve Fitzgerald** – Harris County Flood Control District |
| Consequence Analysis | **Dr. Dave Moser** – U.S. Army Corps of Engineers, Institute for Water Resources<br>**Dr. Patrick Canning** – U.S. Department of Agriculture, Economic Research Service |
| Risk and Reliability Analysis | **Jerry Foster** – Headquarters, U.S. Army Corps of Engineers<br>**Bruce Muller** – U.S. Bureau of Reclamation |


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

## Organization

The IPET teams are comprised of individuals from a wide variety of organizations, bringing together a unique diversity and depth of knowledge and experience. These organizations are listed below.

### Government Agencies

Federal Emergency Management Agency, Department of Homeland Security

Harris County, Texas, Flood Control District

Metropolitan Water Reclamation District of Greater Chicago

National Institute for Science & Technology

National Oceanographic & Atmospheric Administration, Atlantic Oceanographic and Meteorological Laboratory, Hurricane Research Division

National Oceanographic & Atmospheric Administration, Center for Operational Oceanographic Products and Services

National Oceanographic & Atmospheric Administration, National Geodetic Survey

South Florida Water Management District

United States Army Corps of Engineers

United States Bureau of Reclamation

United States Department of Agriculture, Economic Research Service

United States Geological Survey

### Academia

Alfred University, New York

Georgia Institute of Technology

Johns Hopkins University

Louisiana State University

Massachusetts Institute of Technology, Department of Urban Studies & Planning

Michigan State University

Oklahoma State University

Pennsylvania State University

Rensselaer Polytechnic Institute

Stanford University

Texas A&M University

University of California

University of Delaware


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

University of Florida

University of Illinois

University of Maryland

University of Miami National Oceanographic & Atmospheric Administration Cooperative Institute for Marine and Atmospheric Studies

University of Missouri

University of New Orleans

University of North Carolina

University of Notre Dame

University of South Carolina

University of Texas

Utah State University

Virginia Polytechnic Institute & State University (Virginia Tech)

## Private Industry

3001 Inc.

Abt Associates, Inc.

Ayres Associates

Beta Testing & Inspection, LLC

Burns, Cooley, Dennis

CH2M Hill

CTE/AECOM

Environ International Corporation, CA

Gannett-Fleming, Inc.

GeoComp Corporation

GeoDelft

Geomatrix Consultants, Inc.

Michael Baker Corporation

Oceanweather, Inc.

RAC Engineering

Science Applications International Corporation (SAIC) at NOAA/NCEP

SpecPro, Inc.

Steedman & Associates, Ltd.

Surfbreak Engineering

Taylor Engineering

URS Corporation

Victor Parr, consultant

Watershed Concepts