# Appendix 2
# American Society of Civil Engineers External Review Panel Members

| Name | Organization |
|---|---|
| Christine F. Andersen | City of Long Beach California |
| Jurjen Battjes | Delft University of Technology |
| David E. Daniel | University of Texas at Dallas |
| Billy Edge | Texas A&M University |
| William Espey | Espey Consultants, Inc. |
| Robert B. Gilbert | University of Texas at Austin |
| Thomas L. Jackson | DMJM Harris |
| David Kennedy | California Department of Water Resources |
| Dennis S. Mileti | Colorado University (retired) |
| James K. Mitchell | Virginia Polytechnic Institute & State University (Virginia Tech) |
| Peter Nicholson | University of Hawaii |
| Clifford A. Pugh | U.S. Bureau of Reclamation |
| George Tamaro | Mueser Rutledge Consulting Engineers |
| Robert Traver | Villanova University |
| Lawrence H. Roth | American Society of Civil Engineers |
| John E. Durrant | American Society of Civil Engineers |

# Appendix 3
# National Research Council Committee Members

| Name | Organization |
| --- | --- |
| G. Wayne Clough | Georgia Institute of Technology |
| Rick A. Luettich | University of North Carolina |
| Frederic Raichlen | California Institute of Technology |
| Rafael L. Bras | Massachusetts Institute of Technology |
| Peter Marshall | Burns & Roe Services |
| Y. Peter Sheng | University of Florida |
| John T. Christian | Consulting Engineer |
| David H. Moreau | University of North Carolina |
| Robert H. Weisberg | University of South Florida |
| Jos Dijkman | Delft Hydraulics |
| Thomas D. O'Rourke | Cornell University |
| Andrew J. Whittle | Massachusetts Institute of Technology |
| Robin L. Dillon-Merrill | Georgetown University |
| Risa I. Palm | Louisiana State University |
| Delon Hampton | Delon Hampton & Associates |
| Kenneth W. Potter | University of Wisconsin |
| Jeffrey W. Jacobs | National Academy of Science |

# Appendix 4
# Task Force Guardian Inputs

IPET Products Provided to Task Force Guardian and Task Force Hope

*a.* **Data Repository – 25 October 2005.** The IPET Data Repository was established as an entry point for collecting information pertaining to the New Orleans and Southeast Louisiana Hurricane Protection Projects that needs to be validated as factual. This repository supports both the IPET and TFH/TFG efforts by providing a database where information can be reviewed for accuracy and quality prior to posting the information on the IPET public website.

*b.* **Establishment of the IPET Public Website – 2 November 2005.** The IPET public website was established as a way to be fully transparent in effectively sharing factual information pertaining to the New Orleans and Southeast Louisiana Hurricane Protection Projects. The website provides a way to proactively communicate information that might otherwise require the public and TFG to process Freedom of Information Acts.

*c.* **Establishment of On-Line Team Workspace using Groove – 22 September 2005.** To enable IPET, ERP, and members of TFH/TFG with on-line workspaces to communicate and share information virtually, Groove software and technical support was provided by IPET. Through these virtual workspaces information can be effectively and efficiently shared. Groove is a primary tool used to bring the IPET, ERP, and TFH/TFG teams together in sharing knowledge and information required to accomplish their missions.

*d.* **Integration of the IPET Public Website and the TFH/TFG Electronic Bid Solicitation Websites – 15 November 2005.** As a way to more effectively enable public benefit from the historic and performance-related information on the IPET public website and the reconstruction plans and specifications on the TFH/TFG electronic bid solicitation website, electronic linkage was provided to facilitate integration of the two sites.

*e.* **"Summary of Field Observations Relevant to Flood Protection in New Orleans, LA" – 5 December 2005.** This IPET review provided Task Force Guardian with a simple statement of concurrence or nonconcurrence from the IPET floodwall and levee sub team and additional relevant discussion for each of the major findings in the ASCE/NSF

report's chapter eight, "Summary of Observations and Findings." The additional discussion relates to the analysis being conducted by the IPET or others that would assist in applying the ASCE/NSF findings to the reconstruction of hurricane protection in New Orleans.

*f.* **"Preliminary Wave and Water Level Results for Hurricane Katrina" – 23 November 2005.** This IPET report to TFH/TFG included observations from the IPET surge and wave sub team from a field trip and overflight of New Orleans and Southeast Louisiana.

*g.* **"Summary of IPET Numerical Model of Hurricane Katrina Surge and Wave Plans, Approach and Methods" – 19 December 2005.** This PowerPoint presentation by the IPET surge and wave sub team provided TFH/TFG with an update on wave and water level results for Hurricane Katrina. Wave and water level results from fast-track simulations of upper Category 3 type storms on various storm tracks and a Standard Project Hurricane event were also provided.

