**Project Fact Sheet**

# Lake Pontchartrain, LA. and Vicinity Hurricane Protection Project, St. Bernard, Orleans, Jefferson, and St. Charles Parishes, LA

***Updated** May 23, 2005*

**PURPOSE.** The project is designed to protect residents between Lake Pontchartrain and the Mississippi River levee from surges in Lake Pontchartrain driven by storms up to the Standard Project Hurricane. The SPH is equivalent to a fast-moving Category 3 hurricane.

**LOCATION.** The project is located in St. Bernard, Orleans, Jefferson, and St. Charles Parishes in southeast Louisiana, generally in the vicinity of the city of New Orleans, and between the Mississippi River and Lake Pontchartrain. **Maps**, by levee district: http://www.mvn.usace.army.mil/pao/response/amaps.asp

**SPONSORS.** The Lake Borgne Basin & Levee District, St. Bernard Parish, the Orleans Levee District, the East Jefferson Levee District, and the Pontchartrain Levee District are sponsors for the work in St. Bernard, Orleans, Jefferson, and St. Charles Parishes, respectively. **Map** of Louisiana levee districts: http://www.mvn.usace.army.mil/pao/response/LeveeDistrictMap.asp

**AUTHORITY.** The Lake Pontchartrain, La., and Vicinity Hurricane Protection Project (LP&V-HPP) was authorized by the Flood Control Act of 1965 and the Water Resources Development Acts of 1974, 1986, 1990, and 1992.

**FEATURES.** The project includes:

- New levee north of Airline Highway (U.S. 61) from the Bonnet Carré Spillway East Guide Levee to the Jefferson-St. Charles Parish boundary
- Floodwall along the Jefferson-St. Charles Parish line
- Enlarged levee along the Jefferson Parish lakefront
- Enlarged levee along the Orleans Parish lakefront
- Parallel protection (levees, floodwalls, and flood proofed bridges) along three outfall canals (17th Street, Orleans Avenue, and London Avenue)
- Levees from the New Orleans lakefront to the Gulf Intracoastal Waterway (GIWW)
- Enlarged levees along the GIWW and Mississippi River-Gulf Outlet (MR-GO)
- New levee around the Chalmette Area.

The project also includes a mitigation dike on the west shore of Lake Pontchartrain.

**COSTS, in millions**

| | |
|---|---|
| Total Project | $738 |
| Federal | 528 |
| Non-Federal | 210 |

EXHIBIT
tabbies
D

**PROJECT STATUS/SCHEDULE.** Work is about 90 percent complete in the Chalmette area and includes an additional levee lift and floodwall capping. Work in Orleans Parish is about 90 percent complete. The major remaining construction is the parallel protection along the London Avenue and Orleans Avenue canals. Completion of this work is scheduled by 2010. Jefferson Parish work is 70 percent complete. The remaining work in Jefferson consists of at least two more lakefront levee enlargements, and a flood proofed bridge at Hammond Highway over the 17th Street Canal. Completion is scheduled by 2010. The work in St. Charles Parish is 60 percent complete, and the protection system is not yet closed. Closure of the last two gaps should be completed by September 2005. Overall project completion is scheduled for 2015.

**FY 2005 BUDGET/EFFORT.** The President's budget for fiscal year 2005 was $3.9 million. Congress increased it to $5.5 million. This was insufficient to fund new construction contracts. Engineering design, and construction supervision and inspection efforts are also included. Seven contracts are being delayed due to lack funds. They include the floodgate at the Canadian National Railroad and the Gulf South Floodwall and Reach 2A and 2B levee enlargement, all in St. Charles Parish; Reach 1 and Reach 4 Levee Enlargements in Jefferson Parish; Pump Station No. 3 Fronting Protection, Robert E. Lee Bridge replacement and the New Orleans East Back Levee enlargement, all in Orleans Parish; and the Bienvenu to Dupre Levee Enlargement in St. Bernard Parish. The Pontchartrain Levee District is providing funds to construct the Gulf South Pipeline floodwall in St. Charles Parish. The East Jefferson Levee District is providing funds to construct the Reach 1 and Reach 4 levee enlargements in Jefferson Parish. Louis Armstrong International Airport is funding the Canadian National Railroad floodgate as part of the rehabilitation of the east-west runway.

**FY 2006 BUDGET/EFFORT.** The President's budget for fiscal year 2006 is $3.0 million. This will be insufficient to fund new construction contracts. We could spend $20 million if the funds were provided. These funds are necessary to maintain the project schedule and to meet our contractual and local sponsor commitments.

**IMPACTS OF BUDGET SHORTFALL.** In Orleans Parish, two major pump stations are threatened by hurricane storm surges. Major contracts need to be awarded to provide fronting protection for them. Also, several levees have settled and need to be raised to provide the design protection. The current funding shortfalls in fiscal year 2005 and fiscal year 2006 will prevent the Corps from addressing these pressing needs.

**HURRICANE & EMERGENCY WEB PAGE.**
http://www.mvn.usace.army.mil/pao/response/index.asp

**Contact**
John Hall
Public Affairs Office
New Orleans, La.
504-862-2201
John.Hall@MVN02.usace.army.mil

