IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, and<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | No. 05-1259L<br><br>Hon. Lawrence M. Baskir |

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned authority personally came and appeared:

**SHEILA NICHOLSON**

who after being duly sworn, did depose and state that:

1. Affiant is a plaintiff in case number 05-1259L on the docket of the United States Court of Federal Claims entitled Sheila Nicholson, Shelly Nicholson and Richard Hirstsus vs. United States of America;

2. Affiant is the owner of immovable (real) property located at 6405 Colbert Street, New Orleans, Louisiana 70124 and was an owner of that property on August 29, 2005;

3. On August 29, 2005, Hurricane Katrina struck the City of New Orleans;

4. Affiant's property suffered minor damage as result of the winds of Hurricane Katrina;

5. However, as a result of the breach of the levees, approximately ten (10') feet of water inundated her home;



EXHIBIT
H
in globo

6. Affiant's property has suffered significant devaluation as a result of the flood, public recognition of the defectively designed and constructed floodwalls, and lack of a plan to repair the floodwalls to withstand a Category 3 or stronger hurricane;

7. Affiant's property has been permanently damaged as a result of the perceived lack of safety from future floods;

8. The United States Army Corps of Engineers has admitted responsibility for design failures that caused the floodwalls to breach; and

9. None of the damage occasioned by Affiant occurred as a result of overtopping of levees or floodwalls.

Sheila Nicholson

**SHEILA NICHOLSON**
**Affiant**

**SWORN TO AND SUBSCRIBED BEFORE ME THIS** 11th **DAY OF** January**, 2007.**

**NOTARY PUBLIC**
**Name:** Mitchell J Hoffman
**Bar number:** 6896

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, and<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | No. 05-1259L<br><br>Hon. Lawrence M. Baskir |

**AFFIDAVIT**

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned authority personally came and appeared:

**SHELLEY NICHOLSON**

who after being duly sworn, did depose and state that:

1. Affiant is a plaintiff in case number 05-1259L on the docket of the United States Court of Federal Claims entitled *Sheila Nicholson, Shelly Nicholson and Richard Hirstsus vs. United States of America*;

2. Affiant is the owner of immovable (real) property located at 3422 Gentilly Blvd, New Orleans, Louisiana 70122 and was an owner of that property on August 29, 2005;

3. On August 29, 2005, Hurricane Katrina struck the City of New Orleans;

4. Affiant's property suffered minor damage as a result of the winds of Hurricane Katrina;

5. Affiant avers that she had no flood damage from the breach of the levees and floodwalls;

6. Affiant's property has suffered significant devaluation as a result of the flood, public recognition of the defectively designed and constructed floodwalls, and lack of a plan

to repair the floodwalls to withstand a Category 3 or stronger hurricane;

7. Affiant's property has been permanently damaged as a result of the perceived lack of safety from future floods;

8. The United States Army Corps of Engineers has admitted responsibility for design failures that caused the floodwalls to breach; and

9. None of the damage occasioned by Affiant occurred as a result of overtopping of levees or floodwalls.

**SHELLEY NICHOLSON**
**Affiant**

**SWORN TO AND SUBSCRIBED BEFORE ME THIS 11 DAY OF January, 2007.**

**NOTARY PUBLIC**
**Name:** Mitchell J Hoffman
**Bar number:** 6896

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, and<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | No. 05-1259L<br><br>Hon. Lawrence M. Baskir |

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned authority personally came and appeared:

**RICHARD HIRSTSUS**

who after being duly sworn, did depose and state that:

1. Affiant is a plaintiff in case number 05-1259L on the docket of the United States Court of Federal Claims entitled *Sheila Nicholson, Shelly Nicholson and Richard Hirstsus vs. United States of America*;

2. Affiant is the owner of immovable (real) property located at 1354 Robert E. Lee Blvd., New Orleans, Louisiana 70122 and was an owner of that property on August 29, 2005;

3. On August 29, 2005, Hurricane Katrina struck the City of New Orleans;

4. Affiant's property suffered minor damage as a result of the winds of Hurricane Katrina;

5. However, as a result of the breach of the levees, approximately nine (9) feet of water inundated his home;

*Richard Hirstsus*
*Affidavit*

6. Affiant's property has suffered significant devaluation as a result of the flood, public recognition of the defectively designed and constructed floodwalls, and lack of a plan to repair the floodwalls to withstand a Category 3 or stronger hurricane;

7. Affiant's property has been permanently damaged as a result of the perceived lack of safety from future floods;

8. The United States Army Corps of Engineers has admitted responsibility for design failures that caused the floodwalls to breach; and

9. None of the damage occasioned by Affiant occurred as a result of overtopping of levees or floodwalls.

**RICHARD HIRSTSUS**
**Affiant**

**SWORN TO AND SUBSCRIBED BEFORE ME THIS** 11 **DAY OF** January**, 2007.**

**NOTARY PUBLIC**
**Name:** Mitchell J Hoffman
**Bar number:** 6896