IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, and<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-1259L<br><br>Hon. Lawrence M. Baskir |

**DECLARATION OF LTC MURRAY P. STARKEL**

I, LTC Murray P. Starkel, hereby declare under penalty of perjury as follows:

1. I have been the Deputy District Commander of the New Orleans District of the United States Army Corps of Engineers, (Corps), since 2005.

2. In my capacity as the Deputy District Commander of the New Orleans District (MVN), I have overseen the activities of the MVN, including planning, design, construction, operations and maintenance of the various flood control, hurricane protection, and navigation projects undertaken by the Corps in the New Orleans area. Specifically, I am familiar with the Corps' projects on the 17th Street Canal, the London Avenue Canal and the Inner Harbor Navigation Canal (IHNC) (hereafter "the three canals").

3. I am familiar with the three canals and, upon information and belief provided by project records of the Corps and by historical information obtained from local governmental records, have knowledge of their construction, operation, and maintenance.

4. Since Hurricane Katrina stuck the city of New Orleans, the Corps has undertaken and completed significant repairs to the interior levees and flood walls of the three canals.

Defendant's Exhibit C

5. The repairs involved with the three canals include, but are not limited to, the installation of new flood walls with a different design, to prevent the type of failure that occurred during Hurricane Katrina.

I declare under the penalty of perjury that the above statements are true and correct.

LTC Murray P. Starkel

Date: February 1, 2007