IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON,<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-1259L<br><br>Hon. Lawrence M. Baskir |

**THE PARTIES' MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE THEIR CONSOLIDATED STATEMENT OF UNCONTROVERTED FACTS**

The parties hereby move for an enlargement of time of ten days, or to and including February 23, 2007, for the filing of their Consolidated Statement of Uncontroverted Facts.

At present, the parties' statement is due February 13, 2007, pursuant to the Court's order of January 3, 2007.

No previous enlargements of time for this deadline have been requested.

The parties are working in good faith to assemble the consolidated statement of facts. However, they are requesting this additional time in the

hopes that more uncontroverted facts can be provided to the Court than are currently available.

On February 8, 2007, the parties conferred and agreed that Defendant would file this Motion for Enlargement of Time on behalf of the parties.

WHEREFORE, the parties respectfully request a ten day enlargement of time in which to file their Consolidated Statement of Uncontroverted Facts.

Respectfully submitted this 9th day of February 2007.

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Fred Disheroon by Mark T. Romley
FRED R. DISHEROON, Special Litigation Counsel
MARK T. ROMLEY, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. St. N.W., Room 3022
Washington, D.C. 20004
Telephone: (202) 616-9649
Fax: (202) 616-9667