IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SHEILA NICHOLSON,
SHELLEY NICHOLSON, and
RICHARD HIRSTSUS,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 05-1259L

Hon. Lawrence M. Baskir

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE THE PARTIES' CONSOLIDATED STATEMENT OF UNCONTROVERTED FACTS**

Defendant hereby moves for an enlargement of time of fourteen days, or to and including March 9, 2007, for the filing of the parties' Consolidated Statement of Uncontroverted Facts.

At present, the parties' statement is due February 23, 2007, pursuant to the Court's order of February 15, 2007.

The parties requested one previous enlargement of time for this deadline.

The parties have worked in good faith to assemble the consolidated statement of facts. However, many of the facts Plaintiffs propose in this matter are also at issue in the Katrina Canal Breaches Consolidated

Litigation – a consolidated matter in which the United States has been named as a defendant in over 70 tort actions. United States District Court for the Eastern District of Louisiana, Katrina Canal Breaches Consolidated Litigation, No. 05-4182, http://www.laed.uscourts.gov/CanalCases/CanalCases.htm (last visited February 22, 2006). Although Defendant worked diligently to complete the proposed statement of facts within the time allotted, more time is needed to coordinate the internal position of the Department of Justice to ensure that nothing in these proceedings will prejudice the Department's efforts in the ongoing consolidated breach litigation taking place in the Eastern District of Louisiana.

On February 22, 2007, counsel for Defendant contacted Counsel for Plaintiffs who stated that Plaintiffs do not object to the fourteen day enlargement.

**WHEREFORE**, Defendant respectfully requests a fourteen day enlargement of time in which to file the parties' Consolidated Statement of Uncontroverted Facts.

Respectfully submitted this 23rd day of February 2007.

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Fred Disheroon by Mark T. Romley
FRED R. DISHEROON, Special Litigation Counsel
MARK T. ROMLEY, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. St. N.W., Room 3022
Washington, D.C. 20004
Telephone: (202) 616-9649
Fax: (202) 616-9667