# In the United States Court of Federal Claims

Case No. 05-1259L
(Filed: February 27, 2007)

**********************************************************
SHEILA NICHOLSON, SHELLEY NICHOLSON, *
AND RICHARD HIRSTSUS, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**********************************************************

## ORDER

The Defendant's unopposed **Motion for a 14-day Enlargement of Time, until March 9, 2007,** to file the **Consolidated Statement of Uncontroverted Facts** is hereby **GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge