**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SHEILA NICHOLSON, SHELLEY NICHOLSON AND RICHARD HIRSTSUS,**

**Plaintiffs**

**NO. 05-1259 "L"**

**VERSUS**

**Hon. Lawrence M. Baskir**

**THE UNITED STATES OF AMERICA and the U.S. ARMY CORPS OF ENGINEERS,**

**Defendants**

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY AND INCORPORATED MEMORANDUM**

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Sheila Nicholson, Shelley Nicholson and Richard Hirstsus, and move this Court for leave to file a Memorandum of Supplemental Authority to further support their Motion for Partial Summary Judgment and to oppose the United States of America's Motion for Summary Judgment.

The basis of this motion is that subsequent to filing the motions and the Consolidated Statement of Uncontroverted Facts, the United States Corps of Engineers issued a more final Interagency Performance Evaluation Task Force Report. A copy of that report is annexed as Exhibit A.

Additionally, Team Louisiana, a group of Scientists appointed by the State of Louisiana to investigate the cause of the levee and floodwall failures in New Orleans also issued its report. A copy of that report is annexed as Exhibit B.

These reports contained significant and important information for this Court to consider in evaluating the merits of the cross-motions for Summary Judgment.

Undersigned counsel requests authority of this Court to file a memorandum discussing these new reports and their effect on the Consolidated Statement of Uncontroverted Facts and the Memorandum in Support and in Opposition of the respective Summary Judgment motions.

In undersigned counsel's opinion, the United States Army Corps of Engineers' more final Interagency Performance Evaluation Task report and the Team Louisiana report tend to prove essential facts for the Motions for Summary Judgment.

For those reasons, it is respectfully requested that Plaintiffs be granted an additional thirty (30) days to file a Memorandum of Supplement Authority with respect to the more final United States Corps of Engineers Interagency Performance Evaluation Task Force report and the Team Louisiana report.

Undersigned counsel contacted counsel for the United States of America and such counsel opposes this Motion for Leave to File Supplemental Authority.

Respectfully submitted,

**LOWE, STEIN, HOFFMAN,**
**ALLWEISS & HAUVER, L.L.P.**

**BY:** ***s/Mitchell J. Hoffman***
**MITCHELL J. HOFFMAN (#6896)**
**One Shell Square, Suite 3600**
**701 Poydras Street**
**New Orleans, Louisiana 70139-7735**
**Telephone: (504) 581-2450**
**Facsimile: (504) 581-2461**
**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I certify that I have on this 10th day of April, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile transmission, hand delivery, or by United States mail, properly addressed, and first class postage prepaid.

**BY:** ***s/Mitchell J. Hoffman***
**MITCHELL J. HOFFMAN**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SHEILA NICHOLSON, SHELLEY NICHOLSON AND RICHARD HIRSTSUS,**

**Plaintiffs**

**NO. 05-1259 "L"**

**VERSUS**

**Hon. Lawrence M. Baskir**

**THE UNITED STATES OF AMERICA and the U.S. ARMY CORPS OF ENGINEERS,**

**Defendants**

**ORDER**

______Considering the foregoing motion:

______**IT IS ORDERED** that plaintiffs are granted leave to file a Memorandum of Supplemental Authority with respect to the more final United States Corps of Engineers Interagency Performance Evaluation Task Force report and the Team Louisiana report. Such memorandum shall be filed within thirty (30) days from the date of this order.

Washington, D.C. this _____ day of ____________________, 2007.

______________________________
**J U D G E**