US Army Corps of Engineers

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume I – Executive Summary and Overview

26 March 2007



INTERIM FINAL

(Subject to Revision)

EXHIBIT B

Volume I -- Executive Summary and Overview
Volume II – Geodetic Vertical and Water Level Datums
Volume III – The Hurricane Protection System
Volume IV – The Storm
Volume V – The Performance – Levees and Floodwalls
Volume VI – The Performance -- Interior Drainage and Pumping
Volume VII – The Consequences
Volume VIII – Engineering and Operational Risk and Reliability Analysis
Volume IX – General Appendices

**DISCLAIMER:** The contents of this report are not to be used for advertising, publication, or promotional purposes. Citation of trade names does not constitute an official endorsement or approval of the use of such commercial products. All product names and trademarks cited are the property of their respective owners. The findings of this report are not to be construed as an official Department of the Army position unless so designated by other authorized documents.

# Volume I
# Executive Summary and Overview



# Contents

Preface ........ I-iv

Executive Summary ........ I-1

- Introduction ........ I-1
- Summary of Findings ........ I-2
- Summary of Lessons Learned ........ I-3

Overview ........ I-6

- Interagency Performance Evaluation Task Force (IPET) ........ I-6
  - *Establishment and Mission* ........ *I-6*
  - *Objectives* ........ *I-7*
  - *Organization and Activities* ........ *I-7*
  - *Review Process* ........ *I-9*
  - *Prior Reports* ........ *I-10*
  - *Report Organization and Content* ........ *I-12*
  - *Overall Uncertainty of IPET Analysis* ........ *I-18*
- Hurricane Katrina and Its Impact ........ I-22
  - *Historical Perspective* ........ *I-23*
  - *The System (for more information see Volumes II and III)* ........ *I-28*
  - *The Storm (for more information see Volume IV)* ........ *I-32*
  - *The Performance (for more information see Volumes V and VI)* ........ *I-41*
  - *The Consequences (for more information see Volume VII)* ........ *I-51*
  - *The Risk (for more information see Volume VIII)* ........ *I-59*

Principal Findings and Lessons Learned ........ I-61

- Principal Findings ........ I-61
  - *The System (see Volumes II and III)* ........ *I-61*
  - *The Storm (See Volume IV)* ........ *I-63*
  - *The Performance (see Volumes V and VI)* ........ *I-65*
  - *The Consequences (See Volume VII)* ........ *I-67*
  - *The Risk (See Volume VIII)* ........ *I-69*
- Principal Lessons Learned ........ I-69
  - *The System (see Volumes II and III)* ........ *I-69*
  - *The Storm (see Volume IV)* ........ *I-70*
  - *The Performance (See Volume V and VI)* ........ *I-72*
  - *The Consequences (See Volume VII)* ........ *I-73*
  - *The Risk (See Volume VIII)* ........ *I-73*
  - *Knowledge and Expertise* ........ *I-74*
  - *Other Studies* ........ *I-75*

Appendix 1. IPET Leadership, Affiliations, and Organizations ........ I-1-1

- Organization ........ I-1-3

Appendix 2. American Society of Civil Engineers External Review Panel Members ........ I-2-1



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Appendix 3. National Research Council Committee Members ........ I-3-1

Appendix 4. Task Force Guardian Input ........ I-4-1

Appendix 5. Regional Geology and History ........ I-5-1

- Introduction ........ I-5-1
- Physiography and Setting ........ I-5-1
- Geologic History ........ I-5-3
- Geologic Structure and Faulting ........ I-5-7
- Holocene Environments of Deposition ........ I-5-8
- Subsidence and settlement ........ I-5-12
- Summary ........ I-5-19
- References ........ I-5-20

Appendix 6. Distribution of Hurricane Protection System Structures ........ I-6-1

Appendix 7. Post-Katrina Hurricane Protection System Elevations Relative to Authorized Elevations ........ I-7-1

