East. Ironically, the structures that ultimately breached performed as designed, providing protection until overtopping occurred and then becoming vulnerable to catastrophic breaching. The levee-floodwall designs for the 17th Street and London Avenue Outfall Canals and IHNC were inadequate for the complex and challenging environment. In four cases the structures failed catastrophically prior to water reaching design elevations. A significant number of structures that were subjected to water levels beyond their design limits performed well. Typically, in the case of floodwalls, they represented more conservative design assumptions and, for levees, use of higher quality, less erodible materials.

**The Consequences:** Approximately 80 percent of New Orleans was flooded, in many areas with depth of flooding exceeding 15 ft. The majority, approximately two-thirds overall in areas such as Orleans East Bank and St Bernard, of the flooding and half of the economic losses can be attributed to water flowing through breaches in floodwalls and levees. There were at least 727 fatalities in the five parishes in and around New Orleans, and over 70 percent of the fatalities were people over age 70. The poor, elderly, and disabled, the groups least likely to be able to evacuate without assistance, were disproportionately impacted. Direct property losses exceeded $20 billion, and 78 percent of those losses were in residential areas. There was an additional loss of over $7 billion in public structures and utilities. The indirect consequences were equally disastrous. The breakdown in New Orleans' social structure, loss of cultural heritage, and dramatically altered physical, economic, political, social, and psychological character of the area are unprecedented in the United States. In themselves, these create a formidable barrier to recovery. Where water depths were small, recovery has been almost complete. In areas where water depths were greater, little recovery or reinvestment has taken place.

**The Risk:** The prototype risk assessment process can identify the areas most vulnerable to future flooding and with the highest residual risk. Given more consistent levels of protection that will exist in the 2007 time frame, in many areas, level of risk is closely associated with the property values and population densities in the subbasins and the elevation of the area (potential for deep flooding) The exception is in the areas bounded by the IHNC where the reliability of protection will be lower because of legacy structures (types and elevation) and continued threat of high surge and wave conditions. Final risk results will be published at the completion of the risk analysis.

## Summary of Lessons Learned

**The System:** Planning and design methods need to be system-based, allowing a more in-depth analysis of how a combination of structures and measures will perform together. These methods need to be able to consider the performance of the system beyond the design criteria, including the life cycle value of resilience and redundancy in the design. Dynamic factors such as subsidence and changing hazard levels must be included. This requires an ability to develop and evaluate adaptive designs, protective concepts that allow planned augmentation to deal with expected changes as well as some ability to accommodate the unexpected. An accurate reference datum and monitoring of structure elevations, as well as the effective operation and maintenance of the hurricane protection system, are essential parts of this process. All assets that factor in the capability to provide protection, such as pump plants and closure structures, must be included in


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

the overall analyses, even if they are not a formal part of the protection system. With rapid changes in new knowledge and engineering practice, it is essential to continuously review and update technical guidance used in planning and design as well as providing an effective mechanism for the engineering community to adopt and mature new methods, The Standard Project Hurricane (SPH) methodology used to develop design criteria for the original system is outdated and should no longer be used. More flexible and robust probability-based methods are available that will provide better definition of the future hazard faced by protective structures.

**The Storm:** Sophisticated models that incorporate high-resolution spatial data and high-quality wind fields are essential to accurately characterize storm surge and waves. This is particularly true in an area such as New Orleans with complex shoreline comprised of both natural (marshes and ridges) and man-made barriers (levees and transportation corridors). These models need increased capabilities to accurately simulate the impact of barrier islands, marsh, and wetlands on surge and wave conditions. The interaction of the surge and wave conditions with structures such as levees and floodwalls requires special detailed modeling to accurately account for wave runup and overtopping, and to examine levee/wall response to dynamic loadings. Typically, very few measurements of waves and surge are made along the entire periphery of a HPS as part of a monitoring program. That was the case for this HPS. Large storms such as Katrina can cause failure of instrumentation intended to record the surge and wave environments created by the storm, and did so in this case. This creates a difficult problem for conducting analyses of a storm and its impacts. High-water marks were the only reference information reasonably available around the region for calibrating and validating surge modeling. Only a relatively small percentage of these marks (15 percent) were considered accurate enough for use, pointing to the need for more robust instrumentation that can survive storms as well as rigorous standards for evaluating the quality of high-water marks.

**The Performance:** Hurricane protection structures need to be designed as a part of a complete system-based approach to protection, providing balanced and uniform levels of protection from the perspectives of time, level of hazard, and reliability. Designs need to be conservative enough to accommodate unknowns. Designs need to consider dynamic wave loadings in situations where waves are present. The unanticipated failure mode defined in the IPET analysis for the outfall canal floodwalls is not the only potential failure mode for these structures not considered in the original designs. With the rapid expansion of knowledge and practice, it is necessary to frequently review the adequacy of existing infrastructure in the context of that new knowledge and have processes in place to respond expeditiously to any performance limitations that arise. Resilience should be factored in to all designs to prevent catastrophic failures and to protect the integrity of the hurricane protection system itself. The maintained condition of the levees is an important factor in their overall performance and should be monitored more rigorously and through evaluations that extend beyond visual inspections.

**The Consequences:** Even without the significant catastrophic breaching that occurred, the flooding and direct losses from Katrina would have been the worst in the history of the region. However, approximately half of the direct losses may have been averted if breaching had not occurred. This reduction in direct losses would likely have dramatically reduced the indirect consequences of the event. Together, this may have enabled a more rapid and systematic recovery. Resilience in the hurricane protection system would have provided that advantage.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Mapping the economic and human health and safety consequences of Katrina has created a powerful information base from which risk assessments and future planning priorities can be informed. Estimating the future distributions of population and property in the uncertain recovery and re-development environment proved very difficult. The scenario development accomplished to provide some insights into possible consequences of future hurricane events proved a feasible and valuable approach. Environmental losses were an essential component to the overall assessment of consequences, but they proved to be difficult to characterize beyond the short term, in part because of the already significant levels of contamination existing in the region. Not nearly enough information is available on the long-term impacts of saltwater intrusion and flooding on freshwater marshes, or the conditions and rates of recovery that can be expected.

