Meckel, T. A., ten Brink, U. S., and Williams, S. J. (2006), "Current subsidence rates due to compaction of Holocene sediments in southern Louisiana," Geophysical Research Letters, Vol. 33, L11403, p. 1-5.

Miller, L., and Douglas, B. C. (2004). "Mass and volume contributions to twentieth-century global sea level rise," *Nature*, Vol. 428, p. 406-409.

Montgomery, R. L. (1974). "Correlation of engineering properties of cohesive soils bordering the Mississippi River from Donaldsonville to Head of Passes, LA." Miscellaneous Paper S-74-20, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Penland, S., Ramsey, K. E., McBride, R. A., Moslow, T. F., and Westphal, K. A. (1989). "Relative sea level rise and subsidence in Louisiana and the Gulf of Mexico," Coastal Geology Technical Report No. 3, Louisiana Geological Survey, Baton Rouge, LA.

Saucier, R. T. (1963). "Recent geomorphic history of the Pontchartrain Basin, Louisiana." Technical Report 16, Part A, United States Gulf Coastal Studies, Coastal Studies Institute, Contribution No. 63-2, Louisiana State University, Baton Rouge, LA.

Saucier, R. T. (1994). "Geomorphology and quaternary geologic history of the Lower Mississippi Valley." Volumes I and II, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Saucier, R. T., and Kolb, C. R. (1982). "Engineering geology of New Orleans," Geological Society of America, Reviews in Engineering Geology, Vol. 5, p. 75-91.

Schultz, J. R., and Kolb, C. R. (1954). "Geological investigation of the New Orleans Harbor Area," Technical Memorandum 3-391, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Shinkle, K. D., and Dokka, R. K. (2004). "Rates of vertical displacement at benchmarks in the Lower Mississippi Valley and Northern Gulf coast," NOAA Technical Report NOS/NGS 50, U.S. Department of Commerce, Washington, DC.

Smith, L. M., Dunbar, J. B., and Britsch, L. D. (1986). "Geomorphological investigation of the Atchafalaya Basin, Area West, Atchafalaya Delta, and Terrebonne Marsh," Technical Report GL-86-3, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Snead, J. I., and McCulloh, R. P. (1984). "Geologic map of Louisiana, scale 1:500,000, Baton Rouge, LA."

Tornqvist, T. E., Gonzalez, J. L., Newsom, L. A., van der Borg, K., de Jong, A. F., and Van, R. J. (2002). "Reconstructing background rates of sea-level rise as a tool for forecasting coastal wetland loss, Mississippi Delta," Eos, Transactions, American Geophysical Union, Vol. 83, No. 46, p. 525-531.

URS. (2006). "A century of subsidence: Change in New Orleans DEMs relative to MGL 1895 to 1999/2002," Poster prepared for Federal Emergency Management Agency, URS Inc, Baton Rogue, LA.

U.S. Army Corps of Engineers. (1988). "Design Memorandum No. 19, General Design, Orleans Avenue Outfall Canal," U.S. Army Corps of Engineers, New Orleans District, New Orleans, LA.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

U.S. Army Corps of Engineers. (1989). "Design Memorandum No. 19A, General Design, London Avenue Outfall Canal," U.S. Army Corps of Engineers, New Orleans District, New Orleans, LA.

U.S. Army Corps of Engineers. (1990). "Design Memorandum No. 20, General Design, 17th St. Outfall Canal," U.S. Army Corps of Engineers, New Orleans District, New Orleans, LA.

Wallace, W. E. (1966). "Fault and salt map of South Louisiana." Gulf Coast Association of Geological Societies, 16.

Works Progress Administration of Louisiana. (1937). Some data in regard to foundations in New Orleans and vicinity, New Orleans, LA, p. 243.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

# Appendix 6
# Distribution of Hurricane Protection System Structures

The following maps depict the distribution and types of the structures composing the New Orleans and Vicinity Hurricane Protection System prior to Katrina. The reach and transition points described on these maps are identical to those being used for the IPET risk assessment reported in Volume VIII.




Figure 6-1. St. Charles.




Figure 6-2. Jefferson East Bank.




Figure 6-3. Orleans East Bank.




Figure 6-4. New Orleans East.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 6-5. St. Bernard.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 6-6. Westwego to Harvey Canal.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 6-7. Algiers to Hero Canal.




Figure 6-8. Plaquemines 1.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 6-9. Plaquemines 2.




Figure 6-10. Plaquemines 3.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 6-11. Plaquemines 4.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 6-12. Plaquemines 5.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

# Appendix 7 Post-Katrina Hurricane Protection System Elevations Relative to Authorized Elevations

The maps below were adapted from information provided by the New Orleans District. They represent a component of a post-Katrina assessment of levee and floodwall conditions to determine actions necessary for strengthening the structures for future hurricane seasons. Criteria for the review and survey were provided by IPET based on analyses of sites that breached and comparable sites and structures that did not breach.




Figure 7-1. Comparison of repaired structure elevations (post-Katrina) to authorized elevations for northern portion of the hurricane protection system. (Source, New Orleans District.)




Figure 7-2. Comparison of repaired structure elevations (post-Katrina) to authorized elevations for the southern portions of the hurricane protection system. (Source, New Orleans District.)


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.