# In the United States Court of Federal Claims

Case No. 05-1259L
(Filed: April 17, 2007)

| | |
|---|---|
| SHEILA NICHOLSON, SHELLEY NICHOLSON, AND RICHARD HIRSTSUS, *Plaintiffs,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

This Order confirms Oral Argument **(on the record) is scheduled for 10:00 a.m., on Thursday, May 24, 2007.** The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005**.**

**Counsel for the Plaintiff may participate by phone. Please advise Ms. Lawson of your preference as soon as possible at (202) 357-6500.** Counsel for the United States must appear in person.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge