# Appendix 5
# Regional Geology and History

## Introduction

A review of the geology and geologic history of coastal Louisiana is presented to establish the general framework for the soils and stratigraphy beneath the New Orleans levee failures. Geologic processes active during the past 5,000 years directly relate to the development of the land mass upon which the New Orleans area is situated, and the resulting stratigraphy beneath the levee failures at the 17th Street, London Avenue, and Inner Harbor Navigation Canals. Failures of six I-wall reaches and one earthen levee occurred at these three canals. These canals were responsible for the extensive flooding in the New Orleans metropolitan area following Hurricane Katrina. Levees in the IHNC area were mainly overtopped by storm surge during Hurricane Katrina, while levees at the 17th Street and London Avenue Canals were not overtopped, but failed at water levels below their design height. Geologists working in support of USACE flood control projects in the Lower Mississippi Valley (LMV) have typically classified the geology beneath structures and levees according to specific depositional environments. These lithostratigraphic units are associated with diagnostic fluvial and deltaic processes, and they are classified according to soil texture, sedimentary structures, organic content, fossils, and associated engineering properties. USACE geologists has been involved with studies of the New Orleans area geology since the 1940s and have applied an engineering geology classification to the underlying stratigraphy (Fisk 1944; Schultz and Kolb 1954; Kolb and Van Lopik 1958, 1965; Kolb 1962; Montgomery 1974; Kolb, Smith, and Silva 1975; Britsch and Dunbar 1990; Saucier 1994; Dunbar et al. 1994, 1995; Dunbar, Torrey, and Wakeley 1999).

## Physiography and Setting

The city of New Orleans is situated in Jefferson and Orleans Parishes along the eastern edge of the Mississippi River's deltaic plain. Broad natural levees associated with the Mississippi River, Bayou des Familles, and Bayou Metairie are the most prominent physiographic features in the area (Figure 5-1). Surface elevations are generally near sea level and range from approximately 15 ft above sea level along the crests of the Mississippi River levees to below sea level over much of the area north of the river. Increased urban reclamation of low-lying areas occurred after World War II by draining the cypress swamps that were present north of the city to meet the demands for expansion and population growth. A map of the greater New Orleans area from 1849 is presented in Figure 5-2, showing the extensive swamps and major physiographic features north of the river, before the advent of the twentieth century urbanization. Continuous pumping of surface and ground water drainage to support residential development has contributed to the desiccation of these swamp and marsh soils, and has lowered the ground surface to below sea level for a significant portion of the city. Levees that encircle the city and


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

continuous pumping of surface water are required to keep the sea from reclaiming the "Crescent City." Sea level rise of approximately of 1 to 3 ft during the next century due to global warming will provide even greater challenges to local, state, and federal officials and engineers tasked with protecting this historic American city, and other cities along our nation's coasts.




Figure 5-1. General map of the New Orleans area geology showing the limits of the different surface depositional environments (Saucier 1994). Map symbols are as follows: H = Holocene, d = deltaic, i = interdistributary, s = inland swamp, nl = natural levee, pm1 = point bar (most recent meander belt), B = St. Bernard distributary channel. Bayous Metarie, Gentilly, and Des Families are abandoned St. Bernard distributaries.




Figure 5-2. New Orleans area map from 1849 showing the locations of the Bayous Metairie and Gentilly distributary channel, the cypress swamps north of the city, and locations of 17th Street, London North, and South Canal breaches (marked by red squares, beginning from left to right and going clockwise). Bayous Metairie and Gentilly merge into the Bayou Sauvage distributary channel east of the New Orleans area. From Work Projects Administration (1937).

## Geologic History

A geologic history has been developed for the Mississippi River's deltaic plain based upon thousands of engineering borings drilled during the past 50 years, thousands of radiocarbon age dates determined from organic deltaic sediments, and numerous geologic studies conducted in this region (Kolb and Van Lopik 1958a, 1958b, 1965; Kolb 1962; Kolb, Smith, and Silva 1975; Kolb and Saucier 1982; Frazier 1967; Saucier 1963, 1994; May et al. 1984; Britsch and Dunbar 1990; Dunbar et al. 1994, 1995). More than 10,000 borings have been drilled in the greater New Orleans area during the past 50 years in support of foundations for the many engineered structures. Boring data identifies a complex geology that is related to the different course shifts by the Mississippi River and formation of its deltas during Holocene time (Figure 5-3). Continental glaciers covered much of North America 15,000 years before the present, with sea


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

level approximately 350 ft below the present level and the Gulf shoreline significantly farther seaward than its present location (Kolb, Smith, and Silva 1975). The ancestral Mississippi River and its tributaries were entrenched into the underlying Pleistocene surface below Baton Rouge, and they had developed a broad drainage basin, approximately 25 miles wide, with the axis of this entrenchment in the vicinity of Houma, approximately 45 miles southwest of New Orleans. Global warming and glacial melting caused eustatic sea-level rise, which stabilized between 4,000 to 6,000 years ago, and was 10 to 15 ft lower than the present level (Figure 5-4).




Figure 5-3a. Holocene deltas of the Mississippi River (after Fraizer (1967)).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 5-3b. Chronology of major Holocene distributary channels (after Fraizer (1967)).




