


Figure 6-3. Orleans East Bank.




Figure 6-4. New Orleans East.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 6-5. St. Bernard.




Figure 6-6. Westwego to Harvey Canal.




Figure 6-7. Algiers to Hero Canal.




Figure 6-8. Plaquemines 1.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 6-9. Plaquemines 2.




Figure 6-10. Plaquemines 3.




Figure 6-11. Plaquemines 4.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 6-12. Plaquemines 5.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.