nola.com
Everything New Orleans

The Times-Picayune

# Corps team blames poor levees

## Katrina exploited flaws, study says

Tuesday, March 27, 2007

**By Mark Schleifstein**
**Staff writer**

The failure to build New Orleans-area hurricane levees and levee walls as part of an integrated, well-fortified system doomed the region during Katrina and remains the key finding of a revised report released Monday by an investigation team sponsored by the Army Corps of Engineers.

Advertisement

CONTINUE STORY




"The system did not perform as a system," concluded members of the Interagency Performance Evaluation Task Force, or IPET, which has spent the past 19 months detailing the causes and effects of Katrina's flooding on the levee system and the metropolitan area.

Katrina's storm surge found a wide variety of weaknesses resulting from the system being built as a series of individual projects: problems such as low levee sections, weak links between levee projects, and failed designs. Those individual failures resulted in water invading the entire protection system, the report concluded.

The report again concludes that "particularly inadequate" designs of levee walls along the 17th Street and London Avenue drainage canals resulted in their failure, despite storm-surge water not overtopping them.

Had the New Orleans area levees been more formidable, such as with armoring or stronger levee walls, damage from Katrina would have been cut dramatically, the report said. It concludes, for example, that half the direct property losses, and much of the indirect damage to the city's economy from the flood, might have been averted if levees and walls had just been overtopped but not breached.

The report also points out that resilience -- the ability of levees and levee walls to have survived the overtopping -- might have allowed a more rapid and systematic recovery.

The report also found that those responsible for building the levees did not foresee the catastrophic effects of storm surge in areas where it did overtop the hurricane protection system, both to the levees and to the residents and businesses they were supposed to protect.

"The levees were fine until they were overtopped, and then the levees built with hydraulic fill were more susceptible to erosion and breaching than those that were not," Ed Link, a University of Maryland civil engineering professor who leads the task force, said Monday. Hydraulic fill is wetter and looser when pumped into place than other fill. "Either you need to have a heck of a good evacuation plan and are expecting to sacrifice property, or you've got to find a way to armor the levees and make the structures more resilient."

Link said Katrina revealed that neither the corps nor the public understood the ability of the levee system to withstand the forces of a catastrophic hurricane like Katrina.

"No one had the tools to do that kind of assessment, to quantify what the levels of vulnerability were for areas behind the levees," Link said. So people didn't know the risk, and public officials didn't know it either."

Some levees, walls and other structures still weren't completed almost 40 years after the protection system was begun, the report concluded. For other parts of the system, designers misinterpreted the proper heights at which levees and walls should have been built, or never raised levees and walls after they subsided below design heights.

The task force posted five of the report's nine volumes and associated appendixes, totaling almost 5,000 pages, to its Web site Monday. The first chapter, an executive summary and overview of the report, is still subject to revision, but the rest are in final form.

Not shirking responsibility

An earlier version of the report was released in a June 2006 news conference in New Orleans in which Lt. Gen. Carl Strock, commander of the corps, said his agency would not try to dodge ultimate responsibility for what he said was the first project failure in corps history.

The task force still must complete a chapter on risk that will include one set of detailed maps of the New Orleans area that explain the risk faced by residents and businesses once repairs on the levee system are completed. A second set of maps will outline the reliability of the existing levee system: mainly, its ability to withstand future hurricanes.

That chapter is now scheduled for release in early April, corps spokesman Wayne Stroupe said.

The corps already is using information developed for the report to design immediate repairs and to begin designing improvements necessary to provide protection from hurricanes with a 1-in-100 chance of hitting the city every year. The information also is being used by corps officials developing alternatives to protect the area from even larger hurricanes and to help restore the coast.

The IPET report does not address questions about the political and economic decisions that resulted in building the levee system. That is the focus of a separate Hurricane Performance Decision Chronology Study, to be completed later this year.

In most cases, the report concludes, water in the 17th Street and London Avenue canals pushed the sheet piling and concrete walls on top of them out of alignment, creating a crack between the walls and the earthen levees in which they were built. The cracks allowed water to leak beneath

the wall and the structures to fail.

The report said part of the design problem stemmed from decisions by the corps and local governments to abandon an earlier corps "barrier" plan that would have built surge-blocking gates at the end of the drainage canals. Instead, the corps approved a "parallel protection" plan that raised the heights of levee walls along the canals. That approach, the report said, "systematically increased the inherent risk in the system without recognition or acknowledgment."

The report concludes that with the exception of failed levee walls on the 17th Street, London Avenue and Industrial canals, breached levees and walls were overtopped.

Surge along levees in Plaquemines and St. Bernard parishes and in the Industrial Canal in New Orleans was significantly higher than the levees and walls there, leading to overtopping that contributed to their breaching, the report concluded.

Another contributor was the unexpected force with which waves atop the surge, some of which traveled from far offshore, broke on the levees and exacerbated their erosion, the report said.

Minimizes MR-GO impact

However, the report still concludes that the Mississippi River-Gulf Outlet channel had little impact on levees along its length, which differs from the conclusion contained in a report released last week by engineers and scientists making up the independent Team Louisiana. In that report, underwritten by the state Department of Transportation and Development, researchers said surge might have exacerbated erosion of levees along the MR-GO and helped direct surge into the Industrial Canal.

The IPET report also found that "a significant number of (hurricane protection) structures that were subjected to water levels beyond their design limits performed well." Typically, the floodwalls that fell into that category were designed more conservatively, and the earthen levees that held fast were built with higher-quality, less-erodable material.

In volumes outlining the effects of the storm, the report concludes that the majority of flooding and half of the area's economic losses resulted from breaches in the levee system.

It estimated direct financial losses associated with the flooding at $20 billion, with 77 percent in residential areas, and an additional $7 billion in losses to public property. The report counted 727 fatalities in the five parishes in and around New Orleans that it attributes directly to the flooding, with more than 70 percent of those victims more than 70 years old.

But the effects went well beyond economic losses or lives, the report said.

"The breakdown in New Orleans' social structure, loss of cultural heritage, and dramatically altered physical, economic, political, social, and psychological character of the area are unprecedented in the United States," the report said. "In themselves, these create a formidable barrier to recovery. Where water depths were small, recovery has been almost complete. In areas where water depths were greater, little recovery or reinvestment has taken place."

Looking forward, the report said levels of protection have increased through much of the hurricane protection system because of post-Katrina repairs.

But a major exception is in areas next to the Industrial Canal, where existing levee walls are below standard and high hurricane surge and wave conditions still pose a threat.

Among the recommendations the report makes for improving the hurricane protection system are:

-- Design an integrated protection system that takes into account both sinking and other expected changes and unexpected hazards over time. Included in the system must be interior pumping stations and other features that are not now considered part of the hurricane protection plan.

-- Update the planning and design of the system regularly to keep pace with changes in knowledge and engineering practices, including new scientific information about how hurricanes work.

-- Base hurricane protection on the risk to people and structures, and not just on traditional corps cost-benefit analyses. Update protection needs in the future to reflect population changes and the effects of climate change or coastal erosion.

-- Improve the computer modeling used for designs to take into account the complicated shoreline around New Orleans. Replace equipment used to monitor storm surge with instruments designed to withstand hurricanes.

-- Review existing hurricane protection designs for ways they might fail that might not have been uncovered in Katrina's aftermath.

-- Improve levee and wall maintenance and expand inspection techniques beyond cursory reviews of their surface features.

. . . . . . .

The report can be found on the Web at https: ipet.wes.army.mil. Mark Schleifstein can be reached at mschleifstein@timespicayune.com or (504) 826-3327.