# In the United States Court of Federal Claims

Case No. 05-1259L
(Filed: May 24, 2007)

*********************************************************
SHEILA NICHOLSON, SHELLEY NICHOLSON, *
AND RICHARD HIRSTSUS, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*********************************************************

## ORDER

**Plaintiffs' Motion for Leave to File Supplemental Authority filed April 10, 2007, and Plaintiff's Motion for Leave to file Memorandum in Response to Defendant's Reply Memorandum filed May 22, 2007, are hereby GRANTED**. However, due to the untimely filing of Plaintiffs' May 22 memorandum, two days prior to oral argument, we will allow Defendant to respond in writing. **The Government's response, limited to ten (10) pages, is due on June 7, 2007.**

By virtue of our admission of Plaintiffs' "supplemental authority" -- which is not actually authority, but rather supplemental factual material – the parties must revise their earlier submissions to reflect the new exhibits. In particular, Plaintiffs offered an updated version of the June 1, 2006 Draft Final Report of the Interagency Performance Evaluation Task Force (IPET), an exhibit included with its motion. The more recent version, labeled an Interim Final Report, is dated March 26, 2007 -- after the receipt of the briefs and the Consolidated Statement of Uncontroverted Facts (CSUF). The parties could not confirm to what extent the two versions differ.

**Therefore, we require that all previous citations to the earlier IPET report be annotated with the citation to the more current report in both the briefs and the CSUF. If the cited material in the Interim Report differs from the earlier reference, the parties should indicate the difference in writing. The annotated papers are to be filed with the Court no later than July 3, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge