IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, AND<br>SHELLEY NICHOLSON, AND<br>RICHARD HIRSTSUS<br><br>PLAINTIFFS,<br>V.<br><br>UNITED STATES OF AMERICA<br><br>DEFENDANT | ) | NO. 05-1259L<br><br>HON. LAWRENCE M. BASKIR |

**MOTION TO SUBMIT EDITED COPIES OF PLAINTIFFS' PLEADINGS IN ACCORDANCE WITH THE ORDER OF COURT**

This Motion is submitted by Plaintiffs, Sheila Nicholson, Shelley Nicholson and Richard Hirstsus, in accordance with the Order of this Court, issued May 24, 2007.

The Court Ordered "all previous citations to the earlier IPET report to be annotated with the citation to the more current report in both briefs and the CSUF." Accordingly, a cross reference for every IPET citation has been added to both Plaintiffs' Memorandum in Support of Plaintiffs' Partial Motion for Summary Judgment and Plaintiffs' Memorandum in Response to Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment. The additional references to the IPET Reports in both of Plaintiffs' Memoranda, have been highlighted in color for the Court's convenience. These documents have been filed electronically with hard copies mailed to the Court and opposing counsel.

The edited CSUF has been forwarded to counsel for the United States of America for review and comment. Upon receipt, the final edited copy will be filed with the Court.

In accordance with the Order of this Court issued May 24, 2007, Plaintiffs respectfully

request that the Court accept submission of the edited copies of Plaintiffs' Memorandum.

**Respectfully submitted,**

**LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER, L.L.P.**

**MITCHELL J. HOFFMAN (6896)**
**MICHAEL R. ALLWEISS (2425)**
**JEFFREY M. HOFFMAN (29253)**
**701 Poydras Street, Suite 3600**
**New Orleans, Louisiana 70139-7735**
**Telephone: (504) 581-2450**
**Facsimile: (504) 581-2461**
**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I certify that I have on this 14 day of June, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile transmission, hand delivery, or by United States mail, properly addressed, and first class postage prepaid.

**MITCHELL J. HOFFMAN**