IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, and<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | NO. 05-1259L<br><br>Hon. Lawrence M. Baskir |

**REQUEST FOR LEAVE TO AMEND CONSOLIDATED STATEMENT OF UNCONTROVERTED FACTS TO ADD ONE (1) NEW STATEMENT OF FACT AND TO ALLOW SUBMISSION OF AN ARTICLE BY MICHAEL KUNZELMAN, *OFFICIAL BLAMES LA. FOR FUND SHORTFALL*, L.A. TIMES**

COME NOW, Plaintiffs, Sheila Nicholson, Shelley Nicholson and Richard Hirstsus, who, based on new information material to the factual issues before this Court and for the reasons set forth in the attached Memorandum, respectfully move this Court for an order allowing Plaintiffs to file an Amended Consolidated Statement of Uncontroverted Facts to add one (1) new Statement of Uncontroverted Fact and to allow submission of an article by Michael Kunzelman, *Official Blames La. For Fund Shortfall*, L.A. Times, May 24, 2007, attached as Pl. Ex. K. This article discusses a hearing before the Senate Homeland Security Subcommittee on Gulf Coast Housing on May 24, 2007 and quotes Donald Powell, the Federal Coordinator for Gulf Coast Rebuilding. The formal transcript of Mr. Powell's testimony before the Senate Subcommittee will be submitted when it is made public and will be marked as Plaintiffs' Exhibit L. On June 7, 2007, undersigned counsel forwarded a copy of the proposed admission of the one (1) new Statement of Uncontroverted Fact to counsel for the United States of America for review and comment. However, Defendant's June

21, 2007 response was postmarked June 26, 2007, and was not received by counsel for Plaintiffs until July 3, 2007.

**Respectfully Submitted:**

**LOWE, STEIN, HOFFMAN,**
**ALLWEISS & HAUVER, L.L.P.**

**MITCHELL J. HOFFMAN, Trial Attorney**
**701 Poydras Street, Suite 3600**
**New Orleans, Louisiana 70139-7735**
**Telephone: (504) 581-2450**
**Facsimile: (504) 581-2461**
**Attorney for the Plaintiffs**