IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, and<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | NO. 05-1259lL<br><br>Hon. Lawrence M. Baskir |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF AMENDED CONSOLIDATED STATEMENT OF UNCONTROVERTED FACTS TO ADD ONE (1) NEW STATEMENT OF FACT AND TO ALLOW SUBMISSION OF AN ARTICLE BY MICHAEL KUNZELMAN, *OFFICIAL BLAMES LA. FOR FUND SHORTFALL*, L.A. TIMES**

**LOWE, STEIN, HOFFMAN,**
**ALLWEISS & HAUVER, L.L.P.**

**MITCHELL J. HOFFMAN, Trial Attorney**
**701 Poydras Street, Suite 3600**
**New Orleans, Louisiana 70139-7735**
**Telephone: (504) 581-2450**
**Facsimile: (504) 581-2461**
**Attorney for the Plaintiffs**