# EXHIBITS

| EXHIBIT LETTER | DOCUMENT NAME |
|---|---|
| | **Exhibits A-I previously submitted.** |
| | **Exhibits L through R** submitted with Plaintiffs' Motion for Leave to File a Memorandum in Response to Defendant's Response to Plaintiffs' Sur-Reply. |
| K | Michael Kunzelman, *Official Blames LA. For Fund Shortfall*, L.A. Times, May 24, 2007. (Reporting on the Hearing on Gulf Coast Housing: Hearing Before the Senate Homeland Security Subcommittee on Gulf Coast Housing, 110th Cong. May 24, 2007 (statement of Donald Powell, Federal Coordinator for Gulf Coast Housing). Transcript will be forwarded upon receipt as Plaintiffs' Exhibit L.) |
| S | New Statement of Fact listed as 34a. (P) in the Amended Consolidated Statement of Uncontroverted Facts |
| T | Copy of June 7, 2007 correspondence to Defense Counsel. |