




# Official Blames La. for Fund Shortfall

By MICHAEL KUNZELMAN, Associated Press Writer
4:43 PM PDT, May 24, 2007

Louisiana's grant program for rebuilding hurricane-damaged homes is giving money to thousands who weren't supposed to be eligible, the White House's hurricane recovery czar testified Thursday.

The program has a projected $3 billion shortfall. Donald Powell, federal coordinator for Gulf Coast rebuilding, told members of a Senate subcommittee in Washington that the federally funded grants only were intended to pay for flood damage from hurricanes Katrina and Rita.

However, Louisiana's "Road Home" grant program is projected to award about $2.7 billion to more than 43,000 applicants whose homes were damaged by the hurricanes' wind and didn't have any flood damage. Around 88,702 residents whose homes were damaged by flood water also are eligible for grants, Powell said.

"We were always very clear that the federal government would not fund state housing programs to cover wind damage," Powell testified before the Disaster Recovery Subcommittee of the Senate Homeland Security and Governmental Affairs Committee.

Sen. Mary Landrieu, D-La., pressed Powell and Louisiana Recovery Authority executive director Andy Kopplin on the reasons for the budget shortfall. Kopplin said the Road Home program was designed to aid any resident whose home sustained major damage, whether wind or water was to blame.

"When the president said he would do what it takes and stay as long as it takes, he didn't say except if you had wind damage," Kopplin said.

Louisiana's Road Home application, which the federal government approved in June 2006, included a statement that grant applicants "deserve a fair and independent estimate of projected damages from the storm, regardless of the cause of damage," Kopplin said.

"That's been our policy since the beginning," he said. "We did not want to discriminate between the type of damage homeowners who were hit by Katrina or hit by Rita suffered after the storm."

Kopplin blamed the program's projected budget shortfall on inaccurate data provided by the Federal Emergency Management Agency. He said FEMA underestimated both the number of homeowners who could be eligible for grants as well as the severity of damage to homes.

Powell offered a very different explanation for the anticipated shortfall. In February 2006, he said, federal and state officials "mutually agreed" to fund grants for about 106,000 homeowners who had flood damage. With those homeowners getting an average grant of $72,000, the program was expected to cost a total of $7.6 billion, he added.

"This program, which prioritized the most flooded, devastated areas, was our

EXHIBIT
tabbies
K

latimes.com
MEMBER SERVICES
Sign Up
Log In
Help
Contact Us
L.A. Times Archives
HOME DELIVERY
Customer Support
Subscribe

Ads by Google

**Looking for a Car?**
Find the Lowest Price Possible Get the car of your dreams
NewCarInsider.com

**Relocating to Atlanta?**
Affordable, charming new homes just minutes from downtown Atlanta
www.visittributaryga.com

consensus," he said.

But the program's projected cost has risen to nearly $10 billion now that the state estimates 132,000 applicants are eligible for average awards of $74,000, according to Powell. That's "far greater than the taxpayer dollars given by Congress to compensate flood-damaged homes," he said.

"As elected officials have said many times, the federal government is responsible for this hurricane damage because of the failure of the levee system. And now nearly half of the federal funding is going to homeowners that experienced no levee-related damage," he said.

Powell said the federal government never agreed to pay for wind damage to homes in Texas, Mississippi, Alabama or Florida after Katrina and Rita, "despite numerous requests by many of these states to do so."



New face of Nigerian scam

Groups say be wary of offers for free puppies.



**"Venice"** is more than just Muscle Beach! View our readers' photos and share your own at ***Your Scene***.

*Submit your photo now >>*

Ads by Google

**Sandbags Sandbags White**
On Sale Plus Free Ground Shipping Overnight Shipping Available
www.911sandbags.com/

**Quick survey on crime**
Do you think criminal rehab needs improvement? Give your opinions.
www.gm-research.com

**Recycled plastic products**
Recycled products handmade in Nepal Handmade gift items
www.spiralfoundation.org

**UAC Ukraine**
Non-profit humanitarian aid and relief serving children of Ukraine
www.uacukrainerelief.org/

**Humanitarian Aid**
Children Should Never Be Soldiers. Help the Children of Gulu, Uganda!
www.WorldVision.org

Copyright 2007 Los Angeles Times Privacy Policy | Terms of Service | Advertise | Home Delive

Partners: Hoy | KTLA | Careerbuilder.com for jobs | Cars.com for autos | Apartments.com for rentals | ShopLocal
Boodle.com for Grocery Coupons | Houses for Rent | Recycler for Free Clas