34a. (P)

"As elected officials have said many times, the federal government is responsible for this hurricane damage because of the failure of the levee system."

Michael Kunzelman, *Official Blames La. For Fund Shortfall*, L.A. Times, May 24, 2007, Attached as Pl. Ex. K. (quoting Donald Powell, Federal Coordinator for Gulf Coast Rebuilding, during his testimony at the Hearing before the Senate Homeland Security Subcommittee on Gulf Coast Housing, 110th Cong. May 24, 2007, the transcript will be forwarded as Pl. Ex. L, upon receipt.)



EXHIBIT
tabbles
S