LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW
ONE SHELL SQUARE
SUITE 3600
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-7735
WWW.LSHAH.COM
TELEPHONE (504) 581-2450
FACSIMILE (504) 581-2461
WRITER'S E-MAIL:

ROBERT C. LOWE†
MARK S. STEIN*
MITCHELL J. HOFFMAN‡
MICHAEL R. ALLWEISS(1)
ELLEN WIDEN KESSLER†
MAX J. COHEN(3)
DAVID M. PRADOS†
SUZETTE MARIE SMITH‡
MARYNELL L. PIGLIA
PAULA H. LEE
JEFFREY M. HOFFMAN
JAMES T. BUSENLENER(2)
GREGORY S. MARSIGLIA
KIM N. NGUYEN
MARCELLE P. MOULEDOUX(2)
MONICA C. SANCHEZ
SERENA E. POLLACK(1)
JOHN J. STEGER IV*
TARA E. FONTENOT
JANETTE L. JURADO(4)

*LL.M. IN TAXATION
†BOARD CERTIFIED TAX ATTORNEY
‡BOARD CERTIFIED FAMILY LAW SPECIALIST
‡A PROFESSIONAL LAW CORPORATION
(1) ADMITTED IN ILLINOIS
(2) ALSO ADMITTED IN TEXAS
(3) LLM IN INTERNATIONAL AND COMPARATIVE LAW
(4) ADMITTED IN NEW YORK

TERENCE L. HAUVER
(1947-2002)

OF COUNSEL
MARK S. GOLDSTEIN
ALICIA M. BENDANA

Mhoffman@lshah.com

June 7, 2007

Mark T. Romley, Esq.
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. Street, N.W., Room 3022
Washington, D.C. 20004

Re: Sheila Nicholson, Shelley Nicholson and Richard Hirstus
vs. United States of America
No: 05-1259L
Our file no: 0265-05-397

Dear Mark:

I enclose a proposed Amended Consolidated Statement of Uncontroverted Facts. The amendments include the cross references ordered by the court to both of the IPET Reports, as well as one (1) additional Statement of Uncontroverted Fact proposed, which is listed as number 34a. on page 35.

Also enclosed are copies of the Motion for Partial Summary Judgement and Reply Memorandum which have been highlighted where additional cross-references to the IPET Reports were added, per the court order.

EXHIBIT
tabbies
I

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.
ATTORNEYS AT LAW

Please review and let me know if you need to make any changes to your statements and if you will object to one additional statement.

With kind regards, I am

Very truly yours,

Mitchell J. Hoffman

MJH/jj
Enclosures