IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SHEILA NICHOLSON, and SHELLEY NICHOLSON, and RICHARD HIRSTSUS<br>Plaintiffs<br>vs.<br>UNITED STATES OF AMERICA<br>Defendant. | NO: 05-1259IL<br>Hon. Lawrence M. Baskir |

**MEMORANDUM IN SUPPORT OF AMENDED CONSOLIDATED STATEMENT OF UNCONTROVERTED FACTS TO ADD ONE (1) NEW STATEMENT OF FACT AND TO ALLOW SUBMISSION OF AN ARTICLE BY MICHAEL KUNZELMAN, *OFFICIAL BLAMES LA. FOR FUND SHORTFALL*, L.A. TIMES**

This Memorandum is submitted by Plaintiffs, Sheila Nicholson, Shelley Nicholson and Richard Hirstsus, in support of Plaintiffs' Request for Leave to File an Amended Consolidated Statement of Uncontroverted Facts and Supplemental Authority ("CSUF").

Plaintiffs filed a Reply Memorandum in Response to Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment on May 22, 2007.

This Court heard oral argument on Defendant's Motion for Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment on May 24, 2007. On that same day, this Court granted Plaintiff's Motion for Leave to file Supplemental Authority and Plaintiffs' Motion for Leave to file a Memorandum in response to Defendant's Reply Memorandum. This Court also gave Defendants the opportunity to respond to Plaintiffs' Memorandum. On the day of the oral argument, there was a hearing before the Senate Homeland Security Subcommittee on Gulf Coast Housing. At the hearing, Donald Powell, Federal Coordinator for Gulf Coast Rebuilding testified before Congress and said "[a]s elected officials have said many times, the federal government is responsible for this

hurricane damage because of the failure of the levee system." See Michael Kunzelman, *Official Blames LA. For Fund Shortfall*, L.A. Times, May 24, 2007, attached as Pl. Ex. K. (quoting Donald Powell, Federal Coordinator for Gulf Coast Rebuilding, during his testimony at the hearing before the Senate Homeland Security Subcommittee on Gulf Coast Housing, 110th Cong. May 24, 2007. The hearing transcript will be forwarded as Pl. Ex. L. upon receipt.).

On June 7, 2007, undersigned counsel forwarded a copy of the proposed admission of the one (1) new Statement of Uncontroverted Fact to counsel for the United States of America for review and comment. However, Defendant's June 21, 2007 response was postmarked June 26, 2007, and was not received by counsel for Plaintiffs until July 3, 2007.

Rule 15(d) of the U.S. Ct. Fed. Cl. states:

> Upon motion of a party the court may, upon reasonable notice and upon such terms as are just, permit the party to serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented. Permission may be granted even though the original pleading is defective in its statement of a claim for relief or defense. If the court deems it advisable that the adverse party plead to the supplemental pleading, it shall so order, specifying the time therefor.

Plaintiffs request leave to file an Amended CSUF with the attached Supplemental Authority, adding one (1) Statement of Fact based on testimony of Donald Powell, Federal Coordinator for Gulf Coast Rebuilding, given before the Senate Homeland Security Subcommittee on Gulf Coast Housing, for the following reasons:

- Reasonable notice has been provided to Defendants;
- There is no defect in the original pleading;
- The Amended CSUF and attached Supplemental Authority relate directly to the factual issues raised in Plaintiffs' pleadings;
- The Amended CSUF sets forth events that have occurred since the date of the original CSUF;
- Justice dictates that this Court should grant leave and take notice of the new authority;
- There is no prejudice to the Defendants.

For the reasons stated above, Plaintiffs respectfully request that this Court grant leave and take notice of the new authority and allow Plaintiffs to amend the original Consolidated Statement of Uncontroverted Facts to add one (1) Statement of Uncontroverted Fact and to allow submission of an article by Michael Kunzelman, *Official Blames La. For Fund Shortfall*, L.A. Times, May 24, 2007, attached as Pl. Ex. K.

**Respectfully Submitted:**

**LOWE, STEIN, HOFFMAN,**
**ALLWEISS & HAUVER, L.L.P.**

**MITCHELL J. HOFFMAN, Trial Attorney**
**701 Poydras Street, Suite 3600**
**New Orleans, Louisiana 70139-7735**
**Telephone: (504) 581-2450**
**Facsimile: (504) 581-2461**
**Attorney for the Plaintiffs**

**CERTIFICATE OF SERVICE**

I certify that I have on this 3 day of July, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile transmission, hand delivery, or by United States mail, properly addressed, and first class postage prepaid.

**MITCHELL J. HOFFMAN**