IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, and<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | ) | No. 05-1259L<br><br>Hon. Lawrence M. Baskir |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A MEMORANDUM IN RESPONSE TO DEFENDANT'S RESPONSE TO PLAINTIFFS' SUR-REPLY**

COME NOW, Plaintiffs, Sheila Nicholson, Shelley Nicholson and Richard Hirstsus, who, for the reasons set forth, in the attached Memorandum respectfully move this Court for an order allowing Plaintiffs to file a memorandum to respond and clarify some of the issues raised by Defendant's Response to Plaintiffs' Sur-Reply" (Defendant's Response).

Plaintiffs request leave to file a Memorandum in Response to Defendant's Response, because on June 20, 2007, the United States Army Corps of Engineers, Interagency Performance Evaluation Task Force ("IPET") released new information regarding the Final Risk and Reliability Analysis Report which assesses the risk of future flooding in New Orleans, as well as the Final IPET Reports. This information is directly related to the arguments set forth in Defendant's Response.

On June 21, 2007, counsel for Plaintiffs contacted counsel for Defendant in an effort to ascertain whether Defendant had any objection to Plaintiffs filing a Memorandum in Response to Defendant's Response. Counsel for Defendant indicated they would have to read Plaintiffs' memorandum before making that determination.

For these reasons, Plaintiffs respectfully move this Court for an order allowing Plaintiffs to

file a memorandum to respond and to clarify some of the issues raised by Defendant's Response.

**Respectfully submitted,**

**LOWE, STEIN, HOFFMAN,**
**ALLWEISS & HAUVER, L.L.P.**

**BY: ______________________________________**

**MITCHELL J. HOFFMAN (6896)**
**MICHAEL R. ALLWEISS (2425)**
**JEFFREY M. HOFFMAN (29253)**
**701 Poydras Street, Suite 3600**
**New Orleans, Louisiana 70139-7735**
**Telephone: (504) 581-2450**
**Attorneys for Plaintiffs**