IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, and<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS | ) | |
| Plaintiffs, | ) | No. 05-1259L |
| v. | ) | |
| | ) | Hon. Lawrence M. Baskir |
| UNITED STATES OF AMERICA | ) | |
| Defendant | ) | |

**ORDER**

Considering the foregoing motion:

**IT IS ORDERED** that Plaintiffs are granted leave to file the attached Memorandum In Response to Defendant's Response to Plaintiffs' Sur-reply.

Washington, D.C. this _____ day of ____________________, 2007.

______________________________
JUDGE