IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, and<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS | ) | |
| Plaintiffs | ) | |
| | ) | NO. 05-1259IL |
| vs. | ) | |
| | ) | Hon. Lawrence M. Baskir |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MEMORANDUM IN RESPONSE TO DEFENDANT'S RESPONSE TO PLAINTIFFS' SUR-REPLY**

**LOWE, STEIN, HOFFMAN,**
**ALLWEISS & HAUVER, L.L.P.**

**MITCHELL J. HOFFMAN, Trial Attorney**
**MICHAEL R. ALLWEISS**
**JEFFREY M. HOFFMAN**
**701 Poydras Street, Suite 3600**
**New Orleans, Louisiana 70139-7735**
**Telephone: (504) 581-2450**
**Facsimile: (504) 581-2461**