# TABLE OF CONTENTS

I. VALIDITY OF THE INTERAGENCY PERFORMANCE EVALUATION TASK FORCE REPORT .... pp. 1-2

II. RULE 56(c) and (f) .... pp. 3-4

III. INTERFERENCE WITH PROPERTY USE IS SUBSTANTIAL AND MEETS THE PERMANENCY REQUIREMENT UNDER *RIDGE LINE* .... pp. 4-9

IV. MOTION FOR PARTIAL SUMMARY JUDGMENT .... p.9

V. CAUSATION .... pp. 9-10

VI. CONCLUSION .... pp .10-11