# TABLE OF AUTHORITIES

## CASES

Bunch v. Coachella Valley Water Dist.,
15 Cal.4th 432, 935 P.2d 796 (Cal.,1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . p. 10

Eyherabide v. United States,
170. Ct. Cl. 598, 345 F.2d 565, 569 (1965) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . p. 7

Ridge Line, Inc. v. United States,
346 F.3d 1346, 1352 (Fed. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . pp. 4-5

Union Nat. Bank of Pittsburgh v. Crump,
349 Pa. 339, 343, 37 A.2d 733(Pa. 1944) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . p. 7

Wilfong v. United States,
480 F.2d 1326, 1329 (Ct. Cl. 1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . p. 5