# EXHIBITS

| EXHIBIT LETTER | DOCUMENT NAME |
|---|---|
| | **Exhibits A-I previously submitted.** |
| **K** | Michael Kunzelman, *Official Blames LA. For Fund Shortfall*, L.A. Times, May 24, 2007. |
| **L** | Hearing on Gulf Coast Housing: Hearing Before the Senate Homeland Security Subcommittee on Gulf Coast Housing, 110th Cong. May 24, 2007 (statement of Donald Powell, Federal Coordinator for Gulf Coast Housing). Transcript will be forwarded upon receipt. |
| **M** | United States Army Corps of Engineers, Final Report of the Interagency Performance Evaluation Task Force, Volume VII - The Consequences |
| **N** | Task Force Hope Status Report, US Army Corps of Engineers, *Corps Rolls Out Risk Analysis*, https://IPET.wes.army.mil. (June 20, 2007). |
| **O** | Whoriskey, Peter, *Corps Details New Orleans Flood Risk After Repairs*, Washington Post, June 21, 2007, at A02. |
| **P** | Schwartz, John, *New Orleans Still at Risk, Army Data Show*, N.Y. Times, June 21, 2007. |
| **Q** | *Army Corps of Engineers, IPET Risk and Reliability Report, Interactive Maps*, http://nolarisk.usace.army.mil/#map., Interactive Maps of Lakeview, the Lower 9th Ward, the Upper 9th Ward, and the French Quarter/Garden District. |
| **R** | Affidavit by Plaintiffs' Counsel in support of Rule 56(e) and (f). |