US Army Corps
of Engineers®

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume VII – The Consequences

26 March 2007




**FINAL**

EXHIBIT
tabbies
M

Volume I – Executive Summary and Overview
Volume II – Geodetic Vertical and Water Level Datums
Volume III – The Hurricane Protection System
Volume IV – The Storm
Volume V – The Performance – Levees and Floodwalls
Volume VI – The Performance – Interior Drainage and Pumping
Volume VII – The Consequences
Volume VIII – Engineering and Operational Risk and Reliability Analysis
Volume IX – General Appendices

**DISCLAIMER:** The contents of this report are not to be used for advertising, publication, or promotional purposes. Citation of trade names does not constitute an official endorsement or approval of the use of such commercial products. All product names and trademarks cited are the property of their respective owners. The findings of this report are not to be construed as an official Department of the Army position unless so designated by other authorized documents.

# Volume VII
# The Consequences



## Contents

Executive Summary ........ 1

Limitations ........ 5

7.0 Contributors ........ 6

Economic Consequences ........ 6
Human Health and Safety Consequences ........ 7
Social and Cultural Consequences ........ 7
Environment Consequences ........ 7

7.1. Summary ........ 9

7.1.1. Objectives ........ 9
7.1.2. Event Scenarios Considered ........ 9
7.1.3. Types of Consequences Considered ........ 11
7.1.4. Results: Katrina with Actual System Performance ........ 11
7.1.5. Implications ........ 13
*7.1.5.1. Implications for Public Finance* ........ *13*
*7.1.5.2. Implications for Land Use* ........ *13*
*7.1.5.3. Other Implications* ........ *13*

7.2. Economic Consequences Assessment Digest ........ 14

7.2.1. Direct Property Damages ........ 14
*7.2.1.1. Objective* ........ *14*
*7.2.1.2. Approach* ........ *15*
*7.2.1.3. Damages to Infrastructure* ........ *24*
*7.2.1.4. The Results of Direct Damage Assessment* ........ *27*
*7.2.1.5. Quantifying Uncertainty in Stage-Damage Estimates* ........ *30*
*7.2.1.6. Post-Katrina Stage-Damage* ........ *35*
References ........ 38
7.2.2. Indirect Impacts ........ 39
*7.2.2.1. Objective* ........ *39*
*7.2.2.2. The New Orleans Region Economy* ........ *40*
*7.2.2.3. Regional Economic Forecast* ........ *47*

7.3. Human Health and Safety Consequences ........ 60

7.3.1. Human Health Effects of Hurricane Katrina ........ 60
*7.3.1.1. Objectives and Limitations* ........ *60*
*7.3.1.2. Health and Safety Exposures and Outcomes* ........ *62*
*7.3.1.3. Mental Health Exposures and Outcomes* ........ *93*
*7.3.1.4. Pre-Literature: Studies Currently in the Field or Recently Completed* ........ *102*
7.3.2. Loss of Life Modeling ........ 104
*7.3.2.1. Objective* ........ *104*
*7.3.2.2. Limitations of the Analysis* ........ *104*
*7.3.2.3. Modeling Approach* ........ *106*
*7.3.2.4. Data Requirements* ........ *111*


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

*7.3.2.5. Analysis* ... *115*
*7.3.2.6. Results* ... *122*
*7.3.2.7. Recommendations for Future Mortality Risk Modeling* ... *123*
References ... 125

7.4. Social and Cultural Consequences Assessment Digest ... 138

7.4.1. Objectives ... 138
7.4.2. Approach ... 138
*7.4.2.1. Units of Analysis* ... *139*
*7.4.2.2. Study Area* ... *140*
*7.4.2.3. Field Methodology* ... *140*
*7.4.2.4. Data* ... *140*
7.4.3. Results ... 141
*7.4.3.1. Local* ... *144*
*7.4.3.2. Historical and Cultural Resources* ... *152*
*7.4.3.3. Regional* ... *152*
*7.4.3.4. National* ... *153*
7.4.4. Summary of Social and Cultural Consequences ... 154
References ... 156

7.5. Environmental Consequences Assessment Digest ... 158

7.5.1. Objectives ... 158
7.5.2. Approach ... 159
*7.5.2.1. Concept Model Development* ... *159*
*7.5.2.2. Data Development and Analysis* ... *163*
7.5.3. Results: Actual and Hypothetical Katrina Scenarios ... 167
*7.5.3.1. Ecosystem Support* ... *167*
*7.5.3.2. Fisheries (Fish and Invertebrates)* ... *181*
*7.5.3.3. Wildlife* ... *186*
*7.5.3.4. Pest Species* ... *189*
*7.5.3.5. Special Status Species* ... *190*
7.5.5. Environmental Consequences of Future Hurricane Events ... 199

