**Table 2**
**Drainage Subbasins within Levee Areas**

| Drainage Subbasin Symbol | Levee Area Name |
|---|---|
| JE1 | Jefferson Parish East Bank E-2 |
| JE2 | Jefferson Parish East Bank E-2 |
| JE3 | Jefferson Parish East Bank E-2 |
| JW1 | Catuouatche W-1 |
| JW2 | Catuouatche W-1 |
| JW3 | Westwego to Harvey Canal W-2 |
| JW4 | Harvey Canal to Algiers Canal W-3a |
| OW1 | Algiers Canal to Hero Canal W-4b |
| OW2 | Harvey Canal to Algiers Canal W-3b |
| SB1 | St. Bernard Parish E-5a |
| SB2 | St. Bernard Parish E-5b |
| SB3 | St. Bernard Parish E-5a |
| SB4 | St. Bernard Parish E-5a |
| SB5 | St. Bernard Parish E-5b |
| OM1 | Orleans East Bank E-3 |
| OM1 | Orleans East Bank E-3 |
| OM3 | Orleans East Bank E-3 |
| OM4 | Orleans East Bank E-3 |
| OM5 | Orleans East Bank E-3 |
| NOE1 | New Orleans East E-4b |
| NOE2 | New Orleans East E-4b |
| NOE3 | New Orleans East E-4a |
| NOE4 | New Orleans East E-4a |
| NOE5 | New Orleans East E-4a |
| PL11 | Algiers Canal to Hero Canal W-4a |

Typically, the Corps develops the inventory at risk structure by structure. In this case, the inventory had to be estimated using a new Geographic Information System (GIS). An existing GIS model (HAZUS-MH) was used as the starting point to determine the property exposed at the census block level.

Property at risk was classified as follows: (1) residential, (2) commercial, (3) industrial, (4) vehicles, (5) public buildings, and (6) infrastructure. This inventory (except for infrastructure, which was handled separately) was adjusted based on New Orleans District and commercially available information. The ground elevation for each block was determined using Digital Elevation Models (DEMs). Existing flood elevation damage curves were applied to the inventory. This yielded an elevation damage relationship aggregated to the drainage subbasin and parish levels. This relationship was converted to 2005 prices from 2002 price levels. A confidence interval for this relationship was estimated for blocks and errors in property value measurement. Figure 3 depicts the approach used to develop stage-damage estimates for calculating property damages.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 3. GIS model approach.

**7.2.1.2.1. Conceptual Model of Flood Damage Assessment.** In a given storm event, the combination of system performance and property in the floodplain determine the level of physical flood damages. The typical flood damage assessment process is diagramed in Figure 4, a schematic representation from FEMA's HAZUS-MH model. The figure shows a combination of five layers that determine the consequences of flooding in a given area.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers

Layer (a) displays the topographic (ground elevation) data for the study area. When storm surge and rainfall runoff are combined with the ground elevation data, the peak WSE can be calculated and used to determine flood depths across the study area, as shown in layer (b). The location of property and population in the flood-plain (c) are overlaid on the areas of flooding to determine (d) flood damages and (e) social and economic consequences. The process of gathering the data for the present analysis is described in the following paragraphs and related to the layers of this schematic for clarity.



Figure 4. Schematic representation of flood loss estimation. Source: Scawthorn (2006)

Topographic data (a) were provided by the U.S. Army Engineer Research and Development Center (ERDC) in the form of DEMs created with a LIDAR (Light Detection And Ranging) process, an aerial mapping technique used to create topographic maps. The DEMs have been adjusted to the North American Vertical Datum of 1988 (NAVD88) (2004.65 epoch) to be consistent with other elevation data used in the IPET investigation.

Water surface elevations, layer (b), were determined via a combination of simulations with interior flooding models and surveyed high-water marks (HWMs) left behind by the Katrina flooding. Water surface elevations will be further discussed in the results section of the report.

FEMA's HAZUS-MH model was used to develop the structure inventory, layer (c), and members of the IPET team developed a GIS-based model to manage and map the property data to facilitate the calculation of flood damages, layers (d) and (e). These three pieces, (c) through (e), structure inventory through damage calculations, comprise the bulk of the work undertaken in the direct damages assessment, and are explained in detail in this section of the report.

**7.2.1.2.2. Structure Inventory.** The first pieces of the structure inventory were developed using the HAZUS-MH (MR1, Release 39 copyright 2004) software package. HAZUS-MH is a collection of models developed by FEMA and the National Institute of Building Sciences (NIBS) to estimate potential losses from floods, hurricane winds, and earthquakes. The general building stock component of HAZUS was used to quantify development within the study area. The building stock database identifies, by census block, the square footage, building count, and depreciated exposure value for the residential and non-residential structures in the five-parish area.

The beginnings of the structure inventory were established by aggregating, within HAZUS, the number of square feet in each census block that is identified as residential and non-residential property. The model combines data from the 2000 Census and the Department of Energy


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers

Building Characteristic Reports to allocate the total square footage among six residential occupancy categories:

- Single-family dwellings,
- Manufactured housing/mobile homes,
- Multi-family dwellings,
- Temporary lodgings,
- Institutional dormitories, and
- Nursing homes.

A similar procedure used a Dunn and Bradstreet database to identify the square footage in each of 27 non-residential occupancies, broadly categorized as commercial, industrial, public, and agricultural. Table 3 displays the HAZUS-MH occupancy categories and the eight stage-damage categories into which they were organized.

Once the number of square feet is determined for each occupancy category, the HAZUS model is used to calculate the depreciated exposure value of the property in each census block. The model contains unit replacement costs, at 2002 price levels, for each occupancy category. The unit cost for each category is multiplied by the square footage in the same category to calculate replacement values for the structures in that category. The appropriate measure of economic loss is the depreciated values, so the model uses the average age of the structures in a census block to determine the appropriate depreciation factor from a built-in depreciation schedule. The corresponding depreciation factor is applied to the replacement value to produce the depreciated replacement value for structures in each occupancy category. This process is repeated for all census blocks in the study area to produce a database of depreciated structure values that are exposed to the flood hazard. These values are referred to as depreciated exposure values.

The HAZUS model provided a third piece of information for the structure inventory; a count of structures in each census block, derived from the square footage data and the known mix of occupancies. Therefore, the three contributions of HAZUS-MH to the analysis include the square footage, depreciated exposure value, and estimated building count, sorted by occupancy category and aggregated by census block. Other information is required to complete the structure inventory so that flood damages can be calculated. This other information includes first-floor elevations, foundation type, content values, and construction type (wood, masonry, stucco, steel) for structures in the inventory. These data were developed outside of the HAZUS flood model and were integrated with the HAZUS data in a GIS-based model developed by the USACE, New Orleans District (MVN).



