The June 2006 estimate of potential stage-property damage started with these assumptions. However, the range of depths of flooding was expanded to include more depth of flooding categories while preserving the basic concept.

**Table 12**
**Estimated Repopulation Rates for New Orleans**

| Period | Depth of Flooding | Repopulation Rate (%) |
|---|---|---|
| December 2005 | No flooding | 65 |
| | <2 feet | 20 |
| | 2–4 feet | 5 |
| | >4 feet | 1 |
| March 2006 | No flooding | 100 |
| | <2 feet | 35 |
| | 2–4 feet | 15 |
| | >4 feet | 5 |
| September 2006 | No flooding | 110 |
| | <2 feet | 75 |
| | 2–4 feet | 25 |
| | >4 feet | 10 |

Source: McCarthy (2006)

Table 13 shows the depth categories and damage recovery rates assumed in developing the June 2006 stage-damage estimates. A RAND category of <2 feet was subdivided into two categories: <1 foot and 1 to 2 feet. Additionally, the >4 feet category was subdivided into three categories: 4 to 6 feet; 6 to 8 feet; and >8 feet. These categories are consistent with those used in social, cultural and historic analysis of the impacts of Katrina the post-Katrina recovery. However, the values of recovery rates are to some degree arbitrary and other rates may be justified. For the estimate of the post Katrina stage-damage functions shown in this section, these rates are used.

**7.2.1.6.2. Approach.** The post-Katrina stage-damage tables and curves are estimated by the same drainage subbasin definitions as the pre-Katrina values. Additionally, the estimation started with the same census block approach. The Katrina depth grid was used to estimate the depth of flooding for each census block. These depths were used to select the census blocks that incurred damages within each of the categories shown in Table 13. For instance, within the Orleans Metro 5 drainage subbasin, 1535 census blocks had flooding of 1 foot or less while a total of 4400 census blocks were flooded. Table 14 shows the complete estimate of the number of the census blocks flooded by Katrina by depth category.

**Table 13**
**Assumed Property Recovery Rates by June 2006**

| Period | Depth of Flooding | Property Recovery Rate (%) |
|---|---|---|
| June 2006 | < 1 feet | 95 |
| | 1 - 2 feet | 50 |
| | 2 - 4 feet | 20 |
| | 4 - 6 feet | 5 |
| | 6 - 8 feet | 1 |
| | > 8 feet | 0 |

From these selected census blocks, damages at each stage were aggregated to the drainage subbasin level for each of the recovery category. This calculation determined the amount of the Katrina damage within each depth category. This was repeated for each of the Katrina flood depth categories.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 14**
**Number of Census Blocks within Each Drainage Subbasin Flooded by Katrina by Depth Category**

| Drainage Subbasin Name | Count of Census Blocks within Katrina Flood Depth Category | | | | | |
|---|---|---|---|---|---|---|
| | 0-1 foot | 1 to 2 feet | 2 to 4 feet | 4 to 6 feet | 6 to 8 feet | > 8 feet |
| NOE2 | 1 | 2 | 2 | 10 | 19 | 7 |
| NOE3 | 7 | 8 | 12 | 8 | 59 | 7 |
| NOE4 | 18 | 3 | 0 | 0 | 0 | 0 |
| NOE5 | 27 | 31 | 156 | 173 | 371 | 99 |
| OM1 | 37 | 37 | 107 | 126 | 163 | 361 |
| OM2 | 24 | 24 | 46 | 56 | 121 | 321 |
| OM3 | 301 | 136 | 387 | 358 | 219 | 61 |
| OM4 | 63 | 51 | 72 | 50 | 9 | 1 |
| OM5 | 1,535 | 346 | 871 | 957 | 640 | 35 |
| SB1 | 31 | 25 | 91 | 153 | 200 | 375 |
| SB3 | 62 | 32 | 49 | 117 | 173 | 44 |
| SB4 | 5 | 37 | 62 | 50 | 13 | 0 |

For some property, recovery from flooding was not necessary, so it contributed its full damage potential to the post-Katrina, June 2006, stage-damage estimates. Table 15 provides a comparison of the pre-Katrina damage potential and the June 2006 damage potential by stage for the OM2. The complete June 2006 flood stage-damage estimates with uncertainty, using this procedure, are provided as Attachment B. These values, including uncertainty, were provided for the Risk and Reliability analysis.

