**Table 21**
**Region I Model Inputs for Economic and Demographic Policy Variables by Scenario**

| Variable | Scenario | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Value of residential capital as **percent** of region control | flat population | -25.4 | | | | | |
| | economic recovery | -25.4 | | | | | |
| Value of non-residential capital as **percent** of regional control | flat population | -12.0 | | | | | |
| | economic recovery | -12.0 | | | | | |
| Change in economic migration cohorts as **percent** of regional control | flat population | -40.3 | | | | | |
| | economic recovery | -40.3 | | | | | |
| Change in retirement migration cohorts as **percent** of regional control | flat population | -40.3 | | | | | |
| | economic recovery | -40.3 | | | | | |
| Change in international migration cohorts as **percent** of regional control | flat population | -40.3 | | | | | |
| | economic recovery | -40.3 | | | | | |
| Change in non-market regional amenity as **percent** of migrant compensation in the regional control | flat population | | -32.6 | -31.5 | -30.1 | -28.8 | -27.5 |
| | economic recovery | | | | | | |

**Non-Residential Capital.** Estimates of non-residential capital losses in the five-parish study area totaled $2.93 billion from a total exposure value of $24.46 billion. This represents a 12.0-percent loss to exposure value ratio. These values are expressed in nominal 2005 dollars and the model is solved using constant 2000 dollar values; however, share of exposure ratios is the same in nominal or constant dollar denominations. This loss applies to both scenarios.

**Migration.** Estimates of March 2006 population in the five-parish study area totaled 632,731—down from a 2004 estimate of 1,037,862. This represents a 39-percent decline in population. Without specific demographic information to assign all destinations of out-migrants or demographic profiles of these out-migrants, cohorts were assigned by probability based on 2004 population shares while destinations were assigned by historical and economic factors, as described in REMI documentation.

**Non-Market Amenity.** For the flat population scenario only, population in the five parish study area is assumed to remain constant throughout the forecast period at 632,700. By assumption, the flat population forecast is attributed to a diminished regional amenity associated with heightened risk and diminished community infrastructure perceptions, which are both non-market factors of household locational decisions. The values chosen were obtained by an iterative discovery process in which levels were assigned, forecasts were obtained, and then assigned levels were adjusted until the desired population forecasts are obtained for each forecast year. While procedurally this process describes a simulation input, the results were in effect reverse engineered and their values are discussed in the Results section.

### 7.2.2.3.5. Forecast Results

Forecast results on population, employment, value of capital stock (residential and non-residential) are reported in Table 22 for the "No Katrina" regional control and for the two scenarios described in section 7.2.2.3.2. A summary of findings includes:

- Regional control forecasts (assumes Katrina did not occur) for metro New Orleans indicate:



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers

   - Population in 2010 stays stable at the 2005 level of roughly 1.06 million
   - Residential real capital stock value increases 26 percent from 2005 to 2010
   - Non-residential real capital stock grows 10 percent in value from 2005 to 2010
   - Employment increases from 678,000 to 712,000 between 2005-2010
- Flat population scenario forecast for metro New Orleans indicates:
   - Population remains flat by assumption at 2006 end of year levels
   - Residential real capital stock values reach pre-Katrina levels by 2010
   - Non-residential real capital stock values reach pre-Katrina levels by 2009
   - Employment reaches 619,000 by 2010—which is still below pre-Katrina levels
- Economic recovery scenario forecast for metro New Orleans indicates:
   - Population by 2010 reaches 776,000, or roughly 73 percent of pre-Katrina level
   - Residential real capital stock value surpasses pre-Katrina levels by 2010
   - Non-residential real capital stock value surpasses pre-Katrina levels by 2009
   - Employment reaches 637,000—which is still below pre-Katrina levels

