**Table 28**
**Mortality by Age for the 727 Storm-related Deaths Identified and Released by St. Gabriel Morgue as of 23 February 2006**

| | New Orleans Metro[a] | | Other Louisiana | | Total | |
|---|---|---|---|---|---|---|
| **Female** | | | | | | |
| Infant-49 | 28 | 7.9% | 3 | 37.5% | 31 | 8.5% |
| 50-59 | 40 | 11.3% | 0 | 0.0% | 40 | 11.0% |
| 60-69 | 38 | 10.7% | 1 | 12.5% | 39 | 10.7% |
| 70-79 | 84 | 23.7% | 2 | 25.0% | 86 | 23.7% |
| 80+ | 165 | 46.5% | 2 | 25.0% | 167 | 46.0% |
| Subtotal | 355 | 100.0% | 8 | 100.0% | 363 | 100.0% |
| **Male** | | | | | | |
| Infant-49 | 61 | 17.0% | 3 | 60.0% | 64 | 17.8% |
| 50-59 | 53 | 14.8% | 1 | 20.0% | 54 | 14.8% |
| 60-69 | 67 | 18.7% | 1 | 20.0% | 68 | 18.7% |
| 70-79 | 75 | 20.9% | 0 | 0.0% | 75 | 20.6% |
| 80+ | 103 | 28.7% | 0 | 0.0% | 103 | 28.3% |
| Subtotal | 359 | 100.0% | 5 | 100.0% | 359 | 100.0% |
| **Total** | | | | | | |
| Infant-49 | 89 | 12.5% | 6 | 46.2% | 95 | 13.1% |
| 50-59 | 93 | 13.0% | 1 | 7.7% | 94 | 12.9% |
| 60-69 | 105 | 14.7% | 2 | 15.4% | 107 | 14.7% |
| 70-79 | 159 | 22.3% | 2 | 15.4% | 161 | 22.1% |
| 80+ | 268 | 37.5% | 2 | 15.4% | 270 | 37.1% |
| Total | 714 | 100.0% | 13 | 100.0% | 727 | 100.0% |

[a] The five parishes making up metropolitan New Orleans include Jefferson, Orleans, Plaquemines, St. Bernard and St. Charles. Source: Department of Health and Hospitals. State of Louisiana. 2006. "Vital Statistics of All Bodies at St. Gabriel Morgue 2/23/2006." http://www.dhh.louisiana.gov/offices/publications/pubs-192/Deceased%20Victims_2-23-2006_information.pdf Accessed 3 April 2006.

The hospitals were required to have supplies to last for up to three days; they were not required to evacuate, but were expected to survive (Rohde et al. 2005). As hospitals were flooding and backup generators failed or ran out of fuel, medical staff strained hard to care for patients. All electric-powered life-support systems were affected: suction machines, bedside monitors, intravenous fluid pumps, and dialysis machines. Without power, staff resorted to manually squeezing ventilator bags for both adults – including some who had been evacuated *to* the hospital from a flooded nursing home – and premature infants. Nurses held the infants, who typically have very sensitive immune systems, in their arms to keep them warm in lieu of their incubators (Shute 2005a, Williams 2005, Manjoo 2005, Rohde et al. 2005, deBoisblanc 2005).

To avoid spreading infection when toilets at Charity Hospital failed, people used 5-gallon buckets lined with infectious waste bags as toilets. Bleach was poured over the waste and the bags were thrown out the window (Berggren 2005, Rohde et al. 2005). The Memorial Medical Center in New Orleans flooded, drowning 45 people and trapping almost 2,000 (Manjoo 2005, Graham 2005). Only three hospitals remained fully functional throughout the hurricane: East and West Jefferson Medical Centers and the Ochsner Clinic Foundation (Kaiser Family Foundation 2006a, Winslow 2005).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 29**
**Mortality by Race and Age, Within Sex for the 727 Storm-related Deaths Identified and Released by St. Gabriel Morgue**

