On 30 September 2005, the CDC reported there were no confirmed cases of *Shigella* dysentery, typhoid fever, or infection by toxigenic V. cholerae O1, which in developing countries causes cholera, a severe diarrheal illness. In the United States, cholera is usually due to the consumption of contaminated shellfish, not contaminated water (CDC 2006g, Dewan and Goodnough 2005).

Two cases of toxigenic *Vibrio cholerae* O1 infection were identified in a Louisiana couple; the cases were attributed to consumption of undercooked or contaminated seafood apparently due to disruptions caused by Hurricane Rita, not Hurricane Katrina (CDC 2005i, Dewan and Goodnough 2005).

Among hurricane evacuees from the New Orleans area, a cluster of infections with methicillin-resistant *staphylococcus aureus* (MRSA) was reported in approximately 30 pediatric and adult patients at an evacuee facility in Dallas, TX. In addition, 24 cases of Vibrio-related wound infections were reported, with six deaths (CDC 2006d, Dewan and Goodnough 2005). CDC also received reports of tinea corporis and folliculitis, skin lesions with infectious etiology.

***Heavy metal contamination of floodwaters.*** Preliminary results of the EPA/LDEQ study, particularly regarding elevated lead levels in the floodwaters, were widely reported. Community members became concerned about exposure to lead, which can result in severe neurological damage. In addition, seven major oil spills[1] were reported and the media were aware that hazardous chemicals could be leaking into floodwaters from thousands of sources, including cars, homes, and businesses (Loftis 2006, Loftis 2005, Chan and Revkin 2005, Dewan and Goodnough 2005).

Pardue et al. also found that lead, arsenic, and, in some instances, chromium approached and sometimes exceeded drinking water standards. Lakeview surface samples for lead had a mean of 3.2 μg/L, SD=1.4, less than EPA action level of 15 μg/L. In contrast, Mid-City surface samples for lead had a mean of 28, SD=31, which exceeds the action level. However, the Mid-City mean is being driven by a single test result of 111 μg/L, while the remaining 8 of 9 samples had lead levels of 26 μg/L or less (Pardue et al. 2005).

The NRDC study found extremely elevated arsenic levels in the sediment, as much as 30 times EPA safety limits. Louisiana environmental officials stress that the state has naturally elevated arsenic levels, so the flooding is not necessarily to blame (Manuel 2006).

The primary source of lead exposure for most children under normal circumstances is ingestion of deteriorating lead-based paint, lead-contaminated dust, or lead-contaminated soil. EPA estimates that 10 to 20 percent of human exposure to lead may come from lead in drinking water. Infants who consume mostly mixed formula can receive 40 to 60 percent of their exposure to lead from drinking water. Dermal absorption of inorganic lead compounds is generally considered to be much less than absorption by inhalation or oral routes of exposure; however, few studies have provided quantitative estimates of dermal absorption of inorganic lead in humans, and the quantitative significance of the dermal absorption pathway as a contributor to lead body burden in humans remains an uncertainty. The Agency for Toxic Substances and Diseases

---

[1] These spills, combined with at least 4 medium and 134 minor spills, totaled 8 million gallons of oil (Manuel 2006, Kent 2005).



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Registry has not established a minimal risk level for lead, nor has EPA developed a reference concentration. EPA has decided it would be inappropriate to develop a reference dose for lead because some of the health effects associated with exposure to lead occur at blood lead levels so low as to be essentially without a threshold (ATSDR 2005, Dewan and Goodnough 2005).

Pardue et al. (2005) conclude that what distinguished Hurricane Katrina floodwater was its large volume and the extent of human exposure to toxic pollutants, rather than the elevated concentrations of the pollutants themselves. The extent of exposure was due in large part to the topography of New Orleans, which caused the standing water to remain, instead of draining away as it did in other urban areas (Pardue et al. 2005). The absence of highly concentrated toxic pollutants was explained by dilution from the large volume of water, the absence of chemical plants or refineries in the area sampled, low supplies of gasoline due to the evacuation, and chemically stable (buffered) water that resisted drops in pH, which could otherwise have leached more metals.

