Additionally, two-thirds of respondents in the *Times* survey reported that their former residence had been rendered unlivable by the storm. About 40 percent indicated an intention to return to their former residences, with those aged 40 and over most likely to be planning to return, and those aged 20 to 39 most likely to indicate that they did not plan to return (most out of fear of another hurricane/flood disaster).

The third source of more systematic exposure information comes from reports by survey teams sent by CDC to Jefferson Parish and Orleans Parish, which were among the first areas to reopen after the storm, during the week of 17-22 October 2005 (CDC 2006a). The purpose of the survey was to find out about conditions in those areas. The sample was housing-unit based, and was drawn in 45 randomly generated Census blocks in the two parishes. Among respondents in New Orleans Parish, which comprises the city of New Orleans, 46 percent described their homes as having "very much damage," and 52 percent rated their homes as being "not safe." In addition, 60 percent indicated that at least one person in the household had a pre-existing chronic illness, and 41 percent reported a new illness since the hurricane. More than two-thirds of Orleans Parish residents reported no electricity, no gas, no telephone service and no garbage removal, and more that half reported no running water and no working toilet. One-third reported problems obtaining medical care.

Beyond the severity of the storm and flooding, however, extrapolation from studies of prior disasters suggests that two aspects of Hurricane Katrina will influence the mental health and other psychosocial outcomes over the long term. The first is the monumental infrastructure damage inflicted over a very large area. This suggests that many people have very substantial property and other losses, and these losses have been shown repeatedly to be correlates of poorer psychosocial outcomes. Hobfoll has conceptualized these kinds of losses in a comprehensive theory of the role of diverse resources (e.g., financial, emotional, social, intellectual) in determining psychosocial adjustment (Hobfoll and Lilly 1993).

The second factor that can be expected to influence the mental health of Hurricane Katrina survivors over the long term is the massive relocation of the affected population, and the wide spread of that relocation. Both of these aspects predict poorer psychosocial outcomes for the evacuees, particularly the children.

Additionally, it is important to note that the infrastructure damage and massive relocation of Hurricane Katrina victims are major barriers to the development of an empirical database about the psychosocial impact of Hurricane Katrina. As an example, in the 12 months following the September 11 terrorist attacks, findings from four major community epidemiologic studies of their mental health impact were published in top-tier journals (Silver et al. 2002, Schuster et al. 2001, Galea et al. 2002, Schlenger et al. 2002). Among the most important reasons why this was possible was the relatively limited and circumscribed impact – in terms of the residents of New York and Washington, DC – which the attacks had. All four studies were based on interviews conducted via telephone or the internet. Given the widespread infrastructure damage and relocation of Hurricane Katrina survivors, rapid-response empirical research was feasible after September 11 in ways that it was not in response to Hurricane Katrina.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

### 7.3.1.3.3. Evidence Concerning Mental Health Outcomes

**Posttraumatic Stress Disorder (PTSD).** As with exposure, we found very little scientific literature that provided empirical findings about the psychosocial impact of Hurricane Katrina. The only systematic, empirical study we found was an *MMWR* report that described screening results from the area probability sample study conducted by CDC in Orleans and Jefferson Parishes (CDC 2006a). Participants in the study were screened for mental health service needs with the Short Post-Traumatic Stress Disorder Rating Interview (SPRINT), a brief screener with documented relationship to mental health service utilization in clinical and community samples. Based on the SPRINT screen, 35 percent of respondents had screening scores suggesting high need for mental health services, and another 50 percent had scores suggesting possible need. These are very high proportions, suggesting a substantial need for mental health treatment and case management.

Some preliminary findings from studies of Hurricane Katrina's psychological impact have begun to be reported in the news media, however. Most have focused on the impact of the storm and its destruction on children. For example, one report described a 3-year-old who screams and cries as her grandmother fills the bathtub (Callimachi 2006). The child was at home with her family when the storm surge destroyed the house, and she was swept out of the house under-water. Although she was fortunate to have been saved by an alert neighbor, her fear of water is clear. The report went on to note that of the first 1,000 children evaluated at the LSU Health Sciences Center following the storm, 27 percent displayed symptoms of PTSD. Additionally, it noted that a study conducted by Columbia University's Mailman School of Public Health found that children who lived through Hurricane Katrina were more than twice as likely as a com-parison group of urban children assessed in 2003 to develop conduct problems, depression, and anxiety.

