It is anticipated that these limitations and analytical gaps can efficiently be addressed in future studies through enhancements to the current modeling approach, by sufficiently minimizing the uncertainty associated with probabilities of evacuation, rescue, and fatalities. Additionally, greater analytical rigor to characterize the hydrograph during flood events should inform the loss-of-life estimates, through better understanding of the time and spatial interrelationships of the hurricane protection system versus physical impacts of hurricane events.

### 7.3.2.3. Modeling Approach

Our modeling approach is a two-step process. We use the LIFESim model to estimate how the population in the flooded areas will be distributed vertically in relation to the depth of the flood. We then import these vertical distribution estimates into a Monte Carlo Uncertainty Model to estimate the expected loss of life.

**7.3.2.3.1. LIFESim Simulation Modeling System.** LIFESim is a spatially distributed dynamic simulation modeling system for estimating potential loss of life associated with flood events. It is structured as a modular modeling system built around a database. LIFESim was developed to overcome the limitations of the purely empirical life-loss estimation approaches used previously. It includes the important processes that affect loss of life, while also depending on readily available inputs—including GIS information on topography and road layout, as well as population and buildings databases—combined with a reasonable level of effort to customize and implement the analysis. Development of LIFESim was sponsored by the U.S. Army Corps of Engineers, the Australian National Committee on Large Dams, and the U.S. Bureau of Reclamation. For this analysis, LIFESim was adapted to estimate flood-related mortality associated with hurricanes impacting the greater New Orleans area. Figure 15 illustrates the processes of the LIFESim simulation modeling system.

The four modules that make up the LIFESim simulation modeling system are:

*Inundation Module*—interfaces with an existing inundation model to provide a set of grids representing water depth and flow velocities over the entire study area and throughout the duration of the flood event.

*Loss-of-Shelter Module*—simulates the exposure of people in buildings during each flood event as a result of structural damage, building submergence, and toppling of partially damaged buildings. Loss-of-shelter and flood zone categories are assigned to each building level in various types of buildings throughout the inundation area.

*Warning and Evacuation Module*—simulates population redistribution following issue of a warning. Redistribution includes lateral evacuation along evacuation routes from each Census block, and vertical relocation within the inundation area to accessible shelters. Times when vehicles and pedestrians are expected to become unstable, such as by flotation of vehicles and toppling of pedestrians are estimated along evacuation routes. After those events, mobilization ceases, and people in vehicles or on foot along evacuation routes are assigned to a chance flood zone.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 15. Simplified schematic diagram of the LIFESim Modeling System (Source: *Adapted from Aboelata (2005)*.

*Loss-of-Life Module*—based on the assigned flood zone categories, life-loss estimates are made using life-loss probability distributions.

The analysis only used the two most relevant modules, the *Loss-of-Shelter Module* and the *Loss-of-Life Module*. The study did not use the *Inundation Module* because inundation rates and water flow velocity estimates were not available at the time of the study. The omission of this module from the study is less significant in hurricane protection system failure flooding scenarios than it is in dam breach flooding scenarios. The *Warning and Evacuation Module* was not used because there was insufficient information to calibrate it. These aspects were accounted for in the Monte Carlo model.

LIFESim has been applied to a set of event-exposure scenarios. Events include various dam or levee failure modes and breach locations, no-failure flooding, and varying flood severities. Exposure cases include different seasons, day/night, and weekend/weekday.

The difference in nature between a dam break and a hurricane-related flooding necessitated some additional assumptions for the model as well as elimination of some LIFESim functions.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

The following list describes the adjustments made to the LIFESim model to simulate Hurricane Katrina and future hurricane events.

Dam break events are usually sudden, with short warning time. This implies the strong effect of the dynamics of evacuation. In the case of Hurricane Katrina or another hurricane scenario, sufficient warning was given long before hurricane landfall (estimated to be as long as 50 hours in advance), such that the evacuation dynamics have no effect. The warning and evacuation module in LIFESim was, therefore, marginalized.

