parameters that must be jointly calibrated in order for the results of our simulation to be meaningful. These are:

- Evacuation rate
- Fatality rate in safe zone
- Fatality rate in compromised zone
- Fatality rate in chance zone
- Rescue rate in safe zone
- Rescue rate in compromised zone
- Rescue rate in chance zone

Our approach to calibrating the model was to assume reasonable values for each of these uncertain parameters using all information available to us. This was an iterative process and there is no correct answer. Many reasonable combinations of these parameters can be found. This fact is addressed in how we use the LIFESim model to estimate fatalities under the pre-Katrina and post-Katrina scenarios. We continue to treat each of these parameters as uncertain and develop our estimates for the full range of reasonable values for each of these parameters. In a sense, this calibration exercise assured us that our best estimate of the value of each of the uncertain parameters was reasonable. When we use the model to actually predict life-loss, rather than use point estimates of these uncertain parameters, we use uncertainty distributions where these best estimates will become the mean of each distribution.

In the remainder of this section we will demonstrate how we calculated the loss of life for the Katrina event and then compared our estimate to the actual number of fatalities to determine if our best estimates led to reasonable results.

At the time this analysis was conducted, the latest data on Katrina-related deaths in Louisiana as of 2 August 2006 reported by the Louisiana Department of Health and Hospitals (reproduced in Table 24 in Section 7.3.1.2.1.1 of this report) were not yet available. Consequently, the model calibration relied on mortality data published by the Louisiana Department of Health and Hospitals State (2006) on bodies processed at the St. Gabriel Morgue as of 23 February 2006, and data on the number of people missing and presumed dead as of that date. The St. Gabriel Morgue data provide the name, age, and parish of residence for each deceased person. Because this is the only information available, we assume throughout this analysis that people died in the parish of their residence. These statistics are presented in Table 37. Of the 887 corpses identified by the Department, 160 did not have their parish of residence listed. We apportioned these 160 fatalities based on the known proportions of fatalities across all geographical categories (i.e., the parishes and out of state). We consider these to be "recorded fatalities." Recorded fatalities are the low-end of the potential Katrina-related fatalities. To estimate the high-end of the number of fatalities, or "potential fatalities" we used an estimate provided by the Louisiana Department of Health and Hospitals (*LA Times* 2006) that up to 400 persons who are currently missing are


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 37: Recorded and Potential Fatalities Associated with Hurricane Katrina**

| Parish | St. Gabriel Morgue February 23, 2006 | Not ready/missing Apportioned | Recorded Fatalities | 400 Likely Fatalities Apportioned | Potential Fatalities |
|---|---|---|---|---|---|
| East Baton Rouge | 2 | 0 | 2 | 1 | 4 |
| Jefferson | 28 | 6 | 34 | 15 | 50 |
| Orleans | 554 | 122 | 676 | 305 | 981 |
| Out of State | 3 | 1 | 4 | 2 | 6 |
| Plaquemines | 3 | 1 | 4 | 2 | 5 |
| St. Bernard | 129 | 28 | 157 | 71 | 228 |
| St. John the Baptist | 1 | 0 | 1 | 1 | 2 |
| St. Tammany | 3 | 1 | 4 | 2 | 5 |
| Unknown | 3 | 1 | 4 | 2 | 6 |
| Washington | 1 | 0 | 1 | 1 | 2 |
| Ready to be releasec | 74 | | | | |
| Unknown | 66 | | | | |
| TOTAL | 887 | 160 | 887 | 400 | 1,287 |

*Source: St. Gabriel Morgue not ready/missing adapted from LA DHH, http://www.dhh.louisiana.gov/offices/publications/pubs-192/Deceased Victims_2-23-2006_information.pdf*

actually deceased. We apportioned these according to the proportion of recorded fatalities across the geographical categories.[1]

LIFESim was used to simulate the loss of life based on the maximum flood elevation during Katrina. For each drainage subbasin, LIFESim output the following statistics:

- Number of people in the walk-away zone
- Number of people in the safe zone
- Number of people in the compromised zone
- Number of people in the chance zone

As mentioned above, actual fatality data are available only at the parish level; therefore we aggregated the LIFESim drainage basin level results to the parish level. These results are presented in Table 38.[2] It is important to remember that the results in Table 38, as well as the results in Tables 39 and 40 assume that nobody evacuated the area prior to the flooding.

