Barringer F, Longman J. Owners Take Up Arms as Looters Press Their Advantage. The New York Times. 2005.
Ref Type: Newspaper

Barringer F, McNeil DG. Grim Triage of Ailing and Dying At a Makeshift Airport Hospital. The New York Times. 2005.
Ref Type: Newspaper

Barry D. Texas Way Station Offers a First Serving of Hope. The New York Times. 2005.
Ref Type: Newspaper

Barry D, Longman J. A Police Department Racked by Doubt and Accusations. The New York Times. 2005.
Ref Type: Newspaper

Bartels L. Welcome to Camp Katrina. Rocky Mountain News. 2005.
Ref Type: Newspaper

Beil L. 2 million in U.S. may carry staph. Dallas Morning News. 2006.
Ref Type: Newspaper

Bennett JW. 2006. The Molds of Katrina. *New York Academy of Sciences* January/February 2006:6-9.

Berggren R. 2005. Hurricane Katrina: Unexpected Necessities -- Inside Charity Hospital. *The New England Journal of Medicine* 353(15):1550-3.

Bourque LB, Siegel JM, Kano M, Wood MM. 2006a. Weathering the Storm: The Impact of Hurricanes on Physical and Mental Health. *The Annals of the American Academy* 604 (March 2006).

Bourque LB, Siegel JM, Kano M, Wood MM. 2006b. Weathering the Storm: The Impact of Hurricanes on Physical and Mental Health. *The Annals of the American Academy* 604 (March 2006).

Bourque LB, Siegel JM, Mano M, Wood MM. 2006d. Weathering the storm: the impact of hurricanes on physical and mental health. *Annals of the American Academy of Political and Social Science* 604:129-51.

Bourque LB, Siegel JM, Kano M, Wood MM. 2006c. Weathering the Storm: The Impact of Hurricanes on Physical and Mental Health. *The Annals of the American Academy* 604 (March 2006).

Bremner JD, Southwick SM, Charney DS. 1999. The neurobiology of posttraumatic stress disorder: an integration of animal and human research. In *Posttraumatic Stress Disorder: A Comprehensive Text*, ed. PA Saigh, JD Bremner,103-143. Needham Heights, MA: Allyn and Bacon.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Bruce JL. 2005. After the flood. *SportsTURF* 21(11).

Callimachi R. Katrina's Children Struggle With Fears. Washington Post. 2006.
Ref Type: Newspaper

Campo-Flores. 2006. "Katrina's Latest Damage." *Newsweek/MSNBC.*

CDC. 2004. *Symptoms of West Nile Virus*. Centers for Disease Control and Prevention.

CDC. 2005a. *Clean Up Safely After a Hurricane.*

CDC. 2005b. *Environmental Concerns After a Hurricane.*

CDC. 2005c. Infectious disease and dermatologic conditions in evacuees and rescue workers after Hurricane Katrina--multiple states, August-September, 2005. *MMWR Morb. Mortal. Wkly. Rep.* 54(38):961-4.

CDC. 2005d. *Keep Food and Water Safe after a Hurricane.*

CDC. 2005e. *Mold: Prevention Strategies and Possible Health Effects in the Aftermath of Hurricanes Katrina and Rita.*

CDC. 2005f. Norovirus outbreak among evacuees from Hurricane Katrina--Houston, Texas, September 2005. *MMWR Morb. Mortal. Wkly. Rep.* 54(40):1016-8.

CDC. 2005g. Surveillance for illness and injury after Hurricane Katrina--New Orleans, Louisiana, September 8-25, 2005. *MMWR Morb. Mortal. Wkly. Rep.* 54(40):1018-21.

CDC. 2005h. *Update on CDC's Response to Hurricane Katrina.*

CDC. 2005i. Vibrio illnesses after Hurricane Katrina--multiple states, August-September 2005. *MMWR Morb. Mortal. Wkly. Rep.* 54(37):928-31.

