U.S. DHHS. U.S. Health and Human Services releases Katrina aid to 32 states to help with evacuee health cost. Science Letter, 1141. 2006.
Ref Type: Newspaper

Wilgoren J. Destitute Victims of Hurricane Remain Stuck in Hotels. The New York Times. 2005. Ref Type: Newspaper

Wilkerson I. In a Strange Land: From New Orleans to Sallisaw. The New York Times. 2005.
Ref Type: Newspaper

Wilson JF. 2006. Health and the Environment after Hurricane Katrina. *Annals of Internal Medicine* 144(2):153-6.

Winslow DL. 2005. Wind, Rain, Flooding, and Fear: Coordinating Military Public Health in the Aftermath of Hurricane Katrina. *Clinical Infectious Diseases* 41:1759-63.

Wockner R. New Orleans AIDS agencies struggle to resume services. Dallas Voice. 2006.
Ref Type: Newspaper

Working R. Evacuees spread across nation. Chicago Tribune. 2005.
Ref Type: Newspaper

Yehuda R. 2002. Posttraumatic stress disorder. *The New England Journal of Medicine* 346:108-14.

Zarus GM, Fowler DA. 2005. *Health Consultation: Murphy Oil Spill*. Agency for Toxic Substances and Disease Registry.

### *2. Loss of Life Modeling*

Aboelata, M. 2005. "Conceptualization and Development of a Dam Break Life-Loss Estimation Model." Ph.D. dissertation, Utah State University, Logan, UT.

Department of Health and Hospitals, State of Louisiana. 2006. "Vital Statistics of All Bodies at St. Gabriel Morgue 2/23/2006." http://www.dhh.louisiana.gov/offices/publications/pubs-192/Deceased%20Victims_2-23-2006_information.pdf. Accessed 3 April 2006.

Federal Emergency Management Agency (FEMA). 2003. "HAZUS–MH flood technical manual." Department of Homeland Security, Emergency Preparedness and Response Directorate, FEMA, Mitigation Division, Washington, DC.

Gallup Organization. 2005. "Gallup/CNN/USA Today/Red Cross Poll #2005-45: Hurricane Katrina Survivors." Survey conducted among 1,510 adult survivors from across the Gulf South region. 30 September – 9 October 2005.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Greater New Orleans Community Data Center (GNOCDC). 2006. "Post-Disaster Population Estimates" Louisiana Department of Health and Hospitals Bureau of Primary Care and Rural Health (Oct 2005 - Feb 2006). Greater New Orleans Community Data Center. http://www.gnocdc.org/reports/PopEst_FEB06.xls. Accessed 13 April 2006.

McCarthy, K., Peterson, D., Sastry, N. and Pollard, M. 2006. "The Repopulation of New Orleans After Hurricane Katrina." RAND Corporation. Arlington, VA. http://www.rand.org/pubs/technical_reports/2006/RAND_TR369.pdf. Accessed 12 April 2006.

McClelland, D. M. 2002. "A team approach to improving dam-safety emergency action plans, flood maps, and emergency response plans using life-loss risk assessment." EAP 2002: International Workshop for Emergency Preparedness at Dams, sponsored by FERC and ASDSO.

Simmons, Ann. 2006. "More Katrina Fatalities Could Be Found." Article published in the *Los Angeles Times*. Reported on-line at http://www.latimes.com/news/nationworld/nation. 21 March 2006.

U.S. Army Corps of Engineers (USACE) Interagency Performance Evaluation Task Force (IPET) Data Repository. 2006. https://crdcpw.erdc.usace.army.mil/WEL/index.html. Accessed 11 April 2006.

U.S. Census Bureau. 2002. United States Census 2000. http://www.census.gov.

U.S. Geological Survey (USGS). 2005. Seamless Data Distribution Center, EROS Data Center, Sioux Falls, North Dakota. http://seamless.usgs.gov/index.asp.

Woods and Poole. 2001. Woods and Poole Data on CD-ROM. Woods and Poole Economics, Washington, DC.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

## 7.4. Social and Cultural Consequences Assessment Digest

This section reports the objectives, approach, and results of the social and cultural consequences assessment.

### 7.4.1. Objectives

The objective was to characterize and compare social and cultural conditions before and after Hurricane Katrina to illustrate the consequences of that event, and to forecast the potential social and cultural consequences of a similar hurricane event once the flood protection system is repaired.

