Many of the neighborhoods of New Orleans that were flooded were predominately African American. Some of the neighborhood areas had served as residences for middle class African Americans. Though the population in New Orleans has decreased since 1980, the poverty rate had decreased over all in the metropolitan area, an indication there was an upwardly mobility of African Americans in the metropolitan area. Many of the predominately African American neighborhoods that were flooded provided an affordable residential place that fostered upward mobility for this segment of the population. With these places flooded, the areas where upward mobility occurs in the African American community no longer exist. Many of the evacuees who remain outside the city are African American. Observational data will provide indicators of which neighborhoods are being repopulated.

A review of the U.S. Bureau of Census data for neighborhoods in New Orleans shows that African Americans (56.36 percent) are about 23 percent more likely to have experienced heavy flooding (greater than 4 feet) than Whites (33.41 percent). This difference is statistically significant ($p < .0001$). Households with incomes less than $50,000 are about 2 percent (48.42 percent to 46.47 percent) more likely to have experienced flooding over 4 feet. Although this difference is statistically significant, it is substantively small. Although 40.83 percent of whites have household incomes of $50,000 or more, only 17.5 percent of African American households have this level of income. This difference of 23.33 percent is statistically significant ($p < .0001$). The analysis indicated there is little relationship between household income and level of flooding but a strong relationship between race and both level of flooding and household income.

There is a strong relationship between race and level of flooding taking into account household income level. Among households with less than $50,000 income, African Americans are about 20 percent more likely to have experienced heavy flooding. As noted the difference between levels of flooding between blacks and whites was 23 percent without considering income. However, for African American households with an income of $50,000 or more, this difference has increased to 34 percent. Almost 2 in 3 (66.21 percent) higher-income African American households experienced more than 4 feet of flooding. About 32 percent of white households experienced that level of flooding. Both of these differences are statistically significant ($p < .0001$).

Among white households, lower-income households are 2.44 percent (34.41 to 31.97 percent) more likely to have experienced heavy flooding than higher-income households were. Within the African American community, this pattern reverses: Higher-income African Americans households are almost 12 percent (66.21 to 54.27 percent) more likely to have experienced heavy flooding than lower-income households were.

We are seeing the effect of the differential impact of flooding in the observations conducted in New Orleans neighborhoods. Middle- and upper-middle-class African American areas that experienced heavy flooding have had few residents return to their homes. Middle- and upper-middle-class neighborhoods—such as Edgelake/Little Woods, Gentilly Terrace, and Plum Orchard--have 75 to 80 percent of their homes gutted and empty, or the houses simply stand empty and boarded-up. Almost 2 in 3 (66.21 percent) of higher-income African American households experienced flooding of greater than 4 feet. Although some hardy souls are struggling to recover in these empty and isolated neighborhoods, most have not come back in the 8 months since Katrina.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**7.4.3.1.4. Age and Disabled Population.** Table 52 displays the percentage of persons over 65 years old by parish. In 2000, 11.7 percent of the population of New Orleans was over the age 65. This compares to the state of Louisiana with 11.6 percent of population over 65 years old and the U.S. with 12.4 percent. In some neighborhoods impacted heavily by flooding, over 1 out of 4 persons were over the age of 65. The Census Bureau estimates that 23.2 percent of the Orleans Parish population over 65 years old is physically or mentally disabled. This compares to the state of Louisiana with 19.5 percent of population being disabled, and the U.S. with 16.6 percent.

**Table 52**
**Age Variables**

| Variable | Pre-Katrina U.S. Census | | Post-Katrina: March-June 2006 Qualitative Assessment | Post-Katrina: Long Term Qualitative Assessment |
|---|---|---|---|---|
| % Over 65 years old | Jefferson | 11.9 | Decreased percentage of persons older than 65 years of age | Decreased percentage of persons older than 65 years of age |
| | Orleans | 11.37 | | |
| | Plaquemine | 10.9 | | |
| | St. Bernard | 13.8 | | |
| | St. Charles | 9.0 | | |
| | St. Tammany | 10.0 | | |
| % Persons 5 and older with disability | Jefferson | 21.0 | Uncertain | Uncertain |
| | Orleans | 23.2 | | |
| | Plaquemine | 19.1 | | |
| | St. Bernard | 23.4 | | |
| | St. Charles | 17.1 | | |
| | St. Tammany | 17.6 | | |

Source: U.S. Bureau of Census 2006.

