hospitals and the uncertainty of rebuilding will have long-term multi-dimensional social consequences.

No matter what level of flood protection proved in the future, disaster preparedness will be a factor in individual, business, and group decisions about moving back to the city. Though the concept may fade with time, the community of New Orleans has come to fully appreciate that no system of protection offers a risk-free condition. Protection of human populations from risks such as hurricanes is based on multiple systems, both physical structures and social organization. Each has its own probability of failure. The levee system and the protection it provides will be a critical part of the recovery of New Orleans. Equally important is the emergent social organization in the aftermath of the pre-Katrina levee system. The success of physically rebuilding of the city will be contingent on involvement of the region's diverse population, including evacuees. Planning and preparing for future hurricanes and potential storms exceeding whatever the level of protection is provided will determine whether another catastrophic event like Hurricane Katrina can be minimized. The success of that preparedness, too, is contingent upon involvement of all segments of the community.

## References


Bolin, Robert, and Lois Stanford. 1998. *The Northridge Earthquake: Vulnerability and Disaster.* London, UK: Routledge.

Bring New Orleans Back Commission. Accessed January 2006 at http://bringneworleansback-education.org/docs/012606finalreport.pdf

Brookings Institution (Brookings Katrina Index). Accessed 15 May 2006 at: http://www.brookings.edu/metro/pubs/200512_katrinaindex.htm

Dow, K., and S.L. Cutter, 2001. Public orders and personal opinions: Household strategies for hurricane risk assessment. *Environmental Hazards* 2(4):143-155.

______.. 2002. Emerging hurricane evacuation issues: Hurricane Floyd and South Carolina. *Natural Hazards Review* 3(1):12-18.

Federal Emergency Management Administration. 2006. Accessed March 2006 at http://www.gnocdc.org/reports/Katrina-Rita_applicants_by_MSA_051206.pdf

Finsterbusch, Kurt, and William Freudenburg. 2002. Social impact assessment and technology assessment. In *Handbook of Environmental Sociology* ed. R. E. Dunlap and W. Michelson, 407-447. Westport, CT: Greenwood Press.

Freudenburg, William, and Robert Gramling. 1992. Opportunity-threat, development, and adaptation: Toward a comprehensive framework for social impact assessment. *Rural Sociology* 57: 216-234.

Louisiana Department of Education. Accessed 31 March 2006 at http://www.doe.state.la.us/lde/pair/1489.html#hurricane




This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Louisiana Hospital Association. Accessed 24 February 2006 at http://www.lhaonline.org

Louisiana Recovery Authority. Accessed 21 February 2006 at http://www.lra.louisiana.gov/assets/FINAL_QP2006_FEB%2006_revised.pdf

New Orleans Museums.com. Accessed 20 May 2006 at http://neworleansmuseums.com/multiculturalmuseums/afamhistory.html

New Orleans Times Picayune. Accessed 3 March 2006 at http://www.nola.com/newslogs/breakingtp/index.ssf?/mtlogs/nola_Times-Picayune/archives/2005_08.html#075278t

Petterson, Jeanine. 1999. A review of the literature and programs on local recovery from disasters. Natural Hazards Research Working Paper #102. Natural Hazards Research and Application Information Center, Institute of Behavioral Science, University of Colorado.

RAND Corporation. Accessed 16 March 2006 at http://www.rand.org/research_areas/education/

U.S. Bureau of Census. Accessed 30 January 2006 at http://www.census.gov



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

## 7.5. Environmental Consequences Assessment Digest

The environmental consequences assessment addressed the direct, intermediate, and long-term environmental consequences stemming from flooding of greater New Orleans during and after Hurricane Katrina. Environmental consequences are indicated by the altered condition of ecological resources. The ecological resources identified for this subtask are publicly owned wild species and supporting ecosystems of recognized environmental and economic significance.

