For microbiological analysis, sediments were taken from the top and bottom of each core sample (11.6 inches deep) to estimate contaminant concentrations in recently deposited material and in pre-Katrina deposits. The sediment samples were analyzed for benzo(a)pyrene and for markers of infectious waste (e.g., from untreated sewage). Solvent extracts were analyzed for sterols to determine the ratio of coprostanol to cholesterol, which was used to estimate the distribution of untreated sewage in the wetlands (see Appendix 5C for details). Fecal coliform bacteria were measured in surface sediments only to compare to data collected elsewhere by other agencies. Fecal streptococci were also measured in surface sediments because they may be a better indicator of human pathogens in semi-tropical estuarine waters. The ability of these microorganisms to survive in sediments is uncertain, however.

**7.5.2.2.3. Contaminants Fate/Transport Model Data.** Wind and other storm-generated impacts were sorted from the impacts of inner ecosystem flooding and subsequent flood management with the aid of contaminant fate/transport models. The models were run for both hypothesized conditions and for actual conditions at Lake Pontchartrain and Violet Marsh. The hypothesized condition was defined by the volume of floodwater resulting solely from the estimated rainfall from Katrina (8 inches) and from Rita (2.25 inches) with no floodwater entering from outside the system by levee overtopping or breaching. Actual conditions were defined by the volume of water estimated to occur in the flooded inner ecosystems following Hurricane Katrina (see Appendix 5D for details). Contributions of breaching and overtopping were not differentiated in the depiction of the actual or hypothesized condition in the concept model.

Five contaminants were chosen to model for each condition: arsenic, lead, benzo(a)pyrene, DDE, and fecal coliform bacteria. These represent metal-, petroleum-, pesticide-, and sewage-derived contaminants. Because of hydrologic differences in the two ecosystems, different contaminant fate models were calibrated and used to estimate contaminant concentrations in water and sediments. Model outputs were compared with estimated concentrations of these contaminants in Lake Pontchartrain sediments collected before and after Hurricane Katrina and in Violet Marsh sediments collected after the hurricane.

For the more complex Lake Pontchartrain, the three-dimensional (3D) hydrodynamic model CH3D and the 3D water quality model CE-QUAL-ICM (ICM) were used to model contaminant concentrations over a period of 90 days, starting on 1 September 2005. Both the actual and hypothesized conditions include the period during which pumps were operating to remove flood and rainwater from the city following Hurricanes Katrina and Rita. The z-plane version of CH3D was used. The water quality model required mass/time loading for each of the effluent locations at pump outfall sites (see Appendix 5D for details).

The upper portion of Violet Marsh was selected for the model study since this area directly received pumped discharges and is well-defined geometrically. Given the relative simplicity of the water body and the rapid flushing rate, it was possible to use the RECOVERY model (Ruiz and Gerald 2001), which is much simpler than the Lake Pontchartrain model. RECOVERY is a time-varying model that treats the water column as a single, fully mixed cell of known area, depth, and flushing rate and represents the bottom sediments as a series of layers over the vertical dimension. Like the lake model, it produces time-varying concentrations for the water column and bottom sediments. The model assumes a constant flushing rate or flow through the


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

system. A very short residence time of less than a day results for typical pumped discharges into upper Violet Marsh (see Appendix 5D for details).

Data gathered from a number of sources who examined the floodwater (reported here in the results) were used to calibrate the model for actual conditions. Median and 95-percent upper confidence limit concentrations were used to estimate the mass/time loaded. Modeled contaminant concentration was held constant over the duration of pumping. Hypothesized conditions were more problematic because of data scarcity for rainwater pumped out of the city in previous events. Based on a statement in Pardue et al. (2006), who stated that metal concentrations in the Katrina flooding were similar to rainwater concentrations, the same concentrations were used to calibrate the hypothesized condition. Fecal coliform bacteria concentrations (40,000 MPN/100 mL) measured in pumped storm water in 1998 (Jin et al. 2004) were similar to Katrina concentrations. Therefore, the concentrations used to calibrate the hypothesized condition in rainwater were the same as the actual floodwater condition. However, the volume of water associated with the sum of the Katrina and Rita rainwater flooding (10.25 inches) was used, which was much less than the Katrina flood volume. Thus the total mass of materials pumped into receiving areas was much greater for the Katrina flood.

### 7.5.3. Results: Actual and Hypothetical Katrina Scenarios

The results are organized according to ecological and regional breadth of consequences, from greatest to most limited extent. Results are reported first for ecosystem support resources (primarily habitat condition), followed by broad categories of fishery and wildlife resources, and ending with the most narrowly defined special status and potential pest species. Within each ecological resource category, the broadest regional effects are reported first, intermediate effects proximal to the flood protection are reported next, and local consequences within the flood protection system are reported last.

#### 7.5.3.1. Ecosystem Support

**Delta and Nearshore Gulf Region**

**Pre-Katrina.** The coastal region defined by the Mississippi River delta surrounding New Orleans is flat, low and wet; characterized by tidal freshwater, brackish, and saltwater wetlands; shallow estuaries; barrier islands; and homogenous nearshore habitats of the Gulf of Mexico. Before modern development, much of the natural history of the delta region was controlled by sediment transport, deposition and erosion dynamics, and a humid, semi-tropical climate punctuated by severe storms. Katrina and Rita were the most recent of many such events. The mix and pattern of delta habitats affected by Hurricane Katrina has changed dramatically over the past several thousand years (Gosselink et al. 1998). Changes caused by Hurricane Katrina are consistent with this past pattern, but profoundly affected by human development, as were previous storms in the last century.

The delta has continuously changed form as sediments were deposited and eroded away, and as river distributaries changed location. New deltaic lobes were deposited as river distributaries migrated, creating new wetlands as older deltaic deposits subsided and were eroded away by the sea. The most recent deltaic expansion around the mouth of the Mississippi River is now being


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

artificially maintained by river control structures. Without them, the Mississippi River would soon divert to the west through the Atchafalaya River distributary where a new deltaic lobe would form as areas to the east subsided and eroded away in natural cycle.

All of the natural maritime ecosystems are decreasing in area because of subsidence and development in the delta. Development over the past century disrupted the natural equilibrium established between wetland destruction and creation and caused a net loss of vegetated wetlands to sediment subsidence and erosion, and to open-water inundation (Gosselink et al. 1998). Barrier islands have thinned and partly disappeared beneath the sea as they moved closer to shore with each major storm event. Between 1880 and 1980 total barrier island area decreased by 41 percent (57.8 $km^2$). Estimated loss rates of wetland from 1930 to 1990 have averaged about 75 $km^2$ per year. Over 16,000 $km^2$ of the entire coastal Louisiana habitat was wetland in the late 1990s, about two thirds of which was herbaceous marsh (Table 58). The rest is forested wetland. Of the remaining coastal habitat, over 7,500 $km^2$ is upland and about 10,500 $km^2$ is open water.

**Table 58**
**Geographical areas in major types and subcategories of coastal Louisiana ecosystems in1989-1990 as described by Gosselink et al. (1998).**

| Ecosystem Type | Area ($km^2$) | % of Total Area | % of Area In Type |
|---|---|---|---|
| Marsh | 10,192 | 29.4 | 100.0 |
| Fresh | 3,829 | | 37.5 |
| Intermediate | 1,495 | | 14.7 |
| Brackish | 3,209 | | 31.5 |
| Saline | 1,659 | | 16.3 |
| Forested Wetland | 5,935 | 17.1 | 100.0 |
| Bald cypress forest | 2,541 | | 42.8 |
| Bottomland/scrub-shrub | 3,393 | | 57.2 |
| Upland | 7,656 | 22.1 | 100.0 |
| Forest/scrub-shrub | 2,022 | | 26.5 |
| Developed | 1,649 | | 21.5 |
| Pasture/agriculture | 3,943 | | 51.5 |
| Barren | 41 | | 0.5 |
| Water bodies | 10,491 | 30.3 | |
| Submerged aquatics | 306 | <0.1 | |
| Shore-flat | 87 | <0.1 | |
| Other | 2 | <0.1 | |
| **Total** | **34,669** | **100.0** | |

Adapted from Gosselink et al (1998).

If the average rate of loss continues, nearly 3,000 $km^2$ of vegetated wetland and barrier island habitat are threatened over the next 40 years—nearly one-fifth of the wetland and barrier island habitat in coastal Louisiana based on data provided in Gosselink et al. (1998). About 10 percent of this threatened area is managed for the public in twelve national wildlife refuges, several state wildlife management areas, and Jean Lafitte National Park.

The human activities that have upset the equilibrium between sediment deposition and erosion include, in particular, the river control structures that prevent freshwater overflow and


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

sediment transport into nearby coastal areas during spring river flooding. Fresh water and sediment are dumped instead into the deep waters of the Gulf of Mexico (Gosselink et al. 1998). Oil industry and other industrial canal development have also contributed significantly to vegetated wetland loss. Additional loss is linked to extraction-caused subsidence. Early in the 20th century, areas of coastal wetland that were pumped dry for agriculture subsided as soils oxidized and were inundated with open-water habitat. Watershed changes in the Mississippi River Basin have also contributed, but the net effect is less clear as agriculture, reservoirs, and other human impacts have contributed both positively and negatively to sediment transport. The pattern of wetland loss has not been uniform. About one-third of the loss is high-salinity marsh at the coastal fringe and two-thirds is low-salinity, interior marsh, which may be more vulnerable to saltwater intrusion effects on the freshwater vegetation.

Because of urbanization, agriculture, and industrial activity and oil and gas development, the region's waters, soils, and sediments are locally contaminated with metals, pesticides, petroleum derivatives, and nutrients. The LDEQ, USGS, LDWF, and NMFS sample water quality and fisheries to assure they meet standards for recreational use and food consumption. Historically, resource contamination, especially with microbiological contaminants, is most likely to be encountered following major rain events in resources near outfalls and river mouths draining developed drainage basins (see Attachments A and E). Nearly 75 percent of the upland area in the region has undergone some form of urban and agricultural development (Table 5-1).

Concentrations of contaminants in soils and waters vary widely, however, and in general follow patterns of urban and industrial concentration. Suburban to rural levels of contaminants studied by Mielke (1994) and Mielke et al. (2001 and 2004) indicate that areas farther from the most dense urban development are similar to mean concentrations in soils of the United States and are typically well within screening standards set by LDEQ and others (see Appendix 5A and Plumlee et al. 2006).

**Post-Katrina.** Early estimates of wetland habitat loss in southeastern Louisiana following Hurricanes Katrina and Rita were about 295 $km^2$ (118 square miles) (USGS 2006), or nearly four times the past average annual loss of 75 $km^2$ (nearly 30 square miles) since the 1930s. Some of this immediate loss may recover during future growing seasons, as was observed following past storms, especially Hurricane Andrew. Among the most vulnerable habitats during Katrina was freshwater floating-mat wetland, which was broken up and redistributed as "marshballs." These chunks of rooted vegetation, which are mostly maidencane (*Panicum hemitomon*), have some capacity to reestablish in place and to newly establish where no wetland previously existed.

Immediately following Hurricane Katrina, NOAA, EPA, USGS, and Dauphin Island Marine Lab (DIML) launched a joint sampling effort to assess potential contamination levels present in inshore and offshore water, and sediment in association with fish and shellfish tissues reported above. Results from these analyses indicated that bacterial contamination (*E. coli*, *Enterococcus*, or *Vibrio cholera* and other *V. spp.*) in water and sediments from Mississippi Sound and offshore areas did not exceed EPA standards for recreational waters (Peterson et al. 2005a, 2005b). Sediment quality standards for microbes do not exist.

Post-Katrina sediment data obtained from EPA STORET files were collected in the delta region in Plaquemines Parish, southeast of New Orleans, in an area that is mostly rural except for


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

a main highway with towns and industry along it (Tables 59 and 60). The samples were collected near the road and development (Appendix 5A). In general, the concentrations were lower than LDEQ screening standards, with a few exceptionally high concentrations near roads consistent with urban development patterns reported for New Orleans by Mielke (1994) and by others elsewhere. This was most evident for the petroleum derivative, benzo(a)pyrene.

**Table 59**
**Post-Katrina Contaminant Concentrations in Water Samples Collected from Plaquemines Parish (reported in EPA STORET), the LDEQ Standard, and the Percentage of Samples That Exceed the Standards**

| Compound | Samples | Average (mg/L) | Maximum (mg/L) | LDEQ Standard (mg/L) | > LDEQ Standard (%) |
|---|---|---|---|---|---|
| Arsenic | 87 | 0.001 | 0.047 | 0.01 | 2 |
| Lead | 64 | 0.00001 | 0.008 | 0.015 | 0 |
| BaP[1] | 53 | 0 | 0 | 0.0002 | 0 |
| DDE | 56 | 0 | 0 | 0.0002 | 0 |

[1] Benzo(a)pyrene.

**Table 60**
**Post-Katrina Contaminant Concentrations in Sediment Samples Collected From Plaquemines Parish (reported in EPA STORET), the LDEQ Standard, and the Percentage of Samples That Exceed the Standards**

| Compound | Samples | Average (mg/kg) | Maximum (mg/kg) | LDEQ Standard (mg/kg) | > LDEQ Standard (%) |
|---|---|---|---|---|---|
| Arsenic | 29 | 4.9 | 14.5 | 12 | 3 |
| Lead | 29 | 22 | 60 | 400 | 0 |
| BaP[1] | 29 | 0.42 | 12.2 | 0.33 | 3 |
| DDE | 29 | 0.01 | 0.26 | 1.7 | 0 |

[1] Benzo(a)pyrene.

### Pontchartrain-Borgne Estuary

**Pre-Katrina.** Lakes Pontchartrain and Borgne filled basins formed during lobe development of the Mississippi River delta several thousand years ago. They form a large and complex estuary that receives, in addition to rainwater, fresh water from tributaries entering mostly along northwestern and northern shores. The Pearl River typically contributes more than half of the tributary fresh water to Lake Borgne just west of Rigolets Pass, one of two natural passes between the two lakes (Chef Menteur Pass is smaller and to the south). During river flooding, Mississippi River water spills into Lake Pontchartrain through an overflow channel west of New Orleans (Bonnet Carré Spillway opened in 1937).

Lake Pontchartrain was probably less saline before development in the region. Saline water now enters Lake Pontchartrain primarily through the Inner Harbor Navigation Canal (IHNC) from the Mississippi River Gulf Outlet (MRGO) and the Intracoastal Waterway (ICWW). The salinity is typically greatest in the southeastern quadrant of the lake along the New Orleans shoreline. Most flow out of Pontchartrain is via the two passes into Lake Borgne where saline water from the gulf mixes with fresher water from the Pearl River and other estuary tributaries. As tidal elevation changes, water movement increases to highest velocities in and near Rigolets


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Pass. The salinity of the tidal flow between Pontchartrain and Borgne is greatly influenced by fresh water from the Pearl River.

Because of agricultural drainage mostly from the north, urban drainage mostly from the south, and gas and oil development, Lake Pontchartrain habitats have been exposed for many years to significant runoff contamination with nutrients, metals, petroleum derivatives, and suspended sediment (Penland et al. 2002). Most of the 10 watersheds contributing water to the lake have serious water quality problems. The largest single source of pollutants is urban runoff from New Orleans. Untreated or partially treated wastewater from numerous smaller communities also continues to be released into tributaries and lake margins. Many individual septic systems also leak into tributaries and directly into Lake Pontchartrain.

A long history of wetland dredging and filling, accompanied by continuous subsidence and increased salinity, has resulted in a wetland loss of at least 50 percent since 1900 (Stone 1980). Submersed aquatic vegetation has declined. Suspected causes are shore armoring and increased nutrient concentrations, which cause plankton growth and turbidity. The composition of the remaining vegetation varies, apparently in response to salinity fluctuation. Past release of formation brine, a byproduct of gas and oil extraction, has contributed salinity to Lake Pontchartrain. The brine is contaminated with metals and radioactive compounds. There is presently a moratorium on further oil and gas development in Lake Pontchartrain.

High salinity intrusion via the IHNC, coupled with freshwater input from the Pearl River and other north-shore tributaries, creates a great enough difference in water density to cause temporary stratification of fresh water over saline water. This can remain in effect long enough for severe oxygen depletion to occur over the bottom of southeastern Lake Pontchartrain, which stresses or kills sedentary bottom species, including native clams and oysters. The hypoxia is accentuated by the decomposition of plankton made more productive by high nutrient concentrations in the fresher surface water. The impacts from stratification have been greatest in the southeastern quadrant of the lake. Exceptional nutrient addition is associated with spill-over of Mississippi River floodwater through a spillway that enters the southeastern part of the lake.

For many years before the practice was stopped in 1990, shell was dredged in large quantity from Lake Pontchartrain. The dredging increased water turbidity, which has decreased significantly since dredging stopped. Dredging mixed contaminated surface sediments with much older and cleaner sub-surface sediments, resulting in lower exposure of bottom communities to contaminants. Dredging, however, negatively impacted lake bottom communities, especially the native clams, which have become more abundant in recent years. Because clams filter the water for particulate foods, they help clarify it and reduce concentrations of fecal coliform bacteria and associated pathogens (they are not harvested for food).

Despite sources of contamination, the average concentrations of metals in Lake Pontchartrain sediments in general remained below concentrations established in state standards for health and habitat protection (Table 61). The concentrations of most metals measured in the suspended solids of the Mississippi River are higher than lake sediment concentrations, making the river a contamination source for surface sediments when it spills into the lake. Some recent increases in iron and copper concentrations have occurred in surface sediments, perhaps associated with episodic contributions of Mississippi River floodwater.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 61**
**Pre-Katrina Mean Concentrations of Metals in Lake Pontchartrain Sediments and in Total Suspended Solids of the Mississippi River, and Standards Set by the Louisiana Department of Environmental Quality (from Penland et al. 2002)**

| Metal | Lake Pontchartrain Sediment Mean | Mississippi River TSS Mean | LDEQ screening standard |
|---|---|---|---|
| Ag (µg/g) | 0.148 | | 3.7 |
| Al (%) | 5.05 | 8.00 | NA |
| As (µg/g) | 7.02 | | 7.0 |
| Ba (µg/g) | 482.1 | | NA |
| Cd (µg/g) | 0.211 | 1.3 | 9.6 |
| Co (µg/g) | 9.41 | 21 | NA |
| Cr (µg/g) | 26.3 | 80 | 370 |
| Cu (µg/g) | 17.5 | 45 | 270 |
| Fe (%) | 2.43 | 4.61 | NA |
| Hg (µg/g) | 0.42 | | 0.71 |
| Mn (µg/g) | 526.2 | 1300 | NA |
| Ni (µg/g) | 18.2 | 55 | 51.8 |
| Pb (µg/g) | 17.5 | 46 | 218 |
| Sb (µg/g) | 0.62 | | |
| Se (µg/g) | 0.34 | | |
| Sn (µg/g) | 1.53 | | |
| V (µg/g) | 78.3 | | |
| Zn (µg/g) | 73.3 | 193 | |

Concentrations of bacterial indicators of domestic sewage pollution, once substantially higher, have decreased in general along the south shore of the lake, probably in response to waste treatment improvements in New Orleans. Monitoring for various pollutants and rainfall events by the University of New Orleans since 1998 indicates that storm water runoff pumped from New Orleans has episodically elevated concentrations of fecal coliform, nitrogen, phosphorus, and suspended solids along the south shore (USGS 2002). This is normally observed in rainfall water pumping out of New Orleans (Jin et al. 2004). Fecal coliform data were also collected at multiple sites in Lake Pontchartrain by the Lake Pontchartrain Basin Foundation (2006). These are summarized in Appendix 5C.

**Post-Katrina**—*Empirical Data.* Both the Mississippi Department of Marine Resources (MDMR) and the LDWF report significant physical damage to oyster beds due to scouring, sedimentation, and debris deposition (MDMR 2005, and personal communication from Marti Bourgeois (LDWF)). However, data quantifying pre- and post-Katrina oyster-bed conditions have yet to be discovered.

As reported in the EPA STORET database, water was sampled about 2 weeks into the flood dewatering of New Orleans at three pump-houses adjacent to the estuary and just east of the New Orleans Lakefront Airport (see Appendix 5A). In 34 sample results, arsenic barely exceeded the LDEQ criterion of 0.01 mg/L in one sample. The highest lead sample—0.007 mg/L—is half of the LDEQ standard. Most samples were below detection levels. Neither benzo(a)pyrene nor DDE were found in any of the samples taken from the pump-house sites. Fecal coliform data were also collected at multiple sites in Lake Pontchartrain by the Lake Pontchartrain Basin Foundation (2006) after Hurricanes Katrina and Rita and most results were lower than LDEQ water quality standards. No sample results were reported for most of September, however, during


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

the time when pumped water concentrations were likely to be high. These data are provided in Appendix 5C.

The USGS has just completed post-Katrina analyses for Lake Pontchartrain sediment contamination, which have yet to be published. A preview indicates that metal contaminants differ little from pre-Katrina concentrations reported in Table 58 and contaminant candidates, in general, are below the LDEQ screening standards.

**Post-Katrina**—*Model Results.* Modeled concentrations of indicator contaminants complemented empirical data. Results indicated that, for both hypothesized and actual conditions, modeled floodwater pumping raised arsenic, lead, benzo(a)pyrene, and DDE concentrations in lake water, and the maximum gains in concentrations were similar. Because of the much greater volume of floodwater pumped, the elevated concentrations of modeled contaminants following Katrina extend farther into the lake than the maximum modeled concentrations for the rainwater pumping alone. Figure 22 illustrates a common pattern for the maximum gain in water concentration using arsenic median levels of 0.02 mg/L for the actual hurricane conditions and for a 90-day pumping duration. Figures for all five contaminants can be seen in Appendix 5D. All model outputs followed generally similar patterns of dilution.




Figure 22. Maximum arsenic concentrations (mg/L) in the surface water layer of Lake Pontchartrain estimated using a contaminant fate model for the actual flood condition.

The modeled distribution of increased sediment contamination also was closely associated with the southeastern shore of the lake and decreased to much lower concentrations along the north and west shores. This distribution reflects the modeled sedimentation of contaminants with solids from the water column. In general, because of the higher volume pumped and the net deposition to sediments, the total added load to the sediment following Hurricane Katrina was estimated to be an order of magnitude greater than would occur from dewatering rainwater from Katrina and Rita alone. The model results for Lake Pontchartrain confirm the empirical results,


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

which revealed no measurable gain in metal contamination of sediments following Hurricane Katrina. Comparing the model simulation results in Table 62 to pre-Katrina sediment results in Table 61 indicates a maximum gain of 0.9 percent for the Actual 95 simulation of arsenic concentration (Table 63). For lead it would be about 2.2 percent. Given the mixing in the shallow waters, these small increments of additional contamination would not be identifiable as actual gains in the sediment concentrations near the outfall points along the south shore. Farther from shore, concentrations fall toward infinitesimally small increments above background sediment concentration.

**Table 62**
**Computed Maximum Increments Gained in Water (µg/L) and Sediment (mg/kg) Concentrations (total) of Arsenic (As), Benzo(a)pyrene (BaP), DDE, Lead (Pb), and Fecal Coliform Bacteria (FCB) for Lake Pontchartrain Water and Sediment (sed). Actual (floodwater conditions as they occurred) and hypothesized (rainwater flooding alone) conditions are compared (see Appendix 5D for details)**

| Condition | As water | As sed | BaP water | BaP sed | DDE water | DDE sed | Pb water | Pb sed | FCB water* |
|---|---|---|---|---|---|---|---|---|---|
| Actual | 13 | 0.048 | 3.7 | 0.173 | 0.036 | 0.0024 | 3.7 | 0.053 | 1,055 |
| Actual95 | 16 | 0.066 | 3.7 | 0.173 | 0.209 | 0.0171 | 25.4 | 0.384 | 42,214 |
| Base | 14 | 0.0052 | 3.7 | 0.014 | 0.037 | 0.000172 | 3.7 | 0.0062 | 1,413 |
| Base95 | 14 | 0.0054 | 3.7 | 0.014 | 0.053 | 0.000598 | 32.1 | 0.051 | 44,780 |

*Units for fecal coliform bacteria are cfu/100 mL or MPN/100 mL.
Note: Actual and Base are median loading concentrations, and Actual95 and Base95 are 95 percent upper confidence limit loading concentrations.

**Table 63**
**Model-estimated Maximum Contaminant Concentration Added to Sediment Contaminant Concentrations in Lake Pontchartrain and the Estimated Maximum Percentage Gain in Contaminant Concentration that Resulted. Median gains are lower**

| Contaminant | Model Maximum at 95% UCL load (ppm) | Mean | |
|---|---|---|---|
| | | ppm | % |
| Arsenic | 0.066 | 7.02 | 0.91 |
| Lead | 0.384 | 17.5 | 2.18 |

The maximum gain in water concentrations for arsenic and benzo(a)pyrene were less than the LDEQ criteria for both hypothesized and actual conditions and for the loading concentrations. Water concentrations for lead temporarily exceeded the LDEQ criterion for median concentration in floodwater and for both hypothesized and actual conditions. The DDE maximum concentration exceeded the LDEQ criterion for both conditions at the upper confidence limit, but not the median concentration. In both hypothesized and actual conditions, water concentrations of contaminants above standards were temporary and added very little to concentrations in sediments, which, on average, met sediment standards criteria established by LDEQ.

The maximum fecal coliform bacteria concentration estimated by the model temporarily exceeded criteria for both conditions and for median concentrations in the floodwater. Temporary elevation of concentrations to levels above standards is a normal occurrence observed in


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

rainfall water pumped out of New Orleans (Jin et al. 2004). The modeled concentrations soon fall below LDEQ criteria with distance from the south shore. Modeled concentrations were diluted at least ten-fold before water reached Lake Borgne. Reports of fecal contamination along the north shore of Lake Pontchartrain indicate the many different sources of fecal coliform bacteria existed in the lake's watershed.

**Inner Ecosystems**

**Pre-Katrina.** A significant fraction of the inner ecosystem is occupied by fresh to brackish wetlands and open water. Over half of the area within the flood protection system of St. Bernard Parish is wetland (Violet Marsh) that is entirely surrounded by levees (Figure 20). These comparatively wild areas within the flood protection system are not entirely natural, however. Construction of the flood protection system and other levees isolated them from tidal influence. Before levee construction, the salinity and other estuarine attributes of the wetlands in these areas probably varied more than now. Another source of variation for Violet Marsh has been its use as a rainwater sump as part of the functioning hurricane protection system. In the early 1990s fresh water was siphoned into Violet Marsh to reduce salinities that were suspected to have increased as a consequence of constructing the Mississippi River Gulf Outlet. The only pre-Katrina data on salinity in Violet Marsh indicated that it ranged from about 3 to 10 ppt salinity in 1993-94 (Lin and Kleiss 2006). The siphon had little effect, so it was discontinued. Bayou Sauvage only recently became a National Wildlife Refuge in the 1990s. While smaller than Violet marsh, Bayou Sauvage is the largest urban refuge in the United States. It includes about 90 $km^2$ (nearly 36 square miles) of fresh to brackish wetlands and water.

Much of the soil in the urbanized inner ecosystems is contaminated with metals, petroleum derivatives, and other pollutants. While there was no useful information stored in the EPA database, STORET, on chemical contamination for any of the inner ecosystems before Hurricane Katrina (Appendix 5A), other data are informative. The most useful information is reported in journal articles by Mielke and others (Mielke 1994; Mielke et al. 2001, 2004). They sampled street side, house side and open space for lead concentrations primarily, and other contaminants secondarily, throughout metropolitan New Orleans in areas of various urban densities ranging from inner city to suburban.

Their investigations indicate patterns of contamination along gradients of urban density and intensity of automotive and other activity. In street-side soil samples in the inner city, lead concentrations ranged from 600 to 1,200 ppm, which is substantially greater than LDEQ screening standards. Lead concentrations were typically less than 75 ppm in suburban soils, which is well below standards. Concentrations in open-space soil samples were all below standards and ranged from an average of 222 ppm in the inner city to 28 ppm in the suburbs. The suburban environments approached the mean U.S. soil concentrations (19 ppm) referred to by Plumlee et al. (2006). Mielke (1994) believed the distributions of lead concentrations in the New Orleans area reflected the production and use of lead-based paints and leaded gasoline. While Mielke did not sample outside the New Orleans metropolitan area, the trends in his results suggest that average lead concentrations in rural areas remote from the city were similar to U.S. soil averages and well below LDEQ standards.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.