Mielke et al. (2004) found generally similar patterns for other metals and polycyclic aromatic hydrocarbons. They reported concentrations of benzo(a)pyrene from 0.091 to 6.859 mg/kg in New Orleans soils. Sediment concentrations for spillways and bayous ranged from non-detection to 4.044 mg/kg. Lead concentrations in city soils ranged from 32 to 4298 mg/kg, whereas bayou sediment concentrations ranged from 4 to 1,587 mg/kg (Mielke et al. 2001). The contaminants tended to be most concentrated near busy streets and older buildings in the inner city, and were low in open areas, especially in suburban neighborhoods. Consistent with local subbasin conditions, some urban bayou sediments were substantially more contaminated with lead than the average concentration (47 ppm) reported for Lake Pontchartrain (Penland et al. 2002). These patterns support conclusions that urban runoff is the major source of pollutants in Lake Pontchartrain.

Data on contaminant concentrations in rainwater pumped out of the inner ecosystems into Lake Pontchartrain and other receiving waters is scarce and anecdotal. Pardue et al. (2005) indicated that "…Katrina floodwater is similar to normal storm water runoff, but with elevated [lead] and [volatile organic compound] concentrations." More specific data were not referenced, however.

No pre-Katrina contaminant data were discovered for Violet Marsh, but results of examining the bottom of sediment cores for sewage contamination were used to evaluate pre-Katrina sediment contamination (see Appendix 5C for details). The results of fecal caprostanol sterol analysis showed that the waste treatment plant in the Chalmette area was historically a major source of fecal contamination in Violet Marsh. Of the 18 samples taken from the bottom of sediment cores, 15 were contaminated above the most lenient screening standard. Concentrations of benzo(a)pyrene varied widely between non-detectable and 11.8 µg/g (dry weight). Half of the 18 samples and a mean of 2.8 µg/g exceed the EPA sediment quality criterion (0.062 µg/g dry weight). Six samples and the mean exceeded the LDEQ screening standard of 0.33 µg/g.

**Post-Katrina**—*Empirical Data*. The storm surge associated with Hurricane Katrina destroyed much of the levee structure on the northeast side of Violet Marsh, which separated it from the Mississippi River Gulf Outlet. The storm surge moved into and over Violet Marsh, to at least some extent replacing relatively fresh water with more saline water. It breached the non-federal levee along the south side of Violet Marsh in several locations. The storm surge also breached levees between Bayou Sauvage NWR and the Intracoastal Waterway. Information about the condition of the refuge ecosystems has been limited (FWS 2005a). Similar to Violet Marsh, the storm surge overtopped levees and increased the salinity of freshwater wetlands. An extended dry period following the two hurricanes may have prolonged exposure to salt water because rainwater is the primary source of fresh water to the inner ecosystem wetlands.

Soon after flooding first occurred, samples were collected from floodwaters in Orleans Parish by Pardue et al. (2005) and by Presley et al. (2006), including data on Benzo[a]pyrene, arsenic, lead and other contaminants. Assuming concentrations were similar and there was no dilution effect, the larger volume of Katrina floodwater far exceeded that of past rainfall-caused flooding, and would have caused a much larger total load of contaminants to be pumped into Lake Pontchartrain.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Dissolved metal concentrations in sediments underlying the floodwaters were also sampled and ranged from 17 to 54 μg/L (Pardue et al. 2005) and 6 to 24 mg/liter (Presley et al. 2006) for arsenic and 1 to 72 μg/L (Pardue et al. 2005) and 340 to 640 mg/kg (Presley et al. 2006) for lead. The range in lead concentrations was lower than those reported for soils in the New Orleans area by Mielke et al. (2001). The benzo(a)pyrene concentrations reported by Presley et al. (2006) ranged from 0.01 to 1.26 mg/kg, in close agreement to concentrations estimated for soils before Katrina struck. Some of the samples collected exceeded the LDEQ screening standards, which are 12 ppm for arsenic, 400 ppm for lead, and 0.33 ppm for benzo(a)pyrene.

Appendix 5A reports data from EPA's STORET Katrina Central Warehouse (EPA 2006a), which presents another large set of data for floodwaters and sediments sampled as floodwaters receded. Table 64 summarizes STORET floodwater data collected as water levels fell. Floodwater concentrations for arsenic, lead, benzo(a)pyrene, and DDE in the EPA database ranged between 1 and 5 μg/L, 1 and100 μg/L, non-detect and 2 μg/L, and non-detect and 1 μg/L, respectively. Most individual sample values were less than the LDEQ screening standards. Small fractions of the samples (less than 14 percent) had one or more of the four elements in concentrations that exceeded the LDEQ standard. Average concentrations were well below the standard.

**Table 64**
**Post-Katrina Contaminant Concentrations (dissolved) in Water Samples Collected from Orleans Parish (reported in EPA STORET), the LDEQ Standard, and the Percentage of Samples That Exceed the Standards**

| Compound | Samples | Average (mg/L) | Maximum (mg/L) | LDEQ Standard (mg/L) | > LDEQ Standard (%) |
|---|---|---|---|---|---|
| Arsenic | 458 | 0.005 | 0.357 | 0.01 | 13 |
| Lead | 357 | 0.012 | 1.34 | 0.015 | 11 |
| BaP[1] | 258 | 0.000002 | 0.0004 | 0.0002 | 0.4 |
| DDE | 261 | 0.0000009 | 0.00007 | 0.0002 | 0 |

[1] Benzo(a)pyrene.

Average soil/sediment concentrations in the five parishes of greater New Orleans ranged from 5 to 12 mg/kg for arsenic and from 20 to 117 mg/kg for lead. Highest mean concentrations were in Orleans Parish (Table 65), although the maximum found in any sample sometimes occurred in another parish. These results are in general agreement with the data collected immediately after the flooding by Pardue and Presley, but substantially lower for soil concentrations of lead collected in inner city areas by Mielke (1994), Mielke et al. (2001), and Mielke et al. (2004). Up to 36 percent of the samples had concentrations of one or more of the four contaminants above the screening standards set by LDEQ. Benzo(a)pyrene (BaP) ranged between 0.01 and 0.5 mg/kg, similar to pre-Katrina soil samples (Mielke 2001), except for one extreme outlier (6.5 mg/kg), and DDE ranged between 0.007 and 0.013 mg/kg. Except for benzo(a)pyrene, the mean sediment concentrations were below standards set by LDEQ.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 65**
**Post-Katrina Sediment Contaminant Concentrations in Samples Collected from Orleans Parish, the LDEQ Standard (reported in EPA STORET), and the Percentage of Samples That Exceed the Standards**

| Compound | # Samples | Average (mg/kg) | Maximum (mg/kg) | LDEQ Standard (mg/kg) | > LDEQ Standard (%) |
|---|---|---|---|---|---|
| Arsenic | 273 | 11.8 | 78 | 12 | 36 |
| Lead | 265 | 117 | 1160 | 400 | 7 |
| BaP[1] | 277 | 0.50 | 35.5 | 0.33 | 23 |
| DDE | 280 | 0.01 | 0.44 | 1.7 | 0 |

[1] Benzo(a)pyrene.

In Orleans Parish, 15 other metals occurred in all sediment samples reported in STORET (EPA 2006a) and four more occurred in at least 90 percent of the samples, including cadmium and mercury, which are especially toxic. Similar to the lead and mercury, the concentrations varied greatly among samples. Only one sample of mercury exceeded the LDEQ standard, but 17 percent of the samples had higher than standard concentrations of cadmium. In water, 4 percent of the samples had zinc levels that exceeded standards. All other metals were within the standards.

Because it was several months after the storm, water samples were not collected at Violet Marsh by the ERDC research team. Measurements in December 2005 revealed a 75 percent higher average salinity (12.4 ppt compared to 7.4 ppt) in the wetland than previous measurements at nearby locations in 1993-1994, which had to be interpreted from a bar graph, however (Lin and Kleiss 2006). Of the sediment samples collected for this study in Violet Marsh in December 2005 and March 2006 (see Attachments A and B), arsenic ranged from 3 to 13 mg/kg and lead concentrations ranged from 27 to 181 mg/kg. The DDE concentrations ranged from 0.003 to 0.015 mg/kg.

Sediments revealed by dewatering of the flooded areas of greater New Orleans were also the focus of study by the USGS (Plumlee et al. 2006) using samples collected by the EPA and the LDEQ. Plumlee et al. (2006) characterized a subset from sediment samples collected on 15-16 September in 11 localities around downtown New Orleans, and two locations from the Chalmette area south of Violet Marsh. Their results tended to be higher than the EPA analysis because of a different sample digestion process. The USGS found comparatively high concentrations of metals (lead, zinc, mercury, copper, arsenic, and cadmium) in downtown New Orleans and relatively low concentrations in the Chalmette area. Similar to lead data collected by Mielke, many of the New Orleans samples for lead were above 500 ppm and substantially above the LDEQ screening standards for health and safety. Based on information previously collected and published by Mielke (1994), Mielke et al. (2001), and Mielke et al. (2004), Plumlee et al. (2006) tentatively concluded that, at least in part, the high concentrations of metals were derived from contaminated soils existing before the flood.

This tentative conclusion is consistent with the much lower concentrations of metals existing in Lake Pontchartrain sediment (see above) before lake water flooded the inner ecosystems of Orleans Parish. If the sediment had come entirely from the lake, lead and other metal concentrations would have been lower than concentrations in soil samples before and after Katrina.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Analysis by Mielke et al. (2004) also indicated that some soils in New Orleans were high in polycyclic aromatic hydrocarbons, such as benzo(a)pyrene. Chalmette samples, in comparison, were lower and consistent with sediments from other parts of the Mississippi River delta.

With respect to pathogen contamination, post-Katrina data sets include many fecal coliform bacteria estimates for water and sediment, but very limited information on other pathogens (such as *Aeromonas*). In 139 water and 569 sediment samples collected by EPA and LDEQ (and stored in STORET) in Orleans and St. Bernard Parishes in September and November 2005, fecal coliform bacteria could not be detected or were not quantifiable in 19 water samples and 406 sediment samples. The detection limits were not reported, but appear to be about 1,000 cfu/ 100 mL for sediments (see Appendix 5C for details).

Fecal coliform measurements in the floodwater of New Orleans routinely exceeded water quality standards set by LDEQ (see Appendix 5C for details). These data raised concerns with respect to a potential public health hazard and environmental impact resulting from the failure of the levees and were responsible in part for applying a contaminant transport and fate model to assess impacts outside the flood protection system. Of the 10,047 New Orleans patient visits during and immediately following flooding, the most common were for gastrointestinal, acute respiratory, and skin infections.

Both Violet Marsh and Bayou Sauvage National Wildlife Refuge were inundated with saline water associated with the Hurricane Katrina storm surge and widespread levee failure. Data reported in Plumlee et al. (2006) identified the source of sediments in Chalmette as from wetlands to the northeast, which would include parts of Violet Marsh. This is consistent with evidence that the storm surge overwhelmed and destroyed major reaches of levee along the Mississippi River Gulf Outlet, swept across Violet Marsh, broke through levees between Violet Marsh and the Chalmette area of St. Bernard Parish, and inundated it. That levee had to be repaired before floodwater could be pumped out of the subbasin and into the Violet Marsh sump. Water also entered St. Bernard Parish by way of overtopping and failure of the levee bordering the Ninth Ward on the west.

In Violet Marsh, concentrations of arsenic, lead, benzo(a)pyrene, and DDD (a breakdown product of DDT) measured by ERDC personnel were compared with sediment concentrations reported for the city of New Orleans (see Appendix 5B for details). Except for samples that had been collected near the waste treatment plant for the Chalmette area, the concentrations of all of these indicator contaminants were lower than city estimates (Appendix 5B). In addition, there were no differences between areas in the marsh around the two pumps that operated and the two pumps that did not operate. These results indicate that contaminated sediment was not pumped into the marsh from the Chalmette area in quantities that could be detected above background levels.

The STORET data for St. Bernard Parish all came from the urbanized subbasin south of Violet Marsh (Tables 66 and 67). They also indicated that mean contaminant concentrations tended to be lower than in the inner city area of New Orleans (Orleans Parish samples in Tables 64 and 65), but varied a bit more. Somewhat higher maximum concentrations of lead and DDE were found in St. Bernard Parish (see Appendix 5A for details).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 66**
**Post-Katrina Water Contaminant Concentrations (dissolved) in Samples Collected from St. Bernard Parish (reported in EPA STORET), the LDEQ Standard, and the Percentage of Samples That Exceed the Standards**

| Compound | Samples | Average (mg/L) | Maximum (mg/L) | LDEQ Standard (mg/L) | > LDEQ Standard (%) |
|---|---|---|---|---|---|
| Arsenic | 57 | 0.003 | 0.059 | 0.01 | 12 |
| Lead | 40 | 0.001 | 0.022 | 0.015 | 8 |
| BaP[1] | 31 | 0 | 0 | 0.0002 | 0 |
| DDE | 31 | 0 | 0 | 0.0002 | 0 |

[1] Benzo(a)pyrene.

**Table 67**
**Post-Katrina Sediment Contaminant Concentrations in Samples Collected from St. Bernard Parish (reported in EPA STORET), the LDEQ Standard, and the Percentage of Samples That Exceed the Standards**

| Compound | Samples | Average (mg/kg) | Maximum (mg/kg) | LDEQ Standard (mg/kg) | > LDEQ Standard (%) |
|---|---|---|---|---|---|
| Arsenic | 304 | 5.7 | 22.8 | 12 | 3 |
| Lead | 304 | 42 | 1370 | 400 | 1 |
| BaP[1] | 847 | 0.01 | 0.41 | 0.33 | 0.1 |
| DDE | 308 | 0.01 | 0.76 | 1.7 | 0 |

[1] Benzo(a)pyrene.

Fecal contamination showed a different result, however. Whereas in one section of Violet Marsh, all surface sediment samples were below detection limits for all bacterial indicators measured (total coliform, fecal coliform, fecal streptococci), at other sites in the marsh the levels of bacterial indicators showed a continuing possible influence of potentially infectious sewage contamination from Chalmette. Surface sediment samples were slightly more contaminated with fecal caprostanol sterol than bottom samples, and all 18 samples exceeded the selected health and safety criterion indicating that floodwater pumping was an important factor in further contamination of Violet Marsh with potentially infectious sewage waste (see Appendix 5C for details).

**Post-Katrina**—*Model Results (Violet Marsh).* The contaminant model for Violet Marsh indicated that the wetland water quality was dominated by water pumped from the Chalmette subbasin to the south; i.e., water column concentrations were nearly equal to the pumped water concentration (such as 90 percent of the pumped effluent for arsenic as shown in Appendix 5D, Figure 20). This result is consistent with the relative volumes of floodwater and Violet Marsh water. Violet Marsh is relatively shallow; it rarely exceeds a depth of 1 meter. The model also indicates that the sediment concentrations were affected by the loading of contaminants by floodwater pumping, but much less so than the water column concentrations (see Appendix 5D for details).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

The expected increase in sediment concentrations resulting from the actual floodwater pumping were about 10 times greater than for the hypothesized rainwater flooding, but only exceeded screening criteria for the two organic chemicals. The computed maximum increase in concentrations for arsenic, benzo(a)pyrene, and DDE were all below the LDEQ water quality criteria. However, lead concentrations exceeded the LDEQ criteria for both hypothesized and actual conditions and for median and upper confidence limit concentrations in the pumped water. The maximum fecal coliform bacterial concentration exceeded the criterion for hypothesized and actual conditions at the upper confidence limit for pumped water concentration, but is below the criterion for the median concentration. The maximum sediment concentrations for arsenic and lead were less than LDEQ screening criteria for all conditions and floodwater concentrations. The benzo(a)pyrene and DDE concentrations in sediments were less than screening criteria for the hypothesized condition but exceeded screening criteria for both loading concentrations under actual conditions.

For those contaminants addressed in common by model and empirical analysis, the estimated loading from the floodwater pumping into Violet Marsh, using the high extreme estimate (95 percent upper confidence limit) for concentration in the floodwater, was low compared to the contaminant load already present in Violet Marsh (Table 68).

**Table 68**
**Model-estimated Maximum Contaminant Concentration Added to Sediment Contaminant Concentrations in Violet Marsh and the Estimated Maximum Percentage Gain in Contaminant Concentration That Resulted**

| | Model Maximum at 95% UCL Load (ppm) | Outer Marsh | | Pump Station | |
|---|---|---|---|---|---|
| | | ppm | % | Ppm | % |
| Arsenic | 0.18 | 4.2 | 4.29 | 8.7 | 2.07 |
| Lead | 0.22 | 14.6 | 1.51 | 84.7 | 0.26 |
| Benzo(a)pyrene | 0.28 | ND | -- | 79 | 0.35 |

While the model assumed complete mixing and constant deposition across the upper marsh, it was clear from empirical results that floodwater pumping before Katrina had significantly raised concentrations at all pump outfall sites examined, whether or not they had worked following Hurricane Katrina. These results indicate that the extent to which flood management may have added to existing contamination of habitat sediments was at most a few percent and more probably averaged less than 1 percent.

### 7.5.3.2. Fisheries (Fish and Invertebrates)

**Delta and Nearshore Gulf Region**

**Pre-Katrina.** The delta and nearshore region are rich in estuarine and marine fisheries resources (Gosselink et al. 1998), which are monitored by local and federal agencies for trends in relative abundance and for consumption safety. Significant fractions of the nation's oyster and shrimp fisheries exist here. Marine fin-fish harvest is also significant, but more modest economically. The relative abundances of fish and invertebrate species monitored in trawls generally follow the salinity gradient from freshwater wetlands to outer wetlands and open waters that approach oceanic salinity (Gosselink et al. 1998, Penland et al. 2002).


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Fish assemblages in the low-salinity interiors of the estuaries are dominated by freshwater species that tolerate limited salinity and commonly include blue catfish (*Ictalurus furcatus)*, channel catfish (*Ictalurus punctatus*), gizzard shad (*Dorosoma cepedianum*), and threadfin shad (*Dorosoma petenense*) during fall and winter when marine species are least abundant. All life stages of the euryhaline bay anchovies (*Anchoa mitchilli*), inland silverside (*Menidia beryllina*), code goby (*Gobiosoma robustum*), rainwater killifish (*Lucania parva*), sheepshead minnow (*Cyprinodon variegatus*), alligator gar (*Atractosteus spatula*), and eastern oyster (*Crassostrea virginica*) are common in a wide range of salinities, including locations where salinities are most variable. Adults and larvae of Gulf menhaden (*Brevoortia patronus*), Atlantic croaker (*Micropogonias undulatus*), spot (*Leiostomus xanthurus*), striped mullet (*Mugil cephalus*), southern flounder (*Paraichtys lethostigma*), sand seatrout (*Cynoscion arenarius*), spotted seatrout (*Cynoscion nebulosus*), black drum (*Pogonias cromis*), red drum (*Sciaenops ocellatus*), brown shrimp (*Penaeus aztecus*), white shrimp (*Penaeus setiferus*), and blue crab (*Callinectes sapidus*) are most abundant where salinity approaches ocean concentrations and juveniles must migrate to nursery areas in marshes of low salinity to survive. Less common are spanish mackerel (*Scomberomorus maculates*) and other more fully marine species that periodically contribute significantly to estuarine fisheries.

The freshwater fisheries are mostly recreational (a few species are caught commercially). The delta boasts excellent large-mouth bass (*Micropterus salmoides*) fishing. Other important freshwater recreational species include channel and blue catfish, black crappie (*Pomoxis nigromaculatus*), white crappie (*Pomoxis annularis*), warmouth (*Chaenobryttus gulosus*), bluegill (*Lepomis macrochirus*), and yellow bass (*Morone mississippiensis*).

The estuarine and marine fisheries are composed mostly of short-lived species that stand up to commercial fishing well. Except for the temporary hurricane effects in interior wetlands, most of the studied populations of regional fish and invertebrates have remained stable (Gosselink et al. 1998). This is based on data gathered primarily by government agencies. In their SEAMAP program, the Gulf States Marine Fisheries Commission (GFMFC) and NMFS have trawl-monitored inshore and offshore fish and invertebrate populations since 1972 (e.g., GSMFC 2006). Sample trawls have been made each summer and fall since 1987 throughout the Northern Gulf of Mexico. Data gathered by LDWF generally confirm the stability of marine and estuarine fisheries in the area. (See Table C2 in Appendix 5E for details.)

Based on past history, the freshwater fisheries and oysters are more likely to be severely impacted by hurricanes than other estuarine and marine species. Freshwater fish die from exposure to salt water and to hypoxia caused by decay of uprooted marsh vegetation and disturbed organic sediments. Storm-depressed fish populations rebounded following Hurricane Andrew and other hurricanes, once freshwater habitats reestablished normal salinities and oxygen concentrations. However, freshwater fish abundance is expected to decline permanently as more of the outer marsh disappears and allows more continuous intrusion of salt water into the interior wetlands. Oyster reef damage was estimated to be nearly 100 percent following Hurricane Katrina (LDWF 2005a).

Shrimp and crabs recover quickly after a hurricane because of high fecundity and increased food production resulting from increased nutrient loading in storm runoff. This rapid recovery quickly restores the food base for small fish, including the young of fish supporting important


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

estuarine and nearshore marine fisheries. While recovery of regional abundances is typically rapid, the patterns of resource abundance often change because of habitat changes resulting from the storms.

Many of the estuarine fish and invertebrates comprising important commercial and recreational fisheries have life cycles that depend on interior wetlands for juvenile "nursery areas." Without their protection, the juveniles are overexposed to predation. Optimum conditions occur when the marsh-water interface length is high, allowing for greatest penetration of young fish and invertebrates into the protective wetland interiors (Gosselink et al. 1998). In the early phases of marsh loss that have already occurred in the region, marsh-water interface length increased and provided more optimal nursery area. This may have helped maintain the stability of some fished populations.

If forecasts are correct, that trend is about to reverse, however (Gosselink et al. 1998). When about half of the marsh is lost through fragmentation, the interface length begins to decrease. This threshold is about to be reached in coastal Louisiana (Gosselink et al. 1998). Continued wetland loss is expected to result in a marine fishery decline in direct proportion to the decrease in interface length. Past construction of levee structures that completely enclosed interior estuary created freshwater wetlands and encouraged expansion of freshwater recreational fisheries, but prevented access of marine species to nursery habitat.

Data confirming past assessments of fish and invertebrates caught in trawls is available from the SEAMAP program of NOAA and the Gulf States Marine Fisheries Commission (GSMFC), the EMAP program of EPA, and the LDWF. Data downloaded from SEAMAP for 1998, 1999, and 2000 indicate that brown shrimp contributed most to the regional catch and Atlantic Croaker was the most caught fin fish (see Appendix 5E for details and GSMFC 2006). The EMAP program samples of EPA taken between 1991 and 1994 generally indicated similar species dominance (EPA 2006a). Data from LDWF are incorporated into the Coast 2050 report by the Louisiana Coastal Wetlands Conservation and Restoration Task Force and the Wetlands Conservation and Restoration Authority (1998) confirm that fished populations vary in the catch but, in general, the catches have been stable.

The tissues of fish, shrimp, and crabs from the gulf coast region were not found to be contaminated by *E. coli*, or other measured pathogen indicators, for samples taken in 1991-1994 (EPA 2006a). Tissue concentrations of contaminants have been consistently below standards set by regulatory agencies. (See Appendix 5E for detailed data.)

**Post-Katrina** Previous experience with hurricanes had indicated that saltwater species are not nearly as impacted as freshwater species. In keeping with past experience, Slack (2005) reported large freshwater fish kills from Hurricane Katrina in coastal Mississippi areas. The fall 2005 trawl surveys found no indication of reductions in offshore fish or shrimp populations or fish kills (NMFS 2006b). Trawl catches of certain species averaged 30 percent greater than average pre-Katrina catches, which may be a consequence of reduced fishing following the hurricanes. A full report is expected by early summer 2006.

Immediately following Hurricane Katrina, NOAA, EPA, USGS, and the Dauphin Island Marine Lab launched a joint sampling effort to assess potential fecal contamination levels in fish


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

and shellfish tissues. Tissues of fish, shrimp, and crabs from these sites showed no indication of contamination by *E. coli*, *Enterococcus*, or *Vibrio cholera;* however, other *Vibrio* species were present. Peterson et al. (2005c and 2005d) indicate that where *Vibrio* spp. were encountered, concentrations were not beyond those expected under normal pre-Katrina conditions. Krahn et al. (2005a and 2005b) found that concentrations of persistent organic pollutants (PCB and DDT) and polycyclic aromatic compounds in fish tissues did not exceed FDA standards for consumption. In a January 2006 news release by NMFS (2006b), there was no indication of bacterial or organic chemical contamination in gulf fish populations.

From 29 September to 10 October 2005, NOAA sampled mussels under its Status and Trends-Mussel Watch Program, mostly along the Mississippi coast, and found elevated bacterial concentrations in proximity with shore sources of contamination consistent with a storm runoff event (NOAA 2005). They also found generally elevated levels of metals (selenium, copper, and cadmium). In contrast, organochlorine pesticides and polycyclic aromatic hydrocarbons were all lower than in past analyses. Subsequent sampling by the EPA and the Mississippi Department of Environmental Quality (EPA-MDEQ 2005) found few instances of elevated bacterial concentrations or other pollutants in Mississippi waters. As of 9 December 2005, the States of Mississippi and Louisiana, and the Food and Drug Administration issued news releases indicating that seafood, including oysters were safe to eat (FDA 2005). Quantitative data reports have yet to be found, however.

**Pontchartrain-Borgne Estuary**

**Pre-Katrina.** The fisheries of the Pontchartrain-Borgne estuary are similar to those described for the region (Penland et al. 2002). Information on the fish assemblages of Lake Pontchartrain, including a recent assessment of fish-habitat relationships, is summarized in Gosselink et al. (1998), O'Connell et al. (2004), and in the University of New Orleans Vertebrate Museum's database of fish collections from Lake Pontchartrain (UNO 2005).

Freshwater bass and sunfishes are abundant in the freshwater wetlands and ponds bordering Lake Pontchartrain. Fully marine species are infrequent visitors to Lake Pontchartrain where oligohaline and euryhaline species are most encountered. These include blue catfish, gizzard shad, channel catfish, bay anchovy, brown and white shrimp, blue crab, and common rangia clams. Oysters are also common, but not as abundant as in nearshore waters of Mississippi Sound. Many estuarine species enter Lake Pontchartrain only seasonally.

Information on fish and macroinvertebrate populations before Hurricane Katrina is available through the EMAP program of EPA (EPA 2006a). Fish resources appear to have declined at least 50 percent between 1900 and 1980 (Stone 1980) in proportion to the loss of wetland and submersed aquatic vegetation. Trawl samples were taken on an annual basis between 1991 and 1994 in the Pontchartrain-Borgne estuary and near coastal waters in Mississippi Sound. More recent data do not appear to be available. Metadata for species abundance and tissue contaminant concentration are available for download from the EMAP website (EPA 2006a).

Detailed data from EPA's EMAP program for benthic invertebrate assemblages of the Pontchartrain-Borgne estuary are also available for 1991 through 1994 (EPA 2006a; Appendix 5E). This includes benthic invertebrate abundances, sediment grain size information,


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

water quality measurements, and sediment contaminant concentrations. (See Appendix 5E for details.)

**Post-Katrina.** The LDEQ (2005a, 2005b) observed fish kills along the northern shore of the lake and significant low dissolved oxygen conditions. They attributed these results to Hurricanes Katrina and Rita and not to pumping of the floodwaters from the flood protection system on the south side of the lake. LDEQ (2005b) also noted that "numerous bait fish", mullet and live crabs survived in the lake following the hurricanes (see Appendix 5E for details). LDWF plans to stock freshwater game species to replenish losses in 2006.

Post-storm sampling has been collected under EPA's EMAP program for benthic invertebrate assemblages of the Pontchartrain-Borgne estuary, sediment grain size information, water quality measurements, and sediment contaminant concentrations, but the data are not yet available for comparison to pre-storm conditions (EPA 2006a). The National Coastal Assessment (EPA 2006b) has summarized the pre- and post-storm results of these efforts. The Mississippi Department of Marine Resources and the LDWF reported physical damage to oyster beds from storm-caused scour, sedimentation, and debris deposition (MDMR 2005).

On 10 October 2005, NOAA sampled mussels in Lake Borgne under its Status and Trends-Mussel Watch Program and found fecal indicators to be relatively low (NOAA 2005) compared to other shore areas in proximity with shore sources of contamination consistent with a storm runoff event. Like other outer ecosystem sites farther east along the coast they found elevated levels of metals (e.g., selenium, copper, chromium, and nickel). No clear trend existed with respect to pumped water locations in Lake Pontchartrain, but no samples were collected in Lake Pontchartrain where oysters were decimated. In the shore waters off Mississippi, organochlorine pesticides and polycyclic aromatic hydrocarbons were lower than in past analyses.

Additional post-storm benthic data are available from a one-time sampling of Lake Borgne conducted in late November 2005 by ERDC (Ray 2006b, Appendix 5E). The sampling effort collected data on sediment grain size, invertebrate infauna, and water quality to assess foraging habitat of the endangered Gulf Sturgeon (*Acipenser oxyrinchus desotoi*). These data revealed that the benthic composition had changed markedly in Lake Borgne from that which existed in 1991-1994, toward a community more tolerant to high salinity. This may have been a temporary effect of Hurricanes Katrina and Rita, but the persistence of the change cannot be determined until further sampling is done.

### Inner Ecosystem

**Pre-Katrina.** Commercial fish and invertebrate fisheries are insignificant in the inner ecosystem. Recreational fisheries existed locally, but no data documenting probable impacts associated with Hurricane Katrina have been found. Many urban fisheries are moderately to heavily fished, but the New Orleans area has many substitute recreational fisheries available to its anglers.

**Post-Katrina.** Ray (2006) is the primary source of information for assessing the effects of pumping Hurricane Katrina floodwaters on benthic invertebrate assemblages. Ray compared sites in the Violet Marsh where the pump stations were either active or inactive. They show


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.