differences in species relative abundances among pump locations, probably reflecting the local level of physical disturbance from pumping (two of the pumps had not operated), but all of the species assemblages were typical of low salinity, muddy, estuarine sediments in the Gulf of Mexico. There are no data on the condition of the recreational fishery. However, if there has been an impact from saline water, oxygen depletion or other event-related cause, any surviving populations are likely to recover quickly, if consistent with past hurricane experience. Common recreational species are easily restocked if necessary, consistent with LDWF stocking plans in the region.

### 7.5.3.3. Wildlife

**Delta and Nearshore Gulf Region**

**Pre-Katrina.** Many wildlife species are resident in the area for at least part of the year (Gosselink et al. 1998), and some reach great abundance. Most waterfowl using the central flyway winter in the lower Mississippi River valley and delta. Louisiana coastal areas support 19 percent of all wintering waterfowl (ducks and geese) in the United States. Herons, gulls, terns, coots, and other shorebird and seabird species are abundant; many year-round. National wildlife refuges (NWRs) in the area—including Breton, Delta, Bogue Chito, Mandalay, and Bayou Sauvage NWRs—are managed primarily to support water birds and neotropical migrants, especially during the winter, but also provide habitat for a large diversity of other species. Additional wildlife concentrations occur in several state wildlife management areas and Jean Lafitte National Park, just south of New Orleans.

Because of protective laws, bird populations have rebounded from market hunting for meat, eggs and feathers during the 19th century, and from more recent depression of predatory-bird abundance caused by pesticide contamination after World War II. The continued decline in wetland and barrier island habitat is the biggest threat to bird species in the area and especially those species that nest there. Numerous seabird and wading bird species nest on the barrier islands. Herons, egrets, ibises, and other species nest in mangroves and bald cypress groves. Neotropical migrants rely on these habitats as first and last stops before crossing the Caribbean during migrations. According to LDWF reports in the Louisiana Coastal Wetlands Conservation and Restoration Task Force and the Wetlands Conservation and Restoration Authority (1998), seabird, wading bird, and shorebird populations in the area are stable or increasing (see Appendix 5E for details).

The wetlands—especially the freshwater wetlands—support a large variety of mammals, reptiles, and amphibians. Fur trapping has in the past been an important source of income for coastal populations. Mink (*Mustela vison*), raccoon (*Procyon lotor*), muskrat (*Ondatra zibethicus*), otter (*Lutra canadensis*), beaver (*Castor canadensis*), and other native fur bearers are common. Other commercially important species include snapping turtles (*Chelydra serpentina*), American alligator (*Alligator mississippiensis*), softshell turtles (*Apalone*), diamond-back terrapin (*Malaclemys terrapin*), bullfrogs (*Rana catesbeiana*), and pig frogs (*Rana grylio*). A large variety of other vertebrate wildlife species inhabit the area.

Total potential abundances of wetland-dependent wildlife have declined as wetlands have disappeared. That trend will continue to the extent that wetlands continue to be lost. Per unit of


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

habitat available, however, most wildlife populations appear to be stable or increasing because of changes in harvest regulation and improved environmental protection. Migratory birds have benefited from over-harvest protection since the early 20th century, now reflected in large regional abundances. After years of protection, alligators are now much more numerous. Fur-bearing mammals are more abundant because of the decline in demand for wild furs. While resident species are directly impacted by hurricanes, and many individuals die, most wildlife populations in the area are resilient.

**Post-Katrina.** Few data are available to support speculation about storm impacts on wildlife. The information so far discovered to evaluate potential impacts to wildlife populations is scarce and of limited utility. At least eight national wildlife refuges were closed as a consequence of the storm (FWS 2005a), but little information has been provided about wildlife impacts. Most areas of the refuges that were previously open to the public had reopened within a few months of the storm.

National bird monitoring data are collected at a scale that is too broad to distinguish hurricane-related impacts. For example, The Audubon Society and Cornell University (2006) maintain a Bird Source website, which posts results of the annual Christmas Bird Count and Great Backyard Bird Count. There are no similar sources of data on the status of mammals, reptiles, and amphibians.

While the extent of storm-caused mortality has not been quantified, damage was substantial. Photographic and other documentation chronicled the death of at least some residential mammals and reptiles exposed to storm surge and wind. Resident birds were also impacted. Many survivors had damaged wings and legs. Winter-resident birds were not in the area during the storm and several months following, but faced more limited resources once they returned. LDWF (2005b) reported that Early in the wintering season, coastal marshes were described as being nearly "devoid" of ducks but higher numbers occurred in many interior freshwater wetlands.

While pre-storm abundances of wildlife are likely to recover where suitable habitat remains, some damaged habitat is particularly scarce and critical, and may take decades to recover, if at all. Habitat damage extended to bottomland hardwood forests that serve as the last and first migration stop of neotropical birds. Resident roosting birds (e.g., pelicans, herons) also were impacted. However, most species in the area are likely to recover, much as they have following past hurricanes.

There is no indication in reports following Hurricane Katrina that New Orleans flooding and subsequent floodwater pumping from greater New Orleans contributed to wildlife loss in delta and gulf areas outside the city. The most probable pathway for any such damage would be through habitat contamination of Lake Pontchartrain and Violet Marsh. Based on contaminant modeling, floodwater contaminants did not persist in threatening concentrations in water leaving Lake Pontchartrain, but did contribute in relatively small fraction to existing sediment concentrations in both Lake Pontchartrain and Violet Marsh.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

### Pontchartrain-Borgne Estuary

**Pre-Katrina.** The status of wildlife around the margins of and on the Pontchartrain-Borgne estuary is similar to the region. One national wildlife refuge—Big Branch Marsh—is on the northeast shore of Lake Pontchartrain. Several Wildlife Management Areas (WMA) are managed by the state of Louisiana in the vicinity of Lake Pontchartrain, Lake Borgne, and Lake Salvador southeast of New Orleans. Most of these natural areas are wetlands with some upland areas managed mostly in support of water birds (especially during the winter), neotropical migrants, and species listed under the protection of the Endangered Species Act.

Exceptions to stable abundances appear along the south shore of Lake Pontchartrain, the most urbanized region, where alligators and fur bearers are in decline and shorebirds, waterfowl, and other wildlife are expected to decrease near Lake Borgne because of development trends (Louisiana Coastal Wetlands Conservation and Restoration Task Force and Wetlands Conservation and Restoration Authority 1998).

**Post-Katrina.** The same kinds of wildlife damage occurred around and on Lake Pontchartrain and Lake Borgne as was reported for the region. No quantitative data were discovered. The pumping of contaminated floodwater into Lake Pontchartrain temporarily raised levels of lead, arsenic, and other toxic materials in the southeastern quadrant of Lake Pontchartrain, and probably added a very small increment of contaminant to bottom sediments. This may have slightly elevated concentrations in food organisms of semi-aquatic mammals and birds, but no post-Katrina reports on food and wildlife tissue concentrations of contaminants have been discovered.

### Inner Ecosystems

In addition to typical urban wildlife, wild mammals, birds, reptiles, and amphibians occur within wetlands of the inner ecosystem in subbasins at the margins of greater New Orleans. Located just east of urban development, and within the city limits of New Orleans, Bayou Sauvage NWR hosts "an enormous wading bird rookery from May until July… and tens of thousands of waterfowl winter in its…marshes" (FWS 2006b). The hurricane occurred during the interval between the seasons of greatest water bird use. Wildlife damage reports are anecdotal. Migratory waterfowl abundances probably decreased locally as they did regionally.

While no data on wildlife use has been discovered for Violet Marsh, it is undoubtedly used by wildlife much like those that use the nearby Bayou Sauvage NWR. The condition of bald cypress is especially relevant to use as bird nesting areas (rookeries). Because it requires fresh water for survival, elevated salinities associated with levee failure may have stressed the cypress and perhaps killed trees. That condition is being monitored with the onset of the spring growing season.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

### 7.5.3.4. Pest Species

**Delta and Nearshore Gulf Region**

**Pre-Katrina.** Pest species often become abundant after a major disturbance, such as a hurricane might cause. Changes in abundance may occur because ecological suppression by predation and competition is reduced, or because populations disperse into areas where they are more likely to become a nuisance or health threat. A number of species that have been introduced intentionally or accidentally into the United States are generally considered to be nuisance species, even though, under some circumstances they may be positively valued. A long list of non-native invasive species known to occur in Louisiana and Mississippi is included in Appendix 5E.

Non-native, floating aquatic plants have had a long history of economic and environmental impacts in the region. Water hyacinths (*Eichhornia crassipes*), alligator weed (*Alternanthera philoxeroides*), hydrilla (*Hydrilla verticillata*), and other aquatic plant species clog waterways and cost millions of dollars annually to control. They can also degrade aquatic habitat for many aquatic species, by eliminating light transmission and oxygen-producing photosynthesis that counterbalances decomposition-caused hypoxia.

Among animals, the nutria *Myocastor coypus* is probably the biggest nuisance. A large aquatic rodent imported from South America for its fur, nutria escaped or were intentionally released starting in the 1930s. By 1960, the population in Louisiana had reached 20 million and had "devastated" large areas of herbaceous wetland vegetation, which it depended on for food. Trapping in the 1970s and 1980s reduced the populations, which have resurged since furs have lost favor with much of the public. Nutria appear to have contributed largely to recent declines in freshwater floating marsh and to failures in bald cypress regeneration. Predator-prey imbalances caused by past over-harvest of predators—especially alligators—contributed largely to the problem. Since alligators populations have rebounded, they better control nutria populations, but sometimes become a nuisance themselves, especially in suburbia. Threats to pets and humans are growing issues.

The humid, semi-tropical and watery landscape favors pest-level abundances of some insect species. Cockroaches are prolific outdoors most of the year, as well as indoors. Mosquitoes are a routine part of the delta experience. Temporary outbreaks can be caused when natural predators are forced out of habitats or are killed, which sometimes happens in freshwater wetlands following hurricanes. Fire ants (*Solenopsis wagneri*), another non-native invasive species, are widespread in the southern United States and notorious for their painful bites and deadly impacts on young wildlife. Out-of-place, large and toxic predators also can become a nuisance. In the delta region, poisonous snakes and alligators have the greatest nuisance potential.

**Post-Katrina.** Little has been reported about nuisance species following Hurricanes Katrina and Rita. Virtually all information encountered was provided in warning of and preparation for potential problems associated with hurricanes. Whatever additional nuisance might have resulted probably was minor in comparison with other problems. In many areas, floating mat plants were torn up by the storms. While it is possible that the hurricane temporarily reduced abundances of invasive species, they may rebound in greater abundance in hurricane-disturbed areas.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Pontchartrain-Borgne Estuary**

The conditions that apply more generally also apply to Lakes Pontchartrain and Borgne.

**Inner Ecosystem**

**Pre-Katrina.** Similar to other urban areas, urban wildlife often are a nuisance. The most worrisome are non-native rodent species. All of the common insect pests found regionally occur in greater New Orleans. The Formosan termite (*Coptotermes formosanus* ), an invasive species from Asia, is a particularly costly pest with potential for wider spread. This species is currently found throughout much of New Orleans, southern Louisiana, and parts of southern Mississippi.

**Post-Katrina.** Information is sparse and anecdotal. While there was some concern following Hurricane Katrina that conditions would increase the likelihood of encountering animal pest species—including poisonous snakes, rodents, biting insects, and diseased mammals (e.g., rabies)—there is no documentation of significant problems. People evacuated the inner ecosystems, greatly reducing the likelihood of encountering pest species. The large amounts of organic matter left to decay following the hurricanes may have been reduced by rodents and insects ordinarily considered pests. Breakdown in garbage collection services where people returned probably encouraged local rodent populations to increase, but apparently not enough to become a prominent issue. Flooding probably displaced and dispersed many wild animals more than normal rainfall flooding (alligators and snakes were reported seen), but most surviving wild animals probably returned to natural habitats before many people returned to the area.

There may have been encounters with poisonous snakes, alligators, rodents, or other terrestrial vertebrate species following Katrina, but no reliable reports of harm have been discovered. Concern about insect-borne diseases—such as St. Louis encephalitis, West Nile disease, and dengue—has not proved to be an issue. Concern that Formosa termites might be spread or encouraged to increase in abundance during debris disposal led the Louisiana Department of Agriculture and Forestry (2005) to quarantine all wood and cellulose materials on 3 October 2005. No wooden debris or temporary housing may be moved unless it is either fumigated, treated or specially permitted (See Appendix E for details). The LDEQ (2005a) provided guidance for disposal of potentially contaminated debris as part of the debris disposal plan. While much of the debris seems to have been retained in landfills within the flood protection system, analysis of possible disposal outside the system and pre-Katrina range of the termite is under way.

### 7.5.3.5. Special Status Species

**Delta and Nearshore Gulf Region**

**Pre-Katrina.** Globally vulnerable species with special state or federal status that occurred in the region before Hurricane Katrina are identified in Table 69. This list does not include any of a number of whale species that occasionally pass through the area. Many of the plant and animal species on the list inhabit wet to dry pine forests north of the Lake Pontchartrain-Borgne estuary. Most of these are terrestrial "disturbance species", which live in well-illuminated areas in open forests that are maintained by fire or other disturbance. To the extent that the forest cover is


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 69**
**Plant and Animal Species in the Coastal Region Impacted by Hurricane Katrina with Special Federal and State Status Ranked as G3 (Vulnerable To Extinction) or Below in Global Status and all Endangered Species Listed Under the Endangered Species Act. Shaded Species occur at least seasonally in the Pontchartrain-Borgne estuary within reach of contaminants from the flooded areas of Metropolitan New Orleans**

| Scientific Name | Common Name | State Rank | Global Status | Federal Status | State Status | Habitat |
|---|---|---|---|---|---|---|
| *Acipenser oxyrinchus desotoi* | Gulf sturgeon | S1S2 | G3T2 | LT | Threatened | River/estuary |
| *Aimophila aestivalis* | Bachman's sparrow | S3 | G3 | | | Riparian |
| *Alosa alabamae* | Alabama shad | S1 | G3 | C | | River/estuary |
| *Charadrius alexandrinus* | Snowy plover | S1B, S2N | G4 | PS:LT | | Shore |
| *Charadrius melodus* | Piping plover | S2N | G3 | LE, LT | Endangered | Shore |
| *Calopogon multiflorus* | Many-flowered grass-pink | S1 | G2G3 | | | Pine moist |
| *Caretta caretta* | Loggerhead sea turtle | S1 | G3 | LT | Threatened | Shore/ocean |
| *Carex decomposita* | Cypress-knee sedge | S1 | G3 | | | fresh wetland |
| *Coreopsis nudata* | Georgia tickseed | S2 | G3? | | | Coastal lands |
| *Crystallaria asprella* | Crystal darter | S2S3 | G3 | | | Stream |
| *Falco peregrinus* | Peregrine falcon | S2N | G4 | PS:LE | Endangered | General |
| *Gopherus polyphemus* | Gopher tortoise | S1 | G3 | PS:LT | Threatened | Upland pine |
| *Graptemys oculifera* | Ringed map turtle | S2 | G2 | LT | Threatened | River |
| *Haliaeetus leucocephalus* | Bald eagle | S2N,S3B | G4 | PS:LT,PDL | Endangered | Estuary/river |
| *Isoetes louisianensis* | Louisiana quillwort | S1 | G2 | LE | | Stream |
| *Liatris tenuis* | Slender gay-feather | S1 | G3 | | | Open pine |
| *Macranthera flammea* | Flame flower | S2 | G3 | | | Open pine |
| *Noturus munitus* | Frecklebelly madtom | S2S3 | G3 | | | Stream |
| *Obovaria unicolor* | Alabama hickorynut | S1 | G3 | | | Stream |
| *Percina aurora* | Pearl darter | SH | G1 | C | | Stream |
| *Percina lenticula* | Freckled darter | S1 | G2 | | | Stream |
| *Pelicanus occidentalis* | Brown pelican | S2 | G4 | PS:LE | Endangered | Estuary/ocean |
| *Physalis carpenteri* | Carpenter's ground-cherry | S1 | G3 | | | Open woods |
| *Physostegia correllii* | Correll's false dragon-head | S1 | G2 | | | Fresh wetland |
| *Picoides borealis* | Red-cockaded woodpecker | S2 | G3 | LE | Endangered | Mature pine |
| *Polygala hookeri* | Hooker milkwort | S1 | G3 | | | Fresh wetland |
| *Potamilus inflatus* | Inflated heelsplitter | S1 | G1 | LT | Threatened | Stream |
| *Pteroglossaspis ecristata* | Giant orchid | S2 | G2 | | | Moist pine |
| *Quercus arkansana* | Arkansas oak | S2 | G3 | | | Pine/oak |
| *Rana sevosa* | Dusky gopher frog | SH | G1 | LE | | Pine/wetland |
| *Ruellia noctiflora* | Night-flowering wild-petunia | S1 | G2 | | | Pine wetlands |
| *Scaphirhynchus albus* | Pallid sturgeon | S1 | G1 | LE | Endangered | River |
| *Trichechus manatus* | Manatee | SNA | G2 | LE | Endangered | Estuary |
| *Ursus americanus luteolus* | Louisiana black bear | S2 | G5T2 | LT | Threatened | Forest Wetland |

Original data from Louisiana Department of Wildlife and Fisheries.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

opened up, past hurricanes may have favored these species. Major threats to their survival include land development and fire suppression. One exception, the red-cockaded woodpecker, inhabits mature pine forests, which have been largely converted to second growth pine plantations. Another exception-- the Louisiana subspecies of black bear—inhabits a mix of bottomland and upland forests mostly to the north of Lake Pontchartrain. They appear to be rare because of habitat loss and past hunting.

Another large group of vulnerable species are fish, mollusks, and plants that inhabit streams. These include the darters, madtoms, freshwater mussels, and Louisiana quillwort, which do not tolerate much sedimentation of bottom habitat, chemical pollution, or hydrologic alteration. Most of the vulnerable stream species in the region inhabit the watersheds draining into the north shores of Lakes Pontchartrain and Borgne. Many of those streams are polluted with agricultural and local community runoff. Bottom siltation from eroded soils is common. Intense rains associated with hurricanes may have mixed effects. While intense rains accelerate loading of sediment from eroding watersheds, they also flush fine sediment out of bottom habitats, possibly improving them for species vulnerable to sedimentation.

A few species inhabit estuaries and rivers. These include the largest species on the list in Table 69, the manatee and two species of sturgeon. The manatee is a seasonal visitor during summer months, but no data have been found that confirm manatees were present at the time of the hurricane. The pallid sturgeon has not been observed in the area for decades, but the gulf sturgeon and Alabama shad occur in the estuaries and rivers draining into the Gulf of Mexico. These species have evolved with hurricanes, but individuals may succumb to storm damage.

Three species, the loggerhead sea turtle, piping plover, and snowy plover occur on barrier islands in the Mississippi Sound. The past high loss rate of barrier island area has been a major contributor to local threats. Hurricanes have contributed to this net loss, but the more fundamental limitation may be decreasing sources of sand in the system, which may starve the islands of material needed for regeneration. Sediment that once reached the shallow waters of the gulf via the Mississippi River has been trapped in the watershed or transported to deep offshore water by the confined river (Gosselink et al 1998).

Three species (Correll's false dragon-head, Hooker milkwort, and cypress-knee sedge) are emergent plants that inhabit freshwater wetlands. Most of these species occur sporadically in wet openings in pine forests or along low river banks. Hurricane flooding may kill some individuals of these species. No vulnerable plant species are endemic in tidal brackish to freshwater wetlands fringing the estuaries of the area or associated with the areas of wetland loss caused by storm surge. Development, pollution, and altered hydroregimes all contribute to the scarcity of these species.

Several of the National Wildlife Refuges in the area manage for threatened and endangered species in addition to migratory birds in general. Bogue Chito NWR is primarily bottomland hardwoods and is managed for several endangered reptiles as well as birds. Breton NWF, located on offshore barrier islands in Mississippi Sound, hosts the largest breeding colonies of brown pelicans in the Southeast and large concentrations of nesting terns and herons. Piping plovers use the area in winter. Big Branch Marsh NWR has nesting red-cockaded woodpeckers and bald eagles.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Post-Katrina.** The U.S. Fish and Wildlife Service reported structural damage and closure to at least eight refuges that hosted species of special concern. Several dead gulf sturgeon were seen near Interstate 10 in Pascagoula, MS, immediately following the storm. Some loss of habitat occurred, including sea turtle nesting sites and dune habitat of Alabama beach mouse (*Peromyscus polionotus ammobates*) along the Alabama coast in Bon Secour National Wildlife Refuge (FWS 2005a). The Chandeleur Islands, where piping plover and nesting loggerheads have been known to occur, sustained substantial land loss. These locations are all remote from the flood protection system and not likely to have been impacted by levee failure in any measurable way.

**Pontchartrain-Borgne Estuary**

**Pre-Katrina.** Several threatened and endangered species that might potentially be harmed by levee failure have been observed in and near Lake Pontchartrain and Lake Borgne. These include the West Indian manatee, brown pelican, bald eagle, gulf sturgeon, and Louisiana quillwort. Alabama shad, listed under the ESA as a species of concern, occur commonly in the Mississippi Sound and Lake Borgne, and rarely in Lake Pontchartrain. Migrations into and out of the Pearl River have been in decline (NatureServe Explorer 2005). Bald eagle and brown pelican have been increasing in the area, as well as nationally.

**Post-Katrina.** There is little information of the impact of Katrina on species of special status. At the time of the storms, most gulf sturgeon were in their summer resting areas in the Pearl and Bogue Chito Rivers, well away from contaminant transport from New Orleans. Of 40 fish carrying telemetry tags, none have been located since the storm (Ruth 2005, Appendix 5E). The other threatened and endangered species occur incidentally and seasonally, and there is no reported knowledge of their occurrence since Katrina in the region under study (NatureServe Explorer 2005).

Other species that are not listed are considered vulnerable to extinction by NatureServe, which is a non-government organization that manages a database on species conservation status for the state natural heritage programs (NatureServe Explorer 2005). Few of these species, other than the threatened and endangered species listed above, are known to occur within Lake Pontchartrain and Lake Borgne, where the effects of levee structure failure might be encountered.

The populations of endangered gulf sturgeon in the Pearl River system have yet to be found and may have been significantly impacted by Hurricanes Katrina and Rita. If these prove to be losses, they have little to do with levee failure, the dewatering process, or water and sediment contamination. The populations were well removed from any of those impacts at the time of the storm.

The status of other threatened and endangered species in the area has not as yet been reported. Brown pelicans and bald eagles, which are relatively common in the area, could have avoided the worst of the storm. Piping plovers are uncommon on barrier beaches in the area and occur there primarily in winter. Other species occur only incidentally in the area and may not have been present during the storm, although summer is the season when manatees are most likely to occur in the area.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Several of the vulnerable species in the area have attained their present status because of past pesticide contamination in their aquatic food items. Yet contamination levels in the habitat and in fish, as indicated by data and model results, do not indicate much potential for additional risk to these species.

### The Inner Ecosystem

**Pre-Katrina.** No state or federal threatened and endangered species have been definitely identified in Violet Marsh. Because the area is encircled by levees, no anadromous aquatic species or marine species that require fresher nursery habitats use the area. Bald eagle and brown pelicans occur nearby in the Bayou Sauvage National Wildlife Refuge and are likely to have hunted in Violet Marsh on occasion. Bald eagles have nested in cypress trees in the wildlife refuge (Penland et al. 2002).

**Post-Katrina.** Although other bird species might conceivably pass through the area, the probability of impact on the extant populations of all threatened and endangered species is likely to be small. Bald eagles and brown pelicans are the most likely to have been impacted by flooding and subsequent pumping of contaminated floodwater into the marsh. Significant harm from food contaminated as a consequence of pumping is unlikely. Low concentrations of metals and synthetic organics were found in the ecosystem and the two species are likely to hunt over large areas outside the marsh area as well as in the marsh.

Intrusion of salt water into Violet Marsh and Bayou Sauvage NWF, both of which are fresh water to brackish, may have had impacts on cypress trees and other freshwater vegetation that have yet to appear. Losses of the trees eventually would reduce eagle nesting sites and roosts in these areas.

## 7.5.4. Summary of Results for Actual and Hypothetical Katrina Scenarios

The results of data and other information reviewed for this study revealed that hurricanes have interacted with Mississippi River dynamics to sustain ecosystem dynamics and the resulting ecological resource condition of the delta and coastal environment for thousands of years. Viewed from the perspective of natural ecosystem sustainability, hurricanes have positive long-term effects, even as they have temporarily disrupted natural environmental services, such as support of commercial fishing and fish- and wildlife-based recreation. DeAngelis and White (1994), DeAngelis (1994), and Duever et al. (1994) describe the role of hurricanes and other forces of nature that drive the dynamics of the Everglades ecosystem, which is among the best studied in this regard. Past experience with hurricanes in the gulf region indicates that fish and wildlife population losses from hurricane winds, storm surge, and associated saline water intrusion into freshwater habitats are temporary where habitat is sustained, but a net loss in wetland habitat has occurred since the 1930s because of development effects (Gosselink et al 1998). No data discovered to date indicate that the response to Hurricanes Katrina and Rita will differ except where development, and its unintended impacts, may determine otherwise. Table 70 summarizes these and other conclusions from the study, including implications that can be drawn from comparison of hypothesized and actual conditions observed following Hurricane Katrina.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 70**
**Summary of pre-and post-ecological resource conditions, including possible impacts associated with the failure of the flood protection system (actual conditions) around New Orleans to perform as planned (hypothesized conditions).**

| Ecological Resource | Pre-Katrina | Post-Katrina | |
|---|---|---|---|
| | | Actual | Hypothetical Rainfall Flooding Alone |
| Ecosystem Support | Wetland loss from water resource and urban development caused an average wetland loss of 75 $km^2$/yr over the past 70 years. Lead and other metal and organic contaminants are concentrated in urban land and waters, and are more like the U.S. mean in rural areas. Rainwater pumping out of New Orleans and other drainage temporarily move chemical and biological contaminants in Lake Pontchartrain following heavy rainstorms. Lake Pontchartrain and Violet Marsh sediments are contaminated with metals and organic chemicals from various unidentified sources, including rainwater pumping from greater New Orleans, but most concentrations remain below state environmental standards in Lake Pontchartrain. Violet Marsh salinity is low based on freshwater vegetation and averaged about 7.4 ppt in 1993-94. Marsh sediment toxicity to wetland organisms is unknown. | A wetland loss of about 295 $km^2$ was caused by storm-surge and wind throughout coastal Louisiana, and was consistent with the long-term wetland loss trend of about 75 $km^2$ when averaged with the lower loss rate over the 1983-2004 period without intense hurricanes. Floodwater pumping flushed potentially harmful chemical and biological contaminants in greater New Orleans floodwaters into Lake Pontchartrain and Violet Marsh. Based on model results water concentrations in Lake Pontchartrain and Violet Marsh returned to pre-Katrina concentrations and sediment contamination increased by a small fraction. Empirical data also indicate little change in Lake Pontchartrain sediment contamination. Violet Marsh salinity in December averaged 12.7 ppt at the same sites measured in 1993-94. Bioassay organisms exposed to Violet Marsh sediments do not tolerate something in them very well, but the agent and sources are unknown. | A wetland loss of 295 $km^2$ was caused by storm-surge and wind throughout coastal Louisiana, and was consistent with the long-term wetland loss trend when averaged with the lower loss rate over the 1983-2004 period without intense hurricanes. Floodwater pumping flushed potentially harmful chemical and biological contaminants in greater New Orleans rainwater into Lake Pontchartrain and Violet Marsh in about the same concentrations as occurred in the actual floodwaters. Based on model results, water concentrations in Lake Pontchartrain and Violet Marsh returned to pre-Katrina concentrations and sediment contamination increased by an order of magnitude smaller fraction than the actual condition. Violet Marsh salinity in December averaged closer to the concentrations measured in 1993-94 (7.4 ppt average). Marsh sediment toxicity to wetland organisms is unknown. |

*(Sheet 1 of 3)*


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.