*h.* **Review of Proposal to Float In and Sink a Barge to Close Canals by June 2006 – 28 December 2005.** The proposal included the use of existing large ship tunnel thrusters mounted on a barge with huge pumping capacities. Review determined that the closure plan does not have enough pumping capacity to match existing pumps during a hurricane.

*i.* **Technical Support to TFG on the Analysis and Design of the Reconstruction Plans and Specifications for the Breaches – Continuous Support as Needed.** Technical support continues to be provided to TFG on an as-needed basis. As a minimum, monthly face-to-face meetings take place in New Orleans. This support includes geotechnical and structural consultations. These discussions also include reviews of plans and specifications for reconstruction features such as T-walls, L-walls, I-walls, levees, and foundation investigations.

*j.* **Evaluation of Existing and As-Built Conditions at Canals – On-going.** This evaluation includes concrete and steel material properties for reinforcement and sheet piles on the I-walls, as-built length of sheet piles, surveys, and foundation material properties and boring logs.

*k.* **Life-cycle Documentation of the Hurricane Protection System – On-going.** This documentation includes a review of the design, construction, and operation and maintenance of the hurricane system.

*l.* **Verification of Current and Reconstructed Floodwall Elevations – November 2005.** Established a tidal gage in November 2005 at the 17th Street Canal to monitor current sea level relationships to the newest NAVD88 datum epoch (2004.65). Verified floodwall elevations on Lakefront outfall canals and IHNC relative to this latest tidal and vertical epoch.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

*m.* **LIDAR Ground Truthing – On-going.** Currently performing ground-truthing surveys throughout the region to calibrate various LIDAR-based elevation models used by Task Force Guardian.

*n.* **Densification of Control Benchmarks – 31 December 2005.** IPET has established approximately 75 vertical benchmarks throughout the region. These control points are being used for Task Force Guardian construction activities.

*o.* **Establishment of GIS Team – 2 February 2006.** The "GIS Team" was established to maximize the effectiveness and efficiency of the GIS resources within IPET, Task Force Guardian, Task Force Hope, and the New Orleans District. The GIS Team consists of members from each of the four teams and provides a way to integrate efforts and share information pertaining to the HPS. The GIS Team will also provide for a way to assure a smooth transition of IPET generated GIS information to the New Orleans District upon disbanding of IPET once its performance evaluation is completed. Significant IPET data sets shared with TFG in January and February 2006 include the digital elevation models, vertical datum survey data, geotechnical data, and photographs.

*p.* **Insight into probable cause of breaching at 17th Street Canal – Continuous ending March 2006.** Information was shared with TFG on the probable cause of breaching at the 17th Street Canal. Recommendations were provided on considering the formation of a gap at the base of cantilever I-walls and shear strength variations between the centerline and inboard toe of levees used in combination with I-walls.

*q.* **Storm Surge and Wave analysis results for Katrina and historical storms – December 2005.** Information pertaining to modeled Katrina storm surge and wave heights and periods for various locations along the HPS was provided to TFG. In addition, modeled surge and wave results from other historical storms were also provided.

*r.* **Review comments on canal closure structures – December 2005 and January 2006.** IPET review comments for the outfall canal closure structures were provided to aid in development of high quality P&S for the closure structures.

*s.* **Provided comments in IPET Report 2 regarding comparison of Hurricane Katrina wave and period conditions with design values – March 2006.** Design wave conditions, particularly wave period, should be re-evaluated for the east-facing levees in east Orleans, St. Bernard and Plaquemines Parishes.

*t.* **Closure Structures Modeling – January – February 2006.** IPET members at MVN performed modeling analysis of the closure structures on 17th Street, Orleans and London Ave Canals.

*u.* **Closure Structures Interim Operations Plan – March 2006 – Ongoing.** IPET members review and comment on operations of the gates and pumps. This includes criteria for closing & opening, and coordination with local jurisdictions.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

*v.* **MRGO White Paper – March 2006**. Input on analysis of MRGO effect on storm propagation into metropolitan New Orleans and vicinity.

*w.* **ITR on Heat Straightening Repairs at Empire Floodgate.** IPET team members visited the Empire Floodgate and reviewed the proposed repair plan approving of the corrective action plan and making further clarifying recommendations. IPET suggested requiring in the specs that the project supervisor be an experienced heat straightener possibly added to section 5 of the specs and that NDT be performed prior to and following the heat straightening. The initial NDT would benefit general initial assessment of the floodgate and provide a base line in the event you get an inexperienced contractor that does more harm then good. TFG will know if heat straightening caused cracking if you have a base line. TFG may want to consider the simultaneous application of V heat on both sides of the flange considering its thickness this could be added in section 3.5 of Avent's spec. IPET believes section 3.5.3 pertains to simultaneous vee heats on the same side of the flange.


This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.