Appendix 8. Maps and Associated Descriptions of Breach Sites ........ I-8-1


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

# Preface

This report is the result of an intense performance evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System during Hurricane Katrina. It was conducted by the Interagency Performance Evaluation Task Force (IPET), a distinguished group of government, academic, and private sector scientists and engineers who dedicated themselves to this task from shortly after Katrina struck through the publication of this report. IPET was created by the Chief of Engineers, U.S. Army Corps of Engineers, and the group's work was peer reviewed on a weekly basis by a distinguished external review panel of the American Society of Civil Engineers and independently reviewed by the National Research Council Committee on New Orleans Regional Hurricane Protection Projects. IPET applied some of the most sophisticated capabilities available in civil engineering to understand what happened during Katrina and why. Their purpose was not just new knowledge, but application of that knowledge to the repair and reconstitution of protection in New Orleans as well as improvement to engineering practice and policies. The results of much of the IPET work are largely already in the ground, having been transferred and applied prior to the formal completion of this report. The bulk of the information and documents used or generated by the Task Force has been made available through a public web site, *https://IPET.wes.army.mil*, as available. At the time of the distribution of this report there are well over 4,300 documents on this site.

In spite of the large amount of work accomplished by the IPET and others, it is important to recognize that the body of knowledge that has been generated is not complete and much remains to be done to gain a comprehensive understanding of all aspects of hurricane risk reduction for the future. Much of this work was conducted within a highly constrained time frame. This drove investigators to apply tools and methods readily available and often with less than the optimum data. Time often precluded lengthy or comprehensive data acquisition, especially over the extensive area of the New Orleans Hurricane Protection System. Having made these points, it is also important to recognize that the analyses and results presented are the product of a highly capable team of experts and reflect their collective experience and knowledge. This work need not be repeated, rather it should serve as a substantial platform from which additional studies and evaluations are conducted.

There are nine volumes in the final report, designed to provide a detailed documentation of the technical analyses conducted and their associated findings. They are organized around major technical tasks that together provided an in-depth system-wide assessment of the behavior of the hurricane protection system and lessons learned that have been incorporated into the immediate repairs and are integrated into the continuing efforts to improve the system and assess approaches for higher levels of protection. The volumes and their individual focus areas are as follows:

- **Volume I. Executive Summary and Overview** – Summary of findings and lessons learned. Overview of IPET, the performance evaluation activities and IPET reports.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

- **Volume II. Geodetic Vertical and Water Level Datums** – Update of geodetic and water level references for the region and determination of accurate elevations for all critical structures.

- **Volume III. The Hurricane Protection System** – Documentation of the character of the hurricane protection system, including the design assumptions and criteria, as-built and maintained condition.

- **Volume IV. The Storm** – Documentation of the surge and wave environments created by Katrina and the time-history and nature of the forces experienced by protection structures during the storm.

- **Volume V. The Performance – Levees and Floodwalls** – Documentation and assessment of the behavior of individual damaged structures and development of criteria for evaluation of undamaged sections. Provision of input to repairs and ongoing design and planning efforts.

- **Volume VI. The Performance – Interior Drainage and Pumping** – Assessment of the performance of the interior drainage and pumping systems with regard to extent and duration of flooding. Examination of scenarios to understand system-wide performance.

- **Volume VII. The Consequences** – Determination of the economic, human safety and health, environmental, and social and cultural losses due to Katrina. Examination of scenarios to understand implications of losses and possible recovery paths on future risk.

- **Volume VIII. Engineering and Operational Risk and Reliability Analysis** – Determination of the inherent risk for all parts of the system prior to and following Katrina. Provision of capability for risk-based decision support for continuing improvement and development of hurricane protection.

- **Volume IX. General Appendices** – Documentation of information resources and management, program management, and communications.

On behalf of the entire Interagency Performance Evaluation Task Force, the undersigned offer this report and the results therein as a contribution to the well-being of the people of New Orleans and Southeast Louisiana and the reconstitution of effective hurricane protection for their future.

Lewis E. Link, Ph.D.
Senior Research Engineer
University of Maryland
College Park, Maryland

John J. Jaeger, Ph.D., P.E.
Chief, Engineering and Construction
U.S. Army Corps of Engineers, Huntington District
Huntington, West Virginia


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Jeremy Stevenson
U.S. Army Corps of Engineers, Huntington District
Huntington, West Virginia

Wayne Stroupe
Public Affairs Office
U.S. Army Corps of Engineers, Engineer Research and Development Center
Vicksburg, Mississippi

Reed L. Mosher, Ph.D.
Technical Director, Survivability and Protective Structures
Geotechnical and Structures Laboratory
U.S. Army Corps of Engineers, Engineer Research and Development Center
Vicksburg, Mississippi

Denise Martin
Computer Scientist
Information Technology Laboratory
U.S. Army Corps of Engineers, Engineer Research and Development Center
Vicksburg, Mississippi

James K. Garster
Team Leader – Survey Engineer
Topographic Engineering Center
U.S. Army Corps of Engineers, Engineer Research and Development Center
Alexandria, Virginia

David B. Zilkoski
Director, National Geodetic Survey
National Oceanic and Atmospheric Administration
Silver Spring, Maryland

Bruce A. Ebersole, P.E.
Chief, Flood and Storm Protection Division
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers, Engineer Research and Development Center
Vicksburg, Mississippi

Joannes J. Westerink, Ph.D.
Professor, Department of Civil Engineering and Geological Sciences
University of Notre Dame
Notre Dame, Indiana

Donald T. Resio, Ph.D.
Senior Scientist
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers, Engineer Research and Development Center
Vicksburg, Mississippi

Robert G. Dean, Sc.D., P.E.
Professor Emeritus
University of Florida
Gainesville, Florida


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Michael K. Sharp, Ph.D., P.E.
Technical Director, Civil Works Infrastructure
Geotechnical and Structures Laboratory
U.S. Army Corps of Engineers, Engineer
Research and Development Center
Vicksburg, Mississippi

R. Scott Steedman, Ph.D., FREng
Steedman and Associates, Ltd.
Reading, United Kingdom

J. Michael Duncan, Ph.D., P.E.
University Distinguished Professor of Civil
Engineering
Virginia Polytechnic Institute and State
University
Blacksburg, Virginia

Brian L. Moentenich, P.E.
Hydroelectric Design Center
U.S. Army Corps of Engineers, Portland
District
Portland, Oregon

Bob Howard, P.E.
Director of Operations
South Florida Water Management District
West Palm Beach, Florida

Jeff Harris
Chief, Hydrology and Hydraulics Technology
Division
Hydrologic Engineering Center
Davis, California

Steve Fitzgerald, P.E.
Chief Engineer
Harris County Flood Control District
Houston, Texas

David Moser, Ph.D.
Chief Economist
U.S. Army Corps of Engineers,
Institute for Water Resources
Alexandria, Virginia

Patrick Canning, Ph.D.
Senior Economist
Economic Research Service
U.S. Department of Agriculture
Washington, DC

Jerry Foster, P.E.
Headquarters, U.S. Army Corps of Engineers
Washington, DC

Bruce Muller, P.E.
Chief, Dam Safety
U.S. Bureau of Reclamation
Denver, Colorado


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

# Executive Summary

## Introduction

This report, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, is the final report of a series concerning the in-depth analysis of the New Orleans and Southeast Louisiana Hurricane Protection System conducted by the Interagency Performance Evaluation Task Force (IPET). The IPET was established by the Chief of Engineers to determine the facts concerning the performance of the hurricane protection system in New Orleans and Southeast Louisiana during Hurricane Katrina. The analyses conducted by the IPET and the information presented in this report are designed to answer five principal questions that comprised the IPET mission:

- The System: What were the pre-Katrina characteristics of the hurricane protection system (HPS) components; how did they compare to the original design intent?

- The Storm: What was the surge and wave environment created by Katrina and the forces incident on the levees and floodwalls?

- The Performance: How did the levees and floodwalls perform, what insights can be gained for the effective repair of the system, and what is the residual capability of the undamaged portions? What was the performance of the interior drainage system and pump stations and their role in flooding and unwatering of the area?

- The Consequences: What were the societal-related consequences of the flooding from Katrina to include economic, life and safety, environmental, and historical and cultural losses?

- The Risk: What were the risk and reliability of the hurricane protection system prior to Katrina, and what will they be following the planned repairs and improvements (Dec. 2007)?

The knowledge gained in answering these questions 1) was applied directly to the design and construction of immediate and longer term repairs, 2) was used to assess the integrity of and plan remedial actions for the sections of the hurricane protection system not severely damaged, 3) is being used in the ongoing efforts to enhance the capabilities of the system to achieve 100-year levels of protection, and 4) provide analytical methods and a body of knowledge to assist in planning and designing more effective protection measures in the future. The IPET analytical tools and information bases are being transitioned to the Louisiana Coastal Protection and Restoration Study (LaCPR), to assist in developing effective approaches for higher levels of protection.

The nine volumes of the final report provide a detailed documentation of a broad, multi-disciplinary analysis of the hurricane protection system and its performance during Hurricane Katrina. The frequent professional interaction and review comments provided by the American


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Society of Civil Engineers (ASCE) External Review Panel and the strategic oversight of the National Research Council (NRC) Committee on New Orleans Regional Hurricane Protection Projects have made substantial contributions to the conduct of the analysis and development of the results described in this report. This volume, Volume I, Executive Summary and Overview, provides an overview of the IPET and its efforts, a synopsis of the performance of the hurricane protection system during Katrina and a summary of the principal findings and lessons learned. All are described in more detail in Volumes II–IX. Since the hurricane protection system is only designed to manage flooding in the metropolitan New Orleans basin, wind-based consequences and any direct consequences exterior to the hurricane protection system are excluded from this report. In addition, the IPET did not examine organizational and jurisdictional issues that impacted the effectiveness of the physical hurricane protection system. These issues are being examined by a separate team in the Hurricane Performance Decision Chronology Study whose results will be reported separately.

This report and all other IPET-produced documents are available on the IPET Web site, *https://IPET.wes.army.mil*.

## Summary of Findings

**The System:** The system did not perform as a system. In some areas it was not completed, and in others, datum misinterpretation and subsidence reduced its intended protective elevation. The capacity for protection varied because of some structures that provided no reliable protection above their design elevations and others that had inadequate designs leaving them vulnerable at water elevations significantly below the design intent. The designs of the levee-floodwall structures along the outfall canals were particularly inadequate. A series of incremental decisions that went from the original "barrier" plan to the "parallel protection" structures ultimately constructed, systematically increased the inherent risk in the system without recognition or acknowledgment.

**The Storm:** Katrina created record surge and wave conditions along the east side of New Orleans and the coast of Mississippi. Peak water levels along the Plaquemines and St. Bernard levees and within the Inner Harbor Navigation Canal (IHNC) were significantly higher than the structures leading to massive overtopping and eventually breaching. Wave heights during Katrina were typically similar to those assumed for the design of the structures, except for Plaquemines Parish where they were higher than the design assumptions. Wave periods, however, were three times longer than the design assumptions, particularly along the east side of St. Bernard and Plaquemines Parishes. The longer period more energetic waves created much greater potential for runup and overtopping. Conditions within Lake Pontchartrain were roughly equal to the design criteria for the shoreline structures. The Mississippi River Gulf Outlet channel, presumed to be a major factor in propagating storm surge into the IHNC, was demonstrated to have little impact on storm water levels for large storms.

**The Performance:** With the exception of four foundation design failures, all of the major breaches were caused by overtopping and subsequent erosion. Reduced protective elevations increased the amount of overtopping, erosion and subsequent flooding, particularly in Orleans


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.