**The Risk:** Risk assessment provides a new and more comprehensive method to understand the inherent vulnerability for areas protected by complex protection systems and subjected to uncertain natural hazards. It provides a direct view into the sources of vulnerability, providing a valuable tool for public officials at all levels to focus resources and attention on the most serious problems and to seek solutions that reduce risk through both strengthening the reliability of the physical structures and reducing exposure of people and property to losses. Given a relatively uniform level of reliability of the protection system, the relative risk values are largely related to elevation (below sea level) and the value of property or number of people who occupy those areas. The emergency response preparedness and efficiency of evacuation prior to a storm is a key component to reducing risk to life and human safety.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

# Overview

## Interagency Performance Evaluation Task Force (IPET)

### Establishment and Mission

IPET was established by the Chief of Engineers to determine the facts concerning the performance of the New Orleans Hurricane Protection System (HPS) in response to Hurricane Katrina. The Task Force conducted in-depth analyses that defined the surge and wave levels resulting from the storm; determined the forces experienced by the HPS; characterized the design, as-built, and as-maintained character of the HPS; determined the most likely causes and mechanisms for observed behavior (failure and success); characterized the extent and consequences of flooding to include the influence of the pumping stations; and performed a risk and reliability assessment of the HPS.

> **"...to provide credible and objective scientific and engineering answers to fundamental questions about the performance of the hurricane protection and flood damage reduction system in the New Orleans metropolitan area."**
>
> **LTG Carl A. Strock, Chief of Engineers, 10 Oct 2005**

The IPET analysis assisted the Corps and other responsible agencies in understanding why various components of the HPS performed as they did during Katrina, and provided input to the ongoing efforts to reconstitute the HPS. This included: 1) repair of the areas seriously damaged by Hurricane Katrina, 2) evaluation and repair (as necessary) of areas not severely damaged, and 3) the planning and design for achieving 100-year certifiable (Federal Emergency Management Agency (FEMA) flood insurance) structures. The goal was to use these lessons learned to reconstitute a more resilient and capable HPS than that which existed prior to Katrina. The extensive information repository, analytical tools, and analysis results also provide a significant new body of knowledge and analytical capability to support evaluation of alternative approaches to providing higher levels of protection through the Louisiana Coastal Protection and Restoration Study (LaCPR). It is also hoped that the findings of the IPET efforts, coupled with the insights and interpretations of the ASCE External Review Panel and the NRC Committee on New Orleans Regional Hurricane Protection Projects, will contribute to positive changes in engineering practice and water resources policy for the future.

During the conduct of the IPET studies, there has been continuous interaction with the Corps of Engineers entities in New Orleans responsible for the repair and reconstitution of hurricane protection in the region. These organizations, Task Force Hope, Task Force Guardian, and the New Orleans District, had representatives embedded in the IPET Teams, providing an effective two-way conduit for information and rapid transfer of results and lessons learned. It was


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

imperative that the knowledge gained by the IPET and others be immediately made available to those responsible for repair and reconstruction.

## Objectives

The principal IPET objective was to provide answers to the following questions:

- **The Hurricane Protection System: What were the design criteria for the pre-Katrina HPS, and did the design, as-built construction, and maintained condition meet these criteria?**
- **The Storm: What were the storm surges and waves used as the basis of design, and how do these compare to the storm surges and waves generated by Hurricane Katrina?**
- **The Performance: How did the floodwalls, levees, pumping stations, and drainage canals, individually and acting as an integrated system, perform in response to Hurricane Katrina, and why?**
- **The Consequences: What have been the societal-related consequences of the Katrina-related damage?**
- **The Risk: Following the immediate repairs, what will be the quantifiable risk to New Orleans and vicinity from future hurricanes and tropical storms?**

A parallel objective was to share, as they were determined, the information, findings, and lessons learned from answering these questions with the personnel and organizations engaged in the repair and reconstitution of the HPS, and with the public.

## Organization and Activities

Over 300 experts from more than 50 organizations have contributed to IPET. Those organizations included 25 universities, 23 private sector firms, and 10 government agencies. The government participants came from federal as well as local agencies such as the South Florida Water Management District and Harris County (TX) Flood Control District. This provided a broad array of experience and diverse perspectives to shape the analyses and interpret the results. There were 25 individuals from Task Force Guardian and the New Orleans District embedded in the IPET teams to provide direct two-way exchanges of information and ideas. This was essential to the rapid transfer of information and findings to the repair process.

The IPET was organized into ten technical teams. Each team had co-leaders with one from within the Corps of Engineers and one from an organization external to the Corps. This provided an extra dimension to the leadership, extending the talent and experience of each team and providing external ideas, resources, and oversight to their efforts. The team activities were coordinated by a Program Director and Technical Director, supported by a Program Manager


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

and Public Affairs Specialist. Legal and administrative support was provided through the Corps' Engineer Research and Development Center (ERDC) and the Huntington District. Appendix 1 provides the IPET principal leaders, their roles in IPET, their affiliations, and a list of the organizational affiliations of individuals serving on IPET teams.

In many ways the leadership and management model for IPET mimics that of the high-end strategic consulting firms that use a largely virtual business model. This model encourages diverse self-managed teams that cooperate under the framework of a total strategy for achieving project objectives. While each task had a specific scope of work, the key ingredient for the IPET leadership has been identifying and managing the interdependencies of the teams and their tasks to get to a final comprehensive performance evaluation. As the work of the teams progressed, their efforts have been progressively consolidated to enhance product compatibility and seamless integration. This was enabled by the project management function that, while virtual, provided the program/project architecture that glued the effort together, provided financial management and administrative support, and allowed the teams to focus on the technical analysis. A critical part of the project management activities was the development of a detailed management schedule and plan (see Volume IX) that inter-related all work efforts and provided a critical path for the entire effort. The key to accomplishing this extensive amount of work in a short time frame was the quality of the people involved in the teams and the continuous and open communications among them.

Another significant factor was the use of spiral development to evolve each major product. In this process, data, methods and analysis were developed and accomplished in a series of repeated cycles. Each time improvements were made based on such things as more complete information, validation of methods, increased sophistication of models and comparison to ground truth. This provided a significant opportunity for investigators to learn about the limits of the data and models being used and to focus efforts where needed. It also allowed teams to provide preliminary input to the analyses being conducted by other teams, providing early integration of activities and an ability to examine the compatibility of results.

Since the IPET was a virtual organization, multiple modes of communications were essential to success. A virtual office environment was set up using "Groove" software. This provided a collaborative environment for data, documents, and discussions. Individual workspaces were created for each team, the External Review Panel, Task Force Guardian, and other stakeholders requiring rapid access to IPET activities and information. IPET also used frequent phone conferences at the team level and across the entire organization, to maintain cognizance of the status of efforts and to discuss any issues that needed resolution. Representatives of the Corps offices engaged in the repair and rebuilding efforts, the Corps Headquarters, and occasionally members of congressional investigative committees, participated in these conferences. Phone conferences were also used to provide interim updates to the external review panels and committees. The IPET Web site (*https://IPET.wes.army.mil*) was the primary conduit to provide information to the public and other organizations interested in the ongoing analyses. This Web site became the primary avenue for providing to the public over 4,300 documents dealing with the design and construction of the hurricane protection system, as well as IPET communications and reports.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Having the exceptional R&D infrastructure of the ERDC available to the IPET was a major advantage and enabler for this work. Priority access to the Department of Defense Major Shared Resource Center's most capable supercomputers for hydrodynamic analysis dramatically accelerated the progress and enhanced the IPET efforts to model surges and waves. The ability to accomplish parallel numerical stability and seepage analyses at both the ERDC and at The Virginia Polytechnic Institute and State University accelerated the analysis and provided an invaluable check and balance on the results. Having priority access to the Army centrifuge at ERDC and the established ERDC ties to the Rennselaer Polytechnic Institute (RPI) centrifuge and European centrifuge experts at the GeoDelft enabled physical modeling for the breach sites to occur in an unprecedented time frame and also provided independent results for comparison. Physical hydraulic modeling of the 17th Street Canal provided a valuable complement to numerical modeling, offering details on wave and sloshing phenomena and the impact of debris on flow, unavailable from other sources. Availability of these and similar experimental assets such as drilling and soils testing capabilities and the support infrastructures associated with them (provided through ERDC and the New Orleans District and their contractors) allowed IPET analyses to progress at an unusually rapid pace. Most important was the available expertise that enabled these resources to be wisely used.

## Review Process

At the request of the Chief of Engineers, the ASCE set up an External Review Panel (ERP) to provide continuous review of the work of the IPET. The panel was comprised of experts from industry, academia, and government with a broad range of experience and expertise in each of the principal areas of analysis. The ERP functioned as a real-time peer review body as well as an alter ego to the IPET teams. Formal meetings were held in November 2005, January 2006, March 2006, and May 2006. A final joint meeting was held in February, 2007 to review changes made to the IPET report in response to ERP recommendations. These meetings were comprehensive across-the-board reviews, including discussions of the work completed, the status of ongoing work, and the integration of the results from the different teams to generate the system-wide information required to meet the IPET objectives. During the intervening periods, individual members of the ERP maintained frequent communication with specific IPET teams to maintain cognizance of ongoing work and to provide short-term review and feedback on specific issues. The objective was to maintain a high level of credibility of the work and products while enabling IPET to continue working at a rapid pace to meet their objectives. This was especially important to providing validated information to Task Force Guardian for their work in repairing the damaged sections of the HPS. Note that the IPET draft Final Report and the completion of repairs were both scheduled for 1 June 2006. The ERP has issued letter reports to the Chief of Engineers after each major meeting with the IPET as well as providing a final report in November 2006. These reports are available on the ASCE Web page as well as the IPET Web page. Appendix 2 lists the members of the ASCE ERP.

At the request of the Secretary of Defense, the NRC established the Committee on New Orleans Regional Hurricane Protection Projects to provide strategic oversight of the IPET and to make recommendations concerning hurricane protection in New Orleans. The NRC Committee provided a more strategic overview function. Formal public meetings were held by the


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Committee in New Orleans in January, March, May, and July 2006, and in Washington, DC, in January 2007. A final meeting will be held to review the risk and reliability work as documented in Volume VIII upon delivery of the draft to the committee. IPET principals made formal presentations to the Committee at these meetings as well as engaging in technical discussions. During these meetings the NRC also received briefings from members of other teams engaged in analyses of the HPS during Katrina, experts in specific areas of interest, and the public. Communications between these meetings were dominantly written responses to questions or clarification of issues that were raised during the meetings. The NRC Committee has provided three formal interim reports to the Assistant Secretary of the Army on the progress of their review. They will generate a separate report on the Risk and Reliability Analysis in the February-March 2007 time frame and provide their final report during the summer of 2007. NRC Committee reports are available on the NRC Web page as well as the IPET Web page. Appendix 3 lists the members of the NRC Committee on New Orleans Regional Hurricane Protection Projects.

## Prior Reports

IPET efforts are documented in four major reports, including two versions of the final report. The draft final report was released on 1 June 2006. It is superseded by this final report which contains considerable additional information and has been revised in format and presentation. All are available on the IPET public Web site, *https://IPET.wes.army.mil*. An uncommon element to this study is that the majority of the findings and lessons learned were transferred to those responsible for the repair and reconstitution of the HPS as they were learned and prior to the publication of these reports. This was one of the most important objectives of the IPET, to positively impact the repair activities while ongoing and to provide capabilities needed to reconstitute long-term effective protection for the area. Appendix 4 summarizes the IPET contributions to Task Force Guardian, the Corps organization responsible for repair of the HPS.

**Report 1:** IPET Report 1, *Performance Evaluation Plan and Interim Status*, published as a draft on 10 January 2006, documented the IPET scope of work and analysis methods that resulted from significant interaction with the individual experts and the collective body of the ERP. ASCE provided their formal review of IPET Report 1 in a letter report to the Chief of Engineers on 20 February 2006, available on the ASCE Web site. The NRC Committee published their comments and review of the IPET activities and Report 1 in a letter report to the Assistant Secretary of the Army for Civil Works on 21 February 2006, available on the National Research Council Web site.

IPET Report 1 also provided a status report of the analysis in the various tasks comprising the IPET plan with a limited number of example products, mostly related to the initial storm surge and wave modeling. It included significant background information concerning the organization of the IPET activities, the participants and their affiliations, information sources and management, and the general approach for accomplishing the scopes of work.

**Report 2:** Report 2, *Performance Evaluation and Interim Results*, published as a draft on 10 March 2006, provided a synopsis of the analyses to date and presented significant interim


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

results. A secondary objective was to provide at least a full prototype of the analysis that was ongoing for all of the IPET tasks to allow the ERP and NRC reviewers a greater opportunity to provide feedback and advice to enhance the ultimate impact and value of the IPET efforts.

Report 2 was structured around the five major questions that comprise the IPET mission. It presented some significant results of analysis that formed the basis for the findings in this report. The results ranged from the relatively complete products of some aspects of the performance evaluation to prototypes of products for other tasks. The geodetic vertical and water-level datums and the storm surge and wave condition analyses are examples of areas where significant results were presented. In other areas a partial analysis was presented, e.g., the structural performance analysis of the 17th Street drainage canal breach, lacking only the numerical stability analysis component of the work. The information for other tasks, e.g., the risk and reliability analysis, represented prototypes for the final products under development. The intent for these areas was to document and describe how these products are being developed and what they will look like when published in the final report. Report 2 was provided to the ASCE ERP on 9-10 March 2006 in Vicksburg, MS, and to the NRC Committee on New Orleans Regional Hurricane Protection Projects on 20 March 2006 in New Orleans, LA. The ERP's feedback to the Chief of Engineers on that meeting is available on the ASCE Web site.

The IPET met with the ERP for the fourth time 3-5 May 2006 in New Orleans. The objective of the meeting was to provide detailed information and receive feedback on the analyses that were being completed for the final report. On 15 May 2006, the IPET met with the NRC Committee in New Orleans to provide a status report on the analyses and preparation of the draft final report. The NRC and IPET met in July 2006 in New Orleans for a focused discussion on the risk assessment efforts. Insights gained from those meetings are included in this report.

**Draft Final Report**: A draft of the final report was released on 1 June 2006. The intent was to provide a reasonably comprehensive documentation of the IPET work and results prior to the formal reviews by the ASCE ERP and the NRC Committee. The draft final report was divided into the same nine volumes that comprise this final report. Volume VIII, Engineering and Operational Risk and Reliability Analysis, was not complete in that the risk assessment was only partially completed at that time. A preliminary description of the methods being used and the approaches taken to develop the risk information were described as well as projections of the type of products to be generated. Since that time there has been a major change in the approach taken to define the future hurricane hazard for New Orleans. The Corps of Engineers, FEMA, and the National Oceanic and Atmospheric Administration (NOAA) created a partnership to define a new, more technically rigorous methodology and to apply that methodology to generate a single federal hazard definition that would serve multiple uses. The new method adopted the wave and surge modeling approach used by the IPET and it adopted an abridged Joint Probability Concept which is different from the method originally proposed by IPET to make it more practical for operational applications. The intent was to use the hazard information generated to drive the IPET risk assessment, the Corps design of 100-year certifiable levees, and FEMA floodmap production. The risk assessment would also be a fundamental tool for use by the LaCPR to evaluate alternative approaches for achieving higher levels of protection. The new hazard definition methodology is described in Volume VIII of this report as a part of the documentation of the risk and reliability work.

## Report Organization and Content

This report is the final report on the IPET performance evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System. It comprises nine volumes that document the work conducted by the IPET teams and the results of that work. As of the date of this report release, the risk assessment and preparation of Volume VIII, which documents IPET's risk and reliability efforts and products, remain in progress. There will be an amended version of Volume I published after the completion of the risk assessment and the reviewed and finalized edition of Volume VIII. The general content of each volume and how the results are being applied are described below:

**Volume I: Executive Summary and Overview.** Volume I is an executive summary and overview of the IPET study and its principal findings and lessons learned. It is a big-picture summary of the in-depth analysis and results presented in Volumes II to VIII.

**Volume II: Geodetic Vertical and Water Level Datums.** Because of the complex and variable subsidence in Southeast Louisiana, establishing an accurate vertical reference for measurements has been a constant challenge. By accelerating efforts already under way by the Corps of Engineers and the NOAA National Geodetic Survey (NGS), accurate elevations were established for the reference points within the region using modern global positioning system (GPS) technology. The relationship of local mean sea level (LMSL) to the geodetic datum was also established to provide a complete reference system for all analysis, repair, and planning activities. Additional surveys were accomplished to accurately determine the elevation of all critical features and structures that comprise the HPS as well as perishable data such as high-water marks resulting from Katrina.

The elevations for the reference points for the geodetic vertical datum have been provided to the Corps of Engineers directly and to other agencies and the public through NOAA/NGS channels. All surveyed elevations for levees, floodwalls, pump stations, other structures, and high-water marks are being transitioned to the Corps and made available through the IPET Web site, *https://IPET.wes.army.mil*. Digital elevation data obtained by a variety of methods to include airborne LIDAR have been corrected to the geodetic datum and will be available through the IPET Web site. This information provided a common foundation for IPET analyses as well as the application of the results in the HPS repairs. By accurately defining the elevations of the current structures, these data provide a clear definition of the changes needed to achieve authorized protection elevations for the system as well as ultimately achieving 100-year or higher levels of protection. Guidance has been provided to update agency criteria and methods for managing the reference datums in areas of rapid and variable subsidence.

**Volume III: The Hurricane Protection System.** The HPS is comprised of three individual authorized projects. What is in place has been designed and constructed in steps over time, starting in 1965 and continuing today. This volume provides a detailed description of the HPS. It focuses on the character of the HPS starting with the definition of the hazard, defined by the SPH, translation of the SPH into authorized levels of protection, the general methods and assumptions for the design of the floodwalls and levees to provide that protection, the as-built character following construction, and the maintained condition of the structures. It includes


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

documentation of the geotechnical information available and used for the design and construction and provides references for the detailed information. To augment this information, an annotated chronology of the significant decisions and communications that led to the constructed structures on the outfall canals is included. This provides significant insights as to what was built and the design intent. This is the first step in understanding and examining the performance of the entire HPS and providing a platform for the performance analysis of individual sites to better understand breaching.

Even though the pump stations and interior drainage facilities are not part of the official hurricane protection project, they are integrated physically and operationally during a hurricane event. Once rainfall occurs and seawater gets past the levees and floodwalls, the interior drainage and pump systems take over. A description of the drainage system and pump stations, and their condition and capacities are included in Volume III.

The comprehensive description of the HPS has been a platform for the majority of the IPET analyses. It was essential to understanding the intent of the designers and the character of the built structures. It provided the fundamental information for the levee and floodwall performance analyses from geotechnical information on the subsurface conditions to the design assumptions and analyses used to develop the sheet-pile depths, floodwall heights, and the levee geometry. The same information was a basic input to the characterization of the system for the risk assessment. The annotated chronology on the design and construction of the outfall canals was input to the Corps' companion forensic study, the Hurricane Performance Decision Chronology Study, examining why specific decisions were made in the evolution of those projects.

**Volume IV: The Storm:** Volume IV deals with characterization of Hurricane Katrina and the hydrodynamic environment it created. This involves two major components, regional modeling and analysis of surge and waves generated by Katrina and local, high-resolution modeling and analysis of the surge and waves to better understand the time-history of the static and dynamic forces that impacted the levees and floodwalls. The regional modeling provided a time-history of the surge and wave environments for all locations around the HPS. This employed advanced numerical models using a very high resolution representation of the geospatial character of the nearshore environment and the HPS. The high-resolution hydrodynamic modeling and analysis created a more detailed time-history of water levels and forces in the confined spaces of the outfall canals, the IHNC, and the Gulf Intracoastal Waterway (GIWW) as well as the interaction of surge and waves with structures such as overtopping of levees along St. Bernard and Plaquemines Parishes. A time-history of Katrina-generated forces, by location around the HPS, was essential to conducting a credible performance analysis, allowing the appropriate level of forces, based on the established timing of events to be used in the evaluation. The timeline of events was developed by combining eyewitness interviews with a wide variety of physical information and evidence. The timeline established when overtopping, breaching, and flooding occurred in the individual drainage basins and along the various reaches of the HPS. This was an essential input to the structural performance analysis, allowing accurate determination of the time history and character of the storm-generated forces to which structures were subjected at the time of overtopping or breaching. The wave, surge, and velocity information was provided directly to the Corps' Task Force Guardian for use in designing levee and floodwall repairs.

A special study was made to examine the impact of the Mississippi River Gulf Outlet (MRGO) channel on the storm surge levels in the IHNC. The ADCIRC storm surge model was run with the MRGO channel in its pre-Katrina condition and again assuming the channel did not exist. The results demonstrated that, for larger storms, the MRGO channel has little impact on the water levels in the IHNC.

**Volume V: The Performance - Levees and Floodwalls.** Volume V documents the structural performance analysis of the levees and floodwalls. The analysis addresses the floodwall breach sites on 17th Street and London Avenue Outfall Canals and the IHNC individually, describing the field investigations, computer modeling, and physical modeling used to determine the most likely failure mechanism. Sophisticated numerical models for stability and seepage, along with detailed field investigations, were used to determine the most likely failure mechanisms for each site. Centrifuge testing at both RPI and ERDC was used to confirm these mechanisms and develop a complete picture of the processes. It also describes the analysis of Orleans Outfall Canal, which provided un-breached analogs for both the 17th Street and London Avenue sites. A broad analysis of the impact of overtopping and scour on the St. Bernard and Plaquemines Levees is provided to understand the massive breaching that occurred in those parishes in terms of the types of materials used in the levees and the forces to which they were exposed.

The failure mechanisms determined for the I-wall breach sites, coupled with the knowledge gained by studying the Orleans non-breach analog sites, were used to develop criteria for investigating the remaining undamaged I-wall sections for performance integrity and to develop approaches to strengthen I-wall sections as necessary. Analysis for levee breaching was used to determine the primary causes of breaching and specify repair and rebuilding strategies that would be more robust. The knowledge gained is also being used to develop operating rules for managing water in the outfall canals after the temporary surge gates and pumps are installed and operating, as well as input to Corps Headquarters assessments of changes needed in engineering guidelines and design criteria.

**Volume VI: The Performance - Interior Drainage and Pumping.** Volume VI describes the second major component of the performance analysis of the physical system, interior drainage, and pump stations. This volume describes the character of pump stations in each parish, documents their performance during and after Katrina, and provides performance information for each station. The performance curves, including those describing backflow, were critical inputs to the drainage models that were used to assess flooding. The development of interior drainage models is described along with their application to compute and map the extent of flooding from Katrina and to examine how different performance scenarios would have impacted flooding. The interior drainage modeling includes characterization of the impact of pump station performance and the relative impacts of breaching and overtopping (with no breaching) on flooding. The pumping and interior drainage information was a critical input to both the consequence and risk assessments.

Hypothetical scenarios were examined using the interior drainage and pumping modeling capability to explore a number of important questions for the future. These included potential differences in the extent of flooding if no breaching (levee or floodwall) occurred or if only the


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

foundation failures occurred (no levee breaching), and the potential difference in flooding if the pumping stations could maintain full capacity during hurricanes. Together, these also provide an opportunity to examine the value of a totally resilient system, i.e., structures that can all survive overtopping and maintain full pumping capacity during a major hurricane. The hypothetical condition of all structures being at authorized levels and no breaching was run to examine the potential flooding if the system had been completed as authorized.

**Volume VII: Consequences.** Volume VII describes the IPET efforts to define the losses that occurred because of Katrina and to consider the potential losses from future hurricanes. The consequences from Hurricane Katrina flooding have been characterized in economic, human health and safety, social and cultural, and environmental terms. The assessment of flood consequences has several purposes integral to understanding the dimensions of the Hurricane Katrina event as well as other possible hurricane and storm events. For example, consequences are one of the dimensions of risk necessary to understand the level of safety provided by the HPS. To achieve these objectives, a number of hypothetical scenarios were examined as well as the consequences of the Katrina event:

- **Actual:** Katrina with actual system performance—representing the actual flooding in greater New Orleans resulting from Hurricane Katrina.
- **Hypothetical:** Four hypothetical flooding scenarios are examined to explore consequences of alternative scenarios of flood control and hurricane protection system performance in greater New Orleans. These are summarized as follows:
  - Hypothetical Katrina Scenario 1 (Resilient Levees) – Levees and floodwalls crest elevations are at their pre-Katrina levels. Katrina overtops portions of the flood protection system, the levees and floodwalls maintain their integrity and do not breach, and interior pumping is as occurred during Katrina.
  - Hypothetical Katrina Scenario 2 (Resilient Levees and Pumps) – Levees and floodwalls crest elevations are at their pre-Katrina levels. Katrina overtops portions of the flood protection system, the levees and floodwalls maintain their integrity and do not breach, and interior pumping is at 100 percent availability.
  - Hypothetical Katrina Scenario 3 (Resilient Floodwalls) – Levees and floodwalls crest elevations are at their pre-Katrina levels. Katrina overtops portions of the flood protection system. Overtopped levees incur scour as in Katrina, but the floodwalls maintain their integrity and do not breach, and interior pumping is as occurred during Katrina.
  - Hypothetical Katrina Scenario 4 (Authorized System) – Levees and floodwalls are at authorized elevations and no breaching occurs. Overtopping can occur and pumps operate at 100 percent.

The methods used and the specific consequences determined in terms of economic (direct and indirect), human safety and health, cultural and historical, and environmental losses are documented. Direct property damages represent monetary damages to residential, commercial,


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

industrial, public buildings, vehicles, and infrastructure. Indirect economic consequence was focused on estimating local and regional economic impacts and examining possible changes in the structure of the regional economy from pre-Katrina levels into the future. Indirect economic consequences are represented in terms of possible repopulation of the area, capital stock formation, and employment levels. A limited scope economic forecast of population, employment, and local investment based on two "what if" simulations was developed as limiting control scenarios.

The types of human health and safety consequences considered varied by event scenario. For the actual Katrina scenario, the effects considered include recorded mortality as well as actual and potential morbidity, including both physical and mental health impacts. For the hypothetical Katrina scenario (without system failure), the assessment of human health effects focused only on potential mortality. The development of the loss of life -- elevation relationships and direct economic damage -- elevation relationships by subbasin for the risk assessment is described, as well as developing similar relationships for the hypothetical scenarios to assist in the examination of potential consequences of future hurricane events.

The social and cultural consequences assessment considered social, cultural, and historical indicators as expressed in both quantitative and qualitative terms. These include indicators of populations, neighborhoods, communities, institutions and geographic points and locales, at local, regional, and national scales. For the actual Katrina scenario, these indicators were used to assess social and cultural changes from pre-Katrina levels. The environmental consequences assessment considered quantitative measures of contamination and loss of significant ecological resources. The specific ecological resources addressed include ecological support, fisheries, wildlife, pests, and special status species. For the actual and hypothetical Katrina scenarios, post-Katina ecological resource conditions were compared against pre-Katrina conditions for those resources.

The consequence information generated by the IPET was a direct input to the risk and reliability assessment and is being transferred to the Corps for application in the LaCPR.

**Volume VIII: Engineering and Operational Risk and Reliability Analysis.** Volume VIII documents the risk and reliability assessment for the New Orleans and Southeast Louisiana Hurricane Protection System. This was the IPET's principal effort to accomplish a system-wide perspective of the past and near term capability of the HPS. This volume documents the methodology for defining the future hurricane hazard to New Orleans and vicinity, the methodology for characterizing and assessing the reliability (performance) of the HPS structures and related features against that hazard, the methods used for determining the likelihood of flooding in the various subbasins and protected areas, and the risk model itself. The risk model integrates all of these components with the consequence relationships described and presented in Volume VII to generate risk values in terms of both annualized expected loss of life and property losses. The hazard definition was accomplished through a partnership between the Corps of Engineers, FEMA, NOAA and IPET and adopted the rigorous surge and wave modeling capability assembled for the IPET work reported in Volume IV. This allowed development of a single body of knowledge on storm-generated water levels (surge, waves and wave setup) and frequency of occurrence for a large number of locations around the study area. It also provided a


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

single information resource for IPET risk assessment, FEMA flood mapping, Corps levee and floodwall design, and planning efforts to examine higher levels of protection through the LaCPR.

Over 150 historical and hypothetical storms were run through a quasi-coupled version of the ADCIRC and STWAVE models to define the storm water level - frequency of occurrence relationships for a wide variety of locations around the region. This ensemble of storms represents the full range of storms that can hit New Orleans and provides a joint probability model for defining the hazard (surge and wave environment) that each reach or structure might experience in the future. Because the nature of the structures comprising the HPS impacts the ultimate surge and wave levels, a number of the storms were modeled using three different geometries for the HPS. The first represented pre-Katrina conditions, the second represented the repaired HPS, and the third represented the projected 100-year certified structures planned for the future.

The reliability of the system is modeled by first characterizing the types and properties of the structures and features associated with the HPS. This includes gates, levees, floodwalls, pump stations, and bridges. The entire HPS is divided into reaches, sections considered to be reasonably uniform in properties and performance. In addition, specific structures are considered separately. The expected performance of each reach or specific structure is defined using fragility curves, relating the probability of failure to storm-generated water levels. The fragility curves consider failure by multiple mechanisms, such as potential for breaching before overtopping or as a direct result of overtopping. The fragility curves are based on the foundation conditions (soils) of the structures, character of the structure or feature (design, construction and maintenance), and the type of forces created by different water levels (storm surge + waves). Each fragility curve includes the uncertainties of different types of performance based on unknowns and possible variability in performance.

Combining the hazard with the reliability analysis provides estimates of the likelihood of area being flooded to different depths. As such, for each subbasin, one ends up with depth of flooding - frequency curves. When these are combined with the loss –depth of flooding curves generated in the consequence analyses (see Volume VII), it is possible to compute risk, for either loss of life or loss of property. It is important to note that the risk information not only provides a measure of the relative risk of living in different areas, but also the sources of the risk. High risk levels can be due to low and/or weak structures, low elevations in the protected area, or high densities of property or people in an area. Risk can be mitigated by strengthening and raising structures (minimizing exposure to flooding) or reducing the consequences of flooding (not placing people or property in the most vulnerable areas, and/or having a very efficient evacuation process.

The risk assessment contrasts relative risk levels by subbasin prior to Katrina to those after repairs and upgrades were complete. The risk and reliability model and associated information are being transitioned to the LaCPR as a tool for evaluating alternative approaches for higher levels of protection.

This work offers the opportunity to examine risk at the census block level or aggregated to subbasins, basins (parishes), or system-wide levels. It also allows examination of the impact of


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

changes in the character of the protection for a given reach, providing a system-based approach to examine how alternative protection measures can reduce risk. This can include relatively simple to very sophisticated measures. Simple measures might include armoring existing structures, elevating levees, and use of erosion-resistant materials, seepage berms, or relief wells. More sophisticated approaches could include replacing I-walls with T-walls and adding surge gates at the ends of the outfall canals. With limited modification, the analysis could include different types of approaches such as large surge barriers between Lake Pontchartrain and Lake Borgne.

**Volume IX: General Appendices.** Volume IX provides information considered important background for the overall IPET study and the analyses presented in the other volumes. It includes appendices on the information repository developed to support analyses, information on the Web site developed to provide a means to quickly share IPET analysis and results with the public, the IPET Project Management Plan, the IPET Communications Plan, a summary of the contributions to Task Force Guardian, and the official documents concerning IPET.

## Overall Uncertainty in IPET Analysis

In spite of the large amount of work accomplished by the IPET and others, it is important to recognize that the body of knowledge that has been generated is not complete and much remains to be done to gain a comprehensive understanding of all aspects of hurricane risk reduction for the future. Much of the IPET work was conducted within a highly constrained time frame. This drove investigators to apply tools and methods that were proven and familiar to the investigators and readily available. Time constraints often precluded lengthy or comprehensive data acquisition, especially over the extensive area of the New Orleans Hurricane Protection System. By their nature, performance evaluations generate inherent uncertainties that are incorporated in the ultimate results. It is important that these uncertainties be considered in the application of those results.

During the conduct of the IPET work considerable care was taken to evaluate data and data sources, consider the limits and capabilities of methods and processes used, and measure uncertainty when feasible. Data used were screened, validated, and managed through a corporate information management system. Significant sensitivity analyses were conducted when complex computer codes or models were applied to understand the relevance and limits of their output. In addition, a formal uncertainty analysis is a significant component of the risk and reliability assessment, tracking the levels of uncertainty in each component of the analysis process to include individual data sources and models dealing with the hazard, the hurricane protection system and its performance, and flooding and consequences of flooding. These are all essential to estimating uncertainty in the final risk and reliability products. Finally, the ASCE and NRC reviews of IPET work and results provided an independent perspective on uncertainties and their role in the quality of the findings and lessons learned. The following paragraphs highlight prominent areas of uncertainty associated with each major IPET mission area of investigation.

**The System:** The characterization of the system and its design was largely based on the documentation of the designers and the data they accumulated to effect the designs. This


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

information was augmented with field data acquired by a number of teams immediately after Katrina, as a component of the investigations conducted by the IPET, and during the extensive repairs by Task Force Guardian. These activities included significant excavation of damaged sites, floodwall concrete and steel testing at breached locations, new geotechnical data, and review of construction and inspection records. A major challenge was the knowledge of the elevations of the key structures. Re-establishing a more reliable and consistent reference to the updated geodetic vertical datum and local mean sea level was an essential first step. The magnitude and variability of subsidence in the New Orleans area make this an area of continuing uncertainty. Additional measurements to more stable reference marks outside the region and long-term collection of water level gage data would provide a more accurate representation of apparent subsidence (ground sinking and sea level rise) in the region. The LIDAR data used to characterize topography of the HPS itself and the interior areas, while calibrated with modern GPS technology and measurements, introduces some uncertainty.

It was literally impossible to treat the full extent of three-dimensional variability of the surface and subsurface characteristics of the structures. The characterization of the HPS structures, beyond specific breach sites studied in detail, was based on available records, the most recent observations by pre-Katrina inspection teams, and post-Katrina inspections conducted by both the IPET and Corps New Orleans District contractors. The density of subsurface information relative to the complexity of the geology in the region will always be a source of uncertainty with respect to the actual foundation conditions at any given point along the system. Local variability in conditions over a very large area such as this can be overlooked in this process.

**The Storm:** The surge and wave modeling conducted to understand the hydrodynamic environment created by Katrina was perhaps unparalleled. Very high resolution computational grids, the most accurate wind field spatial and temporal characterizations ever generated by NOAA, coupling of the interaction between surge and waves, and detailed modeling of the influence of the coastal and protective structures themselves on water levels resulted in a very sophisticated representation of the water levels and forces believed to have been generated by Katrina on the HPS. High resolution modeling was also accomplished to understand the wave and current environment within the confined channels such as the outfall canals and the IHNC, including physical modeling to examine the impact of debris on water flow and waves within the canals. This extensive effort was necessary because there was very little actual measured data for many of these factors.

All surge and wave models are driven by winds, but lack of surface wind measurements limited the assessment of wind accuracy near the peak of the storm. Accuracy of the wind drag formulation at extreme hurricane wind speeds is an additional source of uncertainty in water level calculations as well. Another major challenge in this area is the lack of measured water level data to calibrate the surge and wave models and to validate results. Essentially all gages external to the protection system were destroyed by the storm. Only one gage, at the Corps lock where the IHNC meets the Mississippi River, provided any significant water level data, and some of those data were erratic. High water marks were the only information source available over the region to compare to the computer predicted water levels. Yet high water marks along the exposed eastern side of St. Bernard and in Plaquemines were often of poor quality. Lack of


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

distributed gage data was a significant challenge and will continue to hamper future studies until survivable water level measurement systems are put in place. Finally, there were no direct measurements of the hydrodynamic forces on structures, impacting the ability to validate the high resolution hydrodynamic water modeling.

**The Performance.** The performance analysis was dependent on the characterization of the HPS structures, estimating the forces they were subjected to and the ability to model or calculate their possible behaviors. Since the structures varied in type and character with location, it was essential to define those differences. Modeling performance of the structures required a time history of forces, which in turn required a time history of the water levels and associated wave conditions. Much effort was expended to determine as accurately as possible when overtopping and breaching activities occurred. Interviews with many eye witnesses and a variety of other information sources were integrated to generate a most plausible time line for the major overtopping, breaching, and flooding events. This time line best fits all of the information available, but that information is by no means comprehensive for all locations. There were considerable conflicts in the testimony of the some of the eye witnesses interviewed.

Analysis of the floodwall behaviors required characterization of the subsurface conditions at each breach site, as well as in adjacent undamaged sections and at other locations where similar structures did not breach. Previously obtained soils information, most from the original design documents, were augmented by additional field data acquisition, but in a complex geologic condition such as New Orleans, there will always be a chance that local changes in conditions remain undetected. New technologies offer some improvements in this area and were applied whenever feasible. However, there was neither time nor resources available to conduct extensive new subsurface investigations beyond the breach sites.

Stability and seepage analyses require information on the geometry of subsurface layers and physical properties of the subsurface materials as well as those used in constructing the levees and floodwalls. IPET analysis relied on original design information, published technical studies of similar materials, as well as collection of new soils and materials information to establish property values for the materials at the sites. The extrapolation of these data to represent conditions at adjacent or other sites with presumed similar geology introduces uncertainty.

Analyses methods themselves can introduce uncertainty. The specific methods and the assumptions used can significantly influence results. For structural performance the assumptions concerning the shape of the failure plane and possible failure modes can influence the results of the analysis. IPET relied on the extensive experience and expertise of the investigators to use appropriate tools and make appropriate assumptions for the objectives of the study. Again, the ASCE and NRC review processes were extremely valuable in ensuring that the information and methods being used were appropriate.

Flooding/drainage analyses relied on proven hydraulic and hydrologic models supplemented with historical knowledge of the past performance of the system. These models require input of elevations of the sub-basins in the protected areas, descriptions of the drainage system and pumping capabilities, and characterization of the timing and dimensions of any breaches in the protection structures. The amount of rainfall, water flowing over structures or through breaches,


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

and the distribution of that water through the interior drainage system, is all included in the computation of extent and depth of flooding with time. The most significant uncertainties in this process are related to timing. This includes the time history of the breach formation, the time history of the water elevations that supplied the water that overtopped structures or flowed through the breaches, and the time history of pump station activities and the timing of rainfall in each sub-basin.

**The Consequences:** Consequences of flooding were characterized for both property and loss of life. The estimates of property damages are based on the type of property, the estimated value of the property, and estimates of the degree of damage/loss as a function of depth of flooding. The fundamental distribution and character of property values were derived from available government data bases that provided information to census block resolution. These data may not be current for all properties. Similarly, the value of properties was taken from tax and other associated data bases that have a time stamp and may not be current for all properties. The depth-damage relationships were derived from previous work accomplished by the Corps of Engineers and others and while representative of pre-Katrina conditions, may not accurately represent all individual properties. Depth-damage relationships for possible future scenarios were developed by making educated assumptions concerning the types of re-development that could occur and the expected values of those properties.

Loss of life information was developed using best available information by Parish and, if possible, by sub-basin. Since data of the location of individual fatalities was not available, it was not possible to provide distributed fatality information beyond political boundaries. While representative of the losses in each area, there are still questions concerning the actual total number of fatalities. Loss of life – flood depth relationships developed for use in the risk assessment are based on the LifeSim model which makes specific assumptions concerning evacuation, the ability of individuals by age to seek safety, and how these factors vary with different depths of flooding. Uncertainty was computed for both the property damage – depth of flooding relationships and the loss of life - depth of flooding relationships. There is significantly more uncertainty in the loss of life relationships than in the property loss relationships.

Across all of the consequence analyses, there was a significant effort spent on developing predictive relationships, but the ability to predict the relationship between environmental consequences and flooding is not fully developed and limits the ability to estimate long-term losses or impacts. Similarly, social and cultural scientists have no tools for predicting the impact of flooding different from what actually occurred. The discipline can document what occurred but cannot predict for different events. This is a significant source of uncertainty for both environmental and social sciences components of the IPET analyses.

**The Risk:** Risk assessment inherently characterizes the level of uncertainty in each step of the process. The hazard definition component involves defining the probability of experiencing surge and wave conditions for a range of potential hurricanes at various locations around the region. Primary sources of uncertainty in this step include the randomness of the hurricane parameters that model wind field time histories for hypothetical hurricanes, the ability of the surge and wave computer models to accurately translate wind fields into surge and wave


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

conditions, and the ability to assign appropriate probabilities to the specific events and the water conditions they generate.

The reliability component of risk assessment is based on a definition of the probable performance of individual structures or reaches (uniform sections) of a particular structure type for different water levels and conditions. These relationships, known as fragility curves, include a characterization of the uncertainty in that performance relationship. If all failure modes, or other aspects of performance, are not adequately represented, the resulting estimates of performance of the structures will introduce more uncertainty into the estimates of extent and depth of flooding that result from this analysis.

Uncertainty in the ability of the risk model to accurately predict the frequencies of flooding must also be estimated. The model must predict elevations and frequencies of flooding for hypothetical hurricanes for which there are no data to measure the accuracy of the predictions. Since the only historical experience available with sufficient data to test the risk model is Katrina, uncertainty in the risk model must be estimated conservatively.

The estimates of extent and depth of flooding are coupled with the last major component, the consequence analysis. Using the property and life relationships described earlier, the probability of experiencing flooding in a given area is combined with the likely economic or life losses for that location to generate information of the probable losses that would be experienced. This step is obviously dependent on the precision of the flooding estimates and the inherent variability in the loss relationships.

During the process of developing the risk assessment, the major information bases and methods being used have been examined for their sensitivity to quality of input data, the inherent uncertainty in model outputs, and the cumulative uncertainty in the final risk information. This uncertainty information will be published along with the risk products to document the relevance of the products and inform users.

## Hurricane Katrina and Its Impact

In 2005 the world watched Hurricanes Katrina, Rita, and Wilma devastate portions of the Gulf Coast of Louisiana and Mississippi. The Corps of Engineers, in conjunction with other federal, state, and local partners, mounted an unprecedented, multi-faceted effort to assist in the recovery and rebuilding of the areas affected by these massive storms. The devastation from Hurricane Katrina in New Orleans and vicinity was particularly unprecedented. Because of the extent of the damage to the HPS itself and the consequences of the subsequent flooding, it was imperative to understand what happened and why. Only through this knowledge could the levees and floodwalls be repaired and rebuilt to provide more effective protection in the future. This report provides a detailed accounting of the IPET work to determine why the hurricane protection measures performed as they did and how to provide more effective protection for the future. The area of principal study is shown in Figure 1 and represents the bulk of New Orleans and Southeast Louisiana. This overview includes a brief historical perspective of hurricane protection in New Orleans, a description of the IPET organization and its activities, and an


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.