Figure 5-4. Holocene sea level curve for the eastern Mississippi River deltaic plain based on carbon-14 dating of basal peats at the transgressive Holocene and Pleistocene contact (Tornqvist et al. 2004).

Holocene sea level rise drowned the drainage valley and tributary network of the ancestral Mississippi River and caused massive deposition of fluvial sediment within this broad alluvial valley. Creation of the present-day deltaic plain began with the sea level near its present stand. Coastal Louisiana is the product of numerous, but generally short-lived, delta systems that have built seaward by deposition of fluvial transported sediment. These deltas have been subsequently reworked and modified by coastal transgressive processes. Five major deltaic systems have built seaward during the past 7,000 years as shown in Figure 5-3 (after Frazier 1967).

Each delta system contains a network of several major distributary channels and numerous smaller channels that terminate at the sea's edge where they discharge transported sediment to the sea. Collectively, this network of seaward prograding and bifurcating distributary channels forms a short-lived delta lobe complex. Relative ages of these deltas and the major distributary channels (Figure 5-3b) are well established by radiocarbon dating of the sediments in these systems (Kolb and Van Lopik 1958a; Fisk 1960; McFarlan 1961; Frazier 1967; Smith, Dunbar, and Britsch 1984). The first major advance of a delta into the New Orleans area occurred by the St. Bernard system approximately 3,500 to 4,000 years ago via several major distributary


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

channels (see Figures 5-1 and 5-3b). The land in the New Orleans area was established by this delta system. Partial Mississippi River flow continued to pass through the New Orleans reach following abandonment of this delta for the Lafourche delta complex south of Donaldsonville. After abandonment of the Lafourche system, approximately 500 years before present, Mississippi River flow returned to the present course. Historic construction of levees has prevented the river from seeking a different and shorter route to the Gulf. Active deltaic growth is occurring at the mouth of the Mississippi River and at the mouth of the Atchafalaya River.

## Geologic Structure and Faulting

Holocene sediments underlying New Orleans are part of the seaward thickening wedge of Quaternary sediments that dip gently to the south and fill the Gulf of Mexico basin. Geologic structures within this sedimentary prism are piercement salt domes and growth faults. No salt domes are present beneath the greater New Orleans area. Faulting has been identified in the subsurface throughout the deltaic plain and in the Pleistocene deposits exposed at the surface north of Lake Pontchartrain (Wallace 1966, Snead and McCulloh 1984, Gagliano 2005, Dokka 2006). These faults are generally not considered tectonically active (i.e., U.S. Army Corps of Engineers (USACE) usage that implies Holocene movement and capable of producing large magnitude earthquakes that affect engineered structures). Instead, they are related to sedimentary loading, compaction, and consolidation of sediments in the Gulf of Mexico basin. Detailed study of the Pleistocene deposits by Kolb, Smith, and Silva (1975) did not identify faulting in the New Orleans area. Their study identified only one nearby fault in Lake Pontchartrain. Recognition of this fault was based on closely spaced borings and geophysical data. Subsequent geologic mapping of the eastern deltaic plain by Dunbar et al. (1994, 1995) did not identify any Holocene faults based solely on boring and engineering data. Surface faults occurring in Holocene sediments by movement in the underlying Pleistocene deposits are difficult to detect because unconsolidated sediments tend to warp rather than shear. Better resolution of Holocene and Pleistocene stratigraphy using seismic data, combined with closely space borings, and a dense network of elevation benchmarks are needed to determine whether Holocene movement in deltaic sediments are associated with the underlying Pleistocene fault structure.

Geologists in the New Orleans District generally evaluate the presence of faulting in studies of the subsurface stratigraphy during boring programs to determine the geotechnical properties of the foundation for the proposed structures. Additionally, radiometric dating of organic sediments is routinely conducted as part of the site investigations to determine geologic based subsidence histories for the area under study. Fault movements are generally factored into the subsidence history for the structure. Evidence of faulting would be reflected by subsidence, especially if the rates are abnormally high. Furthermore, land loss and engineering geology mapping studies by the New Orleans District have been evaluated for the presence of faults, as linear trends in land loss may define their presence (Dunbar, Britsch, and Kemp 1992; Britsch and Dunbar 1993, 2005). In the New Orleans area, no evidence of faulting was identified at the canal levee failures from the boring and stratigraphic evidence gathered and evaluated by the IPET team during focused studies at these areas. Stratigraphic evidence obtained and evaluated from these sites indicates other mechanisms are responsible for the different canal failures.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

## Holocene Environments of Deposition

The geology in the LMV and the New Orleans area has traditionally been defined by USACE geologists according to depositional environments. Surface environments include natural levee, point bar, inland swamp, fresh marsh, and abandoned distributary channels (see Figure 5-1). Distributary channels are associated with two major St. Bernard distributary systems, the Bayou des Familles-Barataria and the Bayou Metairie-Sauvage system (Figure 5-3b). The Bayou des Familles-Barataria extends due south from the Mississippi River and was active approximately 2,000 to 3,400 years before present (Figure 5-1), while the Bayou Metairie-Sauvage-Gentilly course is located north of the Mississippi River and was active about 2,500 to 700 years before the present (Frazier 1967, Saucier 1963). These distributary systems filled the shallow water in the New Orleans area with fluvial-deltaic sediments. Overbank deposition from these active distributary channels has formed well developed natural levees that transition to inland swamps and low-lying marsh environments. Sediments within these different environments generally become finer-grained with increasing distance from the distributary channels and have a corresponding increase in organic content.

USACE foundation and regional geologic studies show the Holocene fill ranges from 70 to 80 ft in thickness across much of the New Orleans area and is composed of stacked depositional environments, related to shifting delta systems and their seaward advancement and growth. Where the Mississippi River has scoured in the bends of the river, the Holocene fill exceeds greater than 150 ft in thickness (Dunbar, Torrey, and Wakeley 1999; Saucier 1994). Major deltaic environments overlying the Pleistocene surface in the vicinity of the canal failures include nearshore gulf, bay sound-estuarine, intradelta, relict beach, lacustrine, and interdistributary environments (Dunbar et al. 1994, 1995). Regional geologic maps and cross sections from the Louisiana Coastal Plain and the greater New Orleans area are presented on a USACE geology website of the LMV and show the vertical and horizontal limits of these different environments of deposition in the subsurface (see Corps geology website for the LMV to obtain maps and cross sections at *lmvmapping.erdc.usace.army.mil*). Similarly, cross sections were developed from the boring information at the different failure sites where they define the vertical and horizontal limits of these environments in the subsurface, presented in discussions about each breach site in Volume V of the IPET report.

Correlations between depositional environments and the engineering properties of the soils that form these lithostratigraphic units are summarized in Table 5-1 (Kolb and Van Lopik 1965). A detailed discussion and presentation of the physical and engineering properties characteristic of these different depositional environments is beyond the scope of this study. A comprehensive description of these environments is provided in several USACE studies (Kolb and Van Lopik 1958a, 1959b, 1965; Kolb 1962; Montgomery 1974; Kolb, Smith, and Silva 1975; Saucier 1994), which are presented at the above LMV geology website.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 5-1a. Selected engineering properties of deltaic depositional environments, soil texture (Kolb 1962 and Kolb and Van Lopik 1965).**

| DEPOSITIONAL TYPES | LITHOLOGY PERCENT (0 25 50 75 100) | REMARKS |
|---|---|---|
| NATURAL LEVEES | | Disposed in narrow bands flanking the Mississippi River and its abandoned courses and distributaries. Elevation varies from 25 feet near Baton Rouge to sea level. |
| POINT BAR | | Usually found flanking the more prominent bends of present and abandoned courses. Thickness in excess of 100 feet. |
| PRODELTA CLAYS | | Fat clay in offshore areas and at depth beneath deltaic plain. Thickness ranges between 50 and 400 feet. |
| INTRA DELTA | | Coarse portion of subaqueous delta. Intricately interfingered deposits. Disposed in broad wedges about abandoned courses and major distributaries. |
| INTERDISTRIBUTARY | | Forms clay wedges between major distributaries. Minor amounts of silts and fine sands typically occur in very thin but distinct layers between clay strata. |
| ABANDONED DISTRIBUTARY | | Form belts of clayey sediments from a few feet to more than 1000 feet in width and from less than 10 to more than 50 feet in depth. |
| ABANDONED COURSE | | Form belts of fairly coarse sediment in abandoned Mississippi River courses. Lower portion filled with sands, upper portion with silts and clays. Coarsest fill near point of diversion. |
| SWAMP | | Tree-covered organic deposits flanking the inner borders of the marsh and subject to fresh-water inundation. Deposits 3 to 10 feet thick. |
| MARSH | | Forms 90 percent of land surface in the deltaic plain. Ranges from watery organic oozes to fairly firm organic silts and clays. Average thickness 15 feet. |
| ABANDONED TIDAL CHANNELS | | Found principally in peripheral marsh areas. Average depths on the order of 25 feet. Widths average 200 feet. Filling varies from peat to organic clay. |
| SAND BEACH | | Border the open gulf except in areas of active deltaic advance. May be a mile or more wide and more than 10 miles long. Sand may pile as high as 30 feet and subside to depths 30 feet below gulf level. |
| SHELL BEACH | | Border landward shores of protected bays and sounds and marshland lakes. Vary from 25 to 200 feet in width and from 2 to 6 feet in height. Lengths usually less than a mile. |
| LACUSTRINE | | Deposits vary in thickness from 2 to 25 feet. Stratification in clayey lacustrine deposits is poorly developed or lacking. |
| REEF | | Active reefs found principally in bay-sound areas. Buried reefs 5 to 10 feet thick a common occurrence within deltaic plain. Reach dimensions of 1/2-mile wide and 10-miles long. |
| BAY-SOUND | | Relatively coarse sediments on bottoms of bays and sounds. Thickness between 3 and 20 feet. |
| NEARSHORE GULF | | Found at the borders of the open ocean seaward of the barrier beaches. Thickness normally increases with distance from shore. |
| SUBSTRATUM | | Massive sand and gravel deposits filling entrenched valley and grading laterally into nearshore gulf deposits. Material becomes coarser with depth. |
| PLEISTOCENE | | Ancient former deltaic plain of Mississippi River. Consists of environments of deposition and associated lithology similar to those found in Recent deltaic plain. Depth of this ancient, eroded surface increases in a southerly and westerly direction in southeastern Louisiana. |

LEGEND

GRAVEL (>2.0 MM) SAND (2.0–0.05 MM) SILT (0.05–0.005 MM)

CLAY (<0.005 MM) ORGANIC MATERIAL SHELL


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 5-1b. Selected engineering properties of deltaic depositional environments (Kolb 1962 and Kolb and Van Lopik 1965).**

| DEPOSITIONAL TYPES | NATURAL WATER CONTENT PERCENT DRY WEIGHT (0, 50, 100, 150, 200) | UNIT WEIGHT LB/CU FT (60, 80, 100, 120, 140) | SHEAR STRENGTH (1) COHESIVE STRENGTH LB/SQ FT (0, 200, 400, 600, 800) |
|---|---|---|---|
| NATURAL LEVEES | | | VALUES RANGE TO APPROXIMATELY 2600 CHARACTERISTIC RANGE 800-1200 |
| POINT BAR | FINE FRACTION ONLY | INSUFFICIENT DATA | INSUFFICIENT DATA |
| PRODELTA CLAYS | | | |
| INTRA-DELTA | | INSUFFICIENT DATA | INSUFFICIENT DATA |
| INTERDIS-TRIBUTARY | | | |
| ABANDONED DIS-TRIBUTARY | INSUFFICIENT DATA | INSUFFICIENT DATA | INSUFFICIENT DATA |
| ABANDONED COURSE | INSUFFICIENT DATA | INSUFFICIENT DATA | INSUFFICIENT DATA |
| SWAMP | | | INSUFFICIENT DATA |
| MARSH | VALUES RANGE TO APPROXIMATELY 800 | INSUFFICIENT DATA | VERY LOW |
| ABANDONED TIDAL CHANNELS | INSUFFICIENT DATA | INSUFFICIENT DATA | VERY LOW |
| SAND BEACH | SATURATED | INSUFFICIENT DATA | 0 |
| SHELL BEACH | SATURATED | INSUFFICIENT DATA | 0 |
| LACUSTRINE | | | |
| REEF | SATURATED | INSUFFICIENT DATA | 0 |
| BAY-SOUND | | | |
| NEARSHORE GULF | SATURATED | INSUFFICIENT DATA | 0 |
| SUBSTRATUM | SATURATED | INSUFFICIENT DATA | 0 |
| PLEIS-TOCENE | | | VALUES RANGE TO APPROXIMATELY 3500 CHARACTERISTIC RANGE 900-1700 |

(1) SHEARING STRENGTH OF CLAYS BASED ON UNCONFINED COMPRESSION TESTS.

TYPICAL RANGE OF VALUES INDICATED BY LENGTH OF BAR. BAR WIDTH INDICATES RELATIVE DISTRIBUTION OF VALUES.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Classification of the subsurface stratigraphy beneath the failure sites by the IPET investigation team was made according to depositional environments from the available boring data. Geologic cross sections at each failure area were prepared from the available boring data to support the engineering analyses of the failure mechanisms. Interpretation of the underlying stratigraphy is based on the Corps classification of depositional environments gained from more than 50 years of corporate experience in geologic mapping and evaluation of fluvial deltaic deposits in the costal plain in support of foundation studies for various flood control projects (Fisk 1944; Schultz and Kolb 1954; Kolb and Van Lopik 1958a, 1958b, 1965; Kolb, Smith, and Silva 1975; Saucier and Kolb 1982; Saucier 1994). Engineering properties of fluvial-deltaic soils are uniquely related to their origin, their age, local current and wave conditions, sedimentary structures, and the subsequent geomorphic processes and man-made changes that have occurred after their deposition. The greatest contrast in engineering properties occurs between the high and low energy depositional environments and sediment age, namely whether the sediments are Holocene or Pleistocene.

A prominent buried beach ridge lies between Lake Pontchartrain and the Mississippi River that has directly influenced levee foundation properties and contributed to the subsequent failures at the 17th Street and London Canals (Figure 5-5). A relatively stable, but lower (10 to 15 ft lower than present) sea level 4,000 to 5,000 years ago permitted sediments from the Pearl River east of New Orleans area to be concentrated by longshore drift, forming a prominent sandy spit or barrier beach complex known as the Pine Island Beach (Saucier 1963, 1994). The levee breach at the 17th Street Canal was located on the protected or back barrier side of this beach system, while both of the London Avenue Canal levee breaches were located on the main axis, where the maximum sand thickness occurs. Consequently, soft soils at the 17th Street break are much thicker and finer-grained than those beneath the London Canal. Foundation soils at the 17th Street Canal levee are dominated by clay while those at the London Canal are composed mainly of sand. Levee failures in the IHNC area are located on the seaward side of the beach complex and south of the Bayou Metairie-Sauvage distributary system. The Pine Island Beach trend prevented this distributary system from completely filling Lake Pontchartrain with sediment. Because of the high sediment rates and close proximity to the Bayou Metairie-Sauvage distributary and the present course of Mississippi River, the IHNC area has thick deposits of fine-grained soils consisting of natural levee and inland swamp.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 5-5. Contour map of the buried Pine Island Beach with elevations in ft MSL (Saucier (1994)).

## Subsidence and settlement

Loss of wetlands in coastal Louisiana is among the most severe in the United States. Historic rates have been as high as 42 square miles per year during the mid 1960s. During the period between 1983 and 1990, loss rates were at about 25 square miles per year (Britsch and Dunbar 1993, 2005). Because of Hurricanes Katrina and Rita, rates are in excess of 200 square miles per year (*Times-Picayune* 11 October 2006). Lost wetlands in the Mississippi River deltaic plain are related to a combination of factors, including erosion by wave and storm surges, global sea level rise, regional subsidence from sedimentary loading of the Gulf of Mexico basin, local subsidence due to compaction and consolidation of the Holocene deltaic sediments, oil and groundwater extraction, movement along Quaternary faults, movement of the underlying Jurassic salt layer, movement of salt domes, and impacts caused by man's activities.

Man's activities have included construction of levees, the building of flood control and diversion structures, dredging of navigation and petroleum canals, and the dewatering and pumping of low-lying coastal plain areas to support agricultural and urban development. Subsidence in the Louisiana coastal zone and the New Orleans area involves both sea level rise and the general lowering of the land surface because of the different natural and man-made


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

mechanisms listed above. Further contributing to the wetland loss has been the confinement of the Mississippi River to a fixed course by levee construction and bank stabilization, which has prevented fluvial transported sediments from reaching the distal parts of its former floodplain during the annual flooding, and the creation of new land areas by crevassing, channel avulsion, and formation of new deltas. In the New Orleans area, subsidence has been severe, due in large part to historic dewatering of swamp and marsh soils, and because of the lack of new sediment from reaching low-lying areas on the floodplain from levee confinement. Active land building by fluvial-deltaic processes in coastal Louisiana has been restricted to the Missisisippi and Atchafalaya River deltas.

Subsidence rates in the Louisiana Coastal Plain and the New Orleans area have been the focus of several recent studies (Dixon et. al 2006; Meckel, ten Brink, and Williams 2006; Miller and Douglas 2004; Shinkle and Dokka 2004; Burkett, Zilkoski, and Hart 2003; Penland et al. 1989). Subsidence rates reported for the New Orleans area are variable (Figure 5-6). Subsidence rates are generally higher in the low-lying areas near the lake front as compared to the natural levees flanking the active channel and its distributaries. Generally, the low-lying swamp areas (Figure 5-2) are more compressible due to their fine-grained texture and higher water contents, as compared to the natural levees soils with lower water contents and coarser-grained textures. Current, short-term estimates of subsidence in the New Orleans area average about 5 mm/yr (Dixon et al. 2006; Burkett, Zilkowki, and Hart 2003). Geological estimates of long-term subsidence in the New Orleans area based on carbon-14 dating of buried peats and organic sediments, and they indicate the general background rate is about 0.5 to 1 ft per century, or about 1.5 to 3 mm/yr (from unpublished USACE C-14 data and Kolb and Van Lopik (1958), respectively). Short-term subsidence rates in the New Orleans area are nearly 3 to 4 times higher than the background rate determined from geologic time scales spanning several thousand years. The geologic background rate also incorporates sea level rise as a component, since peats are assumed to form at the land-water interface within coastal marsh settings, and thicken in response to deltaic sedimentation and continued marsh growth under a rising sea level.




Figure 5-6. New Orleans area subsidence rates in mm/yr, based on 33 Radarsat satellite scenes from 2002 and 2005 (Dixon et al. (2006)). Rates are generally highest near the Lake Pontchartrain shoreline. Lake front area contains dredge fill from early 1900s. This area also corresponds to the protected or back barrier side of the buried Pine Island beach complex (see Figure 5-5).

An underlying cause for the higher historic subsidence rates in the New Orleans area has been the construction of drainage canals during the twentieth century, and dewatering of the organic (swamp and marsh) soils shown in Figure 5-2 to accommodate the increased demands for land development and population growth. Lowering of groundwater levels by construction of drainage canals and pumping of surface drainage has caused a corresponding net reduction in soil volume, oxidation of the dewatered organic sediments, and an overall decline in surface elevation throughout the city. Data presented by Saucier and Kolb (1982) estimate total subsidence in the Kenner area of Eastern Jefferson Parish may be as much as 70 in. since dewatering began (Figure 5-7). Saucier and Kolb referred to this human induced subsidence as "settlements," because of its underlying engineering origin. Added to the settlements from dewatering are the secondary effects of residential construction and loading of the ground surface by building foundations (Eustis Engineering Company 1984).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 5-7. Estimated settlement history in the Kenner area due to dewatering of near surface organic sediments by drainage canals and pumping (from Kolb and Saucier (1982) using unpublished data by Traughber and Gore). Dewatering of organic sediments causes volume reduction in these sediments and results in oxidation, which lowers the ground surface.

Site specific, cumulative changes in surface elevation in Orleans Parish have been identified in a study by URS (2006). Comparison of historic 5-meter elevation data, relative to a constant datum between 1895 and 2002, indicates total subsidence and/or "settlement" in some parts of the city ranges from 8 to 10 ft (Figure 5-8). Positive land gain in Figure 5-8 corresponds to early 1900s dredge filling to create the New Orleans lake front. Highest values of elevation decline during the past 100 years are in areas underlain by thick marsh and swamp deposits. Furthermore, these areas are located on the back barrier side of the buried Pine Island beach, consisting of 70- to 80-ft-thick, unconsolidated Holocene deltaic sediments. Boring data and cross sections developed from this area identifies the underlying geology as consisting in descending order and increasing age as 8- to 12-ft thick sequence of 3,000 year or less paludal (marsh and swamp) deposits, 20- to 25-ft-thick lacustrine sediments, 10- to 20-ft-thick sand that is part of the Pine Island Beach complex, and 30- to 40-ft-thick fine-grained, bay sound deposits that overlie the stable Pleistocene surface (Schultz and Kolb 1954; Kolb and Van Lopik 1958a; Fisk 1960; Kolb, Smith, and Silva 1975; Dunbar et al. 1994, 1995; USACE 1988, 1989, 1990).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 5-8. Changes in ground surface elevation between 1895 and 2001 (URS (2006)). Comparison is based on 1895 historic topographic map and 1999-2001 digital elevation models (DEMs). Locations of failures are identified by open circles, from left to right are 17th Street Canal, London Canal North breach (top), and London.

Settlements beneath the drainage canals are considerably less than the adjoining residential areas in Figure 5-8. Historic settlements are probably less severe because of construction related compaction of the foundation by the added weight of the levee during its initial dredging during the late 1800s and early 1900s and continued maintenance of levee height since. Figure 5-7


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

suggests that settlements are most severe after the initial dewatering process occurs, and then stabilizes at a constant background rate. Present day surface elevations near the landside toe of the levee breaches are generally between -5 and -6 ft NAVD88. Considering that the original swamp surface was probably 1 to 2 ft above sea level before urbanization began (Figure 5-2), large settlements of more than 70 in. are the norm, rather then the exception during historic time in the New Orleans area. Both short-term (man-made) and long-term (geologic) mechanisms are involved in the subsidence problem beneath the city.

Another historic perspective of New Orleans subsidence rates is provided by elevation measurements from the ALCO1931 benchmark during a 53-year record of measurements (Figure 5-9). This benchmark is located on the west side of the Hammond Highway Bridge, near the Coast Guard Station, and near where the 17th Street Canal breach occurred. An elevation difference of -2.095 ft relative to NAVD88(2004.65) or -2.345 ft relative to MSL in 2005 was reported for this benchmark for the 53-year period of record. The net difference in elevation includes changes in the survey datum (or spheroid model of the earth used) and a component of subsidence. By subtracting the difference in survey datum from the overall value, the resultant value corresponds to historic subsidence changes at this location during the period of record, and generally 40 to 50 years after canal construction and dewatering have occurred. At the ALCO1931 location, it has been estimated that the datum changes account for about 0.19 ft or 2.28 in. of the total measured difference (J.K. Garster, personal communication). Subtracting the datum component from the total difference yields a subsidence component of -1. 905 ft (580.6 mm) relative to NAVD88 (2004.65) and -2.155 ft (656.8 mm) relative to the MSL datum. This net difference corresponds to an annual subsidence rate of 0.43 in./yr (10.95 mm/yr) relative to NAVD88 (2004.65), or 0.49-in./yr (12.4 mm/yr) relative to MSL (which incorporates sea level rise) for the 53-year period of record. These rates correspond to cumulative subsidence rates of between 3.59 and 4.07 ft (1.095 and 1.24 m) per century, and probably accurately reflect the latter stages of the subsidence curve in Figure 5-7 in areas that have undergone dewatering.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 5-9. Changes in elevation reported for the ALCO benchmark, near the Hammond Highway Bridge at 17th Street Canal (from IPET, Chapter 2, Figures 69 and 33, respectively).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Subsidence rates identified by the various methods described above in Figures 5-6 through 5-9 are important for understanding the short- and long-term impacts to engineered structures, and designing effective solutions for flood protection in New Orleans. Hurricane protection of the drainage canal levees consisted of I-wall and T-wall construction during the early 1990s. Changes in elevation due to subsidence were generally not incorporated into the design of I-walls and T-walls for hurricane protection. Impacts to levee stability and subsequent levee performance from changes in elevation due to subsidence were nonexistent or negligible. In terms of levee performance, no differential settlements have been reported during the annual levee inspections, nor were they documented by the current IPET investigation. If significant subsidence had occurred, it may have caused deformation between I-wall panels, which may have compromised the integrity of the HPS, and resulted in poor performance. Short-term subsidence was not an issue factoring into the poor performance of the I-walls at the canal levee failures.

No structural impacts to levee performance are attributed to subsidence during Hurricane Katrina, except in terms of the level of protection afforded from the design flood height. Height of the flood protection was not at levels authorized by Congress because of poor understanding and effective resolution of the different benchmark datums that were incorporated into the engineering of the flood protection system. Congress authorized a level of protection that was not achieved because of faulty resolution of the datum and historic changes from subsidence.

With a forward look to the future for coastal Louisiana, the New Orleans District currently has no funding for a systematic, district-wide program for monitoring subsidence within man-made and natural settings. All of the subsidence rate calculations are long-term estimates, or short-term estimates from a few site specific benchmarks. In order to effectively address subsidence and its implications for flood protection, a district-wide program for monitoring subsidence using the latest technology must be implemented. Important to this program will be a dense network of benchmarks upon the levees and its structural components, as opposed to only highway benchmarks, that accurately measures the subsidence rates across the Louisiana Coastal Plain for effective solutions that mitigate subsidence, land loss, and flood protection.

## Summary

Inland swamp and marsh soils form the foundations for the levees, and these soils require special attention for effective engineering of structures. Urban reclamation of low-lying areas has impacted the surface topography during historic time and has involved draining the cypress swamps that were present north of New Orleans to meet the demands for city expansion and population growth. Continuous pumping of surface and groundwater drainage are necessary to keep groundwater levels below residential development. This process has directly contributed to the desiccation of the underlying swamp and marsh soils, and lowered much of the ground surface below sea level over a significant portion of the city. Levees that encircle the city and continuous pumping into the drainage canals are now required to prevent flooding. A buried beach ridge, located between the south shore of Lake Pontchartrain and the Mississippi River, has directly affected levee foundation and engineering properties at the 17th Street and London Avenue Canals. The thicknesses of inland swamp and marsh deposits at the canals are controlled


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

by the presence of the buried relict beach and their proximity to prehistoric distributary channels, which created the land area beneath New Orleans. Swamp and marsh soils are thickest behind the beach ridge and the IHNC area, and are the thinnest over the axis of the beach ridge. Focused geologic studies of the levee breaches indicate weak lacustrine soils were responsible for the levee failure at the 17th Street Canal. High storm surges in the canals appear to have elevated pore pressures in the pervious beach sands that ultimately contributed to the levee failures at the London Avenue Canal. Further east in the IHNC area, the hurricane-generated storm surge overtopped and scoured the soil foundations behind the vast majority of I-walls that failed. Ultimately, the lessons that emerge from Hurricane Katrina are that the geology and associated hazards imposed by weak and pervious foundation soils must be clearly defined and better understood. Local differential subsidence was not a factor in the poor performance of the structures that breached due to foundation failures; however, lower than authorized elevations contributed to the overtopping and failure of both floodwalls and levees. A dense network of benchmarks is needed on Corps levees and structures to effectively characterize long-term subsidence trends.

## References


Britsch, L. D., and Dunbar, J. B. (1990). "Geomorphic investigation of Davis Pond, Louisiana." Technical Report GL-90-12, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Britsch, L. D., and Dunbar, J. B. (1993). "Land Loss Rates: Louisiana Coastal Plain," *Journal of Coastal Research*, Vol. 9, No. 2, p. 324-328.

Britsch, L. D., and Dunbar, J. B. (2005), "Land Loss Maps of the Louisiana Coastal Plain, Plates 1 through 7," Technical Report ERDC/GSL-TR-05-13, U.S. Army Engineer Research and Development Center, Vicksburg, MS (available at *lmvmapping.erdc.usace.army.mil*).

Burkett, V. R., Zilkoski, D. B., and Hart, D. A. (2003). "Sea level rise and subsidence: Implications for flooding in New Orleans, Louisiana," U.S. Geological Survey Subsidence Interest Group Conference, Open File Report 03-308, Galveston, TX.

Dixon, T. H., Amelung, F., Ferretti, A., Novali, F., Rocca, F., Dokka, R. K., Sella, G., Kim, S., Wdowinski, S., and Whittman, D. (date?) "Subsidence and flooding in New Orleans," *Nature*, Vol. 441, p. 587-588.

Dunbar, J. D., Torrey, V. H., and Wakeley, L. D. (1999). "A case history of embankment failure: Geological and geotechnical aspects of the Celotex levee failure, New Orleans, Louisiana," Technical Report GL-99-11, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Dunbar, J. D., Britsch, L. D., and Kemp E. B. (1992). "Land Loss Rates, Report 3, Louisiana Coastal Plain," Technical Report GL-90-2, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Dunbar, J. B., Blaes, M., Dueitt, S., and Stroud, K. (1994). "Geological investigation of the Mississippi River deltaic plain, Report 2 of a Series." Technical Report GL-84-15, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Dunbar, J. B., Blaes, M., Dueitt, S., and May, J. (1995). "Geological investigation of the Mississippi River deltaic plain, Report 3 of a Series." Technical Report GL-84-15, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Eustis Engineering Company. (1984). "Geotechnical investigation, soil stratification and foundation conditions for residential development, New Orleans, Louisiana," for City of New Orleans and Sewerage and Water Board of New Orleans, Eustis Engineering Company, Metairie, LA.

Fisk, H. N. (1960). "Recent Mississippi River sedimentation and peat accumulation." 4th International Congress, Carboniferous stratigraphy and geology, Heerlen, Holland, 1958, Compte Rendu, p. 187-199.

Frazier, D. E. (1967). "Recent deltaic deposits of the Mississippi River: Their development and chronology." Transactions 17th Annual Meeting, Gulf Coast Association of Geological Societies. San Antonio, TX.

Gagliano, S. M. (2005). "Effects of earthquakes, fault movements, and subsidence on the south Louisiana landscape," *Louisiana Civil Engineer*, Journal of the Louisiana Section of the American Society of Civil Engineers, Vol. 13, No. 2, p. 5-7 and 19-22.

Kolb, C. R. (1962). "Distribution of soils bordering the Mississippi River from Donaldsonville to Head of Passes." Technical Report No. 3-601, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Kolb, C. R., and Saucier, R. T. (1982). "Engineering geology of New Orleans." Reviews in Engineering Geology, Geological Society of America, 5, 75-93.

Kolb, C. R., Smith, F. L., and Silva, R. C. (1975). "Pleistocene sediments of the New Orleans-Lake Pontchartrain area." Technical Report S-75-6, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Kolb, C. R., and VanLopik, J. R. (1958a). "Geology of the Mississippi River deltaic plain." Technical Report No. 3-483, Vol 1 and 2, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Kolb, C. R., and VanLopik, J. R. (1958b). "Geological investigation of the Mississippi River-Gulf Outlet Channel." Miscellaneous Paper No. 3-259, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Kolb, C. R., and VanLopik, J. R. (1965). "Depositional environments of the Mississippi River Deltaic Plain." In Deltas in their geologic framework, editor Martha Lou Shirely and James A Ragsdale, Houston Geological Society, Houston, TX.

May, J. R., Britsch, L. D., Dunbar, J. B., Rodriguez, J. P., and Wlonsinski, L. B. (1984). "Geological investigation of the Mississippi River Deltaic Plain." Technical Report GL-84-15, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

McFarlan, E. (1961). "Radiocarbon dating of Late Quaternary deposits, South Louisiana," Geological Society of America Bulletin, Vol. 72, p. 129-162.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Meckel, T. A., ten Brink, U. S., and Williams, S. J. (2006), "Current subsidence rates due to compaction of Holocene sediments in southern Louisiana," Geophysical Research Letters, Vol. 33, L11403, p. 1-5.

Miller, L., and Douglas, B. C. (2004). "Mass and volume contributions to twentieth-century global sea level rise," *Nature*, Vol. 428, p. 406-409.

Montgomery, R. L. (1974). "Correlation of engineering properties of cohesive soils bordering the Mississippi River from Donaldsonville to Head of Passes, LA." Miscellaneous Paper S-74-20, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Penland, S., Ramsey, K. E., McBride, R. A., Moslow, T. F., and Westphal, K. A. (1989). "Relative sea level rise and subsidence in Louisiana and the Gulf of Mexico," Coastal Geology Technical Report No. 3, Louisiana Geological Survey, Baton Rouge, LA.

Saucier, R. T. (1963). "Recent geomorphic history of the Pontchartrain Basin, Louisiana." Technical Report 16, Part A, United States Gulf Coastal Studies, Coastal Studies Institute, Contribution No. 63-2, Louisiana State University, Baton Rouge, LA.

Saucier, R. T. (1994). "Geomorphology and quaternary geologic history of the Lower Mississippi Valley." Volumes I and II, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Saucier, R. T., and Kolb, C. R. (1982). "Engineering geology of New Orleans," Geological Society of America, Reviews in Engineering Geology, Vol. 5, p. 75-91.

Schultz, J. R., and Kolb, C. R. (1954). "Geological investigation of the New Orleans Harbor Area," Technical Memorandum 3-391, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Shinkle, K. D., and Dokka, R. K. (2004). "Rates of vertical displacement at benchmarks in the Lower Mississippi Valley and Northern Gulf coast," NOAA Technical Report NOS/NGS 50, U.S. Department of Commerce, Washington, DC.

Smith, L. M., Dunbar, J. B., and Britsch, L. D. (1986). "Geomorphological investigation of the Atchafalaya Basin, Area West, Atchafalaya Delta, and Terrebonne Marsh," Technical Report GL-86-3, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Snead, J. I., and McCulloh, R. P. (1984). "Geologic map of Louisiana, scale 1:500,000, Baton Rouge, LA."

Tormqvist, T. E., Gonzalez, J. L., Newsom, L. A., van der Borg, K., de Jong, A. F., and Van, R. J. (2002). "Reconstructing background rates of sea-level rise as a tool for forecasting coastal wetland loss, Mississippi Delta," Eos, Transactions, American Geophysical Union, Vol. 83, No. 46, p. 525-531.

URS. (2006). "A century of subsidence: Change in New Orleans DEMs relative to MGL 1895 to 1999/2002," Poster prepared for Federal Emergency Management Agency, URS Inc, Baton Rogue, LA.

U.S. Army Corps of Engineers. (1988). "Design Memorandum No. 19, General Design, Orleans Avenue Outfall Canal," U.S. Army Corps of Engineers, New Orleans District, New Orleans, LA.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

U.S. Army Corps of Engineers. (1989). "Design Memorandum No. 19A, General Design, London Avenue Outfall Canal," U.S. Army Corps of Engineers, New Orleans District, New Orleans, LA.

U.S. Army Corps of Engineers. (1990). "Design Memorandum No. 20, General Design, 17th St. Outfall Canal," U.S. Army Corps of Engineers, New Orleans District, New Orleans, LA.

Wallace, W. E. (1966). "Fault and salt map of South Louisiana." Gulf Coast Association of Geological Societies, 16.

Works Progress Administration of Louisiana. (1937). Some data in regard to foundations in New Orleans and vicinity, New Orleans, LA, p. 243.

# Appendix 6
# Distribution of Hurricane Protection System Structures

The following maps depict the distribution and types of the structures composing the New Orleans and Vicinity Hurricane Protection System prior to Katrina. The reach and transition points described on these maps are identical to those being used for the IPET risk assessment reported in Volume VIII.




Figure 6-1. St. Charles.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 6-2. Jefferson East Bank.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.