References ... 200

# Executive Summary

Metropolitan New Orleans, including the Louisiana Parishes of Orleans, St. Bernard, Plaquemines, Jefferson, and St. Charles, lies primarily below sea level and is highly susceptible to flooding. Hurricane protection and flood control structures, collectively referred to here as "the system," are in place to protect the population, property, communities, markets, institutions, and natural resources within its interior. In Volume VII the consequences of system performance during Hurricane Katrina are examined. Where possible, consequences are tied to interior peak water surface elevation (WSE) measures in each of 27 subbasins (Figure 1) during and after Katrina by quantitative or qualitative measures of diminished health, property, economic opportunity, and ecosystem quality, in loss of life, and in impacts to community infrastructure (social, cultural, and historical).




Figure 1. Study area map with subbasin boundaries (OM-Orleans Metro; OW-Orleans West; NOE-New Orleans East; SB-St. Bernard; PL-Plaquemines; JW-Jefferson West; JE-Jefferson East; SC-St. Charles).

It is important to distinguish between a system performance based consequence assessment as reported here and a complete consequence accounting of Hurricanes Katrina and Rita in the gulf region. The system performance based consequence assessment reported in this volume


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

contributes to the overall performance evaluation in the complete volumes of this report. Since the system is only designed to manage flooding in the metro New Orleans basin, wind-based consequences and all direct consequences exterior to the system are excluded from this accounting. A hurricane impact assessment would include the impacts of the high winds and would consider a much larger geography than is reported in this volume.

The analysis represents a continuation of system-wide findings in previous volumes of this report. In earlier volumes, interdependencies were examined between system conditions (Volume III), storm forces on the system (Volume IV), system performance (Volume V), and interior-drainage/pumping-performance (Volume VI). For this volume, the water surface elevation findings reported in Volume VI are directly translated into a consequence assessment. Aside from examining the actual Katrina event, this report examines three hypothetical WSE outcomes that reflect alternative incremental system performance assumptions, each of which would have produced less flooding than what actually occurred. Finally, to facilitate the incorporation of consequence assessments into the risk analysis (Volume VIII), consequence estimates with uncertainty parameters for loss of life and loss of property by study area subbasin are developed for incremental changes of interior WSE, ranging from non-flood outcomes to worst case loss outcomes.

At least 1,118 deaths were recorded in Louisiana following Katrina, the vast majority of which occurred in greater New Orleans, and the region's social infrastructure remains severely diminished. Social consequences of the storm are unparalleled in the modern era of the United States–the poor were disproportionately affected. As of March 2006, over 400,000 fewer peopled resided in metro New Orleans. Direct losses of the tangible wealth in the area amounted to about $21 billion—primarily residential wealth. Most of this damage was the result of failures in the performance of levees, floodwalls, and interior drainage pumps. More than half of the 70 business sub-sectors in the New Orleans area showed a 25-percent or greater decline in employment immediately after Katrina. Overtopping and breaching of the levees and floodwalls caused salt-water contamination of wetlands within the flood protection system and lead to the pumping of toxic chemicals both within and outside the flood protection system. The pace and direction of recovery in the region remains highly uncertain. What follows is a detailed presentation of these and other findings, starting with a brief summary of the scope and procedures for consequence analysis:

**Direct Economic Consequences** – The economic direct analysis assessed the physical flood damages to property and infrastructure in the greater New Orleans area. For the actual Katrina storm and all hypothetical system performance scenarios, peak WSE estimates for each of the 27 subbasins were reported in Volume VI of this report. The physical damages in each subbasin were estimated by the combination of depth of flooding, depth-percent damage relationships, and the value of the property in the floodplain. Depth of flooding was calculated as the difference between the WSE and ground elevation. Appendix I describes the digital elevation modeling methodology employed to determine these average ground elevations at the census block level. The analysis assembled a structure inventory that identified the property in the greater New Orleans floodplain, organized by census block. Property was categorized by primary usage type and physical characteristics of the structures and was valued at expected depreciated replacement value. Uncertainty in the property values was quantified based on information from previous field surveys of property within the New Orleans area. The next step in this process involved



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

converting peak water stage into flood depths at each census block. Property damage by seven categories was estimated using tables relating the percentage of the depreciated replacement value of each asset damaged at each flood depth. These tables were developed by the U.S. Army Corps of Engineers (USACE) in the late 1990s for the New Orleans area with separate tables for different types of structures and contents. Aside from the Katrina scenario estimates, alternative WSE values ranging from a no-census block flooding depth to maximum loss exposure depths, by 1-foot increments were also computed. This resulted in a separate stage-damage relationship for each census block for each of the damage categories. The final step was to aggregate each of the stage-damage relationships by drainage subbasin. Uncertainty arising from ground elevation model errors and variability in elevation across each census block was quantified and used to adjust the stage-damage values. These stage-damage values, along with their uncertainty boundaries, were used in the risk and reliability analysis reported in Volume VIII of this report.

**Indirect Economic Consequence** – In concept, the indirect economic consequence analysis comprises all economic consequences not covered by the direct economic consequences analysis; however, the spatial and market resolution of the indirect analysis was far less detailed than the direct economic analysis. Only months after Katrina, a great deal of uncertainty persists about factors important to the recovery of the region. These factors include the response of the local population to disruptions in their lives and livelihoods, the effects on commuters working in the area, and the reactions of investors with ties to the region. Further, forecast of the resilience in the local, regional, and national economy are also sensitive to emerging information, pending policies, and assumptions of future behavior. To examine the recovery and transition process, a limited scope analysis of indirect economic consequences was carried out. This included an examination of the pre-Katrina economic base of metro-New Orleans and the consideration of the anecdotal post-Katrina economic data made available up to May 2006. Finally, economic forecasts of local, regional, and national trends in regional population, labor force, residential and non-residential capital formation, and gross regional product were developed using REMI Policy Insight, a multiregional economic and demographic forecasting model of the U.S. economy.

**Human Health and Safety** – The assessment of human health and safety consequences involved two parts: 1) identification of human mortality and morbidity resulting from Hurricane Katrina, and 2) loss of life modeling. The assessment of human health effects from Hurricane Katrina relied on a review of the available peer-reviewed literature, including similar-disaster scientific literature, as well as scientific and technical reports, conference papers, government documents, and other literature which are not readily available through commercial channels, to identify currently evident health effects as well as emerging and anticipated future health effects. The loss of life modeling was performed to study the relationship between actual and hypothetical system performance scenarios associated with Hurricane Katrina as well as future flood-related mortality risk from flooding in greater New Orleans. Loss of life modeling involved a two-step process. First, a dynamic simulation model was used to estimate how the population in the flooded area will be distributed vertically in relation to the depth of the flood, assuming no pre-storm evacuation. The model produced estimates of population at risk in three different flood lethality zones. These flood zones were further modified to account for the disproportional impacts to elderly populations. The model assumes that people over the age of 65 are unable to evacuate vertically above the highest habitable levels of structure, while people 65 and under are assumed to be able to evacuate higher to the attics and roofs of structures. In the second part of


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

the modeling process, the vertical distribution estimates of populations at risk are imported into a Monte Carlo uncertainty model that includes distributions for various uncertain parameters, including pre-storm evacuation rates as well as rescue efficiencies and fatality rates by flood zone. Loss of life modeling was performed for two base conditions, one corresponding to pre-Katrina demographic and structural conditions, and one corresponding to post-Katrina demographic and structural conditions (as of June 2006). This modeling procedure produced fatality estimates according to flood elevations for each drainage basin corresponding to both pre- and post-Katrina conditions. Those stage-fatality estimates were incorporated into the risk and reliability assessment reported in Volume VIII and used within Volume VII to estimate potential fatalities under various hypothetical system performance scenarios.

**Social, Cultural, Historical** – In order that this consequence assessment be comprehensive, an accounting of the flood impacts on the community infrastructure was necessary. This infrastructure included the social, cultural, and historical capital and institutions. These developed and thrived in the neighborhoods, communities, and parishes that were within the hurricane protection system. Neighborhoods, communities, and region-wide institutions, support structures, and historical assets, tangible and intangible, enhanced the quality of life in the greater New Orleans region. These intangible assets did not lend themselves to direct translation of WSE outcomes into social, cultural, and historical impacts. In acknowledgment of this problem, the approach adopted a combination of data analyses, site surveys, and targeted interviews. An extensive research literature was drawn upon to guide the investigation. The study developed a highly detailed typology of institutions and assets describing the social, cultural, and historical infrastructure. The results reported metrics that directly or indirectly describe the assets using different units of measurement. To facilitate an understanding of the stress to the infrastructure, an extensive consideration of the evacuation, rescue, and recovery events is provided. Much of the social, cultural, and historical impacts are long-term and highly uncertain. Reference to appropriate research findings is discussed to anticipate these uncertain impacts.

**Environmental** – Environmental quality affects markets but the value of the ecosystem is an elusive measure. The ecosystem around New Orleans is both degraded and sustained by natural and human events; hurricanes are a case in point. While hurricanes temporarily reduce certain ecological resources (freshwater fisheries resources, for example), they also sustain natural ecosystems and provide long-term benefits (sustaining estuarine fisheries and threatened and endangered species, for example). To evaluate the impact of system performance on the environment, the evolving processes of the surrounding ecosystem prior to Katrina were first considered. Salient pre-Katrina features of the ecosystem were described and the geography was separated into the inner and outer ecosystem. The outer ecosystem extends beyond the hurricane and flood damage reduction structures but is within the reach of floodwater pumping effects. Drawing from an extensive but uneven statistical record of environmental indicators in the study area, a base condition for comparison was established. After Katrina, assessments by numerous agencies, most notably the U.S. Environmental Protection Agency (EPA) and U.S. Geological Survey (USGS), provided an opportunity to assess environmental impacts of the storm and to identify unresolved issues for further investigation. These assessments were complemented by additional field investigations of the inner-ecosystem wetlands where potential effects were large and little data collection was otherwise expected. The post-Katrina results of these assessments were combined with the results of contaminants fate/transport models. This fate model used floodwater contamination data to evaluate the extent that floodwater pumping contributed to environmental


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

contamination in inner and outer natural ecosystems. The assessment focused on elevated contamination by lead, fecal coliform bacteria, arsenic, DDE, and benzo(a)pyrene , but included other contaminants to the extent information was available. The contaminant fate models included, for Lake Pontchartrain, a three-dimensional (3-D) hydrodynamic model and a 3-D water quality model. A simpler model was used for Violet Marsh. Results from the data analyses and model simulations were reported by ecological resource categories and pest species for both the inner and the outer ecosystems.

## Limitations

The nine volumes of this report constitute a performance evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System during Hurricane Katrina and looking forward. Soon after Katrina struck New Orleans it was discovered that the system was severely damaged. This study was sanctioned, in part, to coincide with the urgent repair efforts on the system with a target completion date for both the repairs and this report of 1 June 2006—the official start of the 2006 hurricane season. This date was a major and important factor influencing the approach adopted to produce this volume. To answer the principal question directed towards this effort—"What have been the societal-related consequences of the Katrina-related damage?"—a top priority became a comprehensive classification of potential consequences. Beyond this, other priorities included identifying consequences among those classified to be passed on for the risk analysis, bringing the best available data into the analysis, and limiting analysis of data to findings that are verifiable or sound, transparent, and routinely reproducible. Hard decisions about limiting the scope were made, and three important limitations of those decisions require special mention.

Important data exist that would greatly enhance the information and analysis reported in this volume. With more time, many of these data could have been made available, but this time was viewed too costly to achieving the overall goals in this volume. One example is the micro-data that are compiled for the Bureau of Labor Statistics Quarterly Census of Employment and Wages (QCEW). Efforts on all sides were made to explore opportunities to use information from these data files in a way that does not violate confidentiality restrictions placed on their use. While it was generally agreed that an appropriate arrangement could be made, the hurdles were prohibitive given the severe time constraints. Ultimately, this report used the publicly released QCEW data products as they were provided to the public, including some special tabulations carried out for Interagency Performance Evaluation Task Force (IPET) by the Louisiana Department of Labor. For future studies, it is believed that the QCEW can be used to improve the estimation of the extent and type of direct property damage in the five-parish area as well as better characterize the nature of business resilience following the storm. Other examples of data not available include complete fatality statistics and the locations of the displaced New Orleans population.

Although identification of potential consequences was a priority of this study, many impacts mentioned in this volume are not dealt with as extensively as they deserved. The report includes an extensive listing of specific and general categories of consequences. However, many of these are not are quantified and many gaps remain. They remain a priority of future research.

Context, discussion, and comparisons to other findings are limited in this report. This was not planned but was due to the short time available for internal verification and replication of IPET


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers

reported results. Many of the findings are based on data and analytical resources that became available very late in the study period. In both the social and environmental sciences, context and comparisons are a critical aspect of research reporting and much of this context is self-evident. However, it is important that context not be selective and incomplete—for example, only offered to buttress one's findings—and time constraints have limited the opportunity for comparisons and context.

The overall report of findings in this volume meets the goals set out in Reports 1 and 2 of this project. Its timeliness has allowed the key findings to inform both the risk analysis in Volume VIII and the concurrent rebuilding process that is still ongoing. The information reported in this volume should be viewed as laying the groundwork for answering the very hard questions about future investments in hurricane infrastructure.

This volume presents the results of the consequences assessment conducted as part of IPET. Section 7.1 provides a summary of the objectives and results of the overall consequences assessment. Reviews for the four types of consequences are presented in Sections 7.2 to 7.5. These include the following categories of effects: economic, human health and safety, social and cultural, and environmental. More detailed discussions of the assessment of these four categories of effects are provided in Appendices 1 to 5.

## 7.0 Contributors

### Economic Consequences

- David Moser, Ph.D. — USACE, Institute for Water Resources
- Patrick Canning, Ph.D. — USDA, Economic Research Service
- Ian Mathis — USACE, Institute for Water Resources
- Brian Harper — USACE, Institute for Water Resources
- Norm Starler, Ph.D. — USACE, Institute for Water Resources
- Dennis Robinson, Ph.D. — University of Missouri, Community Policy Analysis Center
- Arnold Waters — USDA, Economic Research Service
- Geoff Hewings, Ph.D. — University of Illinois, Regional Economics Applications Laboratory
- Keven Lovetro — USACE, New Orleans District
- Brian Maestri — USACE, New Orleans District
- Lisa Leonard — USACE, New Orleans District
- David McDaniel — USACE, New Orleans District
- Warren Cashen — USACE, New Orleans District

#### Internal Reviewers

- Karen R. Polenske, Ph.D. — MIT, Department of Urban Studies and Planning
- Nicolas Rockler, Ph.D. — Consultant
- Thomas Arnold — Consultant


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

## Human Health and Safety Consequences

- Paul Scodari — USACE, Institute for Water Resources
- Gerald Stedge, Ph.D. — Abt Associates, Inc.
- Mark Landry — Abt Associates, Inc.
- Maged Aboelata, Ph.D. — Gannett-Fleming, Inc.
- William Schlenger, Ph.D. — Abt Associates, Inc.
- Giulia Norton — Abt Associates, Inc.
- Deborah Walker, Ed.D. — Abt Associates, Inc.
- Allison Goldberg — Abt Associates, Inc.
- Chad Lewis, Ph.D. — Abt Associates, Inc.

### Internal Reviewers

- David Bowles, Ph.D. — RAC Engineers and Economists, Inc
- Tom Burke, Ph.D. — Johns Hopkins University

## Social and Cultural Consequences

- Jack Beggs — Optinet Resources (Louisiana State University)
- Susan Cutter, Ph.D. — University of South Carolina
- Tom Denes — URS Corporation
- Joan Exnicios — USACE, New Orleans District
- Jeanne Hurlbert — Optinet Resources (Louisiana State University)
- Pam Jenkins — University of New Orleans
- Brenda Phillips — Oklahoma State University
- Ed Rossman, Ph.D. — USACE, Tulsa District
- John Singley, Ph.D. — USACE, Institute for Water Resources
- Internal Reviewer
- Joanne Nigg, Ph.D. — University of Delaware, Disaster Research Center

## Environment Consequences

- Richard Cole, Ph.D. — USACE, Institute for Water Resources
- Barbara Kleiss, Ph.D. — USACE, Engineer Research and Development Center
- Jeff Lin — USACE- Engineer Research and Development Center
- Burton Suedel, Ph.D. — USACE, Engineer Research and Development Center
- Jeffery Steevens, Ph.D. — USACE, Engineer Research and Development Center
- Al Kennedy — USACE, Engineer Research and Development Center
- Sandra Brasfield — SpecPro, Inc.
- Tyler Bowley — USACE, Engineer Research and Development Center
- Herbert Fredrickson, Ph.D. — USACE, Engineer Research and Development Center
- John Furey — USACE, Engineer Research and Development Center
- Chris Foote — SpecPro, Inc.
- Margaret Richmond — SpecPro, Inc.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

- Gary Ray, Ph.D. — USACE, Engineer Research and Development Center
- Mark Dortch, Ph.D. — USACE, Engineer Research and Development Center
- Mansour Zakikhani, Ph.D. — USACE, Engineer Research and Development Center
- Sung-Chan Kim, Ph.D. — USACE, Engineer Research and Development Center

**Internal Reviewers**

- Gordon L. Godshalk, PhD. — Alfred University, Alfred, NY
- Richard. J. Wenning, PhD. — Environ International Corporation, Emeryville, CA


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

## 7.1. Summary

### 7.1.1. Objectives

The consequences assessment focused on answering two main questions:

Katrina Consequences —What are the economic, human health and safety, social and cultural, and environmental consequences of flooding in greater New Orleans caused by Hurricane Katrina?

Potential Risk —Once repairs to the protection system have been completed, what will be the quantifiable risk to greater New Orleans from flooding associated with future possible hurricane and storm events?

Answers to the first question provide a profile of flood-related losses associated with Hurricane Katrina, while answers to the second question provide the IPET Risk and Reliability Assessment Team with information needed to assess risks associated with future possible hurricane and system response events. Consequences were also assessed under other specific what-if scenarios in order to provide a more complete understanding of hurricane-related flood risks in the study area, which includes the five parishes that make up the New Orleans metropolitan area (Orleans, Jefferson, St. Bernard, St. Charles, and Plaquemines).

### 7.1.2. Event Scenarios Considered

Table 1 summarizes the specific event scenarios for which consequences were assessed. These scenarios correspond to flooding associated with different hurricane/system response events. They include:

- Katrina with actual system performance —representing the actual flooding in greater New Orleans resulting from Hurricane Katrina and associated failure of levees and floodwalls.
- Three hypothetical flooding scenarios are examined to explore consequences of alternative scenarios of flood control and hurricane protection system performance in greater New Orleans. The environmental analysis was based on a rainfall event that is roughly equivalent to resilient pumps and levees, but no overtopping. These are summarized as follows:

  1. Hypothetical Katrina scenario 1 (Resilient Levees) – Levees and floodwalls crest elevations are at their pre-Katrina levels. Katrina overtops portions of the flood protection system, the levees and floodwalls maintain their integrity and do not breach, and interior pumping is as occurred during Katrina.
  2. Hypothetical Katrina scenario 2 (Resilient Levees and Pumps) – Levees and floodwalls crest elevations are at their pre-Katrina levels. Katrina overtops portions of the flood protection system, the levees and floodwalls maintain their integrity and do not breach, and interior pumping is at 100 percent availability.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers

3. Hypothetical Katrina scenario 3 (Resilient Floodwalls) Levees and floodwalls crest elevations are at their pre-Katrina levels. Katrina overtops portions of the flood protection system. Overtopped levees incur scour as in Katrina, but the floodwalls maintain their integrity and do not breach, and interior pumping is as occurred during Katrina.

**Table 1**
**Consequences Considered for Alternative Event Scenarios**

| Event Scenario | Consequences | Base Conditions: Pre-Katrina (August 2005) | Base Conditions: Post-Katrina (June 2006) |
|---|---|---|---|
| Katrina with actual system performance | Economic | Direct (property) damages, including public infrastructure, and indirect impacts on local and regional economies | Not applicable |
| | Human Health | Number and profile of fatalities and description of actual and potential near and longer term physical and mental health impacts | Not applicable |
| | Social Cultural | Description of impacts on communities and institutions | Not applicable |
| | Environmental | Description of impacts on ecological resources | Not applicable |
| Hypothetical Katrina scenarios<br>• Resilient levees<br>• Resilient levees and pumps<br>• Resilient floodwalls | Economic | Direct (property) damages, excluding public infrastructure | Not applicable |
| | Human Health | Number of fatalities | Not applicable |
| | Social-Cultural | Not evaluated | Not applicable |
| | Environmental | Description of impacts on ecological resources associated with pumping due to an 8 inch rainfall event | Not applicable |
| Probabilistic risk scenarios as modeled by the Risk and Reliability Assessment Team | Economic | Probabilistic stage-damage functions provided to the Risk and Reliability Team for use in evaluating economic risk as of August 2005 | Probabilistic stage-damage functions provided to the Risk and Reliability Team for use in evaluating economic risk as of June 2006 |
| | Human Health | Probabilistic stage-fatality functions provided to the Risk and Reliability Team for use in evaluating mortality risk as of August 2005 | Probabilistic stage-fatality functions provided to the Risk and Reliability Team for use in evaluating mortality risk as of June 2006 |
| | Social-Cultural | Characterization of communities and institutions at risk | Description of impacts on communities and institutions with repeat of Katrina flood conditions |
| | Environmental | Characterization of ecological resources at risk | Description of impacts on ecological resources with repeat of Katrina flood conditions |

In addition, stage-damage functions corresponding to property conditions expected to prevail in June 2006 were developed and supplied to the IPET Risk and Reliability Assessment Team. That team has used the stage-damage functions to estimate residual damage risks in the study area under the future risk scenarios.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

### 7.1.3. Types of Consequences Considered

As shown in Table 1, for each of the three event scenarios, four types of consequences were assessed: economic, human health and safety, social and cultural, and environmental and reported under separate titles in the report. The environmental section addressed only the consequences associated with the condition of wild, publicly owned, ecological resources. Other consequences often considered to be part of the environment were addressed as economic, health, safety, social, and cultural consequences. For example, the economic consequences stemming from changes in fisheries resources are included within other regional economic consequences and the effect of contaminated water on people exposed to it is included in the health and safety section. The assessment of these consequences under the actual and hypothetical Hurricane Katrina scenarios used as the reference point those base conditions (e.g., property and demographic profiles) that existed in August 2005 prior to the arrival of Hurricane Katrina in the study area. Since the probabilistic risk scenarios consider both pre- and post-Katrina residual flood risks, the assessment of consequences under this scenario used two different reference points: 1) those base conditions that existed in August 2005 prior to the arrival of Hurricane Katrina, and 2) those base conditions estimated to exist in June 2006. The specific effects considered within each type for the three event scenarios are outlined briefly below.

### 7.1.4. Results: Katrina with Actual System Performance

Hurricane Katrina was among the costliest natural disasters in U.S. history. Volume VII presents many economic and social consequences, but it is difficult to characterize the full magnitude of the human suffering it caused. The socioeconomic and environmental consequences reported included:

- Direct Economic Consequences in five parishes:
  1. Direct damages to residential and non-residential capital (commercial, industrial and public buildings) amounted to about $21 billion.
     - 25 percent of residential property value, including autos, was lost to damage.
     - 12 percent of non-residential property value was lost to damage.
  2. Public structures and utility infrastructure damages (roads, transit, drainage, sewage, potable water service, electrical utilities, damages to levees, debris removal, etc.) were about $7 billion.
  3. Most of the direct damages resulted from failures in the performance of levees, floodwalls, and interior drainage pumps.
  4. Even if the hurricane protection system had functioned under the best possible scenario (resilient levees and pumps) there would have been $10 billion of property damages (excluding public utilities).
- Indirect Economic Consequences
  1. Employment in 36 of the 70 sub-sectors examined in metro New Orleans decreased by more than 25 percent immediately after Katrina.
  2. The growth of gross domestic product dropped from 4.1 to 1.9 percent (Third Quarter to Fourth Quarter 2005) in the period coinciding with pre-and-post Katrina and Rita.
  3. The national economy remained resilient after Katrina.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers

4. Long-term five-parish recovery depends on rate of capital repair and labor force return and prospects remain highly uncertain.

- Human Health and Safety
  1. As of August 2, 2006, 1,118 deaths in Louisiana, the vast majority of which occurred in the five parish area; 135 Louisiana residents remained missing as of that date.
  2. Almost 70 percent of deaths in five parishes were persons aged 61 and over; 45 percent of deaths were persons aged 76 and over.
  3. 346 deaths among Louisiana resident evacuees that occurred in other states have been linked to Hurricane Katrina by the State of Louisiana.
  4. Post traumatic stress is typical to both returning and displaced population.
- Social, Cultural, Historic
  1. Over 400,000 fewer people reside in metro New Orleans as of March 2006.
  2. The social infrastructure of metro New Orleans neighborhoods remains severely diminished.
  3. Primary-secondary school enrollment is down 52 percent in 5 parishes (86 percent in Orleans Parish).
  4. A majority of religious congregations are not back to normal functioning.
  5. A majority of musicians are gone, restaurants are closed; these are unique New Orleans resources; this loss affects economic recovery as well as social and cultural recovery.
- Environmental
  1. Consequences evaluated in this section were limited to wild, publicly owned ecological resources and to environmental costs and benefits that were not associated with economic, health and safety, or social and cultural costs.
  2. The estimated wetland loss of 295 square kilometers caused by Hurricane Katrina is consistent with long-term wetland loss trends—70 square kilometers per year—associated with past water resources and urban development, and, for the most part, was independent of levee overtopping and breaching.
  3. The environmental consequences of levee overtopping and breaching are most associated with saltwater contamination of wetlands within the flood protection system and with contamination by toxic inorganic and organic chemicals within and outside the flood protection system.
  4. Actual floodwater pumping following Hurricanes Katrina and Rita temporarily raised maximum concentrations of fecal contaminants and some metal contaminants to above state (Louisiana) standards, similar to runoff from past major storms, but the total environmental load of contaminants pumped with actual floodwaters exceeded rainwater pumping by an order of magnitude because of the much larger volume of water pumped.
  5. Because of high pre-Katrina concentrations of contaminants in the sediments of habitats receiving pumped floodwaters, the added contribution of contaminants in actual floodwaters was small in comparison.
  6. Of the special-status species in the region, bald eagles and brown pelicans were most likely to be exposed to contaminants pumped into the Pontchartrain-Borgne estuary or into Violet Marsh through contamination of their food species, but,


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

because of the limited area and increment of additional contamination, the effect on these special status species and other species is expected to be small.

### 7.1.5. Implications

From a perspective of only months after the storm and with the current knowledge of its consequences to the area, findings in this report provide a basis for drawing some overarching consequence implications. These are summarized below.

#### 7.1.5.1. Implications for Public Finance

Damages to public buildings and infrastructure plus the anticipated costs of debris removal around metro New Orleans cost between $3 billion and $4 billion and these items are typically a city/parish responsibility. Combined five-parish general revenues in the 2001-2002 tax year, including taxes, charges, and both federal and state transfers to the local governments, totaled $3.4 billion, and of this total, property and sales taxes comprise more than one-third of local government general revenues in Louisiana (U.S. Census Bureau 2002, Census of Government, Compendium of Government Finances). The tax base in the five-parishes has been substantially diminished due to the flooding. With many displaced residents awaiting signs of progress in the return of public services before returning, it is not clear how these related conditions can be reconciled.

The Federal government is repairing and enhancing the damaged portions of the hurricane protection system and making the entire hurricane protection system better and stronger by 2010. So far almost $6 billion has been made available to the Corps for this work. So far, Congress has authorized around $100 billion in Katrina related emergency supplemental appropriations. Congress has also authorized the preparation of a report on alternatives to enhance hurricane protection in the region. The construction of such protection could entail the commitment of future federal appropriations in the tens or hundreds of billions of dollars. This represents a potentially large commitment of federal funding to the New Orleans region.

#### 7.1.5.2. Implications for Land Use

Property losses in metro New Orleans were predominantly residential. On a damage per dollar of exposed value basis, residential capital (including autos) was more than twice as likely to be damaged by flooding ($0.254 per dollar of exposed value) than was non-residential capital ($0.120 per dollar of exposed value). This was a direct consequence of residential development in areas that, if flooded, would experience deep flooding. Other things being equal, loss of life during flooding events is expected to be greater the greater the depth of flooding. During a flood where people have advance warning and time to evacuate, those that remain are more likely to stay in their place of residence. If this residence is subject to deep flooding, the fatality rate and total loss of life will be correspondingly high.

#### 7.1.5.3. Other Implications

- Society must be prepared to deal with system failure in order to minimize economic consequences.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers

- Society must be prepared to deal with consequences even if systems do not fail.
- Society should take steps to minimize potential consequences of both system failure and non-failure scenarios.
- Loss of life and evacuation planning should be an integral part of hurricane protection system planning and design as well as in local planning and operation. Especially vulnerable portions of the population warrant special consideration.
- Social and cultural consequences of failure and non-failure scenarios place stresses on the community infrastructure which affect both quality of life and the pace of disaster recovery. These types of consequences also should be factored into hurricane protection system planning and design as well as local planning and operation.
- Surrounding regional economies and the national economy can absorb and largely offset much of the adverse indirect impacts of a severe flood event with significant losses. This can help facilitate a more timely recovery in the directly impacted region.

## 7.2. Economic Consequences Assessment Digest

### 7.2.1. Direct Property Damages

#### 7.2.1.1. Objective

The objective was to measure the direct economic consequences of Hurricane Katrina and of other hurricane system performance scenarios by estimating the damages to property in the greater New Orleans floodplain. Hurricane Katrina floodwaters inundated large sections of the city, damaging and destroying homes, businesses, public buildings (schools, hospitals, churches), and essential public facilities such as roads and utilities.

Within this overall objective, direct property losses from flooding in New Orleans were estimated for the following scenarios:

The actual scenario – Katrina overtops portions of the flood protection system, and the levees and floodwalls are breached.

Hypothetical Katrina scenario 1 (Resilient Levees) – Levees and floodwalls crest elevations are at their pre-Katrina levels. Katrina overtops portions of the flood protection system, the levees and floodwalls maintain their integrity and do not breach, and interior pumping is as occurred during Katrina.

Hypothetical Katrina scenario 2 (Resilient Levees and Pumps) – Levees and floodwalls crest elevations are at their pre-Katrina levels. Katrina overtops portions of the flood protection system, the levees and floodwalls maintain their integrity and do not breach, and interior pumping is at 100 percent availability.

Hypothetical Katrina scenario 3 (Resilient Floodwalls) – Levees and floodwalls crest elevations are at their pre-Katrina levels. Katrina overtops portions of the flood protection system. Overtopped levees incur scour as in Katrina, but the floodwalls maintain their integrity and do not breach, and interior pumping is as occurred during Katrina.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

In addition, stage-damage functions corresponding to property conditions expected to prevail in June 2006 were developed and supplied to the IPET Risk and Reliability Assessment Team. That team has used the stage-damage functions to estimate residual damage risks in the study area under the future risk scenarios.

### 7.2.1.2. Approach

The study team developed a flood elevation-property damage relationship and then applied this relationship to the property at risk of physical flood damages in the New Orleans parishes under the various hurricane system performance scenarios. For this analysis, the New Orleans parishes were divided into drainage subbasins which subdivide the separate ringed levee areas. Figure 2 shows the location of each of the subbasins and Table 2 shows correspondence between the subbasins and the major levee areas. Lower Plaquemines Parish was not included because on limited time for analysis and the late development of GIS files on geographical boundaries.




Figure 2. Drainage subbasin map.