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 3**
**HAZUS-MH Occupancy Categories and Depth - Damage Categories**

| | HAZUS-MH Occupancy | HAZUS Definition | Occupancy Example | Stage-Damage Category |
|---|---|---|---|---|
| 1 | RES1 | Single Family Dwelling | 1-Sty/2-Sty/Slab/Pier | Single family |
| 2 | RES2 | Manufactured Housing/Mobile | Manufactured Housing | Mobile/mfg |
| 3 | RES3A | Multi-Family Dwelling - small | Duplex | Multi-family |
| 4 | RES3B | Multi-Family Dwelling - small | Triplex/Quads | Multi-family |
| 5 | RES3C | Multi-Family Dwelling - medium | 5-9 units | Multi-family |
| 6 | RES3D | Multi-Family Dwelling - medium | 10-19 units | Multi-family |
| 7 | RES3E | Multi-Family Dwelling - large | 20-49 units | Multi-family |
| 8 | RES3F | Multi-Family Dwelling - large | 50+ units | Multi-family |
| 9 | RES4 | Temp. Lodging | Hotel, medium | Multi-family |
| 10 | RES5 | Institutional Dormitory | Dorm, medium | Multi-family |
| 11 | RES6 | Nursing Home | Nursing home | Multi-family |
| 12 | COM1 | Retail Trade | Dept Store, 1st | Commercial |
| 13 | COM2 | Wholesale Trade | Warehouse, medium | Commercial |
| 14 | COM3 | Personal and Repair Services | Garage, Repair | Commercial |
| 15 | COM4 | Professional/Technical/Business | Office, Medium | Commercial |
| 16 | COM5 | Banks | Bank | Commercial |
| 17 | COM6 | Hospital | Hospital, Medium | Commercial |
| 18 | COM7 | Medical Office/Clinic | Med. Office, medium | Commercial |
| 19 | COM8 | Entertainment and Recreation | Restaurant | Commercial |
| 20 | COM9 | Theaters | Movie Theatre | Commercial |
| 21 | COM10 | Parking | Parking garage | Commercial |
| 22 | IND1 | Heavy | Factory, small | Industrial |
| 23 | IND2 | Light | Warehouse, medium | Industrial |
| 24 | IND3 | Food/Drugs/Chemicals | College Laboratory | Industrial |
| 25 | IND4 | Metals/Minerals Processing | College Laboratory | Industrial |
| 26 | IND5 | High Technology | College Laboratory | Industrial |
| 27 | IND6 | Construction | Warehouse, medium | Industrial |
| 28 | REL1 | Church | Church | Public |
| 29 | AGR1 | Agriculture | Warehouse, medium | Agricultural |
| 30 | GOV1 | General Services | Town Hall, small | Public |
| 31 | GOV2 | Emergency Response | Police Station, Fire | Public |
| 32 | EDU1 | Schools/Libraries | High School | Public |
| 33 | EDU2 | Colleges/Universities | College Classroom | Public |
| 34 | n/a | n/a | Automobiles | Vehicle |

Notes:
1. Residential Single Family Dwellings (RES1) include one- and two-story structures, and slab and pier structures.
2. Private autos were estimated external to HAZUS-MH Program and valued using 2005 prices.

*Stratification of Residential Structures by Number of Stories and Foundation Type.* The HAZUS output aggregated all single family dwellings into one occupancy category; however, previous Corps studies have determined the relative percentages of homes by number of stories and foundation types. These home characteristics have a bearing on damage results, so the findings of previous studies were used to further stratify the single family home category.

Accordingly, the depreciated exposure values were allocated to one-story and two-story structures, with pier and slab foundations.

*Residential and Non-Residential Contents Valuation.* Another consideration in the calculation of flood damages is the contents of the structures. For residential structures, the contents include furniture and other belongings, as well as property that may be stored outside of the home. Different floor plans will allow homeowners to distribute their contents differently, thereby altering the potential damage to contents. For example, a two-story home would have furniture and other belongings on the second floor where it would presumably have a lower risk of damage than if all furnishings were on the first floor. A home with a basement may have even more property at risk, depending on the value of items kept in the basement level.

Commercial structures would exhibit similar variances in damage susceptibility depending on the use of the property. For commercial or public structures, the contents would be inventory, equipment, and office furniture. The occupancy category of commercial and public structures will greatly affect the value of the contents. For example, grocery stores, professional offices, manufacturing firms and churches will have contents that serve their primary operations, and the value of those contents in relation to the value of the structure will differ greatly from one entity to the next.

The value of contents for residential (one-story, two-story, mobile homes, and multi-family) and non-residential (seven categories) structures were based on limited field surveys and the experience of a building and insurance expert panel for the Southeast Louisiana (SELA) Flood Control Feasibility Studies in 1996. A representative sample was developed of structures in the floodplain, and an expert panel was assembled to develop estimates of the content values of those structures. Prior to convening the expert panel, interviews were conducted with a sample of homeowners and business owners/managers in each of the categories of residential and non-residential structures. During the interviews, contents of each structure were inventoried and for the residential structures, videotapes were made of the inventoried contents. Expert panels were then convened to review the structure categories under consideration and determine the estimated value of the contents of those structures. A multi-step process was employed to develop estimated value of contents for the structures. First, the panel member developed their own estimate of content value based on a description of the structures characteristics, i.e. number of rooms, bathrooms, square footage, and age of construction. The panelists then viewed videotape of the sampled home inventories. Following the video, the panel discussed a typical contents list for each category of structure based on the inventories and estimated the value of the items on the list. The value of the contents of each structure category were totaled and then compared to the total value of the structure in order to develop contents-to-structure value ratios (CSVRs).

The structure values were developed using the Marshall and Swift Residential Estimator software package. Marshall and Swift estimating tools enable users to develop cost-based appraisals of individual properties. Characteristics of individual structures were entered into the estimator from data gathered during field surveys. The software then provided depreciated replacement values for the structures.

More specific detail regarding the development of the content values can be found in the final report, "Depth-Damage Relationships for Structures, Contents, and Vehicles and


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Contents-to-Structure Value Ratios (CSVRs) in support of the Jefferson and Orleans Flood Control Feasibility Studies," dated June 1996.

The CSVRs developed for each of the four residential structure categories and seven commercial structure classifications are shown below:

| | | |
|---|---|---|
| Residential: | | |
| | One-story | 69% |
| | Two-story | 59% |
| | Mobile home | 79% |
| | Multi-family residence | 37% |
| Commercial: | | |
| | Eating and recreation | 114% |
| | Grocery and gas station | 127% |
| | Professional building | 43% |
| | Public and semi-public building | 114% |
| | Repairs and home use | 206% |
| | Retail and personal services | 142% |
| | Warehouse and contractor services | 168% |

The GIS model used the CSVRs as a percentage of the total exposure value to determine the total value of the contents for each residential and non-residential occupancy. The commercial CSVRs were assigned to the appropriate HAZUS-MH non-residential occupancy categories.

**7.2.1.2.3. Structure Elevation Data.** The first-floor elevation is the common reference point for depth-damage functions, so the spatial distribution of the structures in the inventory had to be analyzed to determine estimated first-floor elevations. The first floor elevation of any given structure is controlled by a combination of ground elevation and height of the structure's foundation. Accordingly, the LIDAR DEM data were combined with census block boundaries to determine the mean ground elevation for each census block in the five-parish area. An additional increment was then added to the ground elevation to account for the foundation height. The result was a representative first-floor elevation for the structures in each census block.

The estimated foundation height was not applied uniformly to all structures across the individual census blocks. Information developed in prior USACE studies was used to determine the appropriate foundation height. The foundation height applied to residential structures is based on the results of a first-floor elevation survey conducted by Corps personnel in 1991 for the geographic areas known as traffic zones in Jefferson and Orleans Parishes. A sampling of residential structures by traffic zone was used to estimate the percentage of residential structures with pier foundations and the percentage with slab foundations and to determine the average height of the pier and slab foundations above ground level. The surveys were also used to estimate the percentages of one-story and two-story residential structures in each traffic zone. A similar process was followed in St. Bernard, Plaquemines, and St. Charles Parishes, except that the structures were identified by community rather than traffic zone. Once the foundation heights were segmented by foundation type and structure type, a proportionate share of the single family homes within each census block were adjusted to match the foundation heights found in the field surveys. Mobile homes in each of the five parishes were assigned an average foundation height of



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers

2.0 feet above ground level based on previous studies. Non-residential properties were assigned an average foundation height of 1.5 feet above ground level based on previous field surveys.

**7.2.1.2.4. Depth-Damage Relationships.** Damages from flooding were calculated for residential and non-residential buildings, their contents, and vehicles based on the depth-damage relationships developed by a panel of building and construction experts in 1996 for the Southeast Louisiana (SELA) Flood Control Feasibility Studies. Saltwater, long-duration (greater than 2 days) depth-damage curves were used to indicate the percentage of the structural value that was damaged at each depth of flooding. Damage percentages were determined for each 0.5-foot increment from 1 foot below first-floor elevation to 2 feet above first floor, and for each 1-foot increment from 2 to 15 feet above first-floor elevation.

The CSVRs developed as part of the depth-damage contracts that supported the Jefferson-Orleans, Atchafalaya and Morganza to the Gulf, and the Donaldson to the Gulf Feasibility Studies were used in the analysis (USACE 1996, 1997, 2006). These ratios were based on data compiled during onsite interviews with homeowners and business owners. The CSVRs were developed for three residential structure categories (one-story, two-story, and mobile home) and eight non-residential structure categories. These ratios were applied to the residential and non-residential structural occupancies used in the HAZUS-MH program.

**7.2.1.2.5. Vehicles.** Damages to private automobiles were also evaluated and were based on the number of automobiles estimated to have been directly impacted per household. The elevation of each automobile was assumed as the ground elevation near the structure. Automobile damages were then calculated by using the depth of flooding applied to the depth-damage relationships for vehicles.

According to statistics compiled by the Louisiana Department of Motor Vehicles, there are approximately twice as many privately owned vehicles registered in the New Orleans metropolitan area as there are occupied housing units. Census data show that approximately 82 percent of the households in the five-parish area have access to at least one vehicle. However, this percentage was found to be variable across census blocks. For at least some census blocks, Census data showed access to a vehicle as low as 10 percent in Orleans Parish.

In order to estimate flood damages to privately owned vehicles, it was assumed that on average, for each of the households with access to one or more vehicles, one vehicle was left parked at the residence, and the remainder of the vehicles were used for evacuation. The average value of these automobiles was determined to be $11,918 based on the average Manheim auction value of a vehicle adjusted to reflect replacement value at the retail rather than the wholesale level of sales. The depth-damage relationships for vehicles that were developed by a panel of experts for the SELA studies were used to calculate damages at the various levels of flooding. No vehicles were assigned to commercial properties due to insufficient data.

**7.2.1.2.6. Stage-Damage Relationships.** Inputs to the GIS model have thus far included elevation data, structure inventory and valuation data, and depth-damage relationships. The model used these inputs to generate a stage-damage relationship for each census block. Flood damages are calculated at 1-foot increments from the beginning damage elevation to an elevation where damages for all the structural categories have reached a maximum. In order to insure that


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

this maximum had been reached, the maximum height of a slab foundation or of a pier foundation in each census block was added to the maximum depth of flooding (15 feet) included in the depth-damage relationships. Damages were calculated for seven damage categories including: single-family residential, multi-family residential, manufactured housing/mobile homes, commercial, industrial, public, agricultural, and vehicles.

*Adjustments to Stage-Damage Functions.* During the analysis, two issues were considered in regards to structure valuations. First, the HAZUS-MH building stock is valued at 2002 price levels. The forthcoming release of a revised version of the model will include 2005 price levels; however, factors were not readily available from HAZUS to index the 2002 to 2005 prices. To compensate for the price level changes, index values from the Marshall and Swift building cost database were used to escalate structure values to 2005 levels.

The second valuation issue is in the accuracy of the general building stock database, which is a national dataset. The national dataset is intended for use in gross assessments of potential hazard damages. These gross analyses are identified as Level 1 studies in the HAZUS documentation. Model developers recommend using region-specific datasets to improve the accuracy of the value estimates. In order to validate the values assigned to the HAZUS-MH residential building stock, the total depreciated exposure value for each census block was compared to the depreciated replacement cost that was calculated by Corps personnel. Corps personnel utilized aerial photography and conducted field surveys to collect site-specific structure characteristics to calculate the depreciated replacement value using the Marshall and Swift Valuation Service. A sampling of city blocks from the actual structure inventories compiled as part of previous feasibility studies in the five-parish area was used in the comparison. For the HAZUS-MH non-residential building stock, a comparison was made for larger areas such as census tracts or portions of a previous study area. The total depreciated exposure value for each census block for residential occupancies and each census tract for non-residential occupancies was compared to the aggregated Marshall and Swift value for the sampled city blocks or tracts, and the difference in the two values was used to calculate confidence intervals for the HAZUS-MH residential and non-residential occupancy data.

The actual depreciated replacement values of residential occupancies calculated using field surveys and the Marshall and Swift Valuation Service for those portions of the five-parish area that were sampled were found to be approximately 16 percent higher than the depreciated exposure values calculated by the HAZUS-MH program. The actual depreciated replacement values of the non-residential occupancies in those portions of the five-parish area that were sampled were found to be approximately 118 percent higher than the depreciated exposure values calculated by the HAZUS-MH program. In order to account for this underestimation, the damages for each stage were increased by approximately 16 percent for residential occupancies and approximately 118 percent for non-residential occupancies.

### 7.2.1.3. Damages to Infrastructure

**7.2.1.3.1. Approach to Infrastructure Damage.** Infrastructure damage was an important source of direct economic losses from Hurricane Katrina. This section tabulates (to the extent information was available) monetary costs for damages, measured by the cost of repair or replacement of significant infrastructure assets. As with other investigations for direct damages


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

or costs attributable to Hurricane Katrina within the framework for IPET studies, the area of consideration was primarily limited to the five-parish area of Orleans, St. Bernard, Plaquemines, Jefferson, and St. Charles Parishes.

The impacts to infrastructure from Hurricane Katrina are difficult to estimate for some categories of infrastructure due to the follow-on occurrence of Hurricane Rita. Most impacts from Hurricane Rita were incurred in areas west of the New Orleans metropolitan area with some additional damages imposed by associated rainfall and some reflooding due to weakened levees and previously saturated ground areas. Available information indicates that for the five parishes, infrastructure damages were due mostly to Hurricane Katrina.

A primary objective for IPET studies was to estimate damages based on effects of flooding but acknowledge other effects such as wind and rainfall associated with hurricane conditions. For some infrastructure items, this posed little difficulty, but for others it was extremely difficult or simply not practical. In the case of electrical utilities, a significant loss was due to the downing of utility poles and supported transmission lines plus the destruction of substations. Certainly, some of the loss of utility poles and lines was due to wind alone. In other cases, the saturation of soils compromised the foundational support and led to toppling of aboveground lines.

To provide some context of magnitude of overall hurricane impacts to infrastructure, statistics on electric service were obtained from Entergy, the primary regional electric public utility. Table 4 shows the loss of customer base for each of the five parishes under study. The net total loss of customers (households and businesses) across the five-parish area as of December 2005 was approximately 32 percent compared to the pre-Katrina levels. St. Bernard Parish incurred the greatest loss of neighborhood occupancy measured by percentages with a loss customers using electricity of over 99 percent from the pre-Katrina level. Orleans Parish exhibits the greatest absolute loss with total customers declining by more than 97,000.

**Table 4**
**Impact of Hurricane Katrina Electrical Utility Services – Change in Customer Base**

| Parish | Total Number of Customers Pre-Katrina | Total Number of Customers as of December 2005 | Difference in Customer Base | Percent Loss or Gain in Customer Base |
|---|---|---|---|---|
| Jefferson Parish | 210,025 | 201,897 | 8,146 | -3.9 |
| Orleans Parish | 205,466 | 97,357 | 108,109 | -52.6 |
| Plaquemines Parish | 14,164 | 6,689 | 7,475 | -52.8 |
| St. Bernard Parish | 29,145 | 178 | 28,967 | -99.4 |
| St. Charles Parish | 21,082 | 20,935 | 147 | -0.7 |
| Total | 479,882 | 327,056 | 152,844 | -31.8 |

Sources: Entergy (2006); FEMA (2006a).

The dollar value of damage to infrastructure primarily is in terms of full replacement or repair costs in 2005 dollars.

The assessment of infrastructure direct damage followed both a top-down and bottom-up approach for inquiry and data compilation. Top-down inquiries involved internet searches for


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

information in addition to contact with the Federal Emergency Management Agency (FEMA) and various state-level agencies within Louisiana. Bottom-up research involved direct contact with representatives of municipalities and parish governments in addition to contact with companies or entities who own or are charged with management and operation of significant infrastructure assets. Due to the variability of estimates over time as they are corrected or refined, efforts to compile information were iterative with initial estimation followed by subsequent investigation and contact with sources to determine current, more current, or presently available estimates.

**7.2.1.3.2. Summary of Katrina Infrastructure Repair Cost.** The total infrastructure damages from Katrina for the five-parish area are summarized in Table 5. From the table, Katrina caused an estimated $6.0 to $6.7 billion dollars in damage to infrastructure in the area. The categories with the most damages are levees and floodwalls, roadway networks, and assets of the regional electrical transmission grid. Together, hurricane-related flooding damages to these categories of infrastructure total $3.6 to $4.1 billion dollars.

**Table 5**
**Impact of Hurricane Katrina to Infrastructure by Category**

| Infrastructure Category | $ Million 2005 | | |
|---|---|---|---|
| Roads, Pavements, and Bridges | $890 | To | $1,119 |
| Railroad Line Access | $48 | To | $65 |
| Regional Airport Facilities | $67 | To | $73 |
| Electrical Distribution and Transmission Grid | $860 | To | $980 |
| Gas (Line) Distribution | $490 | To | $515 |
| Drainage, Sewage and Potable Water Services | $690 | To | $740 |
| Telecommunications Networks | $290 | To | $320 |
| Public Transit (Vehicles and Equipment) | $690 | To | $730 |
| Waterborne Navigation | $140 | To | $170 |
| Repair to Levee and Floodwall Systems | $1,800 | To | $2,000 |
| Total | $5,965 | To | $6,712 |

Note: Estimates for damages or losses primarily limited to flooding in the five-parish area defined for IPET studies with exception of estimates for regional airport facilities and damages to roads, pavements, and bridges which includes damages to interstate bridges and connectors between the city of New Orleans and Slidell, LA.
Sources: FEMA (2006b); NEMIS (2006); LRA (2006); USACE (2006b).

Considerable uncertainty still exists for some categories in Table 4, such as damages to roads and pavements. This is preliminary due to lagging nature and limited availability for some estimates. Roads, pavements, and roadway structures often do not exhibit immediate or obviously significant damage. This damage is revealed some period after the occurrence of inundation as vehicular traffic returns.

An additional damage category is debris removal, although some of this cost may be included as part of the estimated direct property loss. Debris removal, disposal, and containment for the area will require movement of approximately 19 to 20 million cubic yards of material with a total estimated cost ranging from $716 million to nearly $830 million dollars (USACE 2006b).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Available estimates for damages or costs to infrastructure reveal significant impacts due to Hurricane Katrina. The damage to infrastructure will likely slow the recovery of population and business activities.

### 7.2.1.4. The Results of Direct Damage Assessment

**7.2.1.4.1. Aggregated Census Block Stage-Damage to Drainage Basin.** After being adjusted for uncertainty and updated to 2005 price levels, the stage-damage relationships developed by the GIS model were used to calculate the flood damages that occurred in the five-parish area as a result of Hurricane Katrina.

The stage-damage relationships developed for each census block were aggregated into one stage-damage relationship for each drainage subbasin in the five-parish area. The locations of the drainage subbasins in the five-parish area are shown in Figure 2.

An example of the resulting stage-damage relationship for an individual drainage subbasin is shown in Table 6. These relationships were estimated for each of the drainage subbasins.

**7.2.1.4.2. Actual Katrina Scenario: Direct Property Damages.** The estimates of Katrina direct property damage, except for infrastructure, were based on the 27 stage-damage relationships such as shown in Table 6. Appendix 1 contains the stage-damage relationships for all the subbasins. The interior drainage modeling, developed as part of IPET, provided the model stages for each subbasin in the five-parish area. The damages for each drainage subbasin were then combined in order to develop the total damages to the five-parish area. Table 7 shows the estimated average direct flood damage from Katrina by the basic damage categories for each of the flooded subbasins. As context, the exposure value of single family residential property within the five-parish area is estimated to be approximately $52.6 billion so that over 25 percent of this value is estimated to have been destroyed by Katrina.

**7.2.1.4.3. Comparison of Katrina Estimates for Direct Property Losses from Hypothetical Scenarios.** Table 8 displays the estimated mean damages for each drainage subbasin for Katrina and the three hypothetical levee, floodwall, and pump performance scenarios. Figure 5 shows a comparison of the direct property losses as a percentage of depreciated replacement property value by census block for actual Katrina and hypothetical scenario 2.

**7.2.1.4.4. Comparison of Results to Other Published Estimates.** In order to assess the accuracy of the model, the flood damages to residential properties calculated using the GIS model were compared to the actual FEMA-insured residential flood losses by zip code in the New Orleans area. To compensate for uninsured flood losses, the actual insured losses were increased by the percentage of uninsured homes that had incurred flood damages. Table 9 displays the total residential flood damages as calculated using the GIS model, the insured flood claims, and adjusted flood claims by zip code in the New Orleans area. The adjusted flood claims are approximately $1.5 billion (10 percent) less than the model estimates; however, the model estimates do not include Plaquemines Parish. The comparison of the published residential flood insurance claims with the model results suggests that the predicted damage estimates reasonably represent other third-party estimates.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 6**
**Example Stage-Damage Relationships for a Drainage Subbasin ($ million 2005)**

| Water Elevation, ft NAVD88 (2004.65) | Subbasin Name | Single Family Residential | Multifamily Residential | Mobile Home | Commercial | Industrial | Public | Vehicles |
|---|---|---|---|---|---|---|---|---|
| -10 | JE2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| -9 | JE2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| -8 | JE2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| -7 | JE2 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| -6 | JE2 | 3 | 0 | 0 | 5 | 0 | 0 | 0 |
| -5 | JE2 | 22 | 3 | 0 | 11 | 2 | 1 | 13 |
| -4 | JE2 | 219 | 61 | 0 | 102 | 7 | 3 | 79 |
| -3 | JE2 | 954 | 318 | 0 | 669 | 50 | 27 | 173 |
| -2 | JE2 | 1584 | 457 | 1 | 995 | 82 | 41 | 225 |
| -1 | JE2 | 1826 | 508 | 1 | 1126 | 100 | 47 | 248 |
| 0 | JE2 | 2034 | 560 | 1 | 1195 | 123 | 49 | 267 |
| 1 | JE2 | 2224 | 588 | 1 | 1226 | 133 | 50 | 283 |
| 2 | JE2 | 2401 | 618 | 1 | 1243 | 138 | 51 | 300 |
| 3 | JE2 | 2551 | 651 | 1 | 1285 | 141 | 53 | 312 |
| 4 | JE2 | 2691 | 683 | 1 | 1336 | 146 | 57 | 323 |
| 5 | JE2 | 2854 | 722 | 1 | 1379 | 153 | 63 | 329 |
| 6 | JE2 | 3007 | 749 | 1 | 1414 | 159 | 76 | 332 |
| 7 | JE2 | 3072 | 766 | 1 | 1444 | 164 | 85 | 333 |
| 8 | JE2 | 3105 | 786 | 1 | 1463 | 168 | 88 | 333 |
| 9 | JE2 | 3132 | 821 | 1 | 1530 | 170 | 91 | 333 |
| 10 | JE2 | 3156 | 846 | 1 | 1573 | 172 | 95 | 333 |
| 11 | JE2 | 3174 | 853 | 1 | 1587 | 173 | 96 | 333 |
| 12 | JE2 | 3188 | 858 | 1 | 1594 | 173 | 96 | 333 |
| 13 | JE2 | 3200 | 861 | 1 | 1597 | 174 | 97 | 333 |
| 14 | JE2 | 3208 | 863 | 1 | 1600 | 174 | 99 | 333 |

**Table 7**
**Estimates of Katrina Direct Flood Losses by Category and Drainage Subbasin ($ million 2005)**

| Subbasin Name | Water Surface Elevation ft NAVD88 (2004.65) | Single Family Residential | Multifamily Residential | Mobile Home | Commercial | Industrial | Public | Vehicles | Total |
|---|---|---|---|---|---|---|---|---|---|
| JE2 | 4.1 | 199 | 55 | 0 | 93 | 7 | 2 | 72 | 429 |
| NOE1 | 3.0 | 0 | 0 | 0 | 1 | 8 | 0 | 0 | 9 |
| NOE2 | 0.8 | 78 | 28 | 0 | 3 | 1 | 0 | 10 | 120 |
| NOE3 | 0.6 | 255 | 74 | 1 | 35 | 11 | 7 | 27 | 410 |
| NOE4 | 7.5 | 4 | 2 | 1 | 47 | 3 | 0 | 1 | 57 |
| NOE5 | -0.7 | 3,048 | 585 | 1 | 651 | 66 | 51 | 273 | 4,674 |
| OM1 | 2.6 | 1,600 | 260 | 1 | 86 | 4 | 18 | 160 | 2,130 |
| OM2 | 3.2 | 1,198 | 191 | 0 | 85 | 7 | 7 | 109 | 1,596 |
| OM3 | 3.8 | 1,344 | 351 | 0 | 98 | 6 | 10 | 156 | 1,966 |
| OM4 | 2.3 | 283 | 10 | 0 | 22 | 3 | 1 | 23 | 342 |
| OM5 | 2.6 | 1,379 | 826 | 0 | 664 | 167 | 56 | 284 | 3,377 |
| SB1 | 10.5 | 1,879 | 326 | 1 | 332 | 45 | 28 | 151 | 2,562 |
| SB3 | 10.9 | 1,904 | 120 | 15 | 139 | 60 | 15 | 130 | 2,384 |
| SB4 | 11.2 | 368 | 15 | 34 | 30 | 6 | 4 | 34 | 492 |
| Total | | 13,339 | 2,845 | 54.7 | 2,285 | 394 | 200 | 1,430 | 20,548 |


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 8**
**Comparison of Estimated Mean Losses from Katrina with Hypothetical Scenarios ($ million 2005)**

| Subbasin Name | Katrina Model | | Hypothetical Katrina Scenario 1 (Resilient Levees) | | Hypothetical Katrina Scenario 2 (Resilient Levees and Pumps) | | Hypothetical Katrina Scenario 3 (Resilient Floodwalls) | |
|---|---|---|---|---|---|---|---|---|
| | Water Surface Elevation ft NAVD88 (2004.65) | Property Loss Estimate ($ million 2005) | Water Surface Elevation ft NAVD88 (2004.65) | Property Loss Estimate ($ million 2005) | Water Surface Elevation ft NAVD88 (2004.65) | Property Loss Estimate ($ million 2005) | Water Surface Elevation ft NAVD88 (2004.65) | Property Loss Estimate ($ million 2005) |
| JE2 | -4.1 | 429 | -4.1 | 429 | -7.0 | 8 | 4.1 | 429 |
| NOE1 | 3.0 | 9 | 2.6 | 9 | 2.6 | 9 | 3.0 | 9.1 |
| NOE2 | 0.8 | 120 | -1.6 | 105 | -7.0 | - | 0.8 | 120 |
| NOE3 | 0.6 | 410 | 0.0 | 400 | -0.5 | 383 | 0.6 | 410 |
| NOE4 | 7.5 | 7 | 7.1 | 57 | 7.0 | 57 | 7.5 | 57 |
| NOE5 | -0.7 | 4,674 | -1.7 | 4,253 | 2.5 | 3,803 | -0.7 | 4,674 |
| OM1 | 2.6 | 2,130 | -0.9 | 1,695 | -5.1 | 133 | 0.0 | 1,713 |
| OM2 | 3.2 | 1,596 | 2.5 | 962 | -5.0 | 677 | -2.7 | 931 |
| OM3 | 3.8 | 1,966 | 3.1 | 1,741 | 2.9 | 1,674 | 3.8 | 1,966 |
| OM4 | 2.3 | 342 | 0.1 | 150 | -1.5 | 48 | 0.1 | 150 |
| OM5 | 2.6 | 3,377 | 0.8 | 925 | -2.0 | 785 | -0.4 | 1,204 |
| SB1 | 10.5 | 2,562 | 4.2 | 1,775 | 3.9 | 1,700 | 10.5 | 2,562 |
| SB3 | 10.9 | 2,384 | 3.7 | 1,412 | 3.7 | 1,412 | 10.9 | 2,384 |
| SB4 | 11.2 | 492 | 6.6 | 253 | 6.4 | 232 | 11.2 | 492 |
| Total | | 20,547 | | 14,164 | | 10,921 | | 17,101 |




Figure 5. Percent of property damaged (damage/value)--Comparison of model results for Katrina flooding (left) and hypothetical scenario 2, Resilient Levees and Pumps (right).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 9**
**Comparison of Katrina Residential Flood Claims and Model Estimated Residential Losses ($ million 2005)**

| Parish | Zip Code | Area | Number of Claims | Insured Losses ($ millions) | Percentage of Flooded Homes Insured | Adjusted Losses ($ millions) | Model Estimated Losses ($ millions) |
|---|---|---|---|---|---|---|---|
| Jefferson | 70001 | Metairie | 5,351 | 201 | 81 | 250 | 119 |
| Jefferson | 70005 | Metairie | 4,607 | 264 | 81 | 326 | 178 |
| Jefferson | 70121 | Jefferson | 1,202 | 14 | 81 | 17 | 42 |
| | | Total | 11,160 | 481 | | 594 | 339 |
| Orleans | 70112 | French Quarter | 439 | 24 | 68** | 36 | 47 |
| Orleans | 70113 | French Quarter | 661 | 22 | 68** | 33 | 95 |
| Orleans | 70115 | Uptown | 3,726 | 132 | 68** | 195 | 323 |
| Orleans | 70116 | New Orleans | 1,535 | 44 | 65 | 67 | 165 |
| Orleans | 70117 | 9thWard/Bywater | 5,393 | 360 | 43 | 838 | 1,323 |
| Orleans | 70118 | Carrollton | 4,522 | 249 | 68** | 367 | 531 |
| Orleans | 70119 | Mid-City | 6,604 | 518 | 51 | 1,016 | 1,005 |
| Orleans | 70122 | Gentilly | 9,282 | 961 | 69 | 1,393 | 1,862 |
| Orleans | 70124 | Lakeview | 7,399 | 1,225 | 78 | 1,571 | 1,389 |
| Orleans | 70125 | Broadmoor | 3,426 | 366 | 68** | 538 | 577 |
| Orleans | 70126 | Eastern New Orleans | 7,670 | 819 | 77 | 1,064 | 1,582 |
| Orleans | 70127 | Eastern New Orleans | 5,358 | 624 | 77 | 810 | 1,163 |
| Orleans | 70128 | Eastern New Orleans | 5,251 | 693 | 77 | 900 | 1,095 |
| Orleans | 70129 | Eastern New Orleans | 2,158 | 220 | 77 | 286 | 405 |
| Orleans | 70130 | Garden District | 844 | 10 | 68** | 15 | 0 |
| Orleans | 70148 | New Orleans | - | - | 68** | 0 | 0 |
| | | Total | 64,268 | 6,270 | | 9,129 | 11,563 |
| Plaquemines | 70041 | Buras | 878 | 82 | 35 | 235 | * |
| Plaquemines | 70083 | Port Sulphur | 618 | 45 | 35 | 130 | * |
| Plaquemines | 70091 | Venice | 143 | 14 | 35 | 41 | * |
| Plaquemines | 70040 | Braithwaite | 255 | 37 | 35 | 105 | * |
| | | Total | 1,894 | 179 | | 512 | * |
| St. Bernard | 70032 | Arabi | 2,626 | 313 | 65 | 482 | 377 |
| St. Bernard | 70043 | Chalmette | 8,175 | 1,114 | 65 | 1,714 | 1,484 |
| St. Bernard | 70075 | Meraux | 2,198 | 350 | 65 | 538 | 573 |
| St. Bernard | 70085 | St. Bernard | 1,077 | 135 | 65 | 208 | 126 |
| St. Bernard | 70092 | Violet | 1,775 | 230 | 65 | 355 | 517 |
| | | Total | 15,851 | 2,143 | | 3,297 | 3,078 |
| | | | | | | | |
| Grand Total | | | 93,173 | 9,073 | | 13,532 | 14,980 |

Source: Mielrodt (2006).
Note 1: Asterisk (*) indicates the model value was not estimated for Katrina flooding.
Note 2: The double asterisk (**) indicates value is the average for the parish.

### 7.2.1.5. Quantifying Uncertainty in Stage-Damage Estimates

**7.2.1.5.1. The Approach to Quantifying Uncertainty.** The stage-damage estimates were developed for a range of flood elevations for 27 storage areas or drainage subbasins. The highest resolution of measurement of damageable property was the census block. Within each census block, estimates of the number and value of damageable property for residential, commercial, industrial, public, and vehicles were developed. These values were combined with depth-percent damage for each of the occupancy categories to estimate economic losses at each level of flooding within the drainage subbasin. There were several issues within this calculation that contribute to uncertainty in estimated damage at each stage.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

The approach to estimating damages is at a much higher level of aggregation than typically used by the Corps in evaluating a flood damage reduction project. Traditionally, Corps economists inventory all structures in the study area. This inventory includes information on the type of structure, its construction, and its use. Each of these is important in selecting the appropriate damage function to apply to predict damages from different levels of flooding. Estimates of the depreciated replacement value for each structure are developed using tools such as Marshall and Swift Residential Estimator. The first-floor elevation of each structure is measured using surveyors, topographic maps, or other methods. Using all of this information, economists develop stage-damage relationships for a range of flood stages. These are aggregated damages from the individual structure damage for each flood stage evaluated. Each of the measurements that are part of this analysis introduces some error. For instance, the method of measuring the spot elevation of each first floor has an error based on the method. The Corps has developed tools and methods to quantify these errors and to combine them in a statistically valid way for this detailed method.

In the case of the IPET study, this detailed evaluation starting at the individual structure level is not feasible. Instead, the analysis starts at the census block. This means that structures and values have been aggregated to that level of resolution. Additionally, depths are representative for the entire census block. The basic approach to identifying and quantifying uncertainties is described below.

**7.2.1.5.2. Uncertainty in the Depth of Flooding**. The first issue in quantifying uncertainty is the error in the depth of flooding. Depth is based on the difference between a water surface elevation or stage of the water and the first-floor elevation. The first-floor elevation is based on the ground elevation plus the foundation height or first-floor elevation equals ground elevation plus foundation height.

Therefore, several things can contribute to the error in depth of water above the first floor. The accuracy of spot elevation for each point in the census block contributes some error. Each pixel in the raster image of the DEM has a ground elevation. The DEM used is that developed by IPET using the latest LIDAR. Based on communication with the Datum and DEM developers an accuracy of 90 percent within +/- 1 foot was considered reasonable (Garster 2006). Assuming that the error in ground elevation is normally distributed, the error in ground elevation has a mean of zero and a variance of 0.37. This represents a fundamental error that is common to all spot elevations. It is assumed that this error is same for all spot elevations.

A second source of error in ground elevation arises from representing the elevation in a census block by a single value. Because a census block represents a spatial area, the ground elevation is variable across the block. However, the ground elevation must be represented by a single value. For each census block, the mean, minimum, and maximum ground elevation was calculated from the spot elevations extracted from the DEM. This represents an additive error to the underlying ground elevation errors. Ideally, estimates of error in damages could be computed at the census block level using the elevation variability because each census block can have a different range of spot ground elevations. Given the time available, this approach is not feasible. Instead a single average standard deviation is approximated to represent the variability of ground elevation across each census block. The range of spot elevations across each census block is assumed to represent a 99.5 percent confidence interval or approximately six standard deviations.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

From the depths computed for Katrina, the average standard deviation was calculated to be 0.82 foot or variance of 0.67.

The variance in the ground elevation for a census block, assuming independence between the two sources of error, is the sum of the variances or

Variance of Error CB Elevation
= Variance Error Spot Elevation + Variance Spot CB Elevation
= 0.37 + 0.67 = 1.04 and
Standard Deviation = $\sqrt{0.37 + 0.67}$ = 1.02 feet.

Note that this value is assumed to be constant across all census blocks.

From the above, the ground elevation for each census block can be represented by a normal distribution with the mean equal to the mean computed from the spot elevations and a standard deviation equal to 1.02 feet.

As noted above, the depth of flooding is the difference between the water stage and the first-floor elevation, where the first-floor elevation is equal to the ground elevation plus the foundation height. The uncertainty in the foundation height adds an additional error in the estimate of flood depth. Estimates of foundation height were based on previous Corps surveys. Two types of foundations are common in the study area: pier and slab on grade. In the computation of damage, these heights and the proportion of structures with each foundation type were used to proportion the census block value of damageable property. However, this uncertainty and its contribution to the uncertainty in flood losses are not quantified. Therefore, the uncertainty in damage is underestimated.

**7.2.1.5.3. Uncertainty in Depth-Damage Relationships.** In traditional Corps flood damage analysis, the depth of flooding provides the quantity to look up a percentage of value damaged from depth-damage relationships. There are different relationships or curves depending on the type of structure, its construction, and its use. In addition to mean values, confidence intervals around the mean percent damage are established. These error bands typically are established by statistical means based on data and the method for estimating damage. Incorporating this uncertainty was not feasible with the IPET schedule and the nonlinear depth-damage functions. Therefore, this uncertainty and its contribution to the uncertainty in flood losses are not quantified. Therefore, the uncertainty in damage is underestimated.

**7.2.1.5.4. Uncertainty in Value of Damageable Property.** Another uncertainty that contributes to the uncertainty in flood damage is the value of the damageable property. As noted earlier, flood damages estimated by the Corps are based on depreciated replacement values. The New Orleans District of the Corps has conducted several flood damage reduction studies requiring quantification of the uncertainty in structure values. In general they have relied on commercially available estimating software such as that developed by Marshall and Swift. Based on these previous studies, estimates of the standard deviation of the value, as a percentage of the mean value, were developed. These were then applied to each of the damage categories.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**7.2.1.5.5. Resultant Uncertainty.** The foregoing describes two types of uncertainty. One type is the uncertainty in the depth of water resulting from each flood stage. The second type is uncertainty in the dollar damage. The first type is effectively the uncertainty in the stage at which damages begin or the zero damage stage. The uncertainty is represented a shifting in the entire stage-damage relationship by the amount of the error corresponding to the desired confidence. For a 90 percent confidence interval, this means shifting the stage-damage curve up by approximately 2 feet, for the upper limit, and shifting it down approximately 2 feet for the lower limit.

The results of the calculation in standard deviation in damages described above can be used to develop a confidence interval for damage at each stage. This incorporates the second type of uncertainty.

Ideally, the uncertainties would be conjoined during the damage computation process. However, as noted above this was not possible. Therefore, the 90 percent confidence interval is approximated by shifting the 5 percent lower limit stage-damage up by 2 feet and shifting the 95 percent upper limit down by 2 feet. Therefore, the confidence interval is only an approximation.

Table 10 shows the uncertainty in the estimated flooding losses from Hurricane Katrina by each drainage subbasin and the total. These values do not include infrastructure damage which from Table 5 represents an additional $4,400 million to $5,600 million.

**Table 10**
**Estimated Direct Property Losses from Flooding from Hurricane Katrina by Drainage Subbasin ($ million 2005)**

| Drainage Subbasin Name | Water Surface Elevation Interior Drainage Model ft NAVD88 (2004.65) | 5% Lower Confidence | Mean | 95% Upper Confidence |
|---|---|---|---|---|
| JE2 | 4.1 | 7 | 429 | 3,316 |
| NOE1 | 3.0 | 5 | 9 | 13 |
| NOE2 | 0.8 | 103 | 120 | 133 |
| NOE3 | 0.6 | 287 | 410 | 536 |
| NOE4 | 7.5 | 51 | 57 | 63 |
| NOE5 | -0.7 | 3,630 | 4,674 | 5,154 |
| OM1 | 2.6 | 1,789 | 2,130 | 2,430 |
| OM2 | 3.2 | 1,382 | 1,596 | 1,797 |
| OM3 | 3.8 | 1,288 | 1,966 | 2,419 |
| OM4 | 2.3 | 159 | 342 | 682 |
| OM5 | 2.6 | 1,879 | 3,377 | 5,306 |
| SB1 | 10.5 | 2,419 | 2,562 | 2,658 |
| SB3 | 10.9 | 2,153 | 2,384 | 2,516 |
| SB4 | 11.2 | 434 | 492 | 517 |
| Total | | 15,587 | 20,547 | 27,540 |


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Table 11 shows an example of the stage-damage relationship for total property direct damage computed using the uncertainty methodology described above. Note that this does not include infrastructure damage; it cannot be assigned to a particular drainage subbasin yet. The complete flood stage-total damage estimates with uncertainty for all drainage subbasins are shown in Appendix I. These values are what were provided for the risk and reliability analysis.

**Table 11**
**Example 90% Confidence Interval for Direct Damage for a Drainage Subbasin ($ million 2005)**

| Water Elevation ft NAVD88 (2004.65) | Drainage Subbasin Name | 5% LC | Mean | 95% UC |
|---|---|---|---|---|
| -4 | JE1 | 0 | 0 | 0 |
| -3 | JE1 | 0 | 0 | 1 |
| -2 | JE1 | 0 | 0 | 10 |
| -1 | JE1 | 0 | 1 | 51 |
| 0 | JE1 | 0 | 9 | 226 |
| 1 | JE1 | 1 | 49 | 430 |
| 2 | JE1 | 8 | 218 | 1,128 |
| 3 | JE1 | 47 | 420 | 1,530 |
| 4 | JE1 | 211 | 1,093 | 2,095 |
| 5 | JE1 | 410 | 1,490 | 2,671 |
| 6 | JE1 | 1,058 | 2,049 | 3,339 |
| 7 | JE1 | 1,451 | 2,617 | 3,697 |
| 8 | JE1 | 2,004 | 3,278 | 4,223 |
| 9 | JE1 | 2,564 | 3,633 | 4,787 |
| 10 | JE1 | 3,217 | 4,150 | 5,282 |
| 11 | JE1 | 3,569 | 4,630 | 5,589 |

Figure 6 shows a graph of the relationship of stage and flood damage for the Orleans Metro 5 (OM5) subbasin. Notice that, of the uncertainties quantified, the DEM error and error introduced by representing the elevation of a census block by a single value contribute the most. Only at high stages does the uncertainty in value contribute significantly to overall uncertainty. The vertical line shows the estimated Katrina peak stage in the subbasin.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers




Figure 6. Relationship of stage and flood damage with uncertainty for Orleans Metro 5 (OM5) drainage subbasin—pre-Katrina conditions.

### 7.2.1.6. Post-Katrina Stage-Damage

**7.2.1.6.1. Background.** An objective of the direct economic damage analysis is to develop potential stage-damage curves that might represent the flood damage potential as of 1 June 2006. To do this requires accounting for the severity of the Katrina damage and the amount of property loss recovery since Katrina. In some areas flooded by Katrina, where water depths were low, recovery has been almost complete. In other areas, where water depths were high, little recovery or reinvestment has taken place. It is extremely difficult and at the peril of the analyst to make general estimates about the amount of recovery. Nonetheless, some guidance exists in terms of what others have assumed about recovery. The analysis conducted followed the basic parameters provided in the RAND Gulf States Policy Institute (2006) report "The Repopulation of New Orleans after Hurricane Katrina." In developing estimates of repopulation over time, the authors relied on the depth of flooding as the basic determinant of the rate of population recovery. Table 12 shows the recovery rates by depth assumed in the RAND report. The use of these values resulted in an estimate of the March 2006 population of New Orleans of approximately 155,000 people. This is within the range of other estimates.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.