**Table 15**
**Example Stage-Damage Estimates for Pre- and Post-Katrina ($ million 2005)**

| Subbasin Name | Water Elevation ft NAVD88 (2004.65) | Pre-Katrina Stage-Damage | Post-Katrina Stage-Damage June 2006 |
|---|---|---|---|
| OM2 | -11 | 0.0 | 0.0 |
| OM2 | -10 | 0.0 | 0.0 |
| OM2 | -9 | 0.0 | 0.0 |
| OM2 | -8 | 0.0 | 0.0 |
| OM2 | -7 | 2.0 | 0.0 |
| OM2 | -6 | 69.9 | 0.0 |
| OM2 | -5 | 347.6 | 0.0 |
| OM2 | -4 | 677.1 | 0.0 |
| OM2 | -3 | 884.1 | 0.2 |
| OM2 | -2 | 1,040.1 | 1.8 |
| OM2 | -1 | 1,196.3 | 4.1 |
| OM2 | 0 | 1,260.9 | 6.9 |
| OM2 | 1 | 1,376.7 | 26.7 |
| OM2 | 2 | 1,482.4 | 44.3 |
| OM2 | 3 | 1,573.3 | 64.0 |
| OM2 | 4 | 1,685.3 | 103.2 |

Figure 7 shows the pre- and post-Katrina stage-damage with uncertainty for Orleans Metro 5 (OM5).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 7. Relationship of stage and flood damage with uncertainty for Orleans Metro 5 (OM5) drainage subbasin—pre- and post-Katrina conditions.

## References

Entergy. 2006. Entergy Louisiana and Entergy New Orleans. Cooperative disaster evaluation investigations with the Louisiana Recovery Authority (LRA). November 2005, December 2005, and March 2006.

FEMA. 2006a. "Report on *Current Housing Unit Damage Estimates for Hurricanes Katrina, Rita and Wilma, February 12, 2006.*" Federal Emergency Management Agency (FEMA) and The U.S. Department of Housing and Urban Development Office of Policy Development and Research.

FEMA. 2006b. Summary extracts from the National Emergency Management Information System (NEMIS) for Regions IV and IV.

LRA. 2006. Louisiana Recovery Authority (LRA) Action Team Report for Evaluation of Transportation and Associated Infrastructure Planning, March 2006.

McCarthy, Kevin, D. J. Peterson, Narayan Sastry, and Michael Pollard. 2006. The Repopulation of New Orleans after Hurricane Katrina. RAND Gulf States Policy Institute. RAND URL: http://www.rand.org/



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Mietrodt, Jeffry, and, Rebecca Mowbray. 2006. After Katrina, Pundits Criticized New Orleans, Claiming Too Many Residents Had No Flood Insurance. In Fact, Few Communities Were Better Covered. *The Times-Picayune* 19 March 2006.

NEMIS. 2006. Review and assessment of NEMIS Project Worksheet (PW) submittals as provided by parish governments for Plaquemines, St. Charles, St. Bernard, and Jefferson Parishes; various from November 2006 through March 2006.

Personal communication from James K. Garster. 2006. USACE, Topographic Engineering Center, co-lead of the IPET Geodetic Vertical and Water level Datums Team, 16 May 2006.

Scawthorn, Charles F., Neil Blais, Hope Seligson, Eric Tate, Edward Mifflin, Will Thomas, James Murphy, and Christopher Jones. 2006. HAZUS-MH Flood Loss Estimation Methodology I: Overview and Flood Hazard Characterization. *Natural Hazards Review* Vol 7, No. 2, May 1, 2006

USACE. 1996. Depth-Damage Relationships for Structures, Contents, and Vehicles and Contents-to-Structure Value Ratios (CSVRs) in support of Jefferson and Orleans Flood Control Feasibility Studies. Unpublished report. New Orleans District, June 1996.

USACE. 1997. Lower Atchafalaya Reevaluation and Morganza to the Gulf, Louisiana. Feasibility Study. Unpublished report. New Orleans District, May 1997.

USACE. 2006a. Donaldsonville to the Gulf, Louisiana Feasibility Study. Unpublished report. New Orleans District, March 2006.

USACE. 2006b. Personal Communication. USACE. Construction-Operations Division of the New Orleans District, 22 May 2006.

U.S. Census Bureau, 2005. Compendium *of Government Finances: 2002*, 2002 Census of Governments (http://www.census.gov/prod/2005pubs/gc024x5.pdf)

## 7.2.2. Indirect Impacts

### 7.2.2.1. Objective

The objective of the indirect economic impact analysis is to examine the pre-Katrina economic base of metro New Orleans, consider the post-Katrina economic data made available up to May 2006, and provide a preliminary assessment of economic impacts brought on by the physical damages to property and dislocation of households in the greater New Orleans floodplain. This examination is important to inform readers about the full nature of economic consequences from the actual performance of the hurricane protection system and the expectations for consequences and risk of future storms in the region. However, many important household, business, and policy decisions have either not yet been made or are still evolving, and their outcomes can have profound impacts on households and markets. Balancing these uncertainties with a need to anticipate potential outcomes, this study will conduct a limited scope economic


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

forecast of population, employment, local investment, and gross regional product based on two "what-if" scenarios that can be viewed as limiting control scenarios.

#### 7.2.2.2. The New Orleans Region Economy

It is important to provide the regional economic setting for a study of the regional economic effects of Hurricane Katrina. This description of the New Orleans economy focuses on the geographic areas that were most immediately impacted by Hurricane Katrina (call this the New Orleans Region)—the five parishes most affected by the failure of the flood control measures (i.e., Jefferson, Orleans, Plaquemines, St. Bernard, and St. Charles Parishes). Comparative evaluations will be made with Louisiana, with the surrounding states of Alabama, Mississippi, and Texas, and with the nation as a whole.

The economic base description has the following agenda. First, a number of economic trends prior to 2000 are discussed. This provides the trends that shaped New Orleans in its recent history. Next, the economic setting during the most recent period (2001 to 2004) are presented. Last, the extent of the immediate impact of Hurricane Katrina on the economy of New Orleans is demonstrated using very recently released employment data from the U.S. Bureau of Labor Statistics.

##### 7.2.2.2.1. New Orleans Region Economy, 1969 to 2000

**Population:** Population in the five-parish New Orleans Region grew modestly over the period 1969 to 2000—1.03 million in 1969 and 1.08 million in 2000 (Table 16). This modest growth is also reflected in Plaquemines and St. Bernard Parishes. Jefferson and St. Charles Parishes experienced much faster rates of population growth during the period. However, population in Orleans Parish declined significantly between 1969 and 2000 (from just over 600,000 people to about 480,000).

**Personal Income:** Personal income is a broad measure of income for an area. It includes net earnings by place of residence, unearned income components (dividends, interest, and rents), and personal current transfer receipts received by residents. Personal income in the New Orleans Region increased substantially from $3.6 billion in 1969 to $28.1 billion in 2000. Each of the five parishes in the New Orleans Region also experienced similar increases in personal income. Income maintenance benefits consist largely of supplemental security income payments, family assistance, food stamp payments, and other assistance payments, including general assistance. As a share of personal income, these benefits nearly doubled between 1969 and 2000.

**Per Capita Personal Income:** Per capita personal income (PCPI) is personal income divided by population. Growth in PCPI for the New Orleans Region between 1969 and 2000 reflected the growth in personal income (i.e., population remained almost constant during the period): $3,500 in 1969 and $26,050 in 2000. PCPI for Jefferson, Orleans, and St. Charles Parishes were of similar magnitudes as the New Orleans Region as a whole. On the other hand, PCPI in Plaquemines and St. Bernard Parishes were approximately 20 percent lower than the region average in 2000. The per capita personal income of the New Orleans Region was higher than for Louisiana and Mississippi, Alabama, and Texas for both 2001 and 2004 (comparing Tables 16 and 17).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Table 16
Economic Characteristics of New Orleans Region

| Region | Area | Item | 1969 | 2000 | 2001 | 2004 |
|---|---|---|---|---|---|---|
| New Orleans Region | 5 Parishes | Personal income ($million) | $3,600.2 | $28,136.6 | $30,104.9 | $32,777.4 |
| | | Population (000 persons) | 1,030.3 | 1,080.3 | 1,071.9 | 1,058.8 |
| | | Per capita personal income (dollars) | $3,494 | $26,045 | $28,085 | $30,958 |
| | | Income maintenance benefits ($million) | $41.8 | $628.7 | $653.2 | $843.0 |
| | | Income maintenance percent of personal income | 1.16% | 2.23% | 2.17% | 2.57% |
| | | Wage and salary disbursements ($million) | $2,756.4 | $17,272.0 | $17,934.7 | $19,586.2 |
| | | Wage and salary jobs (000) | 433.3 | 578.6 | 576.5 | 565.6 |
| | | Wage and salary per worker (dollars) | $6,361 | $29,850 | $31,111 | $34,628 |
| | Jefferson Parish | Personal income ($million) | $1,200.6 | $12,616.5 | $13,372.9 | $14,569.6 |
| | | Population (000 persons) | 326.0 | 454.8 | 452.2 | 453.1 |
| | | Per capita personal income (dollars) | $3,683 | $27,742 | $29,572 | $32,156 |
| | | Income maintenance benefits ($million) | $5.2 | $173.0 | $180.3 | $242.2 |
| | | Income maintenance percent of personal income | 0.43% | 1.37% | 1.35% | 1.66% |
| | | Wage and salary disbursements ($million) | $567.8 | $6,363.1 | $6,631.4 | $7,412.9 |
| | | Wage and salary jobs (000) | 88.8 | 229.2 | 228.9 | 230.6 |
| | | Wage and salary per worker (dollars) | $6,394 | $27,757 | $28,968 | $32,145 |
| | Orleans Parish | Personal income ($million) | $2,073.9 | $12,341.8 | $13,345.8 | $14,453.3 |
| | | Population (000 persons) | 600.6 | 483.6 | 477.6 | 461.1 |
| | | Per capita personal income (dollars) | $3,453 | $25,523 | $27,942 | $31,344 |
| | | Income maintenance benefits ($million) | $34.3 | $406.3 | $421.2 | $529.8 |
| | | Income maintenance percent of personal income | 1.65% | 3.29% | 3.16% | 3.67% |
| | | Wage and salary disbursements ($million) | $1,959.0 | $9,050.7 | $9,358.5 | $9,920.2 |
| | | Wage and salary jobs (000) | 313.0 | 292.8 | 290.7 | 274.9 |
| | | Wage and salary per worker (dollars) | $6,259 | $30,910 | $32,194 | $36,086 |
| | Plaquemines Parish | Personal income ($million) | $72.4 | $561.2 | $632.0 | $715.0 |
| | | Population (000 persons) | 25.3 | 26.8 | 27.0 | 29.0 |
| | | Per capita personal income (dollars) | $2,862 | $20,981 | $23,401 | $24,681 |
| | | Income maintenance benefits ($million) | $0.6 | $11.5 | $11.5 | $15.4 |
| | | Income maintenance percent of personal income | 0.79% | 2.05% | 1.83% | 2.15% |
| | | Wage and salary disbursements ($million) | $86.8 | $630.4 | $654.0 | $668.8 |
| | | Wage and salary jobs (000) | 12.3 | 18.3 | 18.6 | 16.8 |
| | | Wage and salary per worker (dollars) | $7,071 | $34,495 | $35,242 | $39,825 |
| | St. Bernard Parish | Personal income ($million) | $164.3 | $1,450.2 | $1,538.7 | $1,690.4 |
| | | Population (000 persons) | 49.4 | 67.0 | 66.6 | 65.6 |
| | | Per capita personal income (dollars) | $3,328 | $21,635 | $23,119 | $25,754 |
| | | Income maintenance benefits ($million) | $0.7 | $22.6 | $24.4 | $33.6 |
| | | Income maintenance percent of personal income | 0.45% | 1.56% | 1.58% | 1.99% |
| | | Wage and salary disbursements ($million) | $73.1 | $410.4 | $432.0 | $537.2 |
| | | Wage and salary jobs (000) | 10.4 | 17.6 | 17.4 | 19.3 |
| | | Wage and salary per worker (dollars) | $7,045 | $23,303 | $24,825 | $27,869 |
| | St. Charles Parish | Personal income ($million) | $88.9 | $1,166.9 | $1,215.5 | $1,349.1 |
| | | Population (000 persons) | 29.0 | 48.2 | 48.5 | 50.0 |
| | | Per capita personal income (dollars) | $3,063 | $24,211 | $25,050 | $27,005 |
| | | Income maintenance benefits ($million) | $1.0 | $15.3 | $15.9 | $22.1 |
| | | Income maintenance percent of personal income | 1.15% | 1.31% | 1.30% | 1.64% |
| | | Wage and salary disbursements ($million) | $69.7 | $817.4 | $858.7 | $1,047.1 |
| | | Wage and salary jobs (000) | 8.9 | 20.7 | 20.9 | 24.0 |
| | | Wage and salary per worker (dollars) | $7,820 | $39,522 | $41,106 | $43,573 |

Source: Regional Economic Information System, U.S. Bureau of Economic Analysis. Regional Economic Models, Inc.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Table 17
Economic Characteristics of Other Areas

| Area | Sub-area | Item | 1969 | 2000 | 2001 | 2004 |
|---|---|---|---|---|---|---|
| Louisiana | | Personal income ($million) | $10,453.4 | $103,150.7 | $110,256.2 | $123,020.6 |
| Louisiana | | Population (000 persons) | 3,619.0 | 4,469.5 | 4,465.3 | 4,506.7 |
| Louisiana | | Per capita personal income (dollars) | $2,888 | $23,079 | $24,692 | $27,297 |
| Louisiana | | Income maintenance benefits ($million) | $186.4 | $2,203.5 | $2,294.6 | $3,101.0 |
| Louisiana | | Income maintenance percent of personal income | 1.78% | 2.14% | 2.08% | 2.52% |
| Louisiana | | Wage and salary disbursements ($million) | $7,042.2 | $55,571.8 | $58,061.2 | $63,897.6 |
| Louisiana | | Wage and salary jobs (000) | 1,256.2 | 2,033.1 | 2,033.8 | 2,036.9 |
| Louisiana | | Wage and salary per worker (dollars) | $5,606 | $27,333 | $28,548 | $31,370 |
| MS, AL & TX | 3 States | Personal income ($million) | $51,808.6 | $758,783.0 | $792,802.1 | $887,040.0 |
| MS, AL & TX | 3 States | Population (000 persons) | 16,705.0 | 28,250.4 | 28,658.6 | 29,897.7 |
| MS, AL & TX | 3 States | Per capita personal income (dollars) | $3,101 | $26,859 | $27,664 | $29,669 |
| MS, AL & TX | 3 States | Income maintenance benefits ($million) | $452.7 | $10,318.0 | $10,676.5 | $15,215.6 |
| MS, AL & TX | 3 States | Income maintenance percent of personal income | 0.87% | 1.36% | 1.35% | 1.72% |
| MS, AL & TX | 3 States | Wage and salary disbursements ($million) | $34,328.0 | $429,964.2 | $444,949.1 | $480,646.6 |
| MS, AL & TX | 3 States | Wage and salary jobs (000) | 6,172.4 | 13,214.6 | 13,259.3 | 13,255.1 |
| MS, AL & TX | 3 States | Wage and salary per worker (dollars) | $5,562 | $32,537 | $33,558 | $36,261 |
| MS, AL & TX | Mississippi | Personal income ($million) | $5,303.2 | $59,836.9 | $62,738.9 | $71,122.1 |
| MS, AL & TX | Mississippi | Population (000 persons) | 2,220.0 | 2,848.8 | 2,857.6 | 2,900.8 |
| MS, AL & TX | Mississippi | Per capita personal income (dollars) | $2,389 | $21,005 | $21,955 | $24,518 |
| MS, AL & TX | Mississippi | Income maintenance benefits ($million) | $83.3 | $1,452.9 | $1,535.0 | $1,982.4 |
| MS, AL & TX | Mississippi | Income maintenance percent of personal income | 1.57% | 2.43% | 2.45% | 2.79% |
| MS, AL & TX | Mississippi | Wage and salary disbursements ($million) | $3,376.7 | $30,748.3 | $31,081.2 | $34,287.9 |
| MS, AL & TX | Mississippi | Wage and salary jobs (000) | 749.3 | 1,243.7 | 1,223.0 | 1,217.0 |
| MS, AL & TX | Mississippi | Wage and salary per worker (dollars) | $4,506 | $24,724 | $25,414 | $28,174 |
| MS, AL & TX | Alabama | Personal income ($million) | $9,383.8 | $105,806.7 | $110,420.9 | $125,330.0 |
| MS, AL & TX | Alabama | Population (000 persons) | 3,440.0 | 4,452.3 | 4,467.5 | 4,525.4 |
| MS, AL & TX | Alabama | Per capita personal income (dollars) | $2,728 | $23,764 | $24,717 | $27,695 |
| MS, AL & TX | Alabama | Income maintenance benefits ($million) | $126.9 | $1,849.6 | $1,930.4 | $2,583.9 |
| MS, AL & TX | Alabama | Income maintenance percent of personal income | 1.35% | 1.75% | 1.75% | 2.06% |
| MS, AL & TX | Alabama | Wage and salary disbursements ($million) | $6,347.8 | $57,643.5 | $59,088.0 | $66,049.2 |
| MS, AL & TX | Alabama | Wage and salary jobs (000) | 1,215.5 | 2,025.9 | 2,007.4 | 2,018.6 |
| MS, AL & TX | Alabama | Wage and salary per worker (dollars) | $5,223 | $28,453 | $29,436 | $32,721 |
| MS, AL & TX | Texas | Personal income ($million) | $37,121.7 | $593,139.4 | $619,642.2 | $690,588.0 |
| MS, AL & TX | Texas | Population (000 persons) | 11,045.0 | 20,949.4 | 21,333.6 | 22,471.5 |
| MS, AL & TX | Texas | Per capita personal income (dollars) | $3,361 | $28,313 | $29,045 | $30,732 |
| MS, AL & TX | Texas | Income maintenance benefits ($million) | $242.6 | $7,015.6 | $7,211.1 | $10,649.4 |
| MS, AL & TX | Texas | Income maintenance percent of personal income | 0.65% | 1.18% | 1.16% | 1.54% |
| MS, AL & TX | Texas | Wage and salary disbursements ($million) | $24,603.5 | $341,572.5 | $354,780.0 | $380,309.5 |
| MS, AL & TX | Texas | Wage and salary jobs (000) | 4,207.6 | 9,945.0 | 10,028.9 | 10,019.6 |
| MS, AL & TX | Texas | Wage and salary per worker (dollars) | $5,847 | $34,346 | $35,376 | $37,957 |
| All US States | | Personal income ($million) | $772,235.0 | $8,422,074.0 | $8,716,992.0 | $9,705,504.0 |
| All US States | | Population (000 persons) | 201,298.0 | 282,193.5 | 285,107.9 | 293,656.8 |
| All US States | | Per capita personal income (dollars) | $3,836 | $29,845 | $30,574 | $33,050 |
| All US States | | Income maintenance benefits ($million) | $7,275.0 | $106,616.0 | $109,403.0 | $141,490.0 |
| All US States | | Income maintenance percent of personal income | 0.94% | 1.27% | 1.26% | 1.46% |
| All US States | | Wage and salary disbursements ($million) | $512,242.0 | $4,825,906.0 | $4,939,944.0 | $5,383,900.0 |
| All US States | | Wage and salary jobs (000) | 78,726.0 | 139,002.0 | 138,831.0 | 138,769.0 |
| All US States | | Wage and salary per worker (dollars) | $6,507 | $34,718 | $35,582 | $38,798 |

Source: Regional Economic Information System, U.S. Bureau of Economic Analysis. Regional Economic Models, Inc.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers

**Employment:** Employment increased in the New Orleans Region from 430,000 in 1969 to almost 580,000 in 2000 (Table 16). However, Louisiana, the three-state area of Mississippi, Alabama, and Texas, and the nation experienced substantially greater growth in employment than the New Orleans Region (comparing Tables 16 and 17).

### 7.2.2.2.2. New Orleans Region Economy, 2001 to 2004

**Population:** Population in the five-parish New Orleans Region has declined slightly since 2000 — 1.08 million in 2000, 1.07 million in 2001 and 1.06 million in 2004 (Table 16). The populations in all five of the parishes in the New Orleans Region appear to be gradually falling or are remaining almost constant.

**Personal Income**: Personal income in the New Orleans Region has continued to increase after 2000: from $30.1 billion in 2001 to $32.8 billion in 2004. Each of the five parishes in the New Orleans Region also experienced similar increases in personal income (Table 16). Income maintenance benefits in 2004 reached 2.57 percent, well above the national average of 1.46 percent (comparison of Tables 16 and 17).

**Per Capita Personal Income**: Again, growth in PCPI for the New Orleans Region between 2001 and 2004 reflected the growth in personal income (i.e., population remained almost constant during the period): $28,085 in 2001 and $30,960 in 2004 (Table 16).

**Employment**: Employment in all areas examined has either declined slightly or remained fairly constant since 2000 (comparing Tables 17 and 18).



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 18**
**Employment Declines from August to September 2005, by Sub-Sector**

Percentage Declines in Employment between August 2005 and September 2005

| NAICS | Industry | New Orleans Region | Rest of NO BEA | Rest of Louisiana |
|---|---|---|---|---|
| | | percentage decline */ | | |
| 111 | Crop production | 6.3 | | |
| 112 | Animal production | | 1.0 | 1.4 |
| 113 | Forestry and logging | 40.0 | 1.4 | |
| 114 | Fishing, hunting and trapping | 69.2 | 22.7 | 16.1 |
| 115 | Support activities for agriculture and forestry | 7.7 | 10.9 | |
| 211 | Oil and gas extraction | 1.1 | 4.5 | 1.2 |
| 212 | Mining (except oil and gas) | 6.5 | 2.9 | |
| 213 | Support activities for mining | 8.9 | | |
| 221 | Utilities | 0.6 | | 0.1 |
| 236 | Construction of buildings | 19.5 | 3.6 | |
| 237 | Heavy and civil engineering construction | 6.4 | 1.8 | |
| 238 | Specialty trade contractors | 38.9 | 2.6 | |
| 311 | Food manufacturing | 32.1 | 3.6 | |
| 312 | Beverage and tobacco product manufacturing | | 1.0 | |
| 313 | Textile mills | | | 3.9 |
| 314 | Textile product mills | 71.3 | 9.0 | |
| 315 | Apparel manufacturing | 12.8 | 16.7 | 3.5 |
| 316 | Leather and allied product manufacturing | | | 2.6 |
| 321 | Wood product manufacturing | | 1.9 | |
| 322 | Paper manufacturing | 2.5 | 1.3 | 0.7 |
| 323 | Printing and related support activities | 38.0 | 4.0 | 0.4 |
| 324 | Petroleum and coal products manufacturing | 1.3 | 0.7 | 1.0 |
| 325 | Chemical manufacturing | 6.0 | 0.6 | |
| 326 | Plastics and rubber products manufacturing | 10.4 | 12.5 | |
| 327 | Nonmetallic mineral product manufacturing | 22.2 | 5.2 | 0.3 |
| 331 | Primary metal manufacturing | 7.2 | | 2.2 |
| 332 | Fabricated metal product manufacturing | 33.9 | 2.7 | |
| 333 | Machinery manufacturing | 2.0 | 2.3 | 0.5 |
| 334 | Computer and electronic product manufacturing | 20.5 | 1.5 | 3.4 |
| 335 | Electrical equipment, appliance, and component manufacturing | 33.2 | 10.8 | |
| 336 | Transportation equipment manufacturing | 32.1 | | 2.0 |
| 337 | Furniture and related product manufacturing | 44.8 | 2.7 | |
| 339 | Miscellaneous manufacturing | 45.6 | 26.5 | 2.4 |
| 423 | Merchant wholesalers, durable goods | 19.5 | 3.4 | 0.3 |
| 424 | Merchant wholesalers, nondurable goods | 19.2 | 4.1 | 0.2 |
| 425 | Wholesale electronic markets and agents and brokers | 9.9 | 2.6 | 1.5 |
| 441 | Motor vehicle and parts dealers | 28.5 | 7.1 | |
| 442 | Furniture and home furnishings stores | 38.6 | 14.8 | 1.1 |
| 443 | Electronics and appliance stores | 27.1 | 4.8 | |
| 444 | Building material and garden equipment and supplies dealers | 45.4 | 6.3 | 0.5 |
| 445 | Food and beverage stores | 65.5 | 5.6 | |
| 446 | Health and personal care stores | 18.1 | 0.7 | |
| 447 | Gasoline stations | 70.3 | 8.4 | |
| 448 | Clothing and clothing accessories stores | 35.3 | 9.1 | 3.9 |
| 451 | Sporting goods, hobby, book, and music stores | 27.7 | 6.6 | 2.0 |
| 452 | General merchandise stores | 13.8 | 2.1 | |
| 453 | Miscellaneous store retailers | 53.7 | 17.4 | 1.5 |
| 454 | Nonstore retailers | 35.6 | 7.8 | |
| 481 | Air transportation | 3.4 | | |
| 482 | Rail transportation | | | |
| 483 | Water transportation | 7.9 | 8.5 | |
| 484 | Truck transportation | 27.0 | 4.4 | |
| 485 | Transit & ground passenger transportation | 30.3 | 13.5 | |

* BLUE cells depict declines between 10 and 25 percent; YELLOW cells depict declines of greater than 25 percent


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 18 (Concluded)**

| NAICS | Industry | New Orleans Region | Rest of NO BEA | Rest of Louisiana |
|---|---|---|---|---|
| | | percentage decline */ | | |
| 486 | Pipeline transportation | 0.6 | | 0.1 |
| 487 | Scenic & sightseeing transportation | | 20.0 | 13.3 |
| 488 | Support activities for transportation | 24.3 | 1.6 | |
| 491 | Postal service | | | |
| 492 | Couriers & messengers | 7.9 | 2.6 | 0.6 |
| 493 | Warehousing & storage | 17.1 | 6.2 | |
| 511 | Publishing industries (except internet) | 7.4 | 5.4 | 0.1 |
| 512 | Motion picture & sound recording industries | 28.5 | 29.4 | 5.2 |
| 515 | Broadcasting (except internet) | 6.3 | 3.2 | |
| 516 | Internet publishing and broadcasting | 42.2 | | |
| 517 | Telecommunications | 11.1 | 2.6 | |
| 518 | Internet service providers, web search portals, and data processing services | 3.8 | | 3.1 |
| 519 | Other information services | 0.9 | 0.3 | 0.8 |
| 521 | Monetary authorities - central bank | | | |
| 522 | Credit intermediation & related activities | 12.2 | 2.7 | |
| 523 | Securities intermediation & related activities | 12.8 | 5.3 | |
| 524 | Insurance carriers & related activities | 12.0 | 3.9 | |
| 525 | Funds, trusts, & other financial vehicles (part) | 36.2 | 4.1 | |
| 531 | Real estate | 28.0 | 9.4 | 0.6 |
| 532 | Rental & leasing services | 27.3 | 3.7 | 0.4 |
| 533 | Lessors of intangible assets, except copyrighted works | 19.4 | | 2.1 |
| 541 | Professional, scientific, & technical services | 23.1 | 8.1 | |
| 551 | Management of companies & enterprises | 11.7 | 2.9 | 1.2 |
| 561 | Administrative & support services | 36.2 | 3.4 | |
| 562 | Waste management & remediation services | | | |
| 611 | Educational services | 1.1 | | |
| 621 | Ambulatory health care services | 37.9 | 9.3 | |
| 622 | Hospitals | 4.1 | 0.6 | |
| 623 | Nursing & residential care facilities | 49.4 | 7.9 | |
| 624 | Social assistance | 47.9 | 8.3 | |
| 711 | Performing arts, spectator sports, & related industries | 24.1 | 6.3 | |
| 712 | Museums, historical sites, & similar institutions | 16.3 | 10.1 | 9.4 |
| 713 | Amusement, gambling, & recreation industries | 23.8 | 12.7 | 3.3 |
| 721 | Accommodation | 21.3 | 2.4 | |
| 722 | Foodservices & drinking places | 49.9 | 13.7 | |
| 811 | Repair & maintenance | 42.0 | 9.0 | |
| 812 | Personal & laundry services | 49.2 | 15.6 | 1.0 |
| 813 | Religious/grantmaking/civic/professional & similar organizations | 13.6 | 15.8 | |
| 814 | Private households | 55.0 | 6.1 | 0.1 |
| 921 | Executive, legislative, and other general government support | 1.7 | 2.1 | 1.5 |
| 922 | Justice, public order, and safety activities | 1.7 | 0.2 | |
| 923 | Administration of human resource programs | 0.9 | | |
| 924 | Administration of environmental quality programs | | 11.2 | 4.4 |
| 925 | Administration of housing programs, urban planning, and community development | 4.6 | 2.9 | |
| 926 | Administration of economic programs | 2.1 | 0.5 | |
| 928 | National security and international affairs | | | 0.6 |
| 999 | Unclassified | 6.7 | 9.9 | |
| 1000 | Total non-farm | 24.0 | 4.5 | |

* BLUE cells depict declines between 10 and 25 percent; YELLOW cells depict declines of greater than 25 percent



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.