**Table 22**
**Region I Economic and Demographic Forecast Results for Regional Control and Post-Katrina Scenarios**

| Variable | Scenario | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Value of residential capital (million fixed 2005$) | regional control | 69,521 | 73,108 | 76,560 | 80,090 | 83,696 | 87,386 |
| | flat population | 51,874 | 55,152 | 58,591 | 62,224 | 65,944 | 69,688 |
| | economic recovery | 51,874 | 55,201 | 58,751 | 62,556 | 66,509 | 70,560 |
| Value of non-residential (million fixed 2005$) | regional control | 24,460 | 24,969 | 25,496 | 26,006 | 26,495 | 26,965 |
| | flat population | 21,528 | 22,299 | 23,208 | 24,143 | 25,055 | 25,917 |
| | economic recovery | 21,528 | 22,293 | 23,171 | 24,047 | 24,875 | 25,635 |
| Population (thousand) | regional control | 1,058 | 1,057 | 1,056 | 1,055 | 1,055 | 1,056 |
| | flat population | 633 | 633 | 633 | 633 | 633 | 633 |
| | economic recovery | 633 | 667 | 699 | 728 | 754 | 776 |
| Total Employment (thousand) | regional control | 678 | 687 | 695 | 701 | 706 | 712 |
| | flat population | 591 | 610 | 617 | 620 | 620 | 619 |
| | economic recovery | 591 | 613 | 623 | 629 | 633 | 637 |

Source: Value of residential (including autos) and non-residential capital based on REMI simulations described in section 7.2.2.3.5 and adjusted up to constant 2005 dollars using the ratio of IPET 2005 estimated residential and non-residential exposure values to the same measures in the REMI control forecast model. Population and employment estimates are from REMI simulations described in section 7.2.2.3.5.

Forecast results for annual real gross region product are reported for the study region and three other U.S. regions. These include the remainder of Louisiana (model regions IIa and III), the combined States of Alabama, Mississippi, and Texas (model regions IIb, IIc, and IV), and remainder of the U.S. (model region V). These regions are depicted in Figure 14. Results are reported in Table 23.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 14. Regional groupings for reported gross regional product forecast.

A summary of findings includes:

- Regional control forecasts for gross domestic product (million fixed 2000$) indicates:
  - Metro New Orleans GDP increase 20 percent to $47.4 billion from 2005 to 2010
  - Remainder of Louisiana real GDP grows 18.8 percent to $105 billion by 2010
  - Combined Alabama, Mississippi, Texas real GDP grows 25.4 percent to $1,306.5 billion by 2010
  - Remainder of U.S. real GDP grows 26.4 percent to $13,115 billion by 2010
- Flat population scenario forecasts for gross domestic product (million fixed 2000$) indicates:
  - Metro New Orleans GDP grows 19.7 percent, still $5.5 billion. below control forecast
  - Remainder of Louisiana real GDP unaffected relative to control forecast
  - Combined Alabama, Mississippi, Texas real GDP unaffected relative to control forecast
  - Remainder of U.S. real GDP growth nearly offsets metro New Orleans losses by 2010


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 23**
**Gross Regional Product Forecast Results for Regional Control and Post-Katrina Scenarios: Metro New Orleans, Louisiana, Gulf Region, and Remaining United States**

| Region | Scenario | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Metro New Orleans (billion fixed 2000$) | regional control | 39.9 | 41.6 | 43.1 | 44.8 | 46.0 | 47.4 |
| | flat population | 35.0 | 37.2 | 38.6 | 39.8 | 40.9 | 41.9 |
| | economic recovery | 35.0 | 37.4 | 39.0 | 40.5 | 41.7 | 43.0 |
| Other Louisiana (billion fixed 2000$) | regional control | 88.4 | 92.4 | 95.6 | 98.9 | 101.9 | 105.0 |
| | flat population | 88.1 | 92.2 | 95.4 | 98.6 | 101.7 | 104.8 |
| | economic recovery | 88.1 | 92.2 | 95.4 | 98.6 | 101.7 | 104.8 |
| Alabama, Mississippi, Texas (billion fixed 2000$) | regional control | 1,041.5 | 1,096.5 | 1,146.4 | 1,199.3 | 1,251.8 | 1,306.5 |
| | flat population | 1,041.3 | 1,096.3 | 1,146.3 | 1,199.3 | 1,251.8 | 1,306.5 |
| | economic recovery | 1,041.3 | 1,096.3 | 1,146.2 | 1,199.1 | 1,251.7 | 1,306.3 |
| Remainder of United States (billion fixed 2000$) | regional control | 10,373.5 | 10,933.9 | 11,450.3 | 12,006.3 | 12,553.1 | 13,115.4 |
| | flat population | 10,376.0 | 10,936.6 | 11,453.9 | 12,012.7 | 12,558.2 | 13,121.1 |
| | economic recovery | 10,376.0 | 10,936.1 | 11,452.9 | 12,011.2 | 12,556.2 | 13,118.6 |

Source: Baseline and scenario forecasts based on REMI regional control and simulations described in section 7.2.2.3.5. Model forecasts derived from a 2003 base year model. Model national control forecast for 2005 U.S. GDP (billion chained 2000$) is $11.04 trillion. Actual 2005 U.S. GDP (billion chained 2000$) published by BEA (28 April 2006) was $11.13 trillion.

- Economic recovery scenario forecasts for gross domestic product (million fixed 2000$) indicates:
  - Metro New Orleans GDP grows 22.9 percent, still $4.4 billion below control forecast
  - Remainder of Louisiana real GDP unaffected relative to control forecast
  - Combined Alabama, Mississippi, Texas real GDP unaffected relative to control forecast
  - Remainder of U.S. real GDP growth slightly less than in flat population scenario


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

## 7.3. Human Health and Safety Consequences

This section presents more detail on the objectives, approach, and results of the human health and safety consequences assessment. The discussion is divided into two main parts. Section 7.3.1 describes the assessment of actual and potential future human health effects resulting from Hurricane Katrina. Section 7.3.2 describes loss of life modeling that was used to estimate fatality risks associated with various hypothetical Katrina flooding regimes as well as post-Katrina flood risks as of June 2006.

### 7.3.1. Human Health Effects of Hurricane Katrina

This section provides a review of literature that describes the actual and potential health and mental health effects of Hurricane Katrina on the city of New Orleans and surrounding areas. The search strategies used for the literature review are outlined in Appendix 2, and the results of the review are presented below.

#### 7.3.1.1. Objectives and Limitations

Literature reviews are always undertaken with one or more specific purposes in mind, and in the context of one or more challenges. The basic purpose of the reviews that are described in this report was to describe:

A wide range of specific exposures associated with Hurricane Katrina for people in New Orleans, including those who evacuated, those who remained in New Orleans through the storm, first responders, and those who came following the storm as part of the recovery efforts.

The health and mental health effects of the storm that have already been documented.

Other health and mental health effects that can be expected, in either the near or longer term, based on empirical studies of previous, similar disasters (e.g., other severe hurricanes, major floods).

One of the important challenges for the review described in this document is that only seven months had passed since the event, a very short timeframe for empirical articles to begin appearing in the scientific (i.e., peer-reviewed) literature. The impact of this timeframe on the search was to create an emphasis on the grey literature for the first and second components (as denoted above) of the review. For these components of the review, we searched newspapers, magazines, websites, and related information sources to compile a rich, though largely anecdotal, description of what happened in the storm, and how the storm and its aftermath affected the health and mental health of the people of New Orleans from 29 August 2005 until the present (through April 2006).

A second important challenge to documenting the details of the storm and its aftermath is the monumental infrastructure damage (e.g., destruction of buildings, extended power outages, lack of drinking water) and displacement of the population that it created. Because the population remains so widely scattered – both those who evacuated prior to the storm and the much smaller


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

group who were relocated afterward – the logistics of studying systematically the epidemiology of exposures and associated illnesses or disorders are unusually challenging. Although it remains a nearly daily topic for national news, the fact that much of New Orleans is in ruins and that only a small fraction of the pre-hurricane population has returned complicate population-based empirical documentation of the storm and its impact.

The relocation of so many New Orleans residents, even for relatively short periods (e.g., weeks rather than months), represents a substantial barrier to the development of a comprehensive understanding of the storm and its impact on people for the short and the longer terms. Comprehensive understanding of the exposures and health- and mental health-related outcomes of survivors requires structured assessment, which requires contact with victims, which requires knowing where they are. By December 2005, 33 states reported having received Hurricane Katrina evacuees, creating substantial challenges for sampling and assessing the victims.

The relocation also creates other health and mental health challenges. For people who had chronic health conditions that require regular medication and/or periodic professional monitoring (e.g., diabetes, cardiovascular disease, major depression, schizophrenia), relocation means quickly finding new providers who can fulfill the needed functions. For those who are also economically challenged (e.g., Medicaid recipients), the administrative challenges of moving to a different state can seem overwhelming.

Finally, because of the event's population-wide impact, another challenge is to document exposures and outcomes for both adults and children. Studies of recent disasters (e.g., the Oklahoma City bombing, the terrorist attacks of September 11, various prior hurricanes) have confirmed the findings of previous research which indicate that the reactions of children to disasters are different from those of adults, and may be more likely to have long-term implications. Therefore, it is important that information about children be included.

In summary, the purpose of the literature review is to provide as rich a description as possible of the exposures and health/mental health outcomes of Hurricane Katrina, and a forecast of additional health/mental health consequences that may not yet have come to the surface. Given that months, not years, have passed since Hurricane Katrina came ashore, much of the information for the rich description of what has already happened must rely on news reports and related sources, not systematic studies reported in peer-reviewed journals. As a result, much of that description is anecdotal. The description of additional, longer-term consequences that may not yet be apparent can, however, rely on extrapolation from empirical studies of outcomes from prior similar events. Therefore, our description of what happened from 29 August 2005 until today comes predominantly from the grey literature, and our forecast of other outcomes of potential concern comes primarily from the peer-reviewed literature, based on prior disasters with similar characteristics.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

### 7.3.1.2. Health and Safety Exposures and Outcomes

#### 7.3.1.2.1. Specific Health-Related Exposures and Outcomes

This report addresses the health outcomes among New Orleans residents and the emergency and relief workers who went to New Orleans immediately following Hurricane Katrina. The denominator cannot be determined exactly. The United States Census estimated that 462,269 people lived in New Orleans in 2004 (U.S. Census 2006a). This report addresses health effects of the evacuation process for people who left before Hurricane Katrina landed, as well as an estimated 100,000 who had not left and remained in the city (Manjoo 2005). Perhaps 10,000 remained a week later, some marooned and some refusing to leave (Thomas and Padgett 2005).

Additionally, thousands of relief workers, paid and volunteer, could have been affected, including 1,580 Corps workers (Cloud 2005), as many as 40,000 active-duty military and National Guard (Manjoo 2005), 148 CDC public health workers such as epidemiologists (CDC 2005h), approximately 500 SAMHSA mental health and substance abuse counselors (SAMHSA 2006), some 800 firefighters from New York and Illinois (Longman 2005), 303 New York police officers (Baker 2005), a sheriff and 33 deputies from Michigan (Lipton et al. 2005), and 38 Public Health Service physicians and nurses (Altman and Chang 2005). Another 40 FEMA medical teams were also expected (Abelson and Feuer 2005). Finally, some tourists were stranded in New Orleans, including at least three physicians, a physician's assistant, and a pharmacist, all of whom got actively involved in emergency health care (Henderson 2005a). (Volunteer physicians from outside Louisiana were not legally allowed to provide treatment until an executive order suspended medical licensing requirements on 2 September (Manjoo 2005). We found no reports of the volunteers being prosecuted.)

Following Hurricane Katrina, CDC immediately engaged in surveillance to determine the extent and cause of morbidity and mortality among people in the affected geographical regions. The result was a thorough assessment of infectious disease, injuries, morbidity, and mortality either immediately caused by or associated with Hurricane Katrina. However, the surveillance was limited to those geographic regions that were most immediately affected: Louisiana, Mississippi, Alabama, and Texas.

The summary of health effects below relies on reports from people who were in New Orleans during or immediately after the hurricane, typically as emergency workers, reporters, or residents hoping to return. There were reports of violence and injury during the hurricane that were based on hearsay and later proven to be untrue; there were also estimates of mortality that far exceeded the ultimate result. Therefore, we made every effort not to rely on hearsay evidence or projections in developing this summary. (See Appendix 2 for a thorough description of the literature review.)

##### 7.3.1.2.1.1. Mortality and its Causes

Determining the number and cause of deaths due to Hurricane Katrina is quite challenging. At the time of this writing, many people remain missing; and, for those whose bodies have been found, no standardized, universally accepted method exists for determining whether deaths are caused by a natural disaster. Each state determines the cause of any death that occurred within its


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

borders, and states use different criteria. Therefore, evacuee suicides were deemed "associated with" Hurricane Katrina in Texas, while none of 20 evacuee deaths in Atlanta were deemed "directly or indirectly related" (Possley and McCormick 2005). Similarly, Florida counts a death due to a pre-existing condition in an evacuee as "indirect," but Louisiana officials are "hesitant to count" similar deaths (Dewan 2005a). Finally, many bodies were not autopsied quickly, making accurate assessments more difficult, and the quality of the autopsies was weak (Fairbank 2005; Dewan 2005b, 2005c).

The CDC defines a directly related death as "a death caused by the physical forces of a hurricane" and an indirectly related death as "one caused by unsafe or unhealthy conditions that existed during the evacuation phase, occurrence of the hurricane, or post-hurricane/cleanup phase." A third category – "possibly related" – was used if "1) the death occurred in the hurricane-affected area during August 23-October 23, 2005; 2) the cause or manner of death was undetermined or pending; and 3) reviewers agreed that a possible relation between the death and the hurricane might exist" (CDC 2006d).

As of 2 August 2006, the Louisiana Department of Health and Hospitals (LDHH) reported that a total of 1,464 Louisiana residents died as a direct or indirect result of Hurricane Katrina, as shown in Table 24. These include 1,118 fatalities that occurred within Louisiana, and 346 Louisiana evacuees who died in other states but were nevertheless classified by the State of Louisiana as storm-related fatalities. Another 135 Louisiana residents remained missing as of 2 August 2006. The mortality report by LDHH cited above did not include enough information to determine how many of the reported storm-related deaths within Louisiana were associated with residents of the five parishes that roughly comprise the greater New Orleans metropolitan area. But judging from earlier mortality reports issued by LDHH that did include such data (see below), residents of these five parishes likely comprise the vast majority of 1,118 deaths reported to have occurred within Louisiana.

**Table 24**
**Storm-related Deaths of Louisiana Residents Identified by the State of Louisiana as of 2 August 2006**

| Reporting Source | Number of Deaths |
|---|---|
| St. Gabriel and Carville Morgues | 875 |
| Orleans Parish Coroner | 20 |
| Other Parish Coroners | 223 |
| All Louisiana Reporting Sources | 1,118 |
| Reported by Other States (Evacuees who died outside of LA) | 346 |
| All Louisiana and Other State Sources | 1,464 |

Source: Department of Health and Hospitals, State of Louisiana. "Reports of Missing and Deceased Aug. 2, 2006." http://www.dhh.louisiana.gov/offices/Page.asp?ID=192&Detail=5248&Print=1

The morality report by LDHH dated August 2, 2006 also includes summary statistics on the gender, race, and age profiles for 853 of the 875 storm-related victims identified at the St. Gabriel and Carville Morgues. That data, which is reproduced in Table 25, indicate that in terms of race and gender, African-Americans and males accounted for slightly more than half of these fatalities. The data also show that these fatalities were heavily skewed toward the elderly, with people aged 76 and over accounting for 45 percent of storm-related deaths.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

| Table 25<br>Characteristics for 853 of the 875 Storm-Related Victims from Louisiana Identified and Released by St. Gabriel and Carville Morgues as of 2 August 2006 | | |
|---|---|---|
| Characteristic | Number of Deaths | Share of Total (%) |
| **Mortality by Gender** | | |
| Male | 432 | 53 |
| Female | 421 | 47 |
| **Mortality by Race** | | |
| African-American | 451 | 53 |
| Asian/Pacific Islander | 6 | < 6 |
| Caucasian | 334 | 39 |
| Hispanic | 18 | 2 |
| Native American | 4 | < 1 |
| Other | 5 | < 1 |
| Unknown | 35 | 5 |
| **Mortality by Age** | | |
| 5 or less | 1 | < 1 |
| 6 – 10 | 1 | < 1 |
| 11 – 15 | 5 | < 1 |
| 16 – 20 | 5 | < 1 |
| 21 – 30 | 13 | < 2 |
| 31 – 40 | 26 | 3 |
| 41 – 50 | 75 | 8 |
| 51 – 60 | 119 | 14 |
| 61 – 75 | 196 | 23 |
| 76 and over | 388 | 45 |
| Unknown | 24 | 3 |
| Source: Department of Health and Hospitals, State of Louisiana. "Reports of Missing and Deceased Aug. 2, 2006." http://www.dhh.louisiana.gov/offices/Page.asp?ID=192&Detail=5248&Print=1. | | |

While the LDHH 2 August 2006 mortality report provided the latest available data on Katrina-related deaths within Louisiana at the time of this writing, that data set does not provide as a rich a characterization of the people that died as provided by earlier LDHH mortality reports. For example, an LDHH mortality report data 23 February 2006 provided data that allows the cross-matching of race, gender and age categories for the recorded fatalities. Moreover, that earlier mortality report indicates the Parish residence for each recorded fatality. Data from the 23 February 2006 mortality report are reproduced and discussed below.

As of 23 February 2006, 910 bodies had been examined at the St. Gabriel morgue, and the results of the examinations had been made available for 750 victims. The identity and cause of death of the remaining victims had not yet been released as of that date, however. Of the 750 released cases, the Louisiana coroner determined that Hurricane Katrina explicitly caused 727 fatalities. As demonstrated in Table 26, the deaths were overwhelmingly among New Orleans metro area residents, with only 2 percent of deaths among residents of other areas in Louisiana, visitors from out of state, or people of unknown residence. Mortality was evenly distributed by sex. However, only 46.5 percent of New Orleans metro area residents prior to the hurricane were male, so males are somewhat over represented among the identified dead. The Louisiana Department of Health and Hospitals coroner determined that about two dozen deaths were not "storm related," instead occurring by "violence or suspicious means" (Bourque et al. 2006b).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 26**
**Mortality by Sex for the 727 Storm-related Deaths Identified and Released by St. Gabriel Morgue as of 23 February 2006**

| | New Orleans Metro[a] | | Other Louisiana | | Total | |
|---|---|---|---|---|---|---|
| Female | 355 | 49.7% | 8 | 61.5% | 363 | 49.9% |
| Male | 359 | 50.3% | 5 | 38.5% | 364 | 50.1% |
| Total | 714 | 100.0% | 13 | 100.0% | 727 | 100.0% |

[a] The five parishes making up metropolitan New Orleans include Jefferson, Orleans, Plaquemines, St. Bernard, and St. Charles.
Source: Department of Health and Hospitals, State of Louisiana. 2006. "Vital Statistics of All Bodies at St. Gabriel Morgue 2/23/2006." http://www.dhh.louisiana.gov/offices/publications/pubs-192/Deceased%20Victims_2-23-2006_information.pdf. Accessed 3 April 2006.

Table 27 demonstrates that just over half the released fatalities as of 23 February 2006 were among African-Americans, both in the New Orleans metro area and in the rest of Louisiana. This is somewhat surprising, given that the New Orleans metro area was 68 percent African-American prior to the hurricane (Kaiser Family Foundation 2005b).

**Table 27**
**Mortality by Race for the 727 Storm-related Deaths Identified and Released by St. Gabriel Morgue as of 23 February 2006**

| | New Orleans Metro[a] | | Other Louisiana | | Total | |
|---|---|---|---|---|---|---|
| African-American | 381 | 53.4% | 7 | 53.8% | 388 | 53.4% |
| Asian/Pacific Islander | 5 | 0.7% | 0 | 0.0% | 5 | 0.0% |
| White | 308 | 43.1% | 6 | 46.2% | 314 | 43.2% |
| Hispanic[b] | 17 | 2.4% | 0 | 0.0% | 17 | 2.3% |
| Native American | 2 | 0.3% | 0 | 0.0% | 2 | 0.0% |
| Other | 1 | 0.1% | 0 | 0.0% | 1 | 0.0% |
| Total | 714 | 100.0% | 13 | 100.0% | 727 | 100.0% |

[a] The five parishes making up metropolitan New Orleans include Jefferson, Orleans, Plaquemines, St. Bernard, and St. Charles.
[b] The data presented Hispanic as a race, not an ethnicity regardless of and separate from race.
Source: Department of Health and Hospitals, State of Louisiana. 2006. "Vital Statistics of All Bodies at St. Gabriel Morgue 2/23/2006." http://www.dhh.louisiana.gov/offices/publications/pubs-192/Deceased%20Victims_2-23-2006_information.pdf. Accessed 3 April 2006.

The age distribution of the released fatalities was distinctly skewed towards older people, as seen in Table 28. There were very few children identified as killed: four girls and a boy in Orleans Parish, and an infant in St. Tammany Parish. The number of fatalities among 50-59-year olds and 60-69-year olds was distinctly higher among males (14.8 percent of male deaths and 18.7 percent respectively) than among females (11.0 percent and 10.7 percent, respectively). In the oldest age group, those 80 and above, the proportion of fatalities among females was much higher than among males (46.0 percent versus 28.3 percent). This could be due in part to a larger number of older women than of older men. Table 29 illustrates the relationships between the sex, race, and age of the identified dead.

***Lack of access to care.*** Before Hurricane Katrina, many hospitals and other health care providers evacuated some patients. However, many patients were too ill, disabled, or dependent on immobile technology to be evacuated. Some people looked for shelters that could accommodate the ill, such as a woman on oxygen, or a severely demented elderly woman, but could not find any (Dewan and Roberts 2005, Shute 2005a, Salopek and Horan 2005).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.