| | ≤49 | | 50-59 | | 60-69 | | 70-79 | | 80+ | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Female** | | | | | | | | | | | | |
| African-American | 22 | 71.0% | 20 | 50.0% | 24 | 61.5% | 37 | 43.0% | 58 | 34.9% | 162 | 44.6% |
| White | 9 | 29.0% | 17 | 42.5% | 14 | 35.9% | 44 | 51.2% | 101 | 60.8% | 185 | 51.0% |
| Other | 0 | 0.0% | 3 | 7.5% | 1 | 2.6% | 5 | 5.8% | 7 | 4.2% | 16 | 4.4% |
| **Male** | | | | | | | | | | | | |
| African-American | 48 | 75.0% | 40 | 74.1% | 41 | 60.3% | 46 | 61.3% | 51 | 49.5% | 226 | 62.1% |
| White | 13 | 20.3% | 14 | 25.9% | 26 | 38.2% | 27 | 36.0% | 49 | 47.6% | 129 | 35.4% |
| Other | 3 | 4.7% | 0 | 0.0% | 1 | 1.5% | 2 | 2.7% | 3 | 2.9% | 9 | 2.5% |
| **Total** | | | | | | | | | | | | |
| African-American | 70 | 73.7% | 60 | 63.8% | 65 | 60.8% | 83 | 51.6% | 109 | 40.5% | 388 | 53.4% |
| White | 22 | 23.2% | 31 | 33.0% | 40 | 37.4% | 71 | 44.1% | 150 | 55.8% | 314 | 43.2% |
| Other | 3 | 3.2% | 3 | 3.2% | 2 | 1.8% | 7 | 4.4% | 10 | 3.7% | 25 | 3.4% |

Source: Department of Health and Hospitals, State of Louisiana. 2006. "Vital Statistics of All Bodies at St. Gabriel Morgue 2/23/2006." http://www.dhh.louisiana.gov/offices/publications/pubs-192/Deceased%20Victims_2-23-2006_information.pdf. Accessed 3 April 2006.

The hospitals ran out of food, water, and ice, putting patients at risk of starvation, dehydration, and heat stroke (Shute 2005a, Shute 2005b). Patients became so weak that when 110 were evacuated on Friday, 2 September 2005, along with some 500 staff and their families, three did not survive the evacuation (Manjoo 2005). Even the lack of coffee proved problematic, as many staff at Charity Hospital reported having "severe caffeine-withdrawal headaches" (Berggren 2005).

The Louisiana Department of Health and Hospitals had set up seven "special-needs shelters" in the city. They were quickly overwhelmed as 6,000 people, many evacuees from failing hospitals, requested care (Shute 2005a).

Because the hospitals were inoperable or inaccessible, an impromptu trauma center was set up at the Louis Armstrong International Airport. Rescued patients were delivered by helicopter, while others were delivered by truck. Supplies were extremely limited; one physician described "having no beds, no oxygen, no nothing except some nitro, aspirin, and all the good intentions in the world." In this situation, there was sometimes nothing they could do for severely ill patients except "providing morphine and a blanket to septic and critical patients and allowing them to die"[1] (Fischman 2005).

The Superdome and Convention Center, which held as many as 45,000 people, also had minimal supplies and extremely unsanitary and crowded conditions. Some 34 people died there, due to various causes, at least two to dehydration (Manjoo 2005, Salopek and Horan 2005).

Some people did not reach the evacuation centers. Some died from lack of medication such as insulin, or from dehydration (Dewan and Roberts 2005).

Common Ground, a loose coalition of nurses and medical assistants that typically provides medical care to protesters at anti-war demonstrations, arrived within days, followed by physi-

[1] While there were anecdotal reports of euthanasia during the week after Hurricane Katrina, we found no documented reports.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

cians, nurses, and grief counselors. They set up a free clinic that served more than 100 people a day in Algiers and "dozens more" at mobile clinics situated near the most intense cleanup efforts (Shorrock 2006). On Friday, 2 September 2005, Governor Blanco issued an executive order suspending the licensing requirement for medical personnel. If they could prove they were licensed in their home states, they could provide care in Louisiana during the declared public health emergency. Prior to that, volunteer physicians and the Red Cross (as well as firefighters, morticians, and a convoy of boats offering to help rescue those stranded in the floodwater) had been turned away (Blumenthal 2005, Manjoo 2005).

Other health care providers apparently did not make such efforts. Seventy percent of the area nursing homes did not implement the standard evacuation procedures that they were required to have. (It is not clear whether they were required to follow Mayor Nagin's mandatory evacuation order.) Multiple facilities had contracted with the same bus service for evacuation services (and many drivers were not available), so thorough evacuation was impossible (Janega 2005, Rohde et al. 2005, Lipton et al. 2005). (Municipal transit and city school buses were ruined by the flood instead of being pressed into earlier service(Winslow 2005).) Many nursing home residents were evacuated to local hotels. At one, when broken windows left rooms unusable, over a thousand people – guests and patients – stayed in an exhibit hall with no power, air conditioning, or water, much less regular care or functioning medical equipment (Frohlich 2005). Thirteen nursing homes and six hospitals were investigated regarding possible euthanasia (Roman and Baum 2005). The operators of one nursing home, which did not attempt to evacuate patients, and which turned down an offer of buses from local officials, have been charged with 34 counts of negligent homicide (Manjoo 2005, Rohde et al. 2005).

***Drowning.*** Once the levees broke, the floodwaters overwhelmed adjacent neighborhoods with great speed. Louisiana State University's Geographic Information Center reports that the flood reached depths of as much as 19 feet, with a vast expanse of the city under 7 feet (Kent 2005). The majority of deaths in Orleans Parish were caused by drowning and pre-existing medical conditions, while deaths in St. Bernard Parish were primarily attributed to drowning in the storm surge (Bourque et al. 2006a).

Some people lost hold of family members in the flood, or grabbed for them and drowned. Other people simply could not swim and were overwhelmed. Reports of the speed of the water rising – some roofs were reached within 9 minutes; a hospital reception area was under 5 feet of water within 15 minutes; farther from the levees the water might rise a foot every ten minutes – suggest that some people could not get into their attics or other safe spaces quickly enough. Some attics filled with water, requiring residents to quickly break holes in their roofs; one woman had a heart attack trying. One man, not having time to help his partly paralyzed and bedridden wife, stayed with her until she drowned then joined his daughter in the attic (Baum 2005c, Dewan 2006a, Dewan and Roberts 2005, Rohde et al. 2005).



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

***Infection.*** Five deaths were caused by wound-associated Vibrio, defined by the CDC as "an illness that likely resulted from infection of a wound or abrasion acquired before or during immersion in floodwaters." The deceased had lived in Louisiana and Mississippi; of the three case reports provided, two were from New Orleans (CDC 2005i). Routine infections, such as a mastoid infection of the ear, became fatal in the absence of medical care in the days after the hurricane (Dewan and Roberts 2005).

***Suicide.*** There were some reports of suicide during the first days of the disaster, including two police officers and one man who threw himself from the Superdome (Baum 2006, Manjoo 2005).

Access to mental health care prior to the storm was limited; only 28 percent of adults and 3.5 percent of children identified as having a mental illness in Louisiana received care. After the storm, the primary mental health crisis center, 96-bed Charity Hospital, was forced to close. With no local source of care for those who remained behind, and evacuees not necessarily knowing where to access local care, calls to a Louisiana suicide prevention hotline immediately almost tripled and to the National Suicide Prevention Hotline more than doubled. Six months later, calls to the city hotline remained at double pre-hurricane rates, despite the population being about one-third the size (Reuters 2006, Associated Press 2006, Kalb and Murr 2005).

In the months after the hurricane, suicides increased. While the numbers may seem low – seven in four months – they represent a rate two to three times New Orleans' 2004 rate[1] (Nossiter 2005).

***Homicide.*** Despite early reports of mayhem at the Superdome and Convention Center, only one homicide occurred, at the latter (Salopek and Horan 2005). The risk of homicide was also great in the flooded areas, where people desperately foraged for food and water and protected their property. "Of all the white people I met that week [following the hurricane]," wrote one reporter, "only two were unarmed"(Baum 2006).

Some experts say that the hurricane would be the catalyst, but not the pure cause, of most suicides. Some suicides were preceded by homicides, perhaps born of despair. At least two cases were found in the grey literature in which a father shot his child and the child's mother; only one child survived (Associated Press 2006).

New Orleans had been known for an extremely high homicide rate, which was ten times the national rate before Hurricane Katrina (Baum 2006). There is some evidence that evacuees are increasing the homicide rate in their new locations. For example, in Houston, 33 of 189 homicides (17 percent) involved Hurricane Katrina evacuees, although they increased the population by only about 7 percent (U.S. Census 2006b, Campo-Flores 2006). In addition to the increase in homicide itself, additional patrolling and detective work is expensive: $6.5 million in Houston for 6 months, for example. These outlays leave less money available for regular public safety measures, and this in turn could affect the public's health (Campo-Flores 2006).

---

[1] Calculation of the rate depends on an estimate of the current population, which is not precise.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

***Accident.*** Carbon monoxide poisoning frequently resulted from running gasoline-powered generators to replace lost electric power. If generators are placed too close to the home, particularly near air conditioning vents that draw air into the home, the carbon monoxide can reach toxic levels. Other sources of carbon monoxide include gas stoves. Since carbon monoxide has no color or odor, in the absence of a detector it can be fatal without the victim being aware of it. Of the 14 documented cases of carbon monoxide poisoning among New Orleans residents – the CDC recognizes that the surveillance probably reflects underreporting – five resulted in death (CDC 2006g). In nearby states where many evacuees fled, there were ten deaths in Texas and Alabama, combined (Tucker et al. 2006), and two in Florida (CDC 2006d).

All accidents are, in theory, preventable. Therefore, public health professionals usually use the term "unintended injury" instead. However, many of the major injuries that resulted in death among people who remained in New Orleans during Hurricane Katrina were no longer realistically preventable. Some were crushed under rubble, swept into trees, or trapped in attics or, wheelchair-bound, first floors, where they likely died of drowning or dehydration (Glanton 2005).

Some people died while attempting to evacuate. For example, one woman fell while being lifted into a rescue helicopter, possibly because her weight was too much for the cable. There were numerous reports of shooting during the days immediately following the hurricane. Police report being fired on, and returning fire. Of seven investigated shootings in which an officer hit someone, four were fatal. In a separate incident, police shot and killed "at least five residents" who had fired on government contractors. An officer was shot, non-fatally, in the head (Barringer and Longman 2005, Manjoo 2005, Baum 2006).

#### 7.3.1.2.1.2. Currently Evident Morbidity

***Injury.*** Injury and soft tissue infections are expected to immediately follow a natural disaster (CDC 2005g). During 8 September to 15 October 2005, a total of 6,597 injuries were reported. The CDC reported the injuries in sets. The first wave of surveillance covered four New Orleans area parishes (Jefferson, Orleans, Plaquemines, and St. Bernard) over 8-25 September (Ferdinand 2005). The second wave added two parishes (St. Charles and St. Tammany) and lasted longer, 25 September-15 October (CDC 2006c). The results are summarized in Table 30.

In the days following the hurricane, New Orleans was rife with the potential for injury. The force of helicopter rotors "blew out the windows on at least two Corps SUVs parked in a bad spot," sent "loose roofing tiles knifing through the air and raising a rotor wash that nearly swamped" a boat of rescuers , and made "a frightening maelstrom of loosened pieces of wood (Baum 2005c, Baum 2006, Cloud 2005).

There were numerous stories of people escaping the rising water in their homes by moving into attics or onto roofs. Even this straightforward maneuver was not without risk. For the very heavy or the very old, climbing a ladder and getting through a hatch present challenges. For the more able-bodied, swinging axes and hammers or breaking attic windows while desperate is dangerous (Baum 2005c, Treaster and DeSantis 2005, Harris 2005a).



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 30**
**Selected Injuries Among New Orleans Residents and Relief Workers, 8 September-15 October 2005**

| Injury/exposure | Relief Workers | | Residents | | Unknown | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sept.8-Sept.25 | Sept.25-Oct.15 | Sept.8-Sept.25 | Sept.25-Oct.15 | Sept.8-Sept.25 | Sept.25-Oct.15 | Sept.8-Sept.25 | Sept.25-Oct.15 | Total |
| **Injury** | | | | | | | | | |
| Fall | 46 | 64 | 196 | 449 | 222 | 479 | 464 | 992 | 1,456 |
| Bite/Sting | 67 | 52 | 92 | 114 | 152 | 173 | 311 | 339 | 650 |
| Motor-vehicle crash | 16 | 20 | 65 | 161 | 64 | 235 | 145 | 416 | 561 |
| Intentional injury | 4 | 11 | 20 | 32 | 18 | 46 | 42 | 89 | 131 |
| Other unintentional injury | 117 | 334 | 237 | 934 | 362 | 1,143 | 716 | 2,411 | 3,127 |
| Undetermined etiology | 72 | 44 | 99 | 96 | 128 | 158 | 299 | 298 | 597 |
| **Toxic Exposure/Poisoning** | | | | | | | | | |
| Carbon monoxide poisoning | 5 | 1 | 3 | 1 | 6 | 3 | 14 | 5 | 19 |
| Other toxic exposure | 11 | 7 | 4 | 11 | 12 | 11 | 27 | 29 | 56 |
| Total | 338 | 533 | 716 | 1,798 | 964 | 2,248 | 2,018 | 4,579 | 6,597 |

Source: Injury and illness surveillance in hospitals and acute-care facilities after Hurricanes Katrina And Rita--New Orleans area, Louisiana, September 25-October 15, 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55(2):35-8

***Illness.*** The types of illness that resulted, either directly or indirectly, from Hurricane Katrina fall into the following, somewhat overlapping, categories:

- infectious disease
- gastrointestinal
- dermatologic
- respiratory
- exacerbation of underlying illness due to disruption in care
- underlying illnesses that are diagnosed during medical care provided at emergency care centers or evacuation centers
- site-specific illness

Many of these illnesses are directly or indirectly caused by environmental exposures. The exposures, etiology, and potential outcomes are specifically addressed in a separate section.

***Summary of major illnesses.*** During 8 September to 15 October 2005, a total of 13,166 illnesses were reported. The CDC reported the illnesses to the public in sets. The first wave of surveillance covered four New Orleans area parishes (Jefferson, Orleans, Plaquemines, and St. Bernard) over 8-25 September (Ferdinand 2005). The second wave added two parishes (St. Charles and St. Tammany) and lasted longer, 25 September—15 October (CDC 2006c). The results are summarized in Table 31.

Although infectious disease outbreaks rarely follow natural disasters in developed countries, when they do occur, the most common are skin, diarrheal, and respiratory infections. In addition, airborne, waterborne, and foodborne diseases are expected to occur up to a month following the disaster (CDC 2005g).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 31**
**Selected Illnesses Among New Orleans Residents and Relief Workers, 8 September-15 October 2005**

| Selected Illness | Relief Workers | | Residents | | Unknown | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sept.8-Sept.25 | Sept.25-Oct.15 | Sept.8-Sept.25 | Sept.25-Oct.15 | Sept.8-Sept.25 | Sept.25-Oct.15 | Sept.8-Sept.25 | Sept.25-Oct.15 | Total |
| **Infectious-disease-related** | | | | | | | | | |
| Skin or sound infection | 101 | 62 | 192 | 361 | 347 | 459 | 640 | 882 | 1,522 |
| Acute respiratory infection | 119 | 179 | 158 | 538 | 228 | 587 | 505 | 1,304 | 1,809 |
| Diarrhea | 11 | 18 | 52 | 92 | 83 | 123 | 146 | 233 | 379 |
| Other infectious disease | 36 | 28 | 109 | 219 | 143 | 223 | 288 | 470 | 758 |
| **Noninfectious-disease-related** | | | | | | | | | |
| Rash | 67 | 59 | 87 | 170 | 146 | 290 | 300 | 519 | 819 |
| Heat-related | 34 | 28 | 80 | 86 | 93 | 118 | 207 | 232 | 439 |
| Nondiarrhea gastrointestinal | 23 | 24 | 77 | 200 | 108 | 253 | 208 | 477 | 685 |
| Renal[a] | 8 | 11 | 44 | 49 | 35 | 104 | 87 | 164 | 251 |
| Other classifiable illness[b] | 22 | 76 | 52 | 758 | 88 | 1,030 | 162 | 1,864 | 2,026 |
| Other illnesses | 107 | 217 | 649 | 1,166 | 870 | 1,469 | 1,626 | 2,852 | 4,478 |
| Total | 528 | 702 | 1,500 | 3,639 | 2,141 | 4,656 | 4,169 | 8,997 | 13,166 |

[a] Includes kidney stones and renal failure (i.e., chronic and acute).
[b] Includes diabetes, cardiovascular conditions, obstetric/gynecologic conditions, and dental problems.
Source: Injury and illness surveillance in hospitals and acute-care facilities after Hurricanes Katrina And Rita--New Orleans area, Louisiana, September 25-October 15, 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55(2):35-8.

The CDC engaged in numerous surveillance efforts, with the cooperation of local, federal, and voluntary organizations. The results are very well documented cases of numerous diseases. However, the incidence rates are extremely difficult to estimate, as demonstrated by the surveillance implemented on 8 September 2005 in 489 evacuation centers (EC) in Louisiana. Each EC served from 10 to approximately 7,000 people. On the one hand, the majority of large clusters of some illnesses, such as influenza-like illness and rash, were attributed to over reporting. Given that an EC was defined as "any facility that housed displaced persons over-night," many would be staffed by people with little, if any, medical experience. On the other hand, there could have been significant underreporting. The system was encouraged, not mandatory. No training was provided. EC staff/volunteers experienced rapid turnover, and many staff did not have a health care background. Some ECs did not provide any medical care onsite, and the ECs themselves were not static, but changed location and number (CDC 2006h).

A Dallas evacuation shelter reported an outbreak of methicillin-resistant *Staphyloccoccus aureus* (MRSA), which can cause skin infections of "a particularly deadly form of pneumonia" (Beil 2006). In some areas with large populations of evacuees, the rate of sexually transmitted diseases is increasing. Health officials in Houston hypothesize it could be "an outgrowth of high rates in New Orleans" (Campo-Flores 2006).

***Gastrointestinal.*** Very careful surveillance of the 24,000 evacuees sheltered at Reliant Park in Houston, most from Louisiana, demonstrated that fully 18 percent (1,169) of people reported symptoms of gastrointestinal illness on 2 September 2005. The proportion peaked on 5 September, and as many as 21 percent of adults and 40 percent of children had acute gastro-enteritis on any given day through 12 September 2005. In the United States, acute gastroenteritis, which the CDC defines as "diarrhea and/or vomiting," is most commonly caused by noroviruses. Outbreaks can result from exposure to contaminated food or water supplemented by secondary, person-to-person contact and fomite transmission. (Fomites are inanimate objects that can


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

transmit infectious agents from one person to another.) Preliminary testing confirmed the presence of norovirus by reverse transcription-polymerase chain reaction testing in half the selected specimens; no other enteropathogen was identified. Given the large number of relief, medical, police, and other personnel who came in contact with many infected people, the CDC suspects "substantial" secondary spread. The spread was limited by isolating some of the ill and implementing extensive disease control measures: education; ensuring soap and water were available in medical, food preparation, and personal hygiene areas; and disinfection (CDC 2005f).

Of the approximately 1,000 cases of diarrheal disease and vomiting among evacuees in Mississippi and Texas by 30 September, causes included sporadic nontyphoidal *Salmonella*, nontoxigenic *V.cholerae O1*, in addition to norovirus, as described above (CDC 2005g).

***Dermatologic.*** Eighteen cases of wound-associated *Vibrio*, defined by the CDC as "an illness that likely resulted from infection of a wound or abrasion acquired before or during immersion in floodwaters," as well as four cases of non-wound associated *Vibrio* infections, were found among former residents of New Orleans (CDC 2005i).

The CDC performed surveillance on over 200,000 evacuees at 750 evacuation centers in 18 states, and rescue workers. It is not known how many of these people were in New Orleans on 28-29 August. In addition to the *Vibrio* infections noted above, an outbreak of methicillin-resistant *Staphylococcus aureus* (MRSA) affected 30 adult and pediatric evacuees in Dallas (CDC 2005g).

Among rescue workers, the CDC identified the following:

Tinea corporis, a skin lesion with infectious etiology.

Three non-infectious rashes: "1) prickly heat (malaria crystalline, rubra, and pustulosa); 2) two clusters of nonpruritic erythermatous papular, nonfollicular lesions … presumed to have been caused by arthropod (likely mite) bites; and 3) circumferential lesions, appearing as bands of macerated skin at the waist, attributed to excessive chafing" (CDC 2006h).

People who waited on a roof for days developed rash on their arms and legs from contact with the hot tar roof (Baum 2005c). Two evacuees to Colorado sought emergency care for "rash illness" such as rash with fever (CDC 2006b).

***Respiratory Disease.*** Tuberculosis is a particularly infectious disease of the lungs that can be controlled by early detection and treatment of new cases. Interruptions in treatment are important, not only for the health of the patient, but because they can encourage multiple-drug resistant forms of the disease. One hundred-thirty people were being treated for tuberculosis in New Orleans before Hurricane Katrina landed. Fourteen were incarcerated. Most[1] were transported (with continued treatment) to other facilities before the hurricane landed. After the hurricane, a nationwide initiative was immediately implemented to locate the other 116 patients

[1] The CDC reported that all tuberculosis patients were evacuated prior to the hurricane, but a teaching physician of infectious disease at Charity Hospital reports four patients with active tuberculosis being cared for during the hurricane (Berggren 2005).



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

and ensure continuity of care. By 13 October 2005, all were located and had resumed treatment if it was indicated (CDC 2006i).

Two evacuees to Colorado sought emergency care for possible tuberculosis (CDC 2006b). The diagnosis was apparently not confirmed (CDC 2006i).

One 2-month-old infant was diagnosed with pertussis after being evacuated from a rooftop in New Orleans. Two other cases of respiratory disease, one streptococcal pharyngitis and one respiratory syncytial virus, were reported by 23 September 2005 (CDC 2005g).

There was widespread reporting of "Katrina cough," a constellation of symptoms thought to be related to dust and mold. A small case control study (n = 201) by the Louisiana Department of Health and Hospitals in early 2006 found that a history of respiratory conditions such as asthma, chronic obstructive pulmonary disorder, or tobacco smoking was a stronger predictor of requiring emergency medical care than exposure to dust or mold (Golden and Ratard 2006). The study did not investigate the effect on requiring non-emergency care.

***Morbidity due to disruption in care during the hurricane.*** As noted above, in Mortality-Lack of access to care, the entire health care system in New Orleans was in tatters. Due to the overwhelming volume of medical need, and sudden lack of basic necessities for nutrition, hygiene, or medical care, healthy people became ill and ill people got sicker or died (Shute 2005a, Shorrock 2006, Shute 2005b). Medical staff in hospitals were overtaxed. One physician noted that the nurses immediately applied a disciplined schedule of 12-hour shifts, rotating staff, while physicians worked around the clock, potentially "compound[ing] the danger with our incoherence" (Berggren 2005). Additionally, a large number of professional staff who normally would be available to identify people in need and provide emergency care were gone or incapacitated: 150-250 police deserted, and over 500 firefighters were displaced (although the latter had a lower desertion rate) (Baum 2006, Longman 2005, Barry and Longman 2005, Hancock 2005).

***Morbidity due to disruption in care or medication after the hurricane.*** As noted under subhead Respiratory Disease above, 116 non-incarcerated people were being treated for tuberculosis in New Orleans before Hurricane Katrina landed. (An additional 14 were incarcerated (CDC 2006i).) Four were in Charity Hospital, which lost power, requiring them to don N95 masks (Berggren 2005). To ensure continuity of care – and to control the spread of tuberculosis and help prevent development of multiple-drug- resistant strains – a "national network of TB control programs" implemented a variety of measures to identify patients (CDC 2006h). By 13 October 2005, all were located and had resumed treatment if indicated. Continuity of care was ensured, in part, by free shipments of replacement medications by a pharmaceutical provider, and by health departments in 14 states assuming responsibility for tuberculosis case management while patients were in their jurisdiction (CDC 2006i). Tuberculosis care, however, was the exception.

Hurricane Katrina, quite simply, sent all components of health care to the winds: health care facilities closed; health care providers dispersed throughout the country; people with serious or chronic medical conditions fled without, or with inadequate, medical supplies; and medical records and proof of insurance, even of identity, were lost. Adding to this confusion, evacuees


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

encountered the fact that each state determines its Medicaid and AIDS Drug Assistance Programs (ADAP) eligibility and coverage, and many of the states receiving large numbers of evacuees had already strained health care systems. Finally, in some cases people did not know their medical history or pharmaceutical needs.

Care for specific medical needs was also disrupted. All the major HIV/AIDS care providers were significantly damaged and closed for "several weeks" (Wockner 2006). MCLNO, in partnership with LSU School of Medicine, ran the HIV Outpatient Program (HOP). The HOP Clinic was the "primary provider of HIV/AIDS care" in New Orleans, with 3,300 patients in 2005 (Kaiser Family Foundation 2006a). As of 13 April 2006, the HOP Clinic, at a temporary location, had seen only 850 patients. Community-based NO/AIDS Task Force resumed services in mid-March, having lost a third of its staff (Wockner 2006).

Diabetes requires daily care; supplies of insulin and other medication, which requires a supply of clean syringes; glucose monitoring; and careful attention to comorbidities. (Handling of the waste, particularly syringes, also presents health risks.) Vigilance regarding nutritional intake protects diabetics against hypoglycemia and hyperglycemia. The latter would put the diabetic at risk of conditions such as skin infections, a particular concern for those exposed to floodwaters. Many evacuees experienced periods of no or inadequate food during the week after the hurricane. As a result, "[w]hile statistics for the prevalence of these problems are currently unavailable, [there are] anecdotes about the high frequency and severity of both [hypo- and hyperglycemia], which may have resulted in some deaths" (Cefalu et al. 2006).

Many diabetics' dialysis treatment was interrupted, a particularly dangerous situation as diabetes can lead to heart disease, blindness, kidney damage, and lower-limb amputation due to circulatory problems. Some nursing home patients were evacuated to a local hotel, then transferred days later to a local hospital dialysis center. Anecdotal reports describe people rowing, wading, and being wheeled to treatment facilities as their serum potassium levels peaked. As of mid-October, as many as half the New Orleans dialysis patients were not located and their treatment status was unknown. Other conditions, such as seizure disorder and cardiac disease, also require constant care (Greenough and Kirsch 2005, Spake 2005, Frohlich 2005, Cohen 2005).

Some people were scheduled for surgery, which had to be postponed. For some, the loss of medical records forced them to repeat costly, time-consuming testing before being able to get surgery elsewhere (Glanton 2006, Murphy 2006).

While pregnancy is not a critical condition, the extreme stress related to evacuation could have contributed to premature birth (Montero 2006).

Health care facilities closed.

Most hospitals in New Orleans were crippled or destroyed. The two large state hospitals in New Orleans were destroyed, and were shut down after Hurricane Katrina (Kalb and Murr 2005). The Medical Center of Louisiana at New Orleans (MCLNO), which included Charity and University Hospitals, was central to providing care to the most needy: 51 percent of Charity's patients were uninsured and another 32 percent were covered by Medicaid.(Kaiser Family Foundation 2006c) This was possible in part because these hospitals trained health care



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.