It is possible that, had the flooding been less extensive and provided less dilution of microbial and chemical contaminants, the resulting concentrations could have been substantially higher, resulting in additional/more-severe illness and injury.

***Vector-borne disease.*** Mosquitoes presented the most significant potential risk of vector borne disease. The disease risk is quite low in the developed world, and previous experience has shown that, as after Hurricane Andrew in 1992, increased numbers of mosquitoes does not necessarily lead to an increase in disease (Bourque et al. 2006c, Dewan and Goodnough 2005). However, the enormous stagnant floodwaters left in the wake of Hurricane Katrina provided extensive breeding grounds for mosquitoes and raised concerns regarding West Nile virus (WNV) and viral encephalitis (Erickson 2005, Peres and Janega 2005).

Most people (about 4 out of 5) who are infected with West Nile virus will not develop any type of illness (an asymptomatic infection). It is estimated that about 20 percent of people who become infected with WNV will develop West Nile fever. Symptoms include fever, headache, tiredness, and body aches, occasionally with a skin rash (on the trunk of the body) and swollen lymph glands. While the illness can be as short as a few days, even healthy people have reported being sick for several weeks. The symptoms of severe disease (also called neuroinvasive disease, such as West Nile encephalitis or meningitis or West Nile poliomyelitis) include headache, high fever, neck stiffness, stupor, disorientation, coma, tremors, convulsions, muscle weakness, and paralysis. It is estimated that approximately 1 in 150 persons infected with the West Nile virus will develop a more severe form of disease. Serious illness can occur in people of any age, but the people at highest risk are those over age 50 and some immunocompromised persons (for example, transplant patients) (Dewan and Goodnough 2005, CDC 2004).

One mosquito-district in Louisiana reported that the number of trapped mosquitoes had increased 800 percent over pre-hurricane levels (Erickson 2005). However, other researchers observed minimal activity at sampling sites in New Orleans (Presley et al. 2006). In either case, people appeared to be at additional risk because they were spending extended time outdoors (e.g., relief and remediation operations), and even when they were inside, broken windows and screens did not keep mosquitoes from entering (Cowan 2006, Sullivan 2005b).



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

A key factor in disease transmission appeared to be missing. The key vertebrate hosts, birds, which are required to transmit and maintain the viral reservoir, were almost non-existent in these areas, perhaps driven from the area or killed by Hurricane Katrina (Sullivan 2005b, Erickson 2005). In addition, four traps operating overnight captured 47 mosquitoes, comprising 34 Aedes spp., 6 Culex spp., and 7 unidentifiable specimens; all the mosquitoes tested negative for the presence of West Nile virus and SLE (Presley et al. 2006). In the end, very little mosquito-borne illness was reported (CDC 2005g, Dewan and Goodnough 2005, Bourque et al. 2006c, Wilson 2006).

#### 7.3.1.2.2.2. Mold

Mold is a type of fungus, an organism that reproduces by creating spores that travel through the air. Spores typically range from 2 to 10 micrometers, and can settle in the upper and lower respiratory tracts. While the process of inhaling and absorbing fungal-spores is poorly understood, it is clear that cleaning mold carries particular risks, as it can aerosolize the mold, dispersing respirable spores. Molds produce characteristic volatile organic compounds that can indicate exposure (CDC 2005e).

While mold has no established exposure limits, the key findings of a recent report from The Institute of Medicine (IOM) are:

Mold presents a risk of opportunistic fungal infection in immunocompromised persons.

There is sufficient evidence of an association between damp indoor spaces and upper respiratory symptoms, such as nasal congestion and throat irritation, and lower respiratory symptoms, such as cough, wheeze, and exacerbation of asthma (Institute of Medicine 2004).

There are no established health-based indoor exposure limits for the compounds resulting from mold, such as airborne endotoxins. However, measured indoor endotoxin levels in five homes were comparable to those of certain industrial settings in which declines in pulmonary function have been demonstrated. The CDC determined that "the findings of this assessment indicated that mold growth inside homes was likely at or above a level sometimes reported to be associated with certain health effects (e.g., cough; airway hyper-reactivity; influenza-like symptoms; ear, nose, and throat irritation; decreased lung function; and skin rash)" (Ratard et al. 2006).

Large sections of New Orleans were flooded for weeks, resulting in extensive mold growth in buildings. The CDC assessed the extent of mold growth in a sample (N = 112) of households in the area (Orleans, Jefferson, Plaquemines, and St. Bernard Parishes), and collected indoor (N – 20) and outdoor (N – 11) air samples. Air samples were analyzed for culturable fungi-b-D-glucan (a cell-wall component of many fungi) and endotoxin (a cell-wall component of gram negative bacteria). In addition, a questionnaire was administered to remediation workers and residents (not necessarily those of the 112 inspected homes) regarding demographics, home occupancy, and remediation activities (N = 235 or 70.1 percent participation rate) (Ratard et al. 2006).

Almost half the homes had "visible mold growth" and 17 percent had heavy mold coverage, defined as ">50 percent coverage on [the] interior wall of most-affected room." Indoor and



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

outdoor air sampling indicated that *Aspergillus* spp. and *Penicillium* spp. were the predominant populations (Ratard et al. 2006). Geometric mean glucan levels were 1.6 μg/m$^3$ inside homes and 0.9 μg/m$^3$ outside. Geometric mean endotoxin levels were 23.3 EU/m$^3$ (endotoxin units per cubic meter) inside and 10.5 EU/ m$^3$ outside. The authors reported that differences between inside and outside mold concentrations were not statistically significant, but no information is provided on the statistics for this small sample size (Ratard et al. 2006).

Hospitals in the area have reported seeing an increased number of patients with allergy and cold symptoms, and doctors have suggested that allergy to the mold and dust circulating in New Orleans is making residents susceptible to respiratory illness (Wilson 2006). A nagging cough going around town has been nicknamed "Katrina cough"; this is believed to be caused by high levels of dust in the air—particles from construction debris and dried mud, coupled with high spore counts from fungi, and mites that feed on fungal spores (Bennett 2006). This a particular concern for workers removing debris (Wilson 2006).

The CDC survey results could underestimate the potential effect of mold, as only homes that were occupied were included in the study; more-damaged or longer-flooded homes could have even greater coverage of mold (Ratard et al. 2006). Furthermore, the interviews with residents and remediation workers during 18-23 October indicated low levels of correct use or even appropriate respirators (31 percent of residents, and 35 percent of workers who had already cleaned up mold), in spite of high levels of belief that mold can make people sick (92 percent of residents and 95 percent of workers) (Ratard et al. 2006). In addition, many of the evacuees were from sensitive subpopulations such as the elderly, infirm, and immune- compromised, all of whom may be more sensitive to mold exposures. (Dewan 2006c)

Overall, limited data indicate that indoor and outdoor environmental conditions in post-Hurricane Katrina New Orleans almost certainly led to exposure to airborne mold, and may have people put at risk for the health effects identified by the IOM report. In addition, lax or inappropriate use of personal protective equipment may have undermined efforts to reduce these exposures. Mold is likely to be an ongoing problem. An estimated 30 million cubic yards maybe need to be removed from New Orleans and managed. The material will likely contain mold and hazardous materials (e.g., asbestos and lead paint) and will require appropriate safety precautions by remediation workers (CDC 2005a).

### 7.3.1.2.2.3. Heavy metals in sediments and seafood

Hurricane Katrina has the potential to cause environmental health risk over the long term. Two major potential concerns have been identified, in light of New Orleans' particular architecture and geography—it consists of wetlands and is below sea level—and in light of experience with hurricanes in general, and the extent of flooding after the hurricane. They are:

- Exposure to elevated concentrations of heavy metals in soil and sediment deposited by receding floodwaters.
- Consumption of seafood that may have significant mercury and heavy metal accumulation from these sediments.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

As described above, the primary sources of lead exposure for most children are deteriorating lead-based paint, lead-contaminated dust, and lead-contaminated soil. Children are more vulnerable to lead poisoning than adults. A child who swallows large amounts of lead may develop blood anemia, severe stomachache, muscle weakness, and brain damage. If a child swallows smaller amounts of lead, much less severe effects on blood and brain function may occur. But even at much lower levels of exposure, lead can affect a child's mental and physical growth (ATSDR 2005).

To assess immediate and long-term public health implications, a research team collected soil and sediment samples during 16-18 September 2005 in the City of New Orleans and in Orleans and St. Charles Parishes. The authors found that concentrations of aldrin, arsenic, lead, and seven semivolatile organic compounds in sediments/soils exceeded one or more USEPA thresholds for human health soil screening levels (Presley et al. 2006). The authors comment that while the lead concentrations in post-Hurricane Katrina samples are not the highest reported for urban New Orleans, they still might pose a significant health risk, particularly to children returning to highly contaminated areas. Given that a number of compounds exceeded screening values, the authors concluded that planning and execution of cleanup and rebuilding operations must include steps to protect construction workers, waste handlers, and residents. Schoolyards and athletic fields are of particular concern (Lubell 2005).

A large oil spill from the Murphy Oil Refinery also raised questions about health risk to people returning to residences in or near the spill zone. Storm surge from Hurricane Katrina lifted and dislodged a 250,000-barrel aboveground storage tank at the Meraux Murphy Oil Refinery. At the time the tank reportedly contained 65,000 barrels of mixed crude oil, and approximately 25,110 barrels (1,050,000 gallons) was released. Visual inspection indicated the oil release impacted approximately 1,800 homes and an undetermined number of other structures in a 1-square-mile area, as well as several adjacent canals (Dewan and Goodnough 2005, Zarus and Fowler 2005).

A few weeks later, after floodwaters had receded from St. Bernard Parish, soil samples in a church yard, school yard, and other areas revealed high levels of arsenic, cadmium, chromium, and various benzene compounds, according to activists. This raised concerns about contamination from, for example, young children putting their dirty hands into their mouths.

The Agency for Toxic Substances and Diseases Registry subsequently reviewed the results of sediment/soil sampling conducted at more than 800 properties. The conclusions of that analysis were that concentrations of oil-related chemicals in sediment and soil samples from most properties were below ATSDR comparison values and LDEQ RECAP standards for petroleum products. Short-term or long-term exposures to such sediments do not pose a public health hazard. The report also concluded that concentrations of petroleum products in sediment and soil samples from some properties exceeded LDEQ RECAP standards and that these properties should be remediated prior to re-occupancy (Zarus and Fowler 2005).

In December 2005, EPA reported on results of environmental sampling of air, soil, water, and seafood in New Orleans independent of site-specific activities at industrial locations such as the Murphy oil spill (Zarus and Fowler 2005). Some of EPA's summary findings were:


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Ambient air quality samples appear to be typical for this region of the state, and pollutants are below any levels of health concern. The VOC samples and TAGA data showed some elevated reading of pollutants immediately after the storm. However, subsequent sampling has shown that the levels of pollutants have returned to pre-hurricane levels. A review of PM 2.5 (fine particulate) data shows concentrations below levels of concern. All concentrations of the toxic air pollutants are below the EPA one-year screening levels and below the Louisiana ambient air standards.

In general, the sediments located in areas flooded by the hurricanes in Orleans, St. Bernard, and Plaquemines Parishes are not expected to cause adverse health effects, provided people use common sense and good personal hygiene and safety practices. The levels of fecal coliform bacteria and TPH in the sediments were initially elevated, but they are expected to decrease naturally over time.

As expected in an old, densely populated urban area, a variety of chemicals were detected in the sediments. In general, other VOCs, SVOCs, pesticides, and metals were at levels that would not be expected to result in adverse health effects. However, in areas where sediment samples contained contaminant levels exceeding LDEQ and EPA criteria, further investigation is underway to adequately characterize the nature and extent of contamination.

As sediments dry out, the fecal coliform bacteria cannot be expected to survive, and the hazard represented by the bacteria will decrease. The elevated levels of TPH are likely attributable to urban background TPH levels associated with surface runoff from roadways in combination with releases of petroleum products from vehicles submerged under floodwaters. In some localized areas, elevated TPH levels may be attributable to known releases of petroleum products.

While the detected levels of contaminants may not pose an unacceptable health risk for most people, some individuals may be bothered by dust raised by disturbances of the sediment. It is therefore recommended that efforts be made to minimize contact and take measures to minimize dust (reestablish lawn, rinse off sidewalks and driveways, etc).

Exposure to the majority of residual sediment contaminants is expected to decrease over time due to growth of vegetation and the degradation and dispersion of these chemicals from natural processes in the environment.

As of 9 December 2005, the data show no reason for concern about consuming seafood from the Gulf region due to the hurricanes. The samples were analyzed for chemical and micro-biological contaminants that the hurricanes could have introduced. The extensive seafood tissue sampling occurred in an area from the estuaries of New Orleans to Gulf Shores, AL. The sampled areas included Lake Pontchartrain, Mississippi Sound, and Mobile Bay, as well as the offshore areas of the northern Gulf of Mexico. While many oyster harvest areas have been tested and reopened, others remain closed until routine sampling by existing state-regulated Molluscan Shellfish Programs determines that oyster harvesting can resume. Current data from analyses of fish and other shellfish from these areas show no reason for concern.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

EPA has continued to conduct analyses since the release of the data sampling results in December 2005. More recent resampling and evaluation in February 2006 led to the following conclusions (EPA 2006).

The results from the composite samples collected in February 2006 support the conclusions of the 6 December 2005 summary assessment that the sediments in most of the areas flooded by the hurricanes are not expected to cause adverse health impacts. The concentrations of arsenic detected in samples collected in Fall 2005 were not found to be representative of the average concentration of arsenic in the areas around the original sample locations. Similarly, the concentrations of benzo(a)pyrene at most of the Fall 2005 sample locations were not found to be representative of the benzo(a)pyrene concentrations in the areas around the original locations.

Elevated concentrations of lead were detected in composite samples collected during February 2006 at several locations in older residential areas of New Orleans. However, the elevated levels of lead found in the February 2006 samples are consistent with pre-hurricane conditions. Studies conducted in New Orleans prior to Hurricane Katrina showed both elevated levels of lead and a similar distribution of lead in the soil.

#### 7.3.1.2.2.4. Other potential environmental causes of morbidity and mortality

Other potential environmental causes of morbidity and mortality that have not been clearly established in the literature to be caused by Hurricane Katrina are:

Smoke from fires and debris. Natural disasters such as hurricanes and floods can leave a lot of debris, some of which may be burned during cleanup. Smoke from these outdoor fires is unhealthy to breathe and may cause cough, shortness of breath or tightness in the chest, and stinging of the eyes, nose, or throat (CDC 2005b).

Natural gas leaks. These are a potential source of poisoning and fires (CDC 2005a).

Accidents. Post-hurricane clean-up has been associated with numerous accidents involving chainsaws, electrocution, and fires (Bourque et al. 2006c, Dewan and Goodnough 2005).

Animal and insect hazards. An increased prevalence of dog and insect bites has been reported in prior hurricanes, and was observed to some degree in Hurricane Katrina relief workers (Bourque et al. 2006c). Wild animals – especially snakes and rodents fleeing rising floodwaters – may come into closer contact with humans.

Industrial fires/chemical emergencies. These were a potential risk given the number of oil refineries in the gulf coast area. EPA's environmental surveillance aircraft were used to assess spills and chemical releases. On 3 September, the aircraft surveyed the smoke plume of a large fire in the New Orleans warehouse district. The survey did not reveal any contaminants of undue concern in the smoke (EPA 2005a).

Residential/commercial fires. Fires did not appear to be a significant problem, but the lack of running water for fire suppression suggests that they had that potential.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

### 7.3.1.3. Mental Health Exposures and Outcomes

In this section, we summarize what is known to date about traumatic exposures resulting from Hurricane Katrina and mental health outcomes associated with those exposures. As used by mental health practitioners, the term trauma describes "a wide range of intensely stressful experiences that involve exposure to levels of danger and fear that exceed normal capacity to cope" (Fairbank et al. 2001). The brain's response to cues that suggest imminent loss of control is believed to be responsible for the structural and functional changes (in the hypothalamic-pituitary-adrenal [HPA] axis and in multiple neurotransmitter systems) that produce the symptoms of posttraumatic stress disorder (PTSD) in a subset of those who have been exposed (Bremner et al. 1999).

The basic epidemiology of exposure to a wide variety of potentially traumatic events (PTEs) – including such diverse events as natural disasters (e.g., hurricanes, floods, earthquakes, fires), serious accidents (e.g., industrial, auto), physical or sexual assault, combat--has been well documented in recent decades. Findings from this body of research suggest that, even in the U.S., the majority of people will be exposed to at least one PTE in their lifetime, and many to more than one (Kessler et al. 1994). Further, across a wide range of PTEs, most of those exposed do not have any clinically significant mental health sequelae, and the likelihood of such sequelae is closely related to the details of an individual's specific exposure (Green 1993). Additionally, "human made" events (i.e., purposeful, or intentional, violence) have been shown to be more malignant in this regard than natural disasters (Norris et al. 2001b). Also, although most people exposed to a PTE experience some distress – e.g., feelings such as fear, anger, uncertainty, and sorrow – the clinically significant reactions that occur typically include PTSD and its frequent comorbidities: depression and substance use disorders.

**7.3.1.3.1. Mental Health Outcomes: Posttraumatic Stress Disorder and Other Clinically Significant Consequences of Disaster Exposure.** The Posttraumatic Stress Disorder syndrome describes the most common human response following exposure to life-threatening experiences. Posttraumatic Stress Disorder is a specific psychiatric disorder whose official definition in the U.S. is provided by the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders* (DSM-IV) (Norris et al. 2001a). The current definition of PTSD comprises five major criteria that include both exposure to a PTE and the presence of a specific constellation of symptoms that was not present before the exposure. Specifically, the formal definition requires:

- Exposure to an event that involves high potential of serious harm or death, combined with peritraumatic experience of specific emotional responses, including intense fear, helplessness, or horror.
- Involuntary reexperiencing of the PTE, via distressing dreams about it, distressing intrusive recollections of it while awake, or flashbacks (perceived reliving) of it.
- Active avoidance of reminders of the PTE, and emotional numbing (attempts not to feel anything).
- Symptoms of hyperarousal, such as sleep disturbance and exaggerated startle response.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

- The symptoms must have been present for at least one month and have caused significant distress or impaired functioning.

Several excellent summaries of the current knowledge about the epidemiology, etiology, and treatment of PTSD are available (Schnurr and Friedman 2001, Fairbank et al. 2001, Yehuda 2002). Community epidemiologic studies indicate that about 8 percent of the U.S. population has had Posttraumatic Stress Disorder at some time in their life, and more than 10 percent of men and 6 percent of women report having been exposed to four or more PTEs in their lifetime (Kessler et al. 1994). Fortunately, there are a number of treatments available today whose efficacy for Posttraumatic Stress Disorder has been demonstrated empirically. These include a variety of psychotherapeutic approaches, and two pharmacologic agents (sertraline [Zoloft] and paroxetine [Paxil]) have recently been approved by FDA for the treatment of Posttraumatic Stress Disorder. Additionally, two sets of practice guidelines for clinicians have recently been published (Foa et al. 2000, Foa et al. 1999).

A second clinically significant mental health outcome associated with exposure to Potentially Traumatic Events is depression. Major depressive disorder is a specific psychiatric disorder characterized by a constellation of affective (dysphoric mood, anhedonia), cognitive (trouble concentrating, indecisiveness), somatic (fatigue, disturbed appetite, and sleep), and behavioral (irritability, feelings of guilt or worthlessness) symptoms, with associated functional impairment.

Community epidemiologic studies indicate that the lifetime prevalence of major depressive disorder (MDD) is 16.2 percent and the 12-month prevalence 6.6 percent (Kessler et al. 2003). Additionally, it is estimated that depression costs U.S. employers $44 billion per year in lost productive time, which represents $31 billion more than the lost productive time of their non-depressed coworkers (Steward et al. 2003). Further, epidemiologic and clinical studies document that depression is typically a chronic condition. Among individuals who have an initial major depressive episode, 80 percent will have at least one more episode in their lifetime, with 25 percent having six or more episodes total (Angst 1995, Judd et al. 1996). The average number of major depressive episodes experienced over their lifetime among people with MDD is about four (Angst 1995). The comorbidity of depression and PTSD is thought to result in part from the many losses that people exposed to large-scale disasters typically experience (e.g., death of loved ones, loss of home and/or job, loss of social support).

The third primary outcome associated with exposure to disasters and other trauma is substance use disorders, particularly alcohol abuse. Community epidemiologic studies indicate that more than half of men and more than one-quarter of women who have had PTSD have lifetime histories of drug or alcohol abuse, or both (Kessler et al. 1994). One hypothesized mechanism for the relationship between PTSD and substance use is the self-medication hypothesis, i.e., that people with PTSD use alcohol and drugs to reduce the impact of their intrusive symptoms (i.e., their recurrent, distressing thoughts and dreams about the traumatic event).

**7.3.1.3.2. Evidence Concerning Prevalence of Specific Mental Health-Related Exposures.** The literature that describes the details of specific exposures from Hurricane Katrina – i.e., what was your exposure to specific aspects of the storm? – is currently very limited. In broad strokes, however, the answer to this question is obvious. Those who remained in New Orleans and the surrounding area were exposed to very high winds, torrential


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

rains, and an unusually high storm surge. In addition to the usual problems of blowing debris, trees falling on houses, and power lines downed and arcing, the confluence of these three factors also caused breaches in protective levees that produced widespread, rapid-onset flooding. Given these storm characteristics, it is clear that those who remained in New Orleans had a very high likelihood of exposure to levels of danger and fear consistent with the current use of the term trauma. In addition, given the death toll attributed to the storm and the large number of people who were classified as missing, many New Orleans residents were exposed to the death or missing status of one or more family members or close friends who died or were missing following the storm.

Although the grey literature provides many anecdotes about storm-related experiences, there is little systematic information available that describes exposure to psychological trauma. We were able to identify only three reports of systematically collected information that was even marginally relevant in either the scientific or grey literature. One of these was a telephone survey conducted by the Gallup Organization for CNN, USA Today, and the American Red Cross. The survey was conducted between 30 September and 9 October 2005, and consisted of telephone interviews with a "random sample from all individuals who contacted the Red Cross since Hurricane Katrina" (n = 1,510). The fact that the sample includes both people who evacuated and those who did not is an important strength of this survey, but the fact that it contains people from the whole geographic region affected by the storm is a weakness with respect to the objectives of this review.

To enhance its information value for this review, we obtained a public use file of the survey responses from the Roper Center for Public Opinion Research, an archive for public opinion research located at the University of Connecticut. Because the survey is an opinion poll, the psychometric properties of its items are unknown, and because the focus is primarily on survivors' reactions to the storm, the assessment of exposures is less precise than we would have liked.

Given those caveats, some findings are informative with respect to exposure. Just over half of survey respondents reported having feared for their lives during the storm. In addition, about 7 percent reported being injured or hurt during the storm, and 8 percent reported having been a victim of a crime during or immediately after the storm. Also, half reported being separated from family members for at least one day, more than 70 percent reported being worried about elderly family members, and about 20 percent reported losing a pet. Further, about one-quarter of respondents reported having spent at least one night in a shelter during or after the storm.

A second source was a telephone survey conducted by and reported in the *New York Times* during the period 16 February through 3 March 2006 (Boo 2005). Although this survey focused largely on what had happened to evacuees *since* the storm, it also documented some exposure details. The sample was selected at random from a list of more than 160,000 Hurricane Katrina evacuees (and therefore includes evacuees from all affected areas, not just New Orleans). Responses from the 337 participants indicated that African-American evacuees were more likely than whites to report that: their former homes had been destroyed; a close friend or relative had died in the storm; and that they had been separated from family members by the storm. These kinds of exposures have been found to be associated with higher levels of PTSD and depressive symptomatology in empirical studies of other large-scale disasters.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.