Although not providing new empirical information about the mental health consequences of Hurricane Katrina, Borque and her colleagues(Green et al. 1990) reviewed the hurricane literature and used the findings to forecast Hurricane Katrina impacts. Interestingly, they conceptualize Hurricane Katrina as not just a natural disaster, but a natural disaster confounded with human-initiated technological disasters, referring to the slow governmental response to the storm and the wide dispersion of evacuees. They note that the poverty levels among evacuees, the disruption of support systems that evacuation has exacerbated, and the multiple resource losses that many evacuees experienced suggest that Hurricane Katrina will have a strong and long-lasting effect on many evacuees.

The existing literature includes studies of prior hurricanes and floods that are informative. The best studied flood is the Buffalo Creek dam collapse in 1972 (Gleser et al. 1981, Bourque et al. 2006d). An extended period of heavy rain in a strip mining area of West Virginia resulted in the collapse of a mining company-created dam in Buffalo Creek, which unleashed a 15 to 20-foot wall of water through a narrow valley with no advance warning to residents downstream from the dam. In the course of the next hour, more than 132 million gallons of water rushed through 17 miles of Buffalo Creek hollow and emptied into the Guyandotte River. In its wake, the flood left behind 125 deaths, more than 1,100 injuries, and more than 4,000 people homeless due to 546 houses demolished and 943 damaged. Gleser and her colleagues assessed the mental health status of survivors two years after the flood and found two thirds of the adults and one



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

third of the children to be moderately or severely impaired (Gleser et al. 1981). The PTSD syndrome was not yet recognized at the time of the study, but a retrospective estimate of the probable PTSD rate two years post flood was 44 percent for adults and 32 percent for children, and a follow-up assessment more than a decade later found a 25 percent PTSD prevalence for adults (Bourque et al. 2006d). This carefully conducted longitudinal study provides strong evidence of the lasting effects that floods can produce.

From the broader perspective, Norris and her colleagues reviewed two decades (1981-2001) of published literature on disasters and mental health outcomes (Norris et al. 2002b, Norris et al. 2002a). They reviewed about 250 articles, chapters, and books, which included 160 distinct samples of disaster victims with more than 60,000 research participants. The identified literature included 15 studies of floods and 25 studies of hurricanes (most of which focused on either Hurricane Hugo or Hurricane Andrew).

Based on the review, they found that natural disasters as a class were less traumatogenic than disasters involving mass violence (Norris et al. 2002a). Longitudinal studies of the aftermath of disasters typically document a decrease over time in PTSD and related symptomatology in the post-exposure period, and symptom levels in the early post-exposure period are typically good predictors of later symptomatology (Norris et al. 2002a). Intensity of exposure to the disaster is typically the strongest correlate of post-exposure symptomatology, but multiple studies document that the following factors are also consistently associated with post-disaster mental health outcomes:

- gender (females more symptomatic following exposure)
- age (younger people more symptomatic)
- prior trauma exposure (more symptomatic)
- pre-exposure psychiatric disorder (more symptomatic)
- socioeconomic status (lower more symptomatic)
- social support in the post-exposure period (lower more symptomatic)
- resource losses (those with more losses more symptomatic) (Norris et al. 2002a)

In thinking about the implications of the review findings, Norris et al. concluded that early intervention is necessary following disasters, "especially when the disaster is associated with extreme and widespread damage to property, ongoing financial problems for the stricken community, violence that resulted from human intent, and a high prevalence of trauma in the form of injuries, threat to life, and loss of life" (p. 260). Most of these characteristics pertain to Hurricane Katrina. In addition, Norris et al. noted that "family context is central to understanding and meeting those needs," and that "Altogether, the research demands that we think ecologically and design and test societal- and community-level interventions for the population at large and conserve scarce clinical resources for those most in need" (Norris et al. 2002b, p. 260).

Among the most important lessons of the past two decades of epidemiologic research on the psychological aftermath of large-scale PTEs is that although very high proportions of the exposed population may experience distress of various kinds (e.g., fear, anger, uncertainty,


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

sorrow) at the time of and/or in the wake of the exposure, most of this distress proves to be both self-limiting and not clinically significant. For a subset of the exposed, however, the distress will be clinically significant, and will typically take the form of PTSD. Even among this subset, though, epidemiologic evidence suggests that for many, their clinically significant reaction will also prove to be self-limiting. The net result is that although typically the vast majority of those exposed to large-scale PTEs are distressed in some way by the exposure, the subset that ultimately develops a long-term, clinically significant reaction is likely to be a relatively small proportion of all of those who were exposed.

Because of the large numbers of people exposed inherent in large-scale Potentially Traumatic Events, however, even a small proportion of clinical cases among those exposed can mean an epidemic. As a specific example, Schlenger et al. (2002) estimated that 11.2 percent of adults in the New York metropolitan area were probable cases of PTSD in the second month after the September 11 attacks. Even if only 10 percent of those cases prove ultimately to be chronic, because there are more than 10 million adults living in the New York metropolitan area, that would mean more than 100,000 adults with chronic, clinically significant reactions following the terrorist attacks in the New York metropolitan area alone. This is clearly an important public health problem.

The existing literature also documents a decline in the prevalence of disaster-specific PTSD over time. One of the most striking demonstrations of this is found in a series of studies conducted in New York by Galea and his colleagues following the September 11 terrorist attacks (Galea et al. 2002). In a series of three cross-sectional, community epidemiologic studies conducted in New York at 2, 4, and 6 months after the attacks, the prevalence of attack-related PTSD reduced from about 8 percent to about 1 percent. This pattern of relatively rapid resolution of PTSD following single-event disasters have been shown from multiple types of disasters (e.g., terrorist attacks, earthquakes, hurricanes).

Nevertheless, it is clear from the literature that not enough is currently known about the details of the course of PTSD. The available empirical information clearly suggests that for many who develop Posttraumatic Stress Disorder symptomatology in the weeks and months following exposure to a disaster, the condition will prove to be self-limiting – i.e., the symptoms will resolve within 3 to 6 months without clinical intervention. For these people, "returning to normal" in the aftermath of trauma is a reasonable and attainable goal. What remains unclear, however, is what proportion of disaster-related Posttraumatic Stress Disorder cases will prove to be chronic, what are the appropriate interventions for them, and how can we identify them early?

Additionally, although severity and characteristics of the specific Potentially Traumatic Events exposure has repeatedly been shown to be the strongest predictor of post-exposure Posttraumatic Stress Disorder prevalence, a number of other risk factors for the development of Posttraumatic Stress Disorder have also been identified. The best established of these include that: women are more likely to develop Posttraumatic Stress Disorder than men; minority group members (e.g., African-Americans, Hispanics) more likely than majority group members; those with history of prior Potentially Traumatic Events exposure more likely than those without; and those younger at time of exposure more likely than those older. Given the substantial minority population of New Orleans and the relatively high level of poverty, these characteristics suggest a relatively high prevalence of Posttraumatic Stress Disorder from Hurricane Katrina.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Furthermore, recent research has focused on the association of disaster-caused relocation (e.g., evacuation) with post-disaster mental health outcomes. Riad and Noris (1996) found that relocation was related to psychosocial outcomes, including psychological symptom levels. They further found interactions with ecological stress (i.e., poor living conditions), such that those who relocated to poor living conditions had worse outcomes than either those who did not relocate and lived under comparable conditions, or those who relocated but lived under better conditions. These findings add to the concern over the Hurricane Katrina evacuees.

**Depression.** As was true for Posttraumatic Stress Disorder, we could find no empirical findings about depression directly associated with Hurricane Katrina. The disaster literature, however, documents clearly the frequent comorbidity of these conditions with PTSD (Keane and Wolf 1990). The substantial death toll from the storm, the lingering number of persons unaccounted for, the many separations of family members (caused by the storm, the evacuation, or both), the major relocation of population, and the screening results from the CDC study (CDC 2006a) all point to a likely high prevalence of both depressive and substance use disorders in the wake of Hurricane Katrina.

**Substance Abuse.** Similarly, we could find no studies documenting substance use in the aftermath of Hurricane Katrina, and somewhat surprisingly no mention of substance use in the grey literature. Nevertheless, substance abuse has been shown to be a robust correlate of PTSD in studies of a wide variety of traumatic exposures. What remains unclear, however, is whether exposure to PTEs has a direct effect on substance use, independent of the psychological distress it causes, or whether increased substance use post-exposure reflects victims' attempts to medicate their psychological distress.

**Interruptions in Mental Health Service Delivery.** Among the many problems resulting from Hurricane Katrina, one of the most serious is the decimation of the health and mental health service systems. Because Posttraumatic Stress Disorder, major depression and the substance use disorders can all be chronic, episodic disorders, the lack of mental health care is an important problem.

Federal agencies, however, worked in partnership with state governments to address some of the mental health service needs of Hurricane Katrina survivors. SAMHSA immediately made responding to the devastation caused by Hurricane Katrina its top priority, working in partnership with FEMA and the affected state governments. In September 2005, SAMHSA announced that:

In collaboration with State, local and Federal partners, our missions are to: 1) "ensure that mental health assessment and crisis counseling are readily available to residents and evacuees of areas impacted by Hurricane Katrina and establish a longer term plan to assure Post Traumatic Stress Disorders (PTSD) are addressed with this population, and 2) ensure that people impacted by Hurricane Katrina who have serious mental illness and/or addictive disorders and children with serious emotional disturbances continue to receive ongoing treatment for their chronic disorder (SAMHSA 2005b).

In that same month, SAMHSA began to put these aims into practice. It awarded $600,000 in SAMHSA Emergency Response Grants (SERG) to provide clinical services and pharmaceuticals


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

to those affected by Hurricane Katrina. The state of Louisiana received one-third of this grant money to provide counseling services to disaster workers and first responders (SAMHSA 2005c).

In addition to this grant, the Department of Health and Human Services (HHS) provided SAMHSA with a $6 million contract to assist in identifying, credentialing, and deploying mental health professionals. SAMHSA identified 194 chaplains, mental health workers, psychologists, and social workers eligible to provide services in the disaster-stricken areas. One hundred of these mental health professionals were deployed to the state of Louisiana.(SAMHSA 2005c)

SAMHSA also worked with the National Suicide Prevention Line to extend its services to people impacted by Hurricane Katrina. From the onset of the hurricane to 26 September 2005, the 110 certified crisis centers involved in the hotline received an average of 173 calls daily; 35 percent more daily calls were received after the onset of the hurricane (SAMHSA 2005b).

SAMHSA and the Federal Emergency Management Agency (FEMA) also partnered to administer the FEMA Crisis Counseling Assistance and Training Program (CCP). These grants are being used to benefit evacuees through outreach, counseling, and public education service. The state of Louisiana in particular was awarded $1 million to provide assistance to hurricane victims after federal workers leave the area (SAMHSA 2005b).

In addition to these efforts, the SAMHSA Emergency Response Center (SERC) was launched in September to assist state officials, support staff deployed in the field, and to be a liaison to other federal and voluntary agencies involved in the public health response to the disaster. SERC deployed teams of people to support state and local efforts, including the provision of: substance abuse/methadone treatment expertise to Louisiana; mental health clinical services to police officers and fire fighters and their families housed on the two Carnival cruise ships in New Orleans; and stress management services to first responders in Mississippi. By the end of September 2005, SAMHSA successfully deployed 63 people (including 12 SAMHSA staff and 7 NIH staff) to the state of Louisiana (SAMHSA 2005b).

By mid-September 2005, SAMHSA estimated that the agency had served 23,500 individuals affected by Hurricane Katrina (SAMHSA 2005a). Subsequently, SAMHSA reported that by February, 2006 it had:

Coordinated the mobilization of more than 500 people to work in the field on mental health and substance abuse issues.

Provided more than 17,000 counseling sessions (91 percent with individuals).

Of these individuals, 26 percent presented problems requiring a referral to local mental health resources for ongoing treatment, and 5 percent required a referral for ongoing substance abuse treatment. These are new cases to an already burdened system.

Despite these important contributions, the fact remains that the health and mental health service systems in New Orleans have been decimated by the combination of: (a) massive facility damage or destruction (e.g., hospitals, practitioner offices), and (b) the departure of the majority of virtually all kinds of clinical service providers, from primary care physicians to optometrists


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

to pharmacists to psychotherapists. Therefore, other mental health issues have resulted from the destruction caused by Hurricane Katrina, beyond the trauma created and people's responses to it.

The publicly funded mental health system in the U.S. is focused on the traditional concept of "serious mental illness," comprising people with chronic disorders, including schizophrenia, bipolar disorder (formerly called manic depressive illness), and borderline personality disorder. These disorders require long-term medication use (antipsychotics, antimanics, and anti-depressants), periodic personal contact with mental health professionals, and assertive case management. People with these disorders who either stayed in New Orleans to ride out the storm or who quickly returned face difficult challenges in adhering to their established treatment regimens, given the current lack of mental health providers, facilities, and pharmacies. The inability to obtain needed medication alone is a very serious problem, but in combination with the current life stressors (home uninhabitable, relatives or friends dead or missing, no job) and lack of clinical resources it becomes a public health disaster.

Those who evacuated and have not returned face possibly greater challenges in establishing new therapeutic alliances in their new residences. Although the population prevalence of serious mental illness is relatively low (about 3 to 5 percent, depending on the specific definition), given the pre-hurricane size of the New Orleans population, this is another important public health problem. Obviously, many important needs must be addressed to reestablish New Orleans as a viable community, but it is clear that establishing fully functioning health and mental health service systems in New Orleans is one of the multiple foundations on which recovery of the city will be built.

Additionally, however, studies of recent disasters have made it clear that the reactions of children to mass disaster differ from those of adults. Studies of both the bombing of the Murrah Federal Building in Oklahoma City (Pfefferbaum et al. 1999, 2000, 2001) and the September 11 terrorist attacks (Hoven et al. 2006) have provided empirical documentation of serious impact of these events on children and adolescents, even those who were not directly affected. Given the large number of children directly affected by Hurricane Katrina, and the life disruptions created by evacuation, it is reasonable to anticipate the possibility of long-term consequences of Katrina for both directly and indirectly affected children and adolescents.

### 7.3.1.4. Pre-Literature: Studies Currently in the Field or Recently Completed

In addition to searching the scientific and grey literatures, we attempted to identify studies currently underway or soon to be underway that may produce findings of relevance to this report. We contacted relevant funding sources and key researchers in the field to identify current and/or planned studies about Katrina and its health and mental health impacts.

In what follows, we describe major studies that we identified that are relevant to the health and mental health effects of Hurricane Katrina. We organize the studies by the organization(s) conducting the work.

**7.3.1.4.1. Harvard University.** With funding primarily from NIMH, Dr. Ronald C. Kessler of the Department of Health Care Policy, Harvard Medical School, is conducting a longitudinal study of the impact of Katrina. The study sample of about 2,000 people was selected


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

via a mixture of area probability and list sampling methods. About half the sample lived in New Orleans when the storm hit and the other half lived in the other areas hit (Alabama, Louisiana, Mississippi). Dr. Kessler calls the study sample the "Hurricane Katrina Community Advisory Group," and they are interviewed every three months for a period of two years. The study aims to document the experiences of a broad cross section of people affected by Katrina – their experiences during the storm, their emotional reactions, and problems that they may have faced in the aftermath. Although no findings have been released yet, the plan is that information will begin to be released when the first scientific article of findings has been accepted for publication, which may be as early as June 2006.

**7.3.1.4.2. Columbia University.** A group at Columbia University's National Center for Disaster Preparedness (Mailman School of Public Health), led by Drs. David Abramson and Richard Garfield, along with The Children's Health Fund, is studying the health and psycho-social status of people who were exposed to Hurricane Katrina. The researchers conducted interviews with a probability sample of 665 households of people who had evacuated New Orleans and were living in trailers or hotels in Louisiana during February 2006. Preliminary findings indicate that nearly half of parents report new emotional or behavioral problems in their child(ren) since the storm, and that more than half of mothers assessed had mental health screening results consistent with probable clinical diagnosis. Additionally, about 25 percent of the school-aged children were not enrolled in school or had missed 10 or more days of school in the past month.

In addition, another group at the Mailman School, led by Dr. Neil Boothby and working with Save the Children, has conducted psychological evaluations with about 1,400 children in school-based psychosocial programs in New Orleans. This group intends to conduct more than 50,000 evaluations between January and June 2006. An early finding from the screenings is a relatively high prevalence of pre-Katrina exposure to other trauma, mostly violence.

**7.3.1.4.3. Johns Hopkins University.** A group of experienced investigators from the Bloomberg School of Public Health has recently completed a set of five coordinated studies referred to collectively as the Johns Hopkins Public Health and Safety Consequence Analysis and Projection, funded by FEMA. Dr. Tom Burke, Professor of Health Policy and Management and co-director of the Risk Sciences and Public Policy Institute, served as principal investigator for the effort, and each of the five studies was led by an expert in its topic area (pathogens and disease, Dr. Kellogg Schwab; environmental toxins, Dr. Mary Fox; psychological impact on resident populations, Dr. Donald Steinwachs; physical injuries, Dr. Adnan Hyder; and Continuity of care, Dr. Gerald Anderson). The reports of the studies have recently been submitted to FEMA, where they are under review.

**7.3.1.4.4. RAND Corporation.** In collaboration with seven local universities, The RAND Corporation, a private, not-for-profit research firm headquartered in Santa Monica, CA, has created the RAND Gulf States Policy Institute. The Institute's mission is to facilitate recovery from the devastation of Hurricanes Katrina and Rita by "providing evidence-based policy guidance to facilitate and speed regional recovery and growth, re-establish services and result in a wise investment in infrastructure." Funded in part by RAND donor contributions and unrestricted funds, RAND and its partner universities implemented quickly a set of studies aimed at important policy issues for recovery. These studies address diverse issues, including: dealing


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

with uninsured losses; safety planning for healthcare structures; recruitment/retention of high-quality healthcare workforce; options for education in New Orleans; the housing crunch in Mississippi; Katrina's effect on the health of first responders and residents; mental health needs of students; the effect of hurricane-related displacement on schools and students; and documenting lessons learned from the public health response.

Several of the studies currently in the field are relevant to this review. The study of mental health needs of students is focused on developing an infrastructure in the New Orleans school system to address the needs of flood-affected students. The study of hurricane-related displacement will document where displaced students went and for how long, and will compare achievement and psychosocial outcomes of displaced versus not displaced students over time. The study of lessons learned, funded by DHHS's Office of Public Health Emergency Preparedness, is focusing on documenting and assessing specific aspects of the public health response, including: communications, disease surveillance and investigation, laboratory capacity, provision of essential medical services to affected people, and planning and policy development.

### 7.3.2. Loss of Life Modeling

#### 7.3.2.1. Objective

The objective of the analysis was to estimate loss of life associated with hurricane-related flood events that may affect the greater New Orleans area. Potential loss-of-life estimates are limited to the 27 drainage subbasins making up the New Orleans hurricane protection system. We evaluated loss of life from flooding corresponding to two demographic and structural base conditions. First, we estimate the loss of life associated with all flood levels given the population and housing stock that existed prior to Hurricane Katrina. These results will be helpful in IPET's forensic study of the impact of Hurricane Katrina, and in understanding how the effects might have been different had the flood protection system performed differently. Second, we estimate the loss of life associated with all flood levels given the population and housing stock that are expected to exist in June 2006. These results will help inform decisions regarding the residual risk that exists today and how these risks can be reduced in the future.

#### 7.3.2.2. Limitations of the Analysis

Certain limitations and analytical issues constrained the loss-of-life estimation technique available at the time of the study. The analysis was dependent on the best available information at the time the input data elements were identified or developed. Future analysis of the estimated fatalities associated with hurricane-related flooding in the greater New Orleans area may be better informed by results and outputs from other IPET tasks, continued compilation of information from local data sources, and publication of other relevant reports. Key limitations of the analysis are summarized below:

*Evacuation*—Estimates of the total population evacuated prior to Hurricane Katrina making landfall for the greater New Orleans area range between 70 and 90 percent. Little or no information is available to determine what the spatial distribution of the population at risk (PAR) during Hurricane Katrina was on a parish or neighborhood-level. Presumably, individuals with access to a vehicle evacuate well in advance of hurricane landfall if they have received adequate warning


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

and communication prior to the storm event. More evidence is needed to characterize the PAR, based on demographic profiling and survey information.

*Rescue*—Full information from various sources is not readily available to account for the total number of individuals rescued in the days and weeks following Hurricane Katrina in late August and early September 2005. U.S. Coast Guard, Louisiana National Guard, Fish and Wildlife Service, and other state and local emergency responders rescued thousands of stranded individuals from rooftops, multi-story buildings, highway overpasses, and localized points where survivors congregated (e.g., the Superdome and the New Orleans Civic Center). Furthermore, the demographic profile of those that were rescued is unclear (gender, race, approximate age, and place of residence). This information will be useful if it becomes available to more accurately calibrate the loss-of-life model to account for fatalities associated with prolonged exposure or dehydration, as opposed to fatalities associated with submergence due to flood inundation or levee/pump station failure.

*Fatalities*— Detailed Hurricane Katrina fatality information is currently not available to improve the calibration of the loss-of-life modeling. The spatial and demographic distribution of fatalities associated with Hurricane Katrina cannot be estimated without a linkage to the cause of death, location of body and/or place of residence, age, race, gender, or other non-personal information for victims of Hurricane Katrina. Data from parish coroners' offices in the greater New Orleans area have not been released to the USACE, and the information from the St. Gabriel Morgue is incomplete. Better loss-of-life information for Hurricane Katrina would make it possible to calibrate the model more accurately.

*Flooding Dynamics*—The analysis does not capture the temporal and spatial flood dynamics. Flow and velocity of storm surges, flood duration, and the flood dynamics across drainage subbasins were not considered. Other components of the IPET study are characterizing some aspects of flooding dynamics and interactions between and across drainage subbasins in the greater New Orleans area; however, these results, and outputs that could inform the loss-of-life modeling, are not yet available. Therefore, the loss-of-life model treats each drainage subbasin independently, and only the maximum flood elevation (high-water mark) is considered. The flooding dynamics and interactions could influence the loss-of-life estimates greatly, and these estimates may become less uncertain as more information from the IPET study is made available.

*Levee Breaches/Inundation Rates*—The analysis does not address the localized impacts of levee breaches and the rate of inundation. For the Hurricane Katrina model scenario, the total area of the impacted zones around levee breaches is relatively low. The rate of water flow associated with the levee breaches is not considered. As a result, it is unclear to what extent additional fatalities due to drowning can be attributed directly to submergence versus collapse.

*Population at Risk (PAR) Demographics*—Pre-Hurricane Katrina population estimates (August 2005) were derived from the 2000 Census, and the post-Hurricane Katrina repopulation estimates (June 2006) were estimated based on school re-enrollment data (further described in Section 3). The spatial distribution of the PAR based on race, income, and gender were not considered.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.