Loss-of-shelter in LIFESim depends mainly on two factors—building damage and submergence. Based on site investigations, the major cause of life-loss appears to be submergence of buildings. Building damage criteria depend on combinations of water depth and flow velocity. During Hurricane Katrina, most areas not adjacent to levee breaks experienced flow velocities that were too low to play a role in building damage. Therefore, in this study loss of shelter is calculated based on only the submergence consideration, which is water depth relative to floor elevation at each habitable building level and an additional loft or roof level.

Vertical distribution of people inside a building is also a factor related to available evacuation time. The LIFESim model, for the purposes of hurricane-related flood events, assumes that all people exist in the highest habitable level of the building. In addition, it was further assumed that all people under the age of 65 years can climb to a higher level such as an attic or roof.

The original LIFESim model assumed a fixed value for the average first floor level. Data were available for the greater New Orleans area on the average first floor level per Census block. The LIFESim model was modified to accommodate variable first floor level elevation for added accuracy.

The original definitions of flood lethality zones used in LIFESim are chance, being in an open flood or flowing water, compromised, such as being in a partially damaged building, and safe, such as being in an undamaged building above the maximum water level. The threshold event maximum water depths associated with each flood zone were estimated through a calibration process under the assumption that all buildings that stay intact with no damage. Figure 16 shows these calibrated water depths for loss-of-shelter definitions used in this study for the three associated flood zones—safe, compromised, and chance. The three flood lethality zones were further modified to account for the disproportional impacts to populations over the age of 65 years old. The model assumes those over the age of 65 years old are unable to evacuate vertically above the highest habitable floor. For populations under 65 years old, the three flood lethality zones begin immediately above the first floor—i.e., the attic or roof.

Another flood zone category was added to account for the number of people within the flooded area who can evacuate without any need for rescue. The people in the walk-away flood zone are those in areas where water depth does not exceed 2 feet above ground surface.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 16. Modified building submergence criteria.

For each maximum flood elevation (e), LIFESim estimated the following output statistics by drainage subbasin(s) across impacted flood zone categories:

1. Number of people in the *walk-away zone* (less than 2 feet inundation at ground level) ($WZ_{s,e}$).

2. Number of people in the *safe zone* (less than 4 feet inundation on highest habitable level) ($SZ_{s,e}$).

3. Number of people in the *compromised zone* (between 4 feet and less than 6 feet inundation on highest habitable level) ($CZ_{s,e}$).

4. Number of people in the *chance zone* (greater than or equal to 6 feet inundation on highest habitable level) ($HZ_{s,e}$).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**7.3.2.3.2. Loss-of-Life Uncertainty Modeling.** The LIFESim PAR by flood zone data ($WZ_{s,e}$, $SZ_{s,e}$, $CZ_{s,e}$, $HZ_{s,e}$) was imported into a Monte Carlo Uncertainty Model. The Uncertainty Model accounted for uncertainty by running 50,000 Monte Carlo simulations (i). For each iteration, the Uncertainty Model addressed the following steps:

1. Picked a random value for each of the uncertain parameters based on defined probability distributions (the actual distributions are provided in Section 4):

- Evacuation Rate (ER)
- Rescue Efficiency in Safe Zone (RSE)
- Rescue Efficiency in Compromised or Chance Zone (RCE)
- Fatality Rate in Safe Zone (FS)
- Fatality Rate in Compromised Zone (FC)
- Fatality Rate in Chance Zone (FH)

2. Adjusted the number of estimated people in each flood zone by drainage subbasin given the evacuation rate ($ER_i$):

$$WZ_{s,e,i} = WZ_{s,e} * (1- ER_i) \text{ \{Walk-away Zone\}}$$

$$SZ_{s,e,i} = SZ_{s,e} * (1- ER_i) \text{ \{Safe Zone\}}$$

$$CZ_{s,e,i} = CZ_{s,e} * (1- ER_i) \text{ \{Compromised Zone\}}$$

$$HZ_{s,e,i} = HZ_{s,e} * (1- ER_i) \text{ \{Chance Zone\}}$$

3. Calculated the number of immediate fatalities (IF) due to inundation:

$$IF_{s,e,i} = SZ_{s,e,i} * FS_i + CZ_{s,e,i} * FC_i + HZ_{s,e,i} * FH_i$$

4. Calculated the number of stranded persons in each zone (SPS, SPC, SPH):

$$SPS_{s,e,i} = SZ_{s,e,i} * (1- FS_i)$$

$$SPC_{s,e,i} = CZ_{s,e,i} * (1- FC_i)$$

$$SPH_{s,e,i} = HZ_{s,e,i} * (1- FH_i)$$

5. Calculated the fatalities among stranded persons (DF):

$$DF_{s,e,i} = SPS_{s,e,i} * (1- RSE_i) + SPC_{s,e,i} * (1- RCE_i) + SPH_{s,e,i} * (1- RCE_i)$$

6. And finally, calculated the total fatalities (F):

$$F_{s,e,i} = IF_{s,e,i} + DF_{s,e,i}$$


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

After completion of the 50,000 iterations, the results were summarized for each drainage subbasin and elevation by estimating the mean and percentiles of the distribution (1, 5, 10, 25, 50, 75, 90, 95, and 99 percent) of $F_{s,e}$.

### 7.3.2.4. Data Requirements

Data requirements for the LIFESim simulation modeling system include GIS data layers and non-spatial information. These data sets are described below in Table 30. All of the information was compiled into a database and accessed through a customized LIFESim model interface for the New Orleans situation. The analysis considered the loss-of-life impacts from hurricanes across the five-parish study area by evaluating flood elevation at 2-foot increments within each of 27 affected drainage subbasins.

**7.3.2.4.1. Data Sources and Processing.** The data types and sources used in the LIFESim model are described in Table 32. In general, these data were collected, synthesized, and compiled into a database consistent with other IPET teams and USACE sources. All GIS data layers were based on the Universal Transverse Mercator (UTM) coordinate system, and projected according to the North American Datum of 1983 (NAD 1983) in all instances except for elevation data, which were projected in accordance with the North American Vertical Datum of 1988 (NAV88).[1] The greater New Orleans area is within UTM Zone 15N. All GIS data layers were collected, corrected, cleaned, or geoprocessed into ESRI shapefile format for use within the ArcGIS ArcView 9.1 software. GIS base map data not pertinent to the LIFESim modeling requirements are not listed in Table 32. These data layers were collected from USACE sources for the purpose of generating map outputs for this report.

[1] The North American Datum of 1983 (NAD83) is the horizontal control datum for North America and the North American Vertical Datum of 1988 (NAV88) is the vertical control datum of North America. These projection systems are compatible and widely used in conjunction with each other, particularly for studies in coastal areas.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 32**
**LIFESim Model Data Requirements**

| Data Element | Source | Description |
|---|---|---|
| **GIS/Spatial Information** | | |
| LIDAR Data | NASA, USACE-New Orleans District | The light detection and ranging (LIDAR) data were geoprocessed by the USACE-New Orleans District into one mosaic covering the study area. The LIDAR data were converted from LA-State Plane (NAD83) to UTM 15N (NAD83) and resampled to estimate average elevation in each 30-meter grid cell covering the study area. |
| Census Blocks | HAZUS database (FEMA) | 2000 Census block boundaries |
| Flood Depth / Extent | USACE | High-water mark points demarcating the maximum flood extent in the affected greater New Orleans area. The maximum flood depth at the lowest elevation within the drainage subbasin was calculated based on the high water marks and flood extent. |
| Drainage Subbasins | USACE | 27 drainage subbasins comprising the New Orleans flood protection system |
| **Non-Spatial Information** | | |
| August 2005 Population (pre-Hurricane Katrina) | U.S. Census Bureau, HAZUS database (FEMA), Woods and Poole (2001) | 2000 census block data (U.S. Census Bureau) available through the HAZUS database (FEMA) were projected to 2005 using parish-level population growth rates (Woods and Poole) specific to each of the age categories considered in the analysis (< 16 years old, 16-65 years old, and > 65 years old). August 2005 population estimates were spatially joined to the census block boundary ESRI shapefile using the STIFID field. |
| June 2006 Population (post-Hurricane Katrina) | U.S. Census Bureau, HAZUS database (FEMA), Woods and Poole (2001), McCarthy et al. (2006) | The 2005 population estimates (see description above) were adjusted based on repopulation rates based on flood depth / housing damage categories (McCarthy et al.). June 2006 population estimates were spatially joined to the Census block boundary ESRI shapefile using the STIFID field. |
| 2005 Building/Infrastructure Data | HAZUS database (FEMA) | Average ground level and first-floor level (typically 2 feet above ground) were calculated for each census block based on the HAZUS data. First floor level varied depending on whether buildings were constructed on a concrete slab or slightly raised several feet above ground level. |
| 2006 Building/Infrastructure Data | HAZUS database (FEMA) | Average ground level and first-floor level (typically 2 feet above ground) were calculated for each census block based on habitable buildings (no damage or partially damaged) from the inventory of buildings in the HAZUS database. |

### 7.3.2.4.2. Pre-Hurricane Katrina Population at Risk (PAR) Estimate (August 2005).

The 2000 census block population data were projected to 2005 to estimate the pre-Hurricane Katrina population in the greater New Orleans area. This was done based on the following steps:

1. Extracted 2000 census block data by age groups (<16 yr, 16-65 yr, and >65 yr) from the HAZUS-MH database.

2. Extracted Woods and Poole (2001) population (by age category) multipliers for each of the five parishes in the greater New Orleans study area for 2005.

3. Averaged Woods and Poole age groups into three categories to match 2000 census block age categories in HAZUS-MH.

   *a.* <16 years (HAZUS-MH) = Weighted average by year: <1, 1-4, 5-9, and 10-14, 15-19 (Woods and Poole)


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

*b.* 16-65 years (HAZUS-MH) = Weighted average by year (Woods and Poole): 15-19, 20-24, 25-29, 30-34, 35-39, 40-44, 45-49, 50-54, 55-59, 60-64, 65-69

*c.* >65 years (HAZUS-MH) = Weighted average by year (Woods and Poole): 65-69, 70-74, 75-79, 80-84, 85 Up

4. Multiplied 2000 census block population data by the Woods and Poole multiplier by parish and age group. (See Table 33) August 2005 estimated population densities by drainage subbasin are illustrated in Figure 17.

**Table 33**
**2005 Population Multipliers by Parish**

| Parish | < 16 Years Old | 16 – 65 Years Old | > 65 Years Old |
|---|---|---|---|
| Jefferson | 0.9925 | 1.062 | 1.144 |
| Orleans | 0.9293 | 1.003 | 0.9793 |
| Plaquemines | 0.9298 | 1.034 | 1.147 |
| St. Bernard | 0.9586 | 1.023 | 1.132 |
| St. Charles | 0.9980 | 1.076 | 1.136 |

Source: Woods and Poole (2001)




JE = Jefferson East, JW = Jefferson West, OM= Orleans Metro, PL= Plaquemines, NOE = New Orleans East, SB = St. Bernard, and SC = St. Charles

Figure 17. August 2005 estimated population density within the greater New Orleans area.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**7.3.2.4.3. Post-Hurricane Katrina Population at Risk (PAR) Estimates (June 2006).** June 2006 population at risk (PAR) estimates used in the analysis were based on a comparison of two methods used for calculating post-Hurricane Katrina repopulation dynamics in the greater New Orleans area. The Greater New Orleans Community Data Center (GNOCDC) estimates population from school enrollments by month and parish (GNOCDC 2006), while McCarthy et al. (2006) consider flood level from Hurricane Katrina for their estimates of repopulation. More specifically, McCarthy et al. derived repopulation rates into four categories of flood level by a consensus process with qualitative evidence and assumptions (Table 34). Comparing the two methods, the McCarthy et al. method was preferred in this analysis, primarily because the data were calculated by census block as the unit of analysis (higher spatial resolution) versus the parish-level approach used in the GNOCDC method.

**Table 34**
**Hurricane Katrina Flood Level Classification and 2006 New Orleans Repopulation Rates**

| Flood-Depth / Housing-Damage Category | Mean Depth of Floodwater | Housing Damage | Repopulation Rate March 2006[1], % |
|---|---|---|---|
| 1 | No flooding | None | 100 |
| 2 | < 2 feet | Minor | 35 |
| 3 | 2 – 4 feet | Serious | 15 |
| 4 | > 4 feet | Severe | 5 |

[1] March 2006 is used as a proxy for June 2006.
*Source: McCarthy et al. (2006).*

The analysis summarized the mean flood depth data by census block. In following the McCarthy et al. method, the Census blocks are repopulated according to the following four categories: no flooding, less than two feet, two to four feet, and greater than four feet. Next the 2005 census block population projections were multiplied by repopulation rate (according to the flood level category). Table 35 illustrates the results of the June 2006 population projection for the five parishes comprising the greater New Orleans area. Figure 18 maps the projected population density for the census blocks in the greater New Orleans area for June 2006.

**Table 35**
**Projected June 2006 Total Population by Hurricane Katrina Mean-Flood Extent**

| Flood by Mean | 2000 | 2005 | Repopulation Rate, % | 2006 |
|---|---|---|---|---|
| No flooding | 609,355 | 636,361 | 100 | 636,361 |
| < 2 feet | 80,124 | 80,093 | 35 | 28,026 |
| 2 – 4 feet | 93,653 | 92,732 | 15 | 13,904 |
| > 4 feet | 298,692 | 295,920 | 5 | 14,747 |
| **Total** | **1,081,824** | **1,105,106** | | **693,038** |

*Source: McCarthy et al. (2006)*

**7.3.2.4.4. Population Change in Greater New Orleans.** The post-Hurricane Katrina (June 2006) total population for the area is anticipated to be approximately 64 percent of the pre-Hurricane Katrina (August 2005) total population. Table 36 illustrates the estimated change in population across the five-parish greater New Orleans study area since 2000.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




JE = Jefferson East, JW = Jefferson West, OM= Orleans Metro, PL= Plaquemines, NOE = New Orleans East. SB = St. Bernard, and SC = St. Charles.

Figure 18. June 2006 estimated population density within the greater New Orleans area.

**Table 36**
**Population Dynamics Pre- and Post-Hurricane Katrina in Greater New Orleans Area**

| Parish | 2000 | August 2005 | June 2006 |
|---|---|---|---|
| Jefferson | 455,407 | 481,322 | 472,084 |
| Orleans | 484,431 | 476,705 | 141,511 |
| Plaquemines | 26,738 | 27,206 | 20,053 |
| St. Bernard | 67,194 | 68,912 | 8,429 |
| St. Charles | 48,054 | 50,961 | 50,961 |
| **Total** | **1,081,824** | **1,105,106** | **693,038** |

### 7.3.2.5. Analysis

The analysis was conducted in three stages. Section 7.3.2.5.1 describes how the LIFESim model was calibrated in the first stage using the Hurricane Katrina event as a single known hurricane flooding event. Section 7.3.2.5.2 discusses how the LIFESim model was then used to develop elevation versus fatality relationships for pre- and post-Hurricane Katrina conditions.

**7.3.2.5.1. Model Calibration.** One of the necessary steps, and challenges, associated with simulation modeling is the need to calibrate the model to one or more known outcomes to ensure that the model's results are reasonable. As mentioned above, there are seven unknown


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.