**Table 38**
**LIFESim Model Results Assuming 0% Evacuation**

| | Walk-Away Zone | Safe Zone | Compromised Zone | Chance Zone | Total |
|---|---|---|---|---|---|
| Jefferson Parish | 19,410 | 5,380 | 2 | 5 | 24,797 |
| Orleans Parish | 94,566 | 308,219 | 3,439 | 2,974 | 409,198 |
| St. Bernard Parish | 7,299 | 54,625 | 1,883 | 1,613 | 65,421 |
| TOTAL | 121,275 | 368,225 | 5,324 | 4,592 | 499,416 |

[1] Note that the number of recorded 1,118 deaths within Louisiana as of 2 August 2006 (as reported in Table 24 in Section 7.3.1.2.1.1) falls within the range of potential fatalities (887- 1,287) reported in Table 35 and used to calibrate the loss of life model.

[2] We only used three parishes to calibrate the model, since only four or five fatalities are reported to have occurred in Plaquemines parish and the LIFESim model predicted that no people were in the safe, compromised, or chance zones in Plaquemines Parish. Likely, all of the Katrina-related fatalities occurred in parts of Plaquemines Parish that are outside the drainage basins included in this study.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 39**
**Immediate Fatalities Assuming 0% Evacuation**

| | Walk-Away Zone | Safe Zone | Compromised Zone | Chance Zone | Total |
|---|---|---|---|---|---|
| Jefferson Parish | 0 | 1 | 0 | 4 | 6 |
| Orleans Parish | 0 | 70 | 413 | 2,729 | 3,211 |
| St. Bernard Parish | 0 | 12 | 226 | 1,480 | 1,719 |
| TOTAL | 0 | 83 | 639 | 4,214 | 4,936 |

**Table 40**
**Stranded Persons Assuming 0% Evacuation**

| | Walk-Away Zone | Safe Zone | Compromised Zone | Chance Zone | Total |
|---|---|---|---|---|---|
| Jefferson Parish | 0 | 5,379 | 2 | 0 | 5,381 |
| Orleans Parish | 0 | 308,150 | 3,026 | 245 | 311,421 |
| St. Bernard Parish | 0 | 54,613 | 1,654 | 133 | 56,403 |
| TOTAL | 0 | 368,142 | 4,685 | 379 | 373,205 |

The number of immediate fatalities, due to inundation, during the Katrina event is estimated by applying the fatality rate associated with each flood lethality zone by the number of people in each zone. Of the seven unknown parameters with which we are calibrating the model, the fatality rates are based on the soundest data. The mean fatality rates we use in this analysis come from a study of 66 flood events (McClelland, 2002). The mean fatality rates are 0.023 percent, 12 percent, and 91.75 percent in the safe, compromised, and chance zones. The number of estimated fatalities in each zone (absence any prior evacuation) is shown in Table 39.

As the name suggests, it is assumed that all persons in the walk-away zone can escape the flooding on their own and do not require rescue. People who survive the initial flood inundation in the other three flood zones are assumed to be stranded and must be rescued. The estimated number of stranded persons in each zone (absent any prior evacuation) is presented in Table 40

Of course, most people did evacuate from the flooded areas prior to the onset of the inundation. However, little information is available with regard to the exact number of people who evacuated. The evacuation rate is a major driver of the life-loss estimate. For the purposes of this calibration we assumed that 80 percent of the people evacuated. This figure has been seen in the popular press and seems to be a reasonable assumption. Given this, the number of immediate fatalities and stranded persons in each parish is shown in Tables 41 and 42.

**Table 41**
**Immediate Fatalities Assuming 80% Evacuation Rate**

| | Walk-Away Zone | Safe Zone | Compromised Zone | Chance Zone | Total |
|---|---|---|---|---|---|
| Jefferson Parish | 0 | 0 | 0 | 1 | 1 |
| Orleans Parish | 0 | 14 | 83 | 546 | 642 |
| St. Bernard Parish | 0 | 2 | 45 | 296 | 344 |
| TOTAL | 0 | 17 | 128 | 843 | 987 |


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 42**
**Stranded Persons Assuming 80% Evacuation Rate**

| | Walk-Away Zone | Safe Zone | Compromised Zone | Chance Zone | Total |
|---|---|---|---|---|---|
| Jefferson Parish | 0 | 1,076 | 0 | 0 | 1,076 |
| Orleans Parish | 0 | 61,630 | 605 | 49 | 62,284 |
| St. Bernard Parish | 0 | 10,923 | 331 | 27 | 11,281 |
| TOTAL | 0 | 73,628 | 937 | 76 | 74,641 |

The number of fatalities among stranded persons during the Katrina event is estimated by applying the rescue rate associated with each flood zone to the number of stranded people in each flood zone. We assume that the number of stranded people in the safe zone who die is very low. We assume that the vast majority of people can survive in up to 4 feet of water until help arrives. The rescue rate of the compromised zone and the chance zone are likely somewhat lower as very young and elderly people would have some difficulty surviving in 6 or more feet of water until rescued. We assume that the mean rescue rates are 99.9 percent in the safe zone and 97.5 percent in the compromised and chance zones. The number of estimated fatalities among stranded people in each zone is shown in Table 43.

**Table 43**
**Fatalities Among Stranded Persons**

| | Walk-Away Zone | Safe Zone | Compromised Zone | Chance Zone | Total |
|---|---|---|---|---|---|
| Jefferson Parish | 0 | 1 | 0 | 0 | 1 |
| Orleans Parish | 0 | 62 | 15 | 1 | 78 |
| St. Bernard Parish | 0 | 11 | 8 | 1 | 20 |
| TOTAL | 0 | 74 | 23 | 2 | 99 |

In Table 44 we compare the estimated number of fatalities using our best estimates for each of the unknown parameters with the actual number of fatalities associated with Katrina in the three parishes. Overall, the results indicate that our best estimates represent a reasonable set of values for the unknown parameters. The total number of estimated fatalities, 1,086, is in the range of actual fatalities (867 to 1,259). Likewise, the number of fatalities estimated to occur in New Orleans, 720, is in the range of actual fatalities (676 to 981). The estimated numbers for Jefferson Parish and St. Bernard Parish do not fall within the range of the actual number of fatalities. However, even these estimates are reasonably close to the range of actual fatalities. For example, a 1 to 2 percent change in the evacuation rate could account for the error in our estimates. Given the range of the distributions that will be used to characterize each of the uncertain parameters for the simulated hurricanes (see below), these results provide a degree of confidence that the model will be useful for predicting life-loss under alternative hurricane flooding scenarios.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 44**
**Total Simulated Fatalities versus Actual Fatalities**

| | Simulated Fatalities | Actual Recorded Fatalities (as of February 23, 2006) | Potential Fatalities |
|---|---|---|---|
| Jefferson Parish | 2 | 34 | 50 |
| Orleans Parish | 720 | 676 | 981 |
| St. Bernard Parish | 364 | 157 | 228 |
| TOTAL | 1,086 | 867 | 1,259 |

**7.3.2.5.2. Modeling Procedures.** The model simulations under the pre-Katrina and post-Katrina scenarios were based on population at risk estimates for all drainage subbasins impacted in the five parishes comprising greater New Orleans. Housing units and inventories were also projected from the 2000 HAZUS-MH database for August 2005 (pre-Katrina), and modified based on flood extent from Hurricane Katrina to reflect the current status and forecast of habitable structures in the area, going into the 2006 hurricane season.

The LIFESim model was run at event-maximum flood inundation elevations in 2-foot increments for each drainage subbasin from the lowest elevation up to 36 feet above sea level. This level of analysis allowed for accuracy in calculating the effect of water depth on loss of shelter across four distinct flood zones.

LIFESim generated a set of 2-foot interval water surface grids, beginning at the lowest elevation point in each drainage subbasin, and filled the drainage subbasin with floodwater 2 vertical feet at a time through simulation.

Based on the results of the model calibration, the Uncertainty Model was run using the following distributions for the uncertain parameters:

- Evacuation Rate (ER) – triangular (65 percent, 80 percent, 95 percent)
- Rescue Efficiency in Safe Zone (RSE) – uniform (99.5 percent - 100 percent)
- Rescue Efficiency in Compromised or Chance Zone (RCE) – uniform (95 percent, 100 percent)
- Fatality Rate in Safe Zone (FS) – non-parametric distribution with mean of 0.023 percent (see Exhibit C)
- Fatality Rate in Compromised Zone (FC) – non-parametric distribution with mean of 12 percent (see Exhibit B)
- Fatality Rate in Chance Zone (FH) – non-parametric distribution with mean of 91.75 percent (see Exhibit A)

The following three graphs illustrate the non-parametric fatality rate distributions for the three zones:


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Exhibit A: Fatality rate for chance zone.




Exhibit B: Fatality rate for compromised zone.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Exhibit C: Fatality rate for safe zone.

The results of the life-loss modeling for the pre-Katrina and post-Katrina scenarios are provided in the next section.

### 7.3.2.6. Results

The results of the loss of life modeling are presented in Appendix 3. Stage-fatality results for each drainage subbasin corresponding to both pre- and post-Katrina demographic and structural conditions are provided in graphical and tabular formats. In each graph we provide the expected number of fatalities at each water elevation as well as the 90 percent confidence interval. The results presented in tabular form provide additional distributional information for the stage-fatality estimates.

The pre-Katrina stage-fatality estimates were used to contrast model estimates of fatalities associated with the Hurricane Katrina with actual system performance scenario with model estimates of fatalities corresponding to the various hypothetical Katrina scenarios. Table 45 shows estimated mean fatalities for the actual and various hypothetical Katrina scenarios.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 45**
**Comparison of Model Estimated Mean Fatalities from Katrina with Hypothetical Scenarios**

| | Katrina Model | | Hypothetical Katrina Scenario 1 (Resilient Levees) | | Hypothetical Katrina Scenario 2 (Resilient Levees and Pumps) | | Hypothetical Katrina Scenario 3 (Resilient Floodwalls) | |
|---|---|---|---|---|---|---|---|---|
| Basin Name | Water Surface Elevation ft NAVD99 (2004.65) | Model Estimates of Fatalities | Water Surface Elevation ft NAVD99 (2004.65) | Model Estimates of Fatalities | Water Surface Elevation ft NAVD99 (2004.65) | Model Estimates of Fatalities | Water Surface Elevation ft NAVD99 (2004.65) | Model Estimates of Fatalities |
| JE2 | -4.10 | 34.70 | -4.10 | 34.7 | -7.00 | 0.0 | -4.10 | 34.7 |
| NOE1 | 3.00 | 0.01 | 2.60 | 0.0 | 2.60 | 0.0 | 3.00 | 0.0 |
| NOE2 | 0.80 | 0.78 | -1.60 | 0.6 | -7.00 | 1.41 | 0.80 | 0.7 |
| NOE3 | 0.60 | 7.25 | 0.0 | 0.0 | -0.50 | 2.83 | 0.60 | 7.2 |
| NOE4 | 7.50 | 0.37 | 7.10 | 0.3 | 7.00 | 0.28 | 7.50 | 0.4 |
| NOE5 | -0.70 | 44.56 | -1.70 | 36.5 | -2.50 | 31.3 | -0.70 | 44.6 |
| OM1 | 2.60 | 11.15 | -0.90 | 6.6 | -5.10 | 1.2 | 0.0 | 7.8 |
| OM2 | 3.20 | 751.33 | -2.50 | 393.6 | -5.00 | 236.7 | -2.70 | 381.0 |
| OM3 | 3.80 | 83.98 | 3.10 | 63.1 | 2.90 | 57.1 | 3.80 | 84.0 |
| OM4 | 2.30 | 11.64 | 0.10 | 8.8 | -1.50 | 6.8 | 0.10 | 8.8 |
| OM5 | 2.60 | 53.28 | -0.80 | 22.8 | -2.00 | 12.0 | -0.40 | 26.4 |
| SB1 | 10.50 | 121.64 | 4.20 | 48.0 | 3.90 | 44.4 | 10.50 | 121.6 |
| SB3 | 10.90 | 0.00 | 3.70 | 0.0 | 3.70 | 0.0 | 10.90 | 0.0 |
| SB4 | 11.20 | 0.00 | 6.60 | 0.0 | 6.40 | 0.0 | 11.20 | 0.0 |
| Total | | 1,086.0 | | 566.6 | | 394.1 | | 682.6 |

Note: The water surface elevation for JE2 is set to produce flood damages of zero assuming that the pumps could evacuate the rainwater.

### 7.3.2.7. Recommendations for Future Mortality Risk Modeling

**7.3.2.7.1. Addressing Limitations of the Analysis.** Several limitations of the analysis were discussed earlier in Section 7.3.2.2. The scope and analytical rigor of the loss-of-life estimation technique used here reflect the utility of the data available prior to and during the study. With more reliable information, the accuracy and quality of the LIFESim results could improve greatly. Information from other IPET Team analyses necessary for IPET consequence assessments is rapidly becoming available. Data and quantified modeling results from other federal, state, and local sources could also be incorporated into LIFESim in the future to limit dependence on key assumptions, reduce the range of uncertainty, and rely more heavily on evidence-based parameters. Recommendations for revising and updating the LIFESim model results and implications are discussed below:

*Evacuation*—It is unclear what percentage of the total population will evacuate prior to the next significant hurricane that makes landfall in the greater New Orleans area. Further analysis should investigate potential correlations between income (access to vehicle), age, and health of the PAR with evacuation dynamics. The impact of the recently announced policy outlining the New Orleans hurricane evacuation plan could also influence evacuation and should be considered. The LIFESim model results should be made adjustable to user-defined evacuation rates.

*Rescue*—Lessons learned from Hurricane Katrina rescue operations will influence future efforts in areas affected by hurricane-related flooding. A more detailed examination of the


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

demographics of those individuals rescued in the days following Hurricane Katrina's initial impacts should inform the assumptions used to incorporate the capacity and extent of rescue operations in LIFESim. Additionally, demographic profiling of those rescued from attics and rooftops after Hurricane Katrina made landfall should inform any adjustments to the age-adjusted flood lethality zones. Rescue information could also be useful to more accurately calibrate LIFESim to account for fatalities associated with prolonged exposure or dehydration, as opposed to fatalities associated with submergence due to flood inundation or levee/pump station failure.

*Fatalities*—Access to data from Parish Coroners' offices may become available that will shed light on the spatial distribution, demographics, and cause of death for confirmed fatalities associated with Hurricane Katrina. This information could influence the accuracy of the LIFESim model calibration. Future LIFESim model runs should benefit from detailed Hurricane Katrina fatality information by reducing the uncertainty accompanying the flood lethality zone assumptions.

*Flooding Dynamics/Levee Breaches/Inundation Rates*—We anticipate sufficient information will soon be available to utilize the LIFESim *Inundation Module* to more accurately quantify loss of life based on temporal and spatial inter-drainage subbasin flooding dynamics and inundation factors. Specifically, the results and outputs from other IPET Team analyses should be evaluated once the information becomes available to determine how LIFESim could be further adjusted to incorporate hydrograph data for representative hurricane modeling scenarios, flow and velocity of storm surges, flood duration, and inter-drainage subbasin flood extent. LIFESim has functionality available to incorporate floodwater velocity once these data are available.

*Population at Risk (PAR) Demographics*—Under a separate IPET Team 9 task, a team of surveyors recently compared observed repopulation patterns in the greater New Orleans area with repopulation estimates calculated by the Greater New Orleans Community Data Center (2006) and McCarthy et al. (2006). Once this information becomes available, the PAR used in LIFESim should be adjusted accordingly. More detailed analysis of the spatial dynamics of repopulated neighborhoods and the PAR following evacuation should be based on gender, race, access to vehicle, income, and household information in addition to age profiling already in use. Additionally the PAR should periodically be updated in LIFESim to reflect changes in evidence-based influential factors, such as data on school re-enrollment, building permits authorizations and location, and reestablishment of utilities and other public services.

**7.3.2.7.2. LIFESim Model Automation and Enhancements.** If warranted, LIFESim could be enhanced to enable USACE greater direct access and flexibility to assess various hurricane-related loss of life impacts. We recommend automating LIFESim to expedite simulations and efficiently accommodate additional runs if necessary by programming pre- and post-processors. The current version of LIFESim can run a group of simulations using a simple automation module. An improved system would improve the process of batch simulation and data storage and visualization. LIFESim could also be reprogrammed with a user-friendly graphical user interface.

We also recommend employing conditioned choropleth (CC) maps for LIFESim results to help the user detect interesting patterns and relationships to facilitate comparison and


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

assessment. The CC maps could be comprised of a three-by-three matrix of maps containing three partitioning (or conditioning) sliders used to evaluate results based on estimated fatalities, flood elevation levels, and inundation rates. The sliders could partition the CC map regions into three ordered classes (low, middle, and high) based on the range of modeled results or inputs. CC maps use distinct colors to indicate each region's class membership. Moving the slider boundaries dynamically updates the colors of region polygons shown in the map matrix panels. The CC maps could complement the flood stage–fatality results for each drainage subbasin by addressing the inter-drainage subbasin flooding dynamics associated with modeled hurricane scenarios.

## References

### References for Health and Safety Consequences Assessment

#### *1. Human Health Effects of Hurricane Katrina*

New Orleans city, Louisiana. U.S. Census. 2006a.
Ref Type: Electronic Citation

Houston city, Texas. U.S. Census. 2006b.
Ref Type: Electronic Citation

*Healthc. Financ. Manage.*, Nov. 2005.

Abelson R, Feuer A. 10,000 Patients and Staff Members Await Evacuation From Barely Functional Hospitals. The New York Times. 2005.
Ref Type: Newspaper

Adams D. 2005. Katrina Displaces 6,000 Doctors. *American Medical News* 48(39).

Altman L, Chang K. Disease and Coordination Vie as Major Challenges. The New York Times. 2005.
Ref Type: Newspaper

Angst J. 1995. The Epidemiology of Depressive Disorders. *European Neuropsychopharmacology* 5(Suppl):95-8

ATSDR. 2005. *Draft Toxilogical Profile for Lead.* Agency for Toxic Substances and Disease Registry.

Baker A. Remembering Help Received After Sept. 11, New York Sends Officers to Louisiana. The New York Times. 2005.
Ref Type: Newspaper

Barringer F. Patients Needing Care Overwhelm New Orleans's Hospital System. The New York Times . 2006.
Ref Type: Newspaper


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.