CDC. 2006a. Assessment of health-related needs after Hurricanes Katrina and Rita--Orleans and Jefferson Parishes, New Orleans area, Louisiana, October 17-22, 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55(2):38-41.

CDC. 2006b. Illness surveillance and rapid needs assessment among Hurricane Katrina evacuees--Colorado, September 1-23, 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55(9):244-7.

CDC. 2006c. Injury and illness surveillance in hospitals and acute-care facilities after Hurricanes Katrina And Rita--New Orleans area, Louisiana, September 25-October 15, 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55(2):35-8.

CDC. 2006d. Mortality associated with Hurricane Katrina--Florida and Alabama, August-October 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55(9):239-42.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

CDC. 2006e. Rapid assessment of health needs and resettlement plans among Hurricane Katrina evacuees--San Antonio, Texas, September 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55(9):242-4.

CDC. 2006f. Rapid community needs assessment after Hurricane Katrina--Hancock County, Mississippi, September 14-15, 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55(9):234-6.

CDC. 2006g. Surveillance for illness and injury after Hurricane Katrina--three counties, Mississippi, September 5-October 11, 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55(9):231-4.

CDC. 2006h. Surveillance in hurricane evacuation centers--Louisiana, September-October 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55(2):32-5.

CDC. 2006i. Tuberculosis control activities after Hurricane Katrina--New Orleans, Louisiana, 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55(12):332-5.

CDC Joint Task Force. 2005. *Environmental Health Needs and Habitability Assessment.*

Cefalu WT, Smith SR, Blonde L, Fonseca V. 2006. The Hurricane Katrina Aftermath and Its Impact on Diabetes Care. *Diabetes Care* 29:158-60.

Chan S, Revkin AC. Water Returned to Lake Pontchartrain Contains Toxic Material. The New York Times. 2005.
Ref Type: Newspaper

Cleveland Clinic. 2003. *Stress and Asthma.*

Cohen AJ. 2005. Hurricane Katrina: Lethal Levels. *The New England Journal of Medicine* 353(15):1549.

Cowan AL. Airlift of Evacuees to Northeast is Under Way. The New York Times. 2006.
Ref Type: Newspaper

Cox R. Alaskan led New Orleans pet-rescue efforts CALLAHAN. Anchorage Daily News. 2005.
Ref Type: Newspaper

Dao J, Treaster JB, Barringer F. New Orleans Is Awaiting Deliverance. The New York Times. 2005. Ref Type: Newspaper

deBoisblanc BP. 2005. Black Hawk, Please Come Down. *American Journal of Respiratory and Critical Care Medicine* 172:1239-40

Dewan S. Storm's Missing. The New York Times. 2006b.
Ref Type: Newspaper

Dewan S. Evacuee Study Finds Declining Health. The New York Times. 2006c.
Ref Type: Newspaper


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Dewan S. Often, Tolls Don't Show True Picture. The New York Times. 2005a.
Ref Type: Newspaper

Dewan S. In Attics and Rubble, More Bodies and Questions. The New York Times. 2006a.
Ref Type: Newspaper

Dewan S. Bungled Records of Storm Deaths Renew Anguish. The New York Times. 2005b.
Ref Type: Newspaper

Dewan S. Weeks Later, Most Storm Victims Lie Unnamed. The New York Times. 2005c.
Ref Type: Newspaper

Dewan S, Connelly M, Lehren A. Evacuees' Lives Still Upended Seven Months After Hurricane. The New York Times. 2006. Ref Type: Newspaper

Dewan S, Goodnough A. Rotting Food, Dirty Water and Heat Add to Problems. The New York Times. 2005. Ref Type: Newspaper

Dewan S, Roberts J. Louisiana's Deadly Storm Took Strong as Well as the Helpless. The New York Times. 2005. Ref Type: Newspaper

Egan T, Balleza M, Panaloza DC. Uprooted and Scattered Far From the Familiar. The New York Times. 2005. Ref Type: Newspaper

EPA. 2005a. *Caution Urged Dealing with Debris and When Re-entering Hurricane-Damaged Homes and Buildings*. Environmental Protection Agency.

EPA. 2005b. *Environmental Assessment Summary for Areas of Jefferson, Orleans, St. Bernard, and Plaquemines Parishes Flooded as a Result of Hurricane Katrina*. Environmental Protection Agency.

EPA. 2006. *Summary Assessment of the Results of Sampling of Localized areas Identified For Focused Investigations Following Hurricane Katrina*. Environmental Protection Agency.

Erickson J. Mosquito Numbers Explode due to Hurricane Flooding. Rocky Mountain News. 2005. Ref Type: Newspaper

Fairbank JA, Ebert L, Caddell JM. 2001. Posttraumatic stress disorder. In *Comprehensive Handbook of Psychopathology (3rd Edition)*, ed. JE Adams, PB Sutker, New York: Kluwer Academic/Plenum Press.

Fairbank K. Counting, identifying the dead a low priority for officials. Dallas Morning News. 2005. Ref Type: Newspaper

Ferdinand KC. 2005. The Hurricane Katrina disaster: focus on the hypertensive patient. *J. Clin. Hypertens. (Greenwich.)* 7(11):679-80.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Foa EB, Davidson JRT, Frances A. 1999. The Expert Consensus Guidelines Series: Treatment of Posttraumatic Stress Disorder. *Journal of Clinical Psychiatry* 60(Suppl.16):1-76.

Foa EB, Keane TM, Friedman MJ. 2000. *Effective treatments for PTSD: Practice Guidelines from the International Society for Traumatic Stress Studies*, New York: Guilford Press.

Frohlich ED. 2005. Hurricane Katrina: Aftershocks. *The New England Journal of Medicine* 353(15):1545.

Galea S, Ahern J, Resnick H, Kilpatrick D, Bucuvalas M, Gold J. 2002. Psychological sequelae of the September 11 terrorist attacks in New York City. *The New England Journal of Medicine* 346:982-7.

Glanton D. Katrina survivor battles aneurysm. Chicago Tribune. 2006.
Ref Type: Newspaper

Glanton D. 'You can smell the death'. Chicago Tribune. 2005.
Ref Type: Newspaper

Gleser G, Green B, Winget C. 1981. *Prolonged psychological effects of disaster: a study of Buffalo Creek.*, New York: Academic Press.

Golden K, Ratard R. 2006. *Katrina Cough*.

Graham J. Hospitals struggle with multiple challenges. Chicago Tribune. 2005.
Ref Type: Newspaper

Green B, Grace M, Lindy J, Gleser G, Leonard A, Kramer T. 1990. Buffalo Creek survivors in the second decade: comparison with unexposed and nonlitigant groups. *Journal of Applied Social Psychology* 20:1033-50.

Green BL. 1993. Identifying survivors at risk: trauma and stressors across events. In *International Handbook of Traumatic Stress Syndromes*, ed. JP Wilson, B Raphael, New York: Plenum Press.

Greenough PG, Kirsch TD. 2005. Hurricane Katrina: Public Health Response -- Assessing Needs. *The New England Journal of Medicine* 353(15):1544-6.

Griffin L, Navarro M, Rich M. For Many, Relief Is Delivered by the Most Traditional of Rescue Groups. The New York Times. 2005. Ref Type: Newspaper

Gross J, Griffin L. Luck and Fate Seated Victims on a Doomed Bus. The New York Times. 2005. Ref Type: Newspaper

Haile RE. 1999. The health effects of swimming in ocean water contaminated by storm drain runoff. *Epidemiology* 10(4):355-63.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Hancock L. Exhausted firefighters fight to save New Orleans from blazes. Dallas Morning News. 2005. Ref Type: Newspaper

Harris G. Medical Team From Georgia, Trying to Provide Help, Hits Roadblocks Along the Way. The New York Times. 2005a. Ref Type: Newspaper

Harris G. Police in Suburbs Blocked Evacuees, Witnesses Report. The New York Times. 2005b. Ref Type: Newspaper

Henderson GS. 2005a. Hurricane Katrina: Finding Supplies. *The New England Journal of Medicine* 353(15):1542.

Henderson GS. 2005b. Hurricane Katrina: Triagine Tragedy. *The New England Journal of Medicine* 353(15):1551.

Herbert B. A Rush of Stories. The New York Times. 2005. Ref Type: Newspaper

Hitti M. Stress, Asthma Don't Mix Well in Kids. Thorax 59, 1046-1051. 2004. Ref Type: Electronic Citation

Hobfoll S, Lilly R. 1993. Resource conservation as a strategy for community psychology. *Journal of Community Psychology* 21:128-48.

Horner K. Homeless numbers fall 3.3%. Dallas Morning News. 2006. Ref Type: Newspaper

Hoven CW, Duarte CS, Lucas CP, Wu P, Mandell DJ, Goodwin RD. 2006. Psychopathology among New York City public school children 6 months after September 11. *Archives of General Psychiatry* 62:545-52.

Institute of Medicine. 2004. *Damp indoor spaces and health.* National Academies Press, Washington, DC.

Janega J. 'Wiped out' says it all for parish. Chicago Tribune. 2005. Ref Type: Newspaper

Johnson K. Urban Evacuees Find Themselves Among Rural Mountains. The New York Times. 2005. Ref Type: Newspaper

Judd LL, Paulus MP, Wells KB, Rapaport MH. 1996. Socioeconomic Burden of Subsyndromal Depressive Symptoms and Major Depression in a Sample of the General Population. *American Journal of Psychiatry* 153:1411-7.

Kaiser Family Foundation. 2005a. *Assessing the Number of People with HIV/AIDS in Areas Affected by Hurricane Katrina.* Kaiser Family Foundation.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Kaiser Family Foundation. 2006a. *A Pre-Katrina Look at the Health Care Delivery System for Low-Income People in New Orleans. Rep. 7442*, Kaiser Family Foundation.

Kaiser Family Foundation. 2006b. *Daily Health Policy Report.*

Kaiser Family Foundation. 2006c. *Addressing the Health Care Impact of Hurricane Katrina. Rep. 7387*, Kaiser Family Foundation.

Kaiser Family Foundation. 2006d. *A Comparison of the Seventeen Approved Katrina Waivers.* Kaiser Family Foundation.

Kaiser Family Foundation. 2005b. *Key Facts - States Most Affected by Hurricane Katrina.* Kaiser Family Foundation.

Keane TM, Wolf J. 1990. Comorbidity in posttraumatic stress disorder: an analysis of community and clinical studies. *Journal of Applied Social Psychology* 20:1776-88.

Kent J. 2005. *2005 Louisiana Hurricane Impact Atlas.*

Kessler RC, Berglund P, Demler O, Jim R, Koretz D et al. 2003. The Epidemiology of Major Depressive Disorder: Results From the National Comorbidity Survey Replication (NCS-R). *Journal of the American Medical Association* 289(23):3095-105.

Kessler RC, Sonnega A, Bromet E. 1994. Posttraumatic stress disorder in the National Comorbidity Survey. *Archives of General Psychiatry* 52:1048-60.

Louisiana Department of Health and Hospitals. Orleans Parish Declared as Health Professional Shortage Area. Louisiana Department of Health and Hospitals. 2006. Ref Type: Electronic Citation.

Lewis M. Wading toward home. The New York Times. 2005. Ref Type: Newspaper

Lipton E, Drew C, Shane S, Rohde D. Breakdowns Marked Path From Hurricane to Anarchy. The New York Times. 2005. Ref Type: Newspaper

Loftis RL. Environmental damage from Katrina 'unprecedented', experts say. Dallas Morning News. 2005. Ref Type: Newspaper

Loftis RL. Environmental experts contemplate New Orleans' rebirth. Dallas Morning News. 2006. Ref Type: Newspaper

Longman J. Drying Out, New Orleans Fears a Blaze. The New York Times. 2005. Ref Type: Newspaper

Lubell J. 2005. Storm-displaced physicians are trying to practice medicine. *Family Practice News* 35(21).

Manuel J. 2006. In Katrina's Wake. *Environmental Health Perspectives* 114(1).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

McKinney D. Northern refuge. Anchorage Daily News. 2005.
Ref Type: Newspaper

Mercy Corps. 2006. *On the Road to Recovery.*

Minton E. Norton, G. 2006. Ref Type: Personal Communication.

Montero D. Longing for a taste of home. Rocky Mountain News. 2006.
Ref Type: Newspaper

Murphy J. 2006. O.D.s still struggle in Katrina's wake: with makeshift offices, many optometrists continue to provide much-needed care. *Review of Optometry* 143(2):2.

Nichols B. Houston team inspects New Orleans homes. Dallas Morning News. 2006a.
Ref Type: Newspaper

Nichols B. Houston wearying of Katrina evacuees. Dallas Morning News. 2006b.
Ref Type: Newspaper

Norris FH, Byrne CM, Diaz E, Kaniasty K. 2001a. *The Range, Magnitude, and Duration of effects of Natural and Human-Caused Disasters: A Review of the Empirical Literature.* National Center for PTSD.

Norris FH, Byrne CM, Diaz E, Kaniasty K. 2001b. *The Range, Magnitude, and Duration of effects of Natural and Human-Caused Disasters: A Review of the Empirical Literature.* National Center for PTSD.

Norris FH, Friedman MJ, Watson PJ, Burne CM, Diaz E, Kaniasty K. 2002a. 60,000 disaster victims speak: Part I. an empirical review of the empirical literature, 1981 – 2001. *Psychiatry* 63(3):207-39.

Norris FH, Friedman MJ, Watson PJ, Byrne CM, Diaz E, Kaniasty K. 2002b. 60,000 disaster victims speak: Part II. summary and implications of the disaster mental health research. *Psychiatry* 65(3):240-60.

Nossiter A. Hurricane Takes a Further Toll: Suicides Up in New Orleans. The New York Times. 2005. Ref Type: Newspaper

Pardue JH, Moe WM, McInnis D, Thibodeaux LJ, Valsaraj KT et al. 2005. Chemical and microbiological parameters in New Orleans floodwater following Hurricane Katrina. *Environ. Sci. Technol.* 39(22):8591-9.

Peres J, Janega J. Fear of epidemics ebbs. Chicago Tribune. 2005.
Ref Type: Newspaper

Pfefferbaum B, Nixon SJ, Krug RS, Tivis RD, Moore VL, Brown JM. 1999. Clinical needs assessment of middle and high school students following the 1995 Oklahoma City bombing. *American Journal of Psychiatry* 156:1069-74.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Pfefferbaum B, Nixon SJ, Tivis RD, Doughty DE, Pynoos RS, Gurwitch RH. 2001. Television exposure in children after a terrorist incident. *Psychiatry* 64(3):202-11.

Pfefferbaum B, Seale TW, McDonald NB, Brandt ENJr, Rainwater SM et al. 2000. Posttraumatic stress two years after the Oklahoma City Bombing in youths geographically distant from the explosion. *Psychiatry* 64:358-70.

Possley M, McCormick J. Officials struggle to determine Katrina-related deaths. Chicago Tribune. 2005. Ref Type: Newspaper

Presley SM, Rainwater TR, Austin GP, Platt SG, Zak JC et al. 2006. Assessment of pathogens and toxicants in New Orleans, LA, following Hurricane Katrina. *Environ. Sci. Technol.* 40(2):468-74.

Quinn SC. 2006. Hurricane Katrina: A Social and Public Health Disaster. *American Journal of Public Health* 96(2).

Quintero F, Prieto B. Evacuees pin hopes on future in Colorado. Rocky Mountain News. 2005. Ref Type: Newspaper

Ratard R, Brown CM, Ferdinands J, Callahan D. 2006. Health Concerns Associated with Mold in Water-Damaged Homes After Hurricanes Katrina and Rita -- New Orleans, Louisiana, October 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55/No.2(March 10, 2006):41-4.

Riad JK, Norris FH. 1996. The influence of relocation on the environment, social, and psychological stress experienced by disaster victims. *Environment and Behavior* 28(2):163-82

Rivlin G. Some People Return, but Only One in 10 Businesses Has Reopened. The New York Times. 2006. Ref Type: Newspaper

Rohde D, McNeil DG, Abelson R, Dewan S. Vulnerable, and Doomed in the Storm. The New York Times. 2005. Ref Type: Newspaper

Roman L, Baum D. 2005. After Katrina, hospitals' fate is uncertain. *RN* 68(12).

Ross DC. 2005. *Many Katrina Survivors Seeking Medicaid in Louisiana Shelters Remain Without Coverage.*

Salopek P, Horan D. How places of refuge became hell. Chicago Tribune. 2005. Ref Type: Newspaper

Salzman A. Food Pantries Feel a Post-Hurricane Pinch. The New York Times. 2005. Ref Type: Newspaper

SAMHSA. 2005a. *SAMHSA Hurricane Katrina Update, Sept. 14-Sept.18.*

SAMHSA. 2005b. *SAMHSA Hurricane Katrina Update, Sept. 24-Sept.29.*



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

SAMHSA. 2005c. *SAMHSA Hurricane Katrina Update, Sept. 9-Sept.13.*

SAMHSA. 2006. *SAMHSA Post-Katrina/Rita/Wilma Activity Summary.*

Schlenger WE, Caddell L, Ebert BK, Jordan KM, Rourke D et al. 2002. Psychological Reactions to Terrorist Attacks: Findings from the National Study of Americans' Reactions to September 11. *Journal of the American Medical Association* 288:581-8.

Schneider ME. 2005. Web site provides Gulf Coast evacuee Rx data to doctors. *Family Practice News* 35(20).

Schnurr PP, Friedman MJ. 2001. An overview of research findings on the nature of posttraumatic stress disorder. *Psychotherapy in Practice* 3:11-25.

Schuster MA, Stein BD, Jaycox LH, Collins RL, Marshall GN, Elliott M. 2001. A national survey of stress reactions after the September 11, 2001, terrorist attacks. *The New England Journal of Medicine* 345:1507-12.

Seelye KQ. As Katrina Recedes, Newspapers Still Float. The New York Times. 2006.
Ref Type: Newspaper

Silver RC, Holman EA, McIntosh DN, Poulin M, Gil-Rivas V. 2002. Nationwide longitudinal study of psychological responses to September 11. *Journal of the American Medical Association* 288(10):1235-44.

Simmons A. More Katrina Fatalities Could Be Found. Los Angeles Times. 2006.
Ref Type: Newspaper

Steinhauer J. Storm and Crisis: Resettling. The New York Times. 2005.
Ref Type: Newspaper

Steward WF, Ricci JA, Chee E, Hahn SR, Morganstein D. 2003. Cost of Lost Productive Work Time Among US Workers With Depression. *Journal of the American Medical Association* 289(23):3135-44.

Sullivan MG. 2005b. Disrupted ecology may protect La. from West Nile. *Family Practice News* 35(19).

Treaster JB. At Stadium, A Haven Quickly Becomes an Ordeal. The New York Times. 2005.
Ref Type: Newspaper

Treaster JB, DeSantis J. With Some Now at Breaking Point, City's Officers Tell of Pain and Pressure. The New York Times. 2005.
Ref Type: Newspaper

Tucker M, Eichold B, Lofgren JP, Holmes I, Irvin D et al. 2006. Carbon Monoxide Poisonings After Two Major Hurricanes -- Alabama and Texas, August-October 2005. *MMWR Morb. Mortal. Wkly. Rep.* 55/No.9:236-9.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.