The breaching and overtopping of the levees caused a breakdown in New Orleans' social structure, a loss of cultural heritage, and dramatically altered the physical, economic, political, social, and psychological character of the area. These impacts are unprecedented in their social consequence and unparalleled in the modern era of the United States. They will remain part of the region's social, historic, and cultural consciousness for decades. In terms of the social consequences of the Katrina event specifically, the aftermath is best described as a catastrophe where the social organization of the community and region had been compromised by the mass exodus of the population, the structural damage, and the demands to respond and rebuild. The long term appreciation of the social, cultural, and historic consequences is beyond the scope of this analysis, which focuses on the short-term. Because of the magnitude and unique character of the event, the report only provides a general discussion of the long term social, cultural, and historic consequences. This report focuses on short term consequences.

The report does not include all the significant social consequences associated with the event. Given the unprecedented event, the report focuses on those consequences which can be addressed with reliable and consistent data. There are an unknown, but likely a sizable number, of factors that this report does not address. Though there is extensive research literature on social consequences of disasters, Katrina is unique, and will no doubt generate new insights from future research on what factors are involved in such events. Many agencies have been overwhelmed with responding to the event and could not devote resources to providing data regarding the event. Many of the consequences have yet to fully emerge and may take years to do so. As a result, the report only provides a limited view of nature of the social consequences of the event.

However, the objective of this subtask is to identify available indicators reflecting the overall social and cultural character of the impacted area and estimate potential futures conditions.

### 7.4.2. Approach

The general methodology was to identify changes in units of analysis (i.e., social units) over time using three discrete time periods:


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

- Pre-Katrina
- Immediate post-Katrina (Sept 2005 – May 2006)
- Long-term post-Katrina (after 1 June 2006) Because of the high level of uncertainty of the long-term consequences, the focus is more general than the shorter term time periods

For each time period, data were gathered and analyzed to provide a quantitative measure of observed changes and then a qualitative assessment of the changes was undertaken.

#### 7.4.2.1. Units of Analysis

The primary units of analysis in this report are characterized by the social, cultural, and historic indicators and include both qualitative and quantitative measures. Because of the urban nature of Orleans Parish, the unit of analysis within that parish is the neighborhood in which people reside. The neighborhood is considered a meaningful social unit, representing the interactions, social processes and organizations of those living and conducting business within that area. Outside of Orleans Parish, but within the immediate area affected by the levee performance, the units of analysis are parishes and the larger communities within those parishes. This analysis also focused on social institutions. Social institutions are defined as ways of providing a basic societal need. Efforts to meet those needs are often situated in physical locations. To illustrate, religions vary in how they support parishioners through joyous events such as weddings or provide solace during events such as disasters and funerals. A given culture's ways of meeting key societal needs will take place in physical locations such as mosques, churches, and temples. As another illustration, urban areas routinely provide trauma centers and helicopter transport as a way of providing critical medical care often disrupted by disasters. Generally, key social institutions include the family, government/political structures, education, the economy, religion, and health care. The classification of units of analysis is not equal across all of our focal areas, so for our analysis, these are divided into two primary sub-groups: Social characteristics and historical/cultural resources as outlined in Table 47.

**Table 47**
**Units of Analysis**

| Geography | Unit of Analysis | Spatial enumeration |
|---|---|---|
| | **Social** | |
| Within Orleans Parish | Population living within neighborhood | Sum of US census tracts (defined neighborhoods) |
| | Population living within planning districts | Sum of US census tracts (defined neighborhoods) |
| | Institutions (by type) | Location |
| Outside Orleans Parish | Parish | US census parish boundary |
| | Community | Incorporated place |
| | Institution (by type) | Parish |
| Region | Gulf Coast Impacted Area | Areas adjacent to New Orleans metropolitan area |
| Nation | Areas outside the immediate hurricane impacted area | Focus on areas with largest number of evacuees |
| | **Historical and Cultural Resources** | |
| Within and outside Orleans Parish | Geographic points/locales | Specific point locations (longitude and latitude) |
| | Neighborhoods | Self-identity, sense of place |
| | Community | Self-identity, sense of place |


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

### 7.4.2.2. Study Area

The study area is defined by scale (local, regional, national) based on the impacts and consequences to populations and institutions. The impacts and consequences are more specific at the local scale and become more generalized at the regional and national levels. Local refers to the immediate hurricane impact area including all parishes within greater New Orleans (Jefferson, Orleans, Plaquemine, St. Bernard, St. Charles, and St. Tammany Parishes). Regional scale means those areas adjacent to the metropolitan area as well as the state of Louisiana. National includes the rest of the United States. Given the national and historic importance of this event, it is important to understand the larger context. Consistent and reliable data for regional and national consequences is largely unavailable at the time of the writing of the report. For that reason those consequences are discussed in less detail than those on the local level and in a mostly qualitative basis. However, this level of detail is not a reflection of the importance of the consequences on the region and the nation

### 7.4.2.3. Field Methodology

Though the overall study primarily used secondary data sources, some field-based data collection was required to fully comprehend and understand of the residents' attempts to reoccupy the flooded metropolitan area. The fieldwork was designed to estimate the current extent of repopulation and probable reoccupation in selected neighborhoods in New Orleans. A sample of the U.S. Census Bureau geographically defined block groups were developed to capture the socio-economic diversity of the community, using stratified sampling techniques. In March 2006, field observers went to the sampled block groups and documented activities associated with repopulation. Study team members also conducted unstructured interviews with key persons in the community who had long-term knowledge of the community. This information provided insights into both repopulation of flooded areas and the other social and cultural conditions.

### 7.4.2.4. Data

**7.4.2.4.1. Local.** Table 48 exemplifies the variables, units of analysis, measures, data sources and time frame used in this analysis. Data sources included those for post-Katrina conditions which included estimates and qualitative assessments of future conditions. The timeframe is intended to capture the pre-Katrina conditions. Measures reflecting the variables are taken from a variety of secondary sources, most of which were not August 2005, the date of the hurricane. The table notes which year the data are available. This summary document examines only some of the variables listed in the table. More detailed discussion is provided in the detail Appendix D.

**7.4.2.4.2. Regional and National Impacts**. Regional and national consequences were discussed primarily in quantitative terms, with support of available information.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

### 7.4.3. Results

The following is a summary of the analysis conducted using the variables described in Table 48. In the discussion below, key variables from the above list provide an indication of the findings. The results below are presented using three time frames. Data sources for pre-Katrina include data from the decennial US Census of Population and Housing and other sources that provide quantitative counts or estimates. Post-Katrina data have more uncertainty. There have been no post-Katrina observations for many of the variables listed in the table. In order to provide a general determination of what changes have occurred, this analysis used the disaster research literature, interviews with key persons in the community – local experts and expert opinion of those in the disaster research field, those on the study team – to provide a qualitative assessment of what those changes might be. A more detailed discussion is provided in the study documentation.

**Table 48**
**Social, Cultural, and Historical Consequences/Impacts Matrix (Orleans, Jefferson, St. Bernard, and Plaquemines Parishes)**

| Variable | Unit of Analysis | Definition/ Measurement | Data Source | Time Frame (Actual Data Date) |
|---|---|---|---|---|
| | | Social | | |
| 1. Population/ Number of persons | Parish/Community/ (Neighborhood in Orleans Parish) | Population | US Census/Estimate | Pre-Katrina (2000-2004) |
| | | | Field Observations | Post- June 2006 |
| | | | LA Recovery Authority/ RAND Corporation/Orleans | Post- Long-Term |
| 2. Families | Parish/Community/ (Neighborhood in Orleans Parish) | Number of families | US Census | Pre-Katrina (2000-2004) |
| | | | Qualitative Assessment- (local experts/research literature/expert opinion) | Post- June 2006 Post- Long-Term |
| 3. Gender ratio | Parish/Community/ (Neighborhood in Orleans Parish) | Number men/number of women | US Census | Pre-Katrina (2000-2004) |
| | | | Qualitative Assessment- (local experts/research literature/expert opinion) | Post- June 2006 Post- Long-Term |
| 4. Women head family w/children | Parish/Community/ (Neighborhood in Orleans Parish) | % Female head family w/children | US Census | Pre-Katrina (2000/04) |
| | | | Qualitative Assessment (local experts/expert opinion) | Post- June 2006 Post- Long-Term |
| 5. Children Under 5 years old | Parish/Community/ (Neighborhood in Orleans Parish) | % Under 5 years old | US Census | Pre-Katrina (2000-2004) |
| | | | Qualitative Assessment (Local experts/expert opinion) | Post- June 2006 Post- Long-Term |
| 6. Adults over 65 years old | Parish/Community/ (Neighborhood in Orleans Parish) | % Over 5 years old | US Census | Pre-Katrina (2000/04) |
| | | | Qualitative Assessment (Local experts/expert opinion) | Post- June 2006 Post- Long-Term |
| 7. Race | Parish/Community/ (Neighborhood in Orleans Parish) | % African American | US Census | Pre-Katrina (2000/2004) |
| | | | Qualitative Assessment (Local expert/expert opinion) | Post- June 2006 Post- Long-Term |
| 8. Population with low income | Parish/Community/ (Neighborhood in Orleans Parish) | %Family income below $20K | US Census | Pre-Katrina (2000-2004) |
| | | | Qualitative Assessment- (local experts/expert opinion) | Post- June '06 Post- Long-Term |

*(Sheet 1 of 3)*


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 48 (Continued)**

| Variable | Unit of Analysis | Definition/ Measurement | Data Source | Time Frame (Actual Data Date) |
|---|---|---|---|---|
| | | Social (cont.) | | |
| 9. Population middle to upper income | Parish/Community/ (Neighborhood in Orleans Parish) | % Household income below $50K | US Census | Pre-Katrina (2000-2004) |
| | | | Qualitative Assessment- (local experts/research literature/expert opinion) | Post- June 2006 Post- Long-Term |
| 10. Level of poverty | Parish/Community/ (Neighborhood in Orleans Parish) | % Below poverty | US Census | Pre-Katrina (2000/04) |
| | | | Qualitative Assessment (Expert opinion) | Post- June 2006 Post- Long-Term |
| 11. Educational attainment | Parish/Community/ (Neighborhood in Orleans Parish) | %Persons over 25 education less than high school | US Census | Pre-Katrina (2000-2004) |
| | | | Qualitative Assessment- (Local experts) | Post- June 2006 Post- Long-Term |
| 13. Population living alone | Parish/Community/ (Neighborhood in Orleans Parish) | % Persons in 1-person households | US Census | Pre-Katrina (2000-2004) |
| | | | Qualitative Assessment/ (Local experts/research literature/expert opinion) | Post- June 2006 Post- Long-Term |
| 14. Housing stock | Parish/Community/ (Neighborhood in Orleans Parish) | Number of housing units | US Census | Pre-Katrina (2000/04) |
| | | | Qualitative Assessment (Local experts/research literature/expert opinion) | Post- June 2006 Post- Long-Term |
| 15. Number of renters | Parish/Community/ (Neighborhood in Orleans Parish) | % Housing units renter occupied | US Census | Pre-Katrina (2000-2004) |
| | | | Qualitative Assessment (Local experts/research literature/expert opinion) | Post- June 2006 Post- Long-Term |
| 16. Long-term residency | Parish/Community/ (Neighborhood in Orleans Parish) | % Lived in same house 1995 | US Census | Pre-Katrina (2000-2004) |
| | | | Qualitative Assessment (Local experts/research literature/expert opinion) | Post- June 2006 Post- Long-Term |
| 17. Households with no personal transportation | Parish/Community/ (Neighborhood in Orleans Parish) | % Households with no vehicle | US Census | Pre-Katrina (2000-2004) |
| | | | Qualitative Assessment | Post- June 2006 Post- Long-Term |
| 18. Population change 1990-2000 | Parish/Community/ (Neighborhood in Orleans Parish) | % Population change 1990-2000 | US Census | Pre-Katrina (1990-2000) |
| 19. Population change | Parish/Community/ (Neighborhood in Orleans Parish) | % Population change | US Census | Pre-Katrina (2000–2004) |
| | | | (Repopulation Observational data/ RAND Corporation/LRA | Post- June 2006 Post- Long-Term |
| 20. Disabled persons | Parish/Community/ (Neighborhood in Orleans Parish) | % of persons/ households with disabilities | US Census | Pre-Katrina (2000-2004) |
| | | | Qualitative assessment –(local experts/research literature/expert opinion) | Post- June 2006 Post- Long-Term |
| 21. Health care | Broad institutional level | Number before and after | LA Dept Health and Hospitals | Pre-Katrina (2005) |
| | | (capacity), number in impact zone | LA Dept Health and Hospitals | Post- June 2006 Post- Long-Term |
| 22. Education | Parish level/broad institutional | Number of students enrolled | LA Dept of Education | Pre-Katrina (2004) |
| | | | Qualitative assessment (Local experts) | Post- June 2006 Post- Long-Term |
| | | | | *(Sheet 2 of 3)* |


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

| Table 48 (Continued) | | | | |
|---|---|---|---|---|
| **Variable** | **Unit of Analysis** | **Definition/ Measurement** | **Data Source** | **Time Frame (Actual Data Date)** |
| | | **Social (cont.)** | | |
| 23. Political/ Governance | Broad institutional | Qualitative descriptions (Local experts) | Qualitative assessment (Local experts) | Pre-Katrina (2005) |
| 24. Public safety | Broad institutional level | Qualitative descriptions /(local experts) | DHH | Pre-Katrina (2005) |
| | | | Qualitative assessment (local experts) | Post- June 2006 Post- Long-Term |
| 25. Disaster preparedness warning/response | % Household w/o vehicle/ Broad Institutional | US Census/ qualitative descriptions | Qualitative assessment (Local experts/research literature/expert opinion) | Pre-Katrina (2005) |
| | | | | Post- June 2006 Post- Long-Term |
| 26. Socio-economic (employment) | Broad institutional level | Qualitative descriptions | Qualitative assessment (Local experts/expert opinion/research) literature) | Pre-Katrina (2005) |
| | | | | Post- June 2006 Post- Long-Term |
| | | **Institutional/Cultural** | | |
| 27. Community centers | Parishes, communities | Number of community centers in impact zone | Qualitative assessment (Local experts) | Pre-Katrina (2000/04) |
| | | | | Post- June 2006 Post- Long-Term |
| 28. Churches | Broad institutional level | Qualitative descriptors | Qualitative assessment (Local experts/ unpublished data bases) | Pre-Katrina (2000-2004) |
| | | | | Post- June 2006 Post- Long-Term |
| 29. Service organizations/ volunteer | Point | Qualitative descriptors | Qualitative assessment (Local experts) | Pre-Katrina (2000-2004) |
| | | | | Post- June 2006 Post- Long-Term |
| 30. Art and entertainment shows, museums, festivals | Point | Number of advertised events before/after | (Qualitative assessment) (Newspapers) | Pre-Katrina (2005) |
| | | | | Post- June 2006 Post- Long-Term |
| 31. Leisure and recreational facilities | Point | Parks, movie theatres, restaurants, libraries | Qualitative assessment (Media accounts) | Pre-Katrina (2005) |
| | | | (Local experts) | Post- June 2006 Post- Long-Term |
| 32. Landmarks | Point | Parish | Parish government (websites) | Pre-Katrina (2005) |
| | | | (Local experts) | Post- June 2006 Post- Long-Term |
| | | **Historical** | | |
| 33. Historical buildings | Point | Points, polygons | Parish government (Local parish websites) | Pre-Katrina (2005) |
| | | | (Local experts/media accounts) | Post- June 2006 Post- Long-Term |
| 34. Cemeteries | Point | Cemeteries in impact zone (historic) | Qualitative assessment (local parish websites) | Pre-Katrina (2005) |
| | | | (Local experts) | Post- June 2006 Post- Long-Term |
| | | | | *(Sheet 3 of 3)* |


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

### 7.4.3.1. Local

**7.4.3.1.1. Population.** Table 49 shows the population of each of the parishes in the study area. Historically, the urban areas of the six parishes have experienced population decline. For example, Orleans Parish had a 1980 population of 557,927, over 100,000 persons more than the number of people in 2004. (U.S. Bureau of Census 2006). In conjunction with the hurricane event, the historic population dynamics are likely to be extenuated. Based on the observational data, the analysis indicates that the repopulation of the area is slow.

**Table 49**
**Population Variables**

| Variable | Pre-Katrina US Census Count (American Community Survey 2004) | Post-Katrina: March-June 2006 LRA Estimates | Post-Katrina: Long Term Projected |
|---|---|---|---|
| Population | Jefferson 455,466 (449,288)<br>Orleans 484,674 (444,515)<br>Plaquemines 26,757<br>St. Bernard 67,229<br>St. Charles 48,072 (50,073)<br>St. Tammany 191,268 | Jefferson 368,435 (March 2006)<br>Orleans 181,400 (LRA)<br>Plaquemines 17,567<br>St. Bernard 14,015<br>St. Charles 51,314<br>St. Tammany 206,204 | Jefferson<br>Orleans 320,000-350,000 (RAND)<br>Plaquemines<br>St. Bernard<br>St. Charles<br>St. Tammany |

Sources: U.S. Bureau of Census 2006; RAND Corporation 2006.

New Orleans has 73 neighborhoods as identified by the City of New Orleans Planning Department. Only 8 neighborhoods did not flood, and 34 were completely inundated. Many neighborhoods remain uninhabitable because of damage to the residential structures. Repopulation of the neighborhoods will likely take more than a year because of the extent of the damage. There is a high degree of uncertainty that some neighborhoods will regain their pre-Katrina levels within the next five years, especially the poor neighborhoods with low levels of home ownership.

The pattern of long-term recovery and reconstruction in New Orleans will take decades. The disaster recovery process is not linear nor a set of systematic actions (Petterson 1999). Even under optimal conditions, recovery is a set of loosely connected activities, executed by a variety of public and private agencies. In a number of ways, New Orleans is a unique city. Hurricane Katrina and its aftermath is a unique and catastrophic event. The estimated time of reconstruction depends on a variety of conditions. For some segments of the community, the term recovery is not applicable at all. Given the magnitude of the event, the response and the multitude of social, political and economic conditions prior to and after the event, reconstruction of the physical structures in New Orleans could take up to 10 years. Some areas may not rebuild. In terms of social, cultural and historic consequences, the city will never be the community it was prior to the event.

Based on this study's observational analysis, some neighborhoods appear to stand at a turning point; they might either experience repopulation, or be abandoned completely. These neighborhoods, which lie between those with high occupancy rates (such as East Riverside or the Irish Channel) and those that remain devastated (such as the Lower 9th Ward), include Bayou St. John, Fairgrounds, Uptown and Lakeshore. Other neighborhoods that bear close scrutiny include the range of African-American neighborhoods, such as Tremé, Milan, Plum Orchard, and


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Edgelake/Little Woods. The future of these neighborhoods may serve as an important indicator of the city's future.

**7.4.3.1.2. Income/Poverty.** Table 50 displays the percentage of persons living below the poverty line. Poverty has been a long-term condition for many areas of New Orleans, with 27.9 percent of the population living in poverty in 2000. This is much higher compared to the 12.4 percent national figure and the state of Louisiana's 19.4 percent. Floodwaters inundated eight of the ten poorest neighborhoods in New Orleans, along with a sizable portion of the metropolitan area. Floodwater disproportionately hit poor areas, with 21 percent of the households in damaged areas being below poverty level as compared to 15 percent of the population of area living in non-flooded areas. Income and race variables intersect as the two conditions do in many communities in the United States. Being African-American increases one's chance of being poor. In New Orleans, the median income for white households was $61,000 a year in 2000. Comparatively, the median of income for African-American households was $25,000. There are a number of dynamics that could be involved in future income and poverty levels. Influxes of low wage labor may result in a new set of unskilled working class groups staying in the city. Those experiencing property damage and storm related job loss may also confront financial burden and increase their chances to being or becoming poor.

**Table 50**
**Income Variables**

| Variable | Pre-Katrina U.S. Census Count (American Community Survey 2004) | Post-Katrina: March-June 2006 Qualitative Assessment | Post-Katrina: Long Term Qualitative Assessment |
|---|---|---|---|
| Percent Below Poverty | Jefferson 13.7<br>Orleans 27.9 (23.3)<br>Plaquemine 18.0<br>St. Bernard 13.1<br>St. Charles 11.4<br>St. Tammany 9.7 | Moderate to high increase in percent below poverty | Moderate increate in percent below poverty |

Source: U.S. Bureau of Census 2006.

**7.4.3.1.3. Race.** Table 51 displays the percentage of the population that considers themselves African American. Over two-thirds of the population of New Orleans is African American as compared to the population of Louisiana which is 32.5 percent African American and the entire U.S. population which is 12.3 percent African American.

**Table 51**
**Race Variable**

| Variable | Pre-Katrina U.S. Census Count (American Community Survey 2004) | Post-Katrina: March-June 2006 Qualitative Assessment | Post-Katrina: Long Term Qualitative Assessment |
|---|---|---|---|
| % African American | Jefferson 22.7<br>Orleans 66.7 (68)<br>Plaquemine 23.4<br>St. Bernard 7.6<br>St. Charles 20.0<br>St. Tammany 9.8 | Uncertain, especially in Orleans Parish | Uncertain, especially in Orleans Parish; potential change to ethnic and racial composition due to out-migration of resident population and in-migration of rebuilding related population |

Source: U.S. Bureau of Census, 2006.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.