In comparison to population under 65 years old, those over 65 have more a difficult time responding to emergencies and evacuations, as well dealing with recovery. Some neighborhoods hit heavily by flooding had over a quarter of their population over the age of 65. Disabled populations are also vulnerable the events related to disasters. As might be expected, neighborhoods with higher percentage of older persons also have higher number of disabled persons. Media accounts (New Orleans Time Picayune 2006) and interviews with local informants cite many problems of evacuating the elderly and disabled. Mortality data of Katrina victims clearly indicates that being elderly increases the likelihood being killed by the event. Though no data are available, it is likely many of the elderly and disabled who were evacuated may not come back.

**7.4.3.1.5. Educational Attainment.** Table 53 displays the percentage of persons over the age of 25 who have not completed high school. Persons over 25 years old who do not have a high school education in Orleans Parish is 25.3 percent and in Plaquemine Parish is 31.3 percent. This compares to the state of Louisiana with 25.2 percent of population over 25 years old but no high school degree, and the United States with 19.6 percent.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 53**
**Educational Attainment Variables**

| Variable | Pre-Katrina U.S. Census Count | Post-Katrina March-June 2006 Qualitative Assessment | Post-Katrina Long Term Qualitative Assessment |
|---|---|---|---|
| % Less than high school education | Jefferson 20.7<br>Orleans 25.3<br>Plaquemine 31.3<br>St. Bernard 26.9<br>St. Charles 20.0<br>St. Tammany 17.1 | Uncertain; expected higher percentage not having high school education | Uncertain; expected higher percentage not having high school education |
| Source: U.S. Bureau of Census 2006. | | | |

Quality education and educational attainment has been an issue in the New Orleans area for decades. High school attainment is critical for employment purposes as well as understanding the social, political, and personal choices that individuals must make on a daily basis. High school attainment is also critical for being able to take advantage of employment, social, political, and personal opportunities, as well. As can be expected, neighborhoods in New Orleans with the highest level of poverty also have the highest level of persons who have not completed high school. Many of the public and private schools in New Orleans remain closed because of hurricane damage, adding to the pre-existing conditions associated with the lack of educational attainment in the population.

**7.4.3.1.6. Housing.** Table 54 displays the percentage of housing units that are occupied by renters. New Orleans has a considerably higher number of renters than Louisiana (32.1 percent renter occupied housing units) and the United States (33.8 percent).

**Table 54**
**Housing Ownership Variables**

| Variable | Pre-Katrina U.S. Census Count | Post-Katrina March-June 2006 Estimate | Post-Katrina Long Term Projected |
|---|---|---|---|
| % Housing renter occupied | Jefferson 36.1<br>Orleans 53.5<br>Plaquemine 21.1<br>St. Bernard 25.4<br>St. Charles 18.6<br>St. Tammany 19.5 | Uncertain | Uncertain |
| Source: U.S. Bureau of Census 2006. | | | |

Housing has been a long-standing issue in the New Orleans community, with high concentration of poor and African Americans in specific locations in the city. Much of that concentration is related to public housing. There were a number of flooded neighborhoods that had many public housing units. Public housing neighborhoods were predominately composed of African Americans. Housing units in neighborhoods such as Iberville, St. Bernard Area, and Florida Projects had over 90 percent being occupied by renters. All of these areas experienced extensive flood damage after the Hurricane and were evacuated. Rental housing units make up a majority of the New Orleans housing stock. The likelihood of rebuilding rental property is typically lower than the rebuilding owner occupied housing units. This is similar to what has been found in the research literature of long term recovery from of large scale disasters (Bolin and Stanford, 1998). A reflection of the availability of rental property is found in Brookings


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Institution (2006) findings that average cost of residential rental property has increase by 39 percent since the hurricane event. Without affordable housing for returning families and workers, many former residents will not return. Overall, a high percentage of the flooded housing units were rental property which reduces the likelihood that residents were insured or have been offered alternate housing within the city.

Based on the observational data, occupancy levels fluctuate widely across blocks within neighborhoods, especially those that experienced significant flooding, the level of building repair proves surprisingly uneven. Some buildings have been gutted and appear to be under repair; others have been gutted with no apparent renovation; and others remain virtually untouched, eight months after Katrina. There appears to be no uniform timetable for rebuilding in any of the sampled neighborhoods. This lack of consistency contributes to the sense of isolation and feelings of vulnerability for residents. It also makes planning difficult for residents and for local officials.

**7.4.3.1.7. Institutions.** The analysis examined a wide variety of social institutions including those associated with religion, voluntary services, governance and justice, public services, public safety, economic relations, and others. Schools and hospitals are two social institutions of which quantitative data were readily available. Table 55 displays the public school enrollment. In comparing the pre- and post-Katrina figures, the table clearly indicates the impact on the hurricane on the schools in New Orleans.

**Table 55**
**Public School Enrollment Variable**

| Variable | Pre-Katrina | Post-Katrina: March-June 2006 LDE (4/06) | Post-Katrina: Long Term Projected |
|---|---|---|---|
| Schools - Enrollment | Jefferson 51,666<br>Orleans 65,349<br>Plaquemine 5,034<br>St. Bernard 8,872<br>St. Charles 9,797<br>St. Tammany 36,169 | Jefferson 42,777<br>Orleans 9,278<br>Plaquemine 3,068<br>St. Bernard 2,268<br>St. Charles 9,775<br>St. Tammany 35,021 | Uncertain |

Source: Louisiana Department of Education.

One of the key foundations of a community is its educational system. As noted, education has a historical problem in New Orleans areas. Issues ranged from deteriorated school buildings to low student achievement. According to the Bring New Orleans Back Committee (2006), 68 of the 127 New Orleans schools were deemed "academically unacceptable" while another 44 were below the state average. Though not reflected in the table, many parents have used private schools as an alternative to public education for their children. These private schools also were damaged by the hurricane. However, a large number of these private schools were parochial and institutionally linked to other schools that were undamaged. Many of those students were able to easily transfer to other schools. Given the pre-Katrina state of the educational system, the scattering of student and faculty and damage to schools made an undesirable condition worse. The rebuilding of the schools and the re-enrollment of students will be one of the key dynamics in the overall repopulation of the city.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

New Orleans is also a center of higher education with a number of private and public universities and colleges. Most of these universities were forced to cancel fall classes and have limited enrollment in the spring. Dillard, UNO, and Xavier faced up to 50 percent decrease in enrollment from a year ago. Both Tulane and Loyola have between 10 and 20 percent fewer enrollments for Spring 2006 enrollment (Brookings 2006). Dillard, a historically black institution, is in danger of closing, with students currently housed in a local hotel. These universities have historically played a number of vital roles in the community and continued to do so during the hurricane response and recovery.

Table 56 displays the number of hospitals open before and after Hurricane Katrina. As with education, health care is a key institution in any community. Hurricane Katrina forced the closure of many of the hospitals in the area. New Orleans was a major medical clinical and research center, prior to Katrina. After the hurricane, New Orleans has less than a third of the hospitals functioning that were open pre-Katrina. With one large hospital totally destroyed by floodwaters and other major hospitals seriously damaged, the return of the level of health care provided in New Orleans before the hurricane may be years away.

**Table 56**
**Hospital Variables**

| Variable | Pre-Katrina Louisiana Hospital Association | Post-Katrina March-June 2006 Count | Post-Katrina Long Term Projected |
|---|---|---|---|
| Hospitals Number | Jefferson 14<br>Orleans 22<br>Plaquemine -<br>St. Bernard<br>St. Charles 13<br>St. Tammany 12 | Jefferson 13<br>Orleans 7<br>Plaquemine -<br>St. Bernard (2 remained closed)<br>St. Charles 12<br>St. Tammany 12 | Uncertain in all parishes; one large community hospital in Orleans will not reopen. |

Source: Louisiana Hospital Association 2006; Brookings 2006.

Hurricane Katrina impacted greatly social institutions key to the successful functioning of both small neighborhoods and the larger society. In addition, with a wide range of social institutions being impacted, the outcomes have been more severe though not enough to foster a complete standstill. Put another way, in other smaller disasters, perhaps a few social institutions may be impacted, but not severely enough to create a social standstill. However, with Hurricane Katrina impacting all the noted social institutions, a synergistic effect resulted that created a form of inertia.

**7.4.3.1.8. Hurricane Preparedness, Warning, and Response.** A community subject to hurricane events such as New Orleans develops both an official and unofficial means to prepare to respond to the threat. Preparedness includes activities such as writing and exercising plans for warning, transportation, and evacuation; its goal is to ready the population and response sectors for an event. Response occurs when warnings are issued and efforts to stem the loss of life begin: transportation, evacuation, search and rescue, medical assistance, and sheltering serve as common activities. There were a number of factors related to the community response to the threat of Hurricane Katrina. One of the most direct measures of being able to respond to evacuation is the availability of a vehicle to a household – the primary method of evacuation. Table 57 shows the percentage of households without a vehicle.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 57**
**Percent Households Without a Vehicle**

| Variable | Pre-Katrina 2000 Census | | Post-Katrina March-June 2006 | Post-Katrina Long Term Projected |
|---|---|---|---|---|
| % Households without a vehicle | Jefferson | 9.3 | Uncertain | Uncertain |
| | Orleans | 27.3 | | |
| | Plaquemine | 9.6 | | |
| | St. Bernard | 10.3 | | |
| | St. Charles | 6.4 | | |
| | St. Tammany | 23.2 | | |

Source: U.S. Bureau of Census 2006.

Evacuation is a protective action response that is ultimately designed to move populations out of harm's way in advance of hurricanes. There are many challenges in ordering and implementing evacuations along the nation's coastal regions. The entire process is complicated by the uncertainties in the timing, location, and strength of the hurricane. One of the most significant aspects of hurricane evacuation is clearance time—or the length of time it takes to clear the transportation network of vehicles prior to tropical force winds reaching the area. The clearance time is a function of the population size in the affected area, its mobility, and the road network and capacity. For New Orleans, the density of population, the lack of individual mobility of some residents, as indicated by the availability of vehicles, and the low elevations of many of the egress routes, meant that the time to effectively clear the area was on the order of days, not hours.

The City of New Orleans was in the mist of developing emergency preparedness plans immediately before Hurricane Katrina struck. In 2004 local, state and federal agencies participated in a "table top" exercise, Hurricane Pam. Before Katrina, many of the lessons learned had yet to be implemented. When Katrina approached, authorities at all level of governments issued warnings about the intensity of the hurricane and the likelihood that New Orleans was in it path came at least four days prior to landfall. Evacuation orders were issued more than 24 hours prior to landfall. However, a 2003 survey of the region conducted by Louisiana State University indicated that a sizeable population would not be able or willing to evacuate- the elderly, the poor, disenfranchised ethnic groups and those without access to automobiles -the vulnerable population. By some standards, the massive evacuation of New Orleans was successful. However, evacuation was obviously problematic for the vulnerable population, a reflection of the 2003 findings. Tens of thousands New Orleans residents were exposed to hurricane dangers and the flooding that followed. The number of the persons and lack of preparedness resulted in the failure of all levels of government to provide immediate assistance to those stranded in the city. Over a thousand people died waiting to be rescued.

Many residents refused to evacuate, despite official orders to do so. The reluctance on the part of evacuees to leave is based on a number of factors, among them are: perception that the risk is not that severe; assumption that the home is safe; unwillingness to leave pets behind; reluctance to use public shelters; the credibility of warning information; concerns about traffic; and past experience (Dow and Cutter 2001, 2002). The experience of Katrina and the perceptions of the effectiveness of preparedness, warning, and response will be part of the future of the city. Though there is not specific data, there is likely to be a high degree of uncertainty about preparedness and response to future threats. There is also likely to be a high degree of uncer-


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

tainty about the ability to protect the city and adjacent areas from the physical forces of hurricane floodwaters, even with modification to the existing level of protection. The thousands of FEMA trailer residents in Louisiana are living in situations with a high degree of uncertainty about protection from future storms. This overall uncertainty will play a critical role in the repopulation of the area.

### 7.4.3.2. Historical and Cultural Resources

The greater New Orleans area is rich in historic and cultural resources, dating from pre-European era. Music, food, and art were not only part of the regional traditions but also a major contributor to the national character. Many of the flooded homes in Orleans and surrounding parishes were of historic significance. Many museums in New Orleans remain closed as of May 2006. For example, the Louisiana Museum of African American History in the Treme has major exhibits such as the "1811 Slave Revolt" and "The African European Root of the Underground Railroad" remaining closed. The many cemeteries, historic buildings, forts, churches and culturally significant places were flooded (New Orleans Museum.com 2006). Restaurants with a long tradition, not only tied to tourism but to places of cultural significance, were flooded. In addition, much of the labor associated with those restaurants evacuated. As of the writing of this report, an inventory of these losses has not been completed.

### 7.4.3.3. Regional

The social and cultural impacts of the hurricane event also include those associated with the mass in-migration of evacuees into communities immediately adjacent to the greater New Orleans metropolitan area. Communities in Alabama, Louisiana, and Mississippi have experienced the greatest impacts. Besides the flooding in New Orleans, the physical forces of Hurricane Karina caused property damage and disruption to the lives of those living in a gulf coast area.

Individuals, state and local governments, voluntary groups, and faith-based organizations all attempted to meet the needs of the populations living in areas adjacent to the New Orleans metropolitan area. For example, according to the Louisiana Hospital Association (2006), approximately 89 of the state's 126 emergency room hospitals and 59 of the 84 non-critical service hospitals were impacted by Katrina. Yet injured and displaced patients from New Orleans were force to use the region's hospitals to meet their health care needs. The performance of the levees and the aftermath indirectly impacted the region as evacuees sought out areas of safety. Cities such as Baton Rouge, Lafayette, Alexandria, Lake Charles, and Monroe in Louisiana and Jackson and Hattiesburg in Mississippi experienced a large influx of evacuees in a short period following the hurricane, causing some communities to nearly double in population. FEMA (2006) received over 700,000 applications for assistance in the region adjacent to the New Orleans metropolitan area as of March 2006.

Government and non-governmental agencies established evacuation centers and provided interim housing for many whose homes were damaged by flooding. The Louisiana Recovery Authority (LRA 2006) estimates that temporary relief services cost state and local governments $15 billion to $20 billion. At the same time, the LRA estimates that government revenue losses were $8 billion to $10 billion. Since much of the hurricane damage to residences and business in


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

greater New Orleans has not yet been repaired, many of evacuees remain in temporary housing. The influx of population and length of stay has put heavy demands on local public services such as schools, hospitals, and public safety in other communities and states.

The impact on regional schools has been large. For example, the Louisiana State Department of Education (2006) reported that as of March 2006 there were 111,493 displaced students as a result of the hurricane, with 30,624 attending school in different parishes than prior to the event. School districts throughout the state have had to accommodate the needs of the new students, putting demands on an educational system already facing challenges prior to the event. Many of the local schools were closed because of the loss of power. However, after being reopened, the same schools face an influx of students whose New Orleans' schools were damaged by the hurricane.

The regional impacts of the mass evacuation of the greater New Orleans area will have a lasting effect, especially if large numbers of evacuees do not return to New Orleans. Their presence will alter the social and cultural character of their new residence. If the displaced of New Orleans residents follows other mass migrations, there will be long-term assimilation and acculturation, with both the host and the evacuee populations having a different social and cultural character than they did prior to the event.

#### 7.4.3.4. National

Hurricane Katrina displaced over a million people making it the largest mass migration of people since the Civil War. By early October 2006, displaced individuals were located in every state of the nation, with thousands clustered in large southern cities such as Houston, Atlanta, and Memphis. Many others were scattered in large coastal cities or small rural communities. As of March 2006, the Federal Emergency Management Administration reported over 369 cities in the United States and it territorial procession-being host to evacuees, with 76 of the cities hosting over 1,000 evacuees each (FEMA 2006). It is not yet known how many people relocated because of the initial hurricane or because of the subsequent levee breaches.

The American Red Cross opened 1,095 shelters for evacuees with over 831 shelters in states outside of Louisiana (Brookings 2006). Other government, voluntary organizations, and private individuals provided shelter as well. The numbers of evacuee shelters will never be fully known. However, the magnitude of those seeking shelter outside the New Orleans area is reflected in the number of persons who applied for federal assistance because of the Hurricane.

A large number of persons who evacuated New Orleans remain far away from home. The overall impact of the displaced New Orleans residents on some communities throughout the United States may be similar to rapid population "booms" associated with rapid community growth. The impacts—as noted by anecdotal information from the Houston metropolitan area—include a sharp rise in demand for goods and services and the perceived disruptive consequences of rapid social change.

Recent trends in research on booms showed that rapid change has complex effects that are both adaptive and overburdening in nature (Finsterbusch and Freudenburg 2002, p. 413). Adaptive means that the incoming population adapts to the norms and culture of the local


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

community at the same time that the local community adapts to the migrants. This fosters cross-fertilization of cultures and social organization. Overburdening means competition for limited resources, including public services and tax dollars. Accounts from the media (*New Orleans Time Picayune* 2006) indicated that evacuee host cities throughout the U.S. have experienced both.

Part of the national dialogue regarding the event will include the nation's role in rebuilding and protecting New Orleans from future hurricane events. Rebuilding and reconstruction will take considerable resources. It cannot happen without state and federal support. One to the lasting consequences of the nation will be devoting its resources to rebuild the region.

Even nine months after the event, the regional and national impacts are still occurring and it is premature to assess the full consequences of the New Orleans levee breeches and Hurricane Katrina. For example, there is little data on the consequences and costs of evacuation (a short-term situation) versus migration and relocation (the social and economic costs of setting up a new life in a new location). Protecting individual rights to privacy, agencies only have only provided generalized information on where impacted population went. Many of the measures of the social consequences in the over 1,000 cities receiving hurricane victims vary considerable and collected by a variety of state and local agencies. Though important, reporting the full range of regional and national consequences is not addressed in detail.

As with the local consequences, many of the manifestation of the consequences have yet to develop. For example, relocated families in stress could lead to increased divorce rates, domestic abuse, child abuse, and even substance abuse, all of which could occur in both the short term and longer term, requiring response from both a regional and national array of social and public agencies. Many of these issues emerge in relocated populations residing throughout the region and the United States. Those communities throughout the region and nation have had to accommodate the displaced population creating greater demand on public services such as public safety, health care, education, and social services. Many of the communities already had problems meeting demands prior to the hurricane event. There are undoubtedly many longitudinal studies that are currently underway to assess both the national and regional impacts of this disaster on the residents and communities in greater New Orleans. The report provides only a brief synopsis of some of the more important considerations.

### 7.4.4. Summary of Social and Cultural Consequences

The United States does not have recent experience with a sudden, mass migration of this magnitude. Studies of the responses to disasters have tended to focus on moving resources to the immediate area of the disaster rather than the migration of hundreds of thousands of people to new locations on a semi-permanent basis. In addition, the research literature does not provide clear insight of the social, historical consequences of this mass movement of people on the national character.

Perhaps the Mississippi River flood of 1927 provides the most recent insight into the effects of mass migration. That flood became part of the national folklore and displaced 700,000 people, many of whom were poor African Americans. Many eventually migrated to U.S. cities in the North. The treatment of flood victims varied by race and income and caused many people to



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

question the existing social and political institutions. The migration also caused an exchange of culture between groups in the northern and southern parts of the United States. Though there are differences in the circumstances and the era in relation to Hurricane Katrina and the Mississippi Flood of 1927, both can be characterized as having a lasting effect on the political and cultural character of the nation, region, and the city.

The performance of the levees protecting New Orleans is obviously a key to its social, cultural, and historic conditions. The immediate physical damage made large portions of the city uninhabitable, with thousands of residential, commercial, and public structures destroyed. Basic infrastructure facilities, such as power, water, sewer, and natural gas lines were made inoperable and continued to be out of service for months after the event. Many victims not only lost their homes, but also their schools, health care, places of worship, places of trade, and jobs. The forced relocations disrupted family and friend networks. As a result, the event not only had an immediate impact on the well-being of the population of those living and working in the metropolitan area, but also resulted in basic changes in the social organization of all aspects of that population.

Local groups are struggling to rebuild their neighborhoods, but are doing so under great uncertainty about who will come back. As noted by Freudenburg and Gramling (1992) in their discussion of the social impacts from large natural resource based projects, the social processes of planning can have impacts itself. Groups within a community respond in a variety of ways to planned futures, even before physical construction begins. This results in a variety of consequences ranging from real estate speculation to various stakeholders maintaining lasting distrust of each other. As noted by the Brookings Institution, New Orleans has some of the most concentrated poverty neighborhoods in the nation. Given the racial and social stratification of the city, the planning of rebuilding will be a process that will shape future interactions of the various racial, ethnic, and economic groups that make up the community.

The issues of competency and legitimacy of governments to respond to the large-scale disasters as well as the allocation of resources for recovery will likely be part of the social and political future of the city. Repopulation, recovery, and investment will be contingent in the faith people put into their community's ability to provide a safe place to live.

With a number of people coming to the city to assist in rebuilding, the recovery process itself has changed the nature of the city. There has been anecdotal evidence of Spanish speaking workers becoming a source for the manual labor associated with recovery work. Less than 5 percent of the pre-Katrina population was of Hispanic origins. It is not clear how many of these workers will stay. However, the in-migration of Hispanic and out-migration of African Americans could have a lasting impact on the racial composition of the city.

The education system and health care institutions in New Orleans are critical elements of the city's future. A significant factor in the historic out-migration from the city can be attributed to the performance of the public school system. The flood resulted in the shutdown of schools and a relatively slow recovery, as indicated by school enrollment figures. The flood was a major blow to an already troubled system. New Orleans had some of the best hospitals in the region and, in some instances the nation. As an institution, hospitals had an essential role in the community as providing health care, public health education, and employment. The loss of many of the



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.