### 7.5.1. Objectives

The environmental study addressed the direct, intermediate, and long-term environmental consequences stemming from flooding of greater New Orleans during and after Hurricane Katrina. This task was approached through the assessment and comparison of ecological resource conditions in the vicinity of New Orleans before and after Hurricane Katrina, and the extent to which city flooding and associated floodwater management contributed to the observed differences. We assumed that a reasonable assessment of the environmental consequences is reflected in the condition of the environment's ecological resources.

The ecological resources considered in this study are publicly owned wild species of recognized environmental and economic significance, and their supporting ecosystems. These include species that provide positive environmental and economic benefits as well as species that might threaten human comfort, property, and health and safety under certain conditions (pest species). Privately owned ecological resources were excluded—including soils, domestic plants and animals (including city trees), and cultured species—except as they might interact with floodwaters to impact wild resources (e.g., flooded contaminated soils). The fate of privately owned resources is addressed under economic consequences.

The objectives of the environmental study were to characterize and compare three environmental conditions to an extent allowed by available data and time constraints to assess the environmental consequences of Hurricane Katrina, and to qualitatively discuss the consequences of a fourth hypothesized condition resulting from a similar hurricane with flooding similar to actual Katrina conditions once the flood protection system is repaired on June 1, 2006. These environmental conditions include:

- The pre-Katrina condition existing inside and outside the flood protection system.
- The post-Katrina conditions
  - The observed flood and flood management condition inside and outside the flood protection system (actual condition)
  - Hypothesized condition inside and outside the flood protection system if the flood were limited to rainwater alone from Katrina and Rita, with no levee overtopping or breaching
  - Hypothesized June 2006 condition inside and outside the repaired flood protection system resulting from a repeat of the actual flood condition over an altered environment (discussed only).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

The environmental study focused on ecological resources that provide environmental benefits, such as species of special concern because of their threatened conservation status and their supporting ecosystems. As defined here, environmental benefits exclude all economic and other social-cultural benefits, including health and safety benefits, which are addressed in consequences reported elsewhere in this volume. Most clearly left are the benefits to society that accrue from sustaining the security of the nation's biodiversity. These benefits are indicated non-monetarily in the status changes incurred in species listed for protection and recovery under state and federal laws and vulnerable to global extinction as indicated in the NatureServe Explorer database (NatureServe Explorer 2005). The study also considered closely related ecological resource conditions that affect regional and national economic benefits —such as commercial fisheries and fish and wildlife supporting recreation use—as well as pest species having other social effects related primarily to human health and comfort. Those resource conditions, once assessed here, were made available for studies of economic and health and safety consequences reported elsewhere in this volume.

The condition of supporting ecosystems was investigated to the extent that they contribute to both environmental and economic benefits by sustaining ecological resources. As defined here, ecosystems are complexes of physical habitat and interacting biotic community. The impacts on ecological resources, including species vulnerable to extinction, often can be only indirectly determined from changes in the supporting ecosystem communities and habitats. Losses and conversions of wetland ecosystems, for example, could indirectly impact a number of species listed under ESA protection.

## 7.5.2. Approach

### 7.5.2.1. Concept Model Development

A concept model of the potentially impacted ecosystems and ecological resources was developed and used to define the problem's ecological and geophysical dimensions, and the tactics used to achieve study objectives. Figure 19 is an illustration of the general concept. The fundamental need was to sort out the observed (or actual) environmental consequences of Hurricane Katrina, including extreme flooding within the flood protection system, from those that would have occurred if the flood protection system had prevented all flooding except for that associated with direct input of rainwater, which is routinely pumped out of the system (the hypothesized condition). Contributions of breaching and overtopping were not differentiated in the depiction of the actual or hypothesized condition in the concept model.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 19. Conceptual model of the ecosystem area directly impacted by flooding within the flood protection systems and the area externally impacted outside the flood protection system by indirect impacts through pathways of impact transmission, such as water transport.

Determining the differences between the actual environmental conditions observed following Hurricane Katrina and the hypothesized conditions if no levee breaching or overtopping had occurred (rainwater flooding alone) required identification of the pathways of environmental impact between flooded areas and the ecological resources both inside and outside the flood protection system. Levee overtopping, levee breaching, and floodwater pumping were identified as potential impact pathways. Some rain-caused flooding normally occurs in greater New Orleans during storm events and is routinely pumped out as an integral part of the flood protection system. Similarly, the exceptional flooding that followed Hurricane Katrina was pumped out, only in larger than the usual rainwater volume, and with larger than usual total potential contamination load. The transport of contaminants in floodwater to other locations became a major concern when early results of floodwater sampling indicated that some biological (fecal) and chemical contaminants were present in the floodwaters. Saltwater contamination of freshwater wetlands within the flood protection system also became a concern upon learning of floodwater pumping into them and breaches in and overtopping of surrounding levees. The possible contaminants included a wide variety of toxic metals, petroleum and pesticide organics, and pathogens indicated by fecal bacteria and chemicals in concentrations


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

that exceed health standards. Breaching and overtopping also allow redistribution of aquatic resources, including species that become pests when displaced from their natural habitats.

Possible ecosystem and ecological resource contamination was important to consider for several reasons. Habitat contamination can lead to plant and animal contamination through biological uptake and transfer through the food web. Contaminants can impact resource production directly through increased mortality and decreased birth and growth rates. Contamination can alter the capacity of ecosystems to support resource species indirectly by modifying habitat characteristics (e.g., oxygen levels, protective cover, roosting habitat), food supply, and the relative abundance of predators and parasites. Resource contamination above allowable limits can threaten human health and result in prohibitions of resource use for food supply, recreation, and other human services.

Aerial and overland connectivity were also considered, to the extent they were related to flooding and floodwater management. Except for debris disposal, little evidence of possible environmental impact pathways other than hydrologic pathways was discovered. The main exception was possible human transport and dispersal of pests in debris moved out of the flood protection system. The greatest concern was dispersal of the invasive and costly Formosa termite, which has not become established widely outside of New Orleans and Florida.

Although transitory physical impacts were expected just outside the flood protection system where water was pumped in large volume (e.g., sediment mobilization by turbulent flow), various chemical and biological contaminants were judged to be more likely to reach into more remote ecosystems with potentially more persistent impacts. The physical effects from Hurricane Katrina floodwater pumping on receiving ecosystems was expected to be local and not much different than for normal rainwater pumping because pumping rates were similar.

The potentially impacted ecosystems were separated into inner ecosystems within the flood protection system and the outer ecosystems outside the flood protection system (Figure 20). The inner ecosystems occurred throughout all or parts of Orleans, Jefferson, St. Bernard, St. Charles, and Plaquemines Parishes. Based on early estimates of floodwater volume and contamination level, and on outer-ecosystem estuary and ocean volumes, the outer boundary of identifiable contamination was estimated not to extend far into the Gulf of Mexico, and most probably would be limited to Lake Pontchartrain and parts of Lake Borgne.

The inner ecosystem included all subsystems in 13 drainage subbasins (Figure 20) enclosed within flood protection levees. Within the inner ecosystem, the study analysis concentrated on the direct effects of floodwater level and water quality on ecological resources and their supporting ecosystems and the possible effects of pest species invasion through breaches and overtopping. It also considered the possible movements within the flood protection system of pest species displaced from flooded areas, both natural and urban, into adjacent areas above flood level. Pest species include insect, reptile, rodent, and other species that potentially act as vectors of threat to the comfort, health, safety, and property of people within the area protected by system levees.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 20. The hurricane flood protection system surrounding 13 subbasins, or polders, in greater New Orleans forms the boundary between the inner and outer ecosystems of the Mississippi River delta region.

Past rain-caused flooding, as well as flooding associated with Hurricane Katrina, was pumped out of the inner ecosystems into the outer ecosystems at numerous points around the city. Much of the water was pumped into Lake Pontchartrain across the northern levee boundary of the flood protection system. A number of pumps move water out of Chalmette and vicinity into a large wetland sump in a drainage subbasin to the north known as Violet Marsh (Figure 20). A few other pumps release water into the Intracoastal Waterway and the Inner Harbor Navigation Canal (IHNC) connecting Lake Pontchartrain and the Mississippi River. Because of their size, naturalness, and valued environmental resources, Lake Pontchartrain and Violet Marsh were especially important environmentally.

Ecosystems are hierarchically organized and both inner and outer ecosystems include a mix of smaller subsystems defined by differences in their biotic communities and associated habitats. Marine, brackish and freshwater aquatic ecosystems and wetlands, as well as uplands are found in both inner and outer ecosystems. Upland subsystems of the inner ecosystem are mostly privately owned properties in urban and suburban settings, which may include some wild ecological resources, such as freely ranging urban wildlife. Both inner and outer ecosystems include


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

wetland ecosystems supporting a much wider range of wild species, including a few that are listed as threatened or endangered under the Endangered Species Act.

The inner ecosystem analysis included the possible impact of saltwater intrusion by water pumping, levee overtopping, and levee breaching on wetland vegetation and native plant and animal species that depend on waters of lower salinity. Most of the fresh water to brackish wetlands in the inner ecosystems occur in Violet Marsh and in Bayou Sauvage National Wildlife Refuge. The wildlife refuge occupies the eastern-most drainage subbasin of Orleans Parish (E-4B). No floodwater is pumped into that refuge, but some is pumped out when necessary into the Intracoastal Waterway. Violet Marsh occupies most of the E-5B drainage subbasin. Pumps along a non-federal levee separating the Chalmette area and the Ninth Ward from Violet Marsh were used to pump saline floodwaters out of the Chalmette area (St. Bernard Parish) and the Ninth Ward (in Orleans Parish) into Violet Marsh (St. Bernard Parish) following Hurricane Katrina.

Salt water also entered both wetland areas with the storm surge and through levee breaches along the Intracoastal Waterway and the Mississippi River Gulf Outlet. Changes in the fresh-water plant composition of Violet Marsh and Bayou Sauvage following exposure to salt water was not only of environmental concern, but could influence future performance of the city's flood protection system. Of particular interest in that regard were possible effects of salinity on the vertical development of the vegetation; i.e., the amount of forested wetland versus lower-lying herbaceous wetland (e.g., grasses, rushes, sedges) and open water.

Definition of the outer ecosystem boundary focused on the possible transport of chemical and biological contaminants to outer ecosystems from within the flood protection system and possible uptake in resource species including shrimp, oysters, fin-fishes, state and federal threatened and endangered species, and supporting habitats. The Lakes Pontchartrain-Borgne estuary was examined with the greatest intensity because of its close proximity to possible impact from flood protection system failure. The area demarked in Figure 21 approximates the boundary between the near-outer and far-outer ecosystems for which aquatic resource data were considered in the analysis.

#### 7.5.2.2. Data Development and Analysis

Both existing and original data were analyzed. Ecological resource condition in the outer ecosystems was assessed primarily through assembly and analysis of data collected by various responsible federal and state agencies, universities, and other reputable organizations. A number of agencies and educational institutions collect data in the area. In addition, original data were collected at Violet Marsh and vicinity, and analyzed by personnel at the Environmental Laboratory of the Engineer Research and Development Center (ERDC) operated by USACE at Vicksburg, MS.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.




Figure 21. The Lakes Pontchartrain-Borgne estuary (darkly outlined) and surrounding delta and gulf ecosystems comprising the outer ecosystems as defined for this study. The far-outer ecosystem includes coastal area, wetlands, barrier islands, and nearshore waters of the Gulf of Mexico in Louisiana and Mississippi.

**7.5.2.2.1. Existing Data.** Most existing data were collected under the auspices of other agencies and organizations including the National Oceanic and Atmospheric Administration (NOAA) and its National Marine Fishery Services (NMFS), more specifically, the United States Environmental Protection Agency (EPA), the Fish and Wildlife Service (FWS) and the United States Geological Survey (USGS), the Louisiana departments of Environmental Quality (LDEQ) and Wildlife and Fisheries (LDWF), Louisiana State University (LSU), and the University of New Orleans (UNO). Additional data were also reported in other academic publications. Much of the data are published on the Internet. The data have been collected for a variety of purposes and vary widely with respect to location, frequency and regularity of sampling. In most cases, standard EPA-sanctioned methods have been used, but there are some important differences, which are identified in the results and in referenced materials (specifics can be found in the data reports).

Closest attention was paid to data on ecological resource species and habitat contamination with selected biological indicators of pathogens, metals, synthetic organic compounds, and, for inner ecosystem wetlands, contamination with saline water. All data were reviewed, but arsenic,



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

lead, benzo(a)pyrene, and DDE were selected specifically to compare to the results of contaminant fate model simulations and to original data obtained from Violet Marsh. Impacts of freshwater movement from inside the interior ecosystem on brackish and saltwater ecosystems outside the flood protection system were dismissed as insignificant because of relatively small volume and the euryhaline adaptations of estuarine communities.

All of the region considered in this study was exposed to the impacts of Hurricane Katrina. Post-Katrina effects from wind, contaminant transport from other areas, and other general storm damage contributed to observed environmental condition after the hurricane. Much of the post-Katrina data were gathered after Hurricane Rita and reflect the combined impacts of both storms. Quantitative assessment was emphasized when possible, but qualitative assessments were made in the absence of quantitative data.

In keeping with the boundaries of ecosystems defined in the concept model, the results are reported by ecological resource categories for 1) nearshore gulf and delta ecosystems most remote from impacts, 2) the exterior ecosystems most likely to be impacted outside the flood protection system, which occur in the Pontchartrain-Borgne estuary, and 3) the interior ecosystems within the flood protection system, which are primarily freshwater wetlands.

**7.5.2.2.2. Original Data.** Early review of existing data indicated a need to gather additional data specifically relevant to the study of inner-ecosystem wetland response to levee breaching and overtopping, and to subsequent floodwater management. These data were collected by ERDC personnel to fill in evident gaps in data collected by other organizations. Methodological details are provided in report Attachments B and C, and in Lin and Kleiss (2006) and Ray (2006) (Attachments F and G).

Data were collected at Violet Marsh on 14 and 15 December 2005 and on 14 and 15 February 2006. In December, surface salinity, temperature, oxygen, and water depth were measured along six transects in the marsh (Lin and Kleiss 2006, Attachment F). Salinity was compared to previous measurements made at the same locations in 1993-1994. In addition, three samples were collected with an Ekman Dredge at each of four floodwater pump sites to analyze the benthic infauna (Ray 2006a, Attachment G). Two of the pumps had not worked following Katrina and provided references for comparison of physical effects.

In February, sediments sampled and analyzed for chemical and microbiological contaminants were collected with a grab sampler for the chemical contaminants and a core sampler for the microbiological contaminants. (See Attachments B and C for details.) After considering the most probable sources of contamination in the Chalmette area, south of Violet Marsh, the flooded waste treatment plant off Florida Avenue (at Dubreuil Street) and the oil spill from the Murphy Oil Company on Paris Road were singled out as potential contaminant sources. Samples of sediment were collected as close as possible to these potential sources of contamination as well as from areas near the input and output sides of the four pumps. Samples were also taken along transects extending out from the pump outfalls into Violet Marsh. The grab samples were homogenized and analyzed for volatile and semivolatile organic compounds, polychlorinated biphenyls (PCBs as Aroclors), metals, pesticides, diesel range organics (DRO), oil range organics (ORO), and total organic carbon using EPA methods (see Appendix 5B for details).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.