**Table 70 (Continued)**

| Ecological Resource | Pre-Katrina | Post-Katrina | |
|---|---|---|---|
| | | Actual | Hypothetical Rainfall Flooding Alone |
| Fisheries | Except for hurricane-caused losses of freshwater fish and estuarine invertebrates, which recover over a few years, aquatic populations have been stable. Oysters are especially vulnerable to the physical impacts of hurricanes. Except for temporary fecal contamination following storms, including the pumping of contaminated rainwater from greater New Orleans, the fisheries are generally safe for consumption. Important fisheries exist in the region. The fishery in Violet Marsh is limited to recreational fishing, but no data exist about the quality of the fishery, intensity of fishing, or vulnerability to past storms. Freshwater recreational fishing is augmented by stocking following storm-caused fish kills. There are no data on fish-tissue contamination in Violet Marsh. Estuarine species that depend on wetlands for juvenile nurseries are likely to decrease with further wetland decline. | Hurricane Katrina caused extensive freshwater fish and oyster kills from storm surge impacts, especially along the north shore of the Pontchartrain-Borgne estuary and the Mississippi coast, but had no identified direct impact on marine fish. Fecal contamination of fisheries in the Pontchartrain-Borgne estuary was accentuated because of floodwater pumping, but was opened to fishing within months, based on state appraisals. Salinity and hypoxia may have contributed to some local loss of freshwater recreational fisheries in Violet Marsh and other inner ecosystem waters, but there are no confirming data. Surviving fish populations are likely to rebound or are easily restocked. Further monitoring of metals and organic contamination in recreational fish would assure there has been no delayed uptake and transmission to humans. In keeping with past trends, estuarine species that depend on wetlands for juvenile nurseries are likely to decrease with wetland decline following Katrina. | Regardless of flood protection in greater New Orleans, Hurricane Katrina caused extensive freshwater fish and oyster kills from storm-surge impacts, especially along the north shore of the Pontchartrain-Borgne estuary and the Mississippi coast, but had no identified direct impact on marine fish. Fecal contamination of fisheries in the Pontchartrain-Borgne estuary was accentuated because of rainwater pumping but less extensively compared to the actual condition. Closed fisheries would be opened somewhat sooner based on state appraisals. Hurricane-caused hypoxia may have contributed to local loss of freshwater recreational fisheries in Violet Marsh and other inner ecosystem waters. Surviving fish populations are likely to rebound or are easily restocked. While less contaminants are pumped than in the actual condition, further monitoring of metals and organic contamination in recreational fish would assure there has been no delayed uptake and transmission to humans from previously contaminated sediments. In keeping with past trends, estuarine species that depend on wetlands for juvenile nurseries are likely to decrease with wetland decline following Katrina. |
| Wildlife | Hurricane wind and storm surge cause temporary wildlife losses, which recover within years. Total potential wetland wildlife numbers have declined with development-caused habitat loss, however. The area hosts large concentrations of wintering waterfowl and is an important migration stop for neotropical birds, including wetlands within the hurricane protection system. Habitat contamination with metals and organic chemicals occurs in the region, but no data on wildlife tissue contaminant concentration was discovered to determine if transfer from the habitat has occurred to any significant degree in recent years. A progressive loss of forested wetlands from increased salinity is reducing nesting and roosting habitat for bird species. | Hurricane Katrina storm surge and wind killed wildlife, as documented in photographs and narratives, but no quantitative data about total impact have been found. Wintering waterfowl were not present until months later, but winter use of the area by waterfowl was greatly reduced from previous years. Delayed contamination of wildlife from contaminant transport out of the flooded areas of greater New Orleans may occur to some degree, but no data on tissue contamination have been discovered so far. Regional bird roosting and nesting trees show signs of storm impact, both for wading birds and neotropical migrants, which may have negative long-term effects, but the effects are as yet uncertain and unquantified. Salinity increase in Violet Marsh also may ultimately cause additional loss of bird nesting trees. | Hurricane Katrina storm surge and wind killed wildlife, as documented in photographs and narratives, but no quantitative data about total impact have been found. Wintering waterfowl were not present until months later, but winter use of the area by waterfowl was greatly reduced from previous years. Delayed contamination of wildlife from contaminant transport out of the rain water flooded areas of greater New Orleans is possible but less likely than under the actual condition. Bird roosting and nesting trees show signs of storm impact, both for wading birds and neotropical migrants, which may have negative long-term effects, but the effects are as yet uncertain and unquantified. Unlike regional habitat changes, because of levee protection from saline water, Violet Marsh would remain freshwater marsh and a refuge for nesting and roosting trees. |

*(Sheet 2 of 3)*



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

**Table 70 (Concluded)**

| Ecological Resource | Pre-Katrina | Post-Katrina | |
|---|---|---|---|
| | | Actual | Hypothetical Rainfall Flooding Alone |
| Pests | The humid subtropical climate and watery landscape favors various insect pests and the public is warned of possible outbreaks following flooding associated with tropical storms and hurricanes. Non-native invasive species in the region have been costly, especially several species of aquatic plants, nutria, and Formosan termite, which has been kept localized, so far, in the vicinity of New Orleans. Like other cities, non-native urban rodents have been a routine nuisance. Alligators and toxic snakes are both nuisance control and occasional nuisances mostly outside the flood protection system. | The humid subtropical climate and watery landscape favored various insect pests and pest outbreak warnings were sent out after Katrina flooding. Little has been explicitly reported about pest impacts, including Formosan termite, the transport of which in removed debris has been strictly controlled. Rodents and insect pests may have been displaced to upland areas by flooding, but the impacts, if any, appear to have been unremarkable in general. Massive evacuation until the cooler months may have been a factor. There were reported sightings of snakes and alligators in the flooded areas, which may have entered through levee breaches and overtopping. | The humid subtropical climate and watery landscape would favor various insect pests and pest outbreak and warnings would be routinely sent out after Hurricane Katrina flooding. Protection from outside sources of flooding in greater New Orleans would keep out snakes and alligators. There would be no concern about transport of Formosan termites to areas outside New Orleans. Rodents and insect pests would be displaced only from limited areas as usual after heavy rains. Because no extended evacuation would likely occur, people returning to the city would be exposed to temporary elevations of mosquitoes and other such pests. |
| Special Status Species | Some 34 species and subspecies are identified as globally vulnerable and locally of special status. Of those, 13 are federally protected under the Endangered Species Act. Many are found in upland, stream and marine habitats far from the New Orleans flood protection system. Gulf sturgeon, bald eagles, and brown pelicans are most likely to occur near the flood protection system. Alabama shad and manatees are rarely encountered in Lake Pontchartrain. Eagles and pelicans have increased in recent years and commonly use wetlands within and outside the flood protection system. Both birds were once much less common because of widespread persistent pesticide contamination, which has declined since their use was prohibited nationally. Cypress trees are used by bald eagles for roosts and nesting. | Most of the 34 special status species and subspecies live far from the potential impacts of habitat contamination associated with floodwater pumping from Hurricane Katrina. The data and model simulations suggest that the increment of contaminant threat caused by levee failure was real, but small. Gulf sturgeon were in the upper watershed of Lake Pontchartrain when Katrina occurred. Eagles and pelicans are most vulnerable to possible impacts. Roosting/nesting trees for eagles in the inner wetland ecosystems may have suffered some damage, but this remains to be confirmed. Violet Marsh contaminants toxic to bioassay organisms ought to be further monitored for potential to contaminate tissues of fish eating pelicans and eagles. | Most of the 34 special status species and subspecies live far from the potential impacts of habitat contamination associated with rainwater pumping from within an intact flood protection system. The data and model simulations suggest that the increment of contaminant threat caused by levee failure was real, but substantially less than under the actual conditions. Gulf sturgeon were in the upper watershed of Lake Pontchartrain when Katrina occurred. Eagles and pelicans are most vulnerable to possible impacts. Roosting/nesting trees for eagles in the inner wetland ecosystems may have suffered some damage, but this remains to be confirmed. Violet Marsh contaminants toxic to bioassay organisms ought to be further monitored for potential to contaminate tissues of fish eating pelicans and eagles. |

*(Sheet 3 of 3)*

Natural communities have adapted to river and coastal dynamics, including hurricanes, by redistributing in response to changes in water salinity and sediment deposition, which interact to redistribute and diversify the physical habitat. Although the patterns of habitat distribution changed dramatically, habitat destruction was more-or-less compensated by natural creation of new habitat. Water resources and urban development altered this variable equilibrium by unintentionally starving the delta of sediment and fresh water, and by opening up coastal wetlands to saltwater intrusion and erosive forces. As a consequence, the area of wetland habitat—especially vegetated freshwater wetlands—has decreased significantly over the past century.



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

The total abundance of wetland-dependent fish and wildlife has decreased in approximate proportion to wetland habitat loss. Wetland losses caused by Hurricanes Katrina and Rita appear to fit that general pattern of loss, which has varied annually with the frequency and intensity of hurricane events. When the mean annual wetland loss rate of 66 $km^2$ (25 square miles per year) estimated for the period of otherwise relatively low hurricane impact since 1983 (Gosselink et al. 1998) is averaged with the 295 $km^2$ (about 118 square miles) reported loss after Hurricanes Katrina and Rita, the result is about the same as the longer term loss rate of about 75 $km^2$/year (nearly 30 square miles/year). This is a high estimate, however, because of some anticipated recovery and some impacts that occurred outside coastal Louisiana. The loss from Katrina and Rita was more than the combined loss of Andrew, Lili, and Isodore during that period of low impact (USGS 2006). The estimated land loss of about 180 $km^2$ (72.9 square miles) caused by Katrina and Rita east of the Mississippi River exceeded the 150-$km^2$ (60-square-mile) loss predicted from 2000 to 2050 by the Louisiana Coast Wetlands Conservation and Restoration Task Force and Wetlands Conservation and Restoration Authority (1998). A variable, but net annual loss rate of wetland and barrier beach to water is likely to continue if nothing is done to alter the human-caused conditions that have contributed to those trends.

Development in the area has also been accompanied by widespread pollution from agriculture, urban runoff, the oil and gas industry, and other sources. Investigations sponsored by the USGS, EPA, LDEQ, and others highlight the chronic pollution problems that exist in the delta's urban soils, and indicate that soil and sediment concentrations outside the city are lower and usually well within health standards. Concentrations of contaminants that exceed standards in sediments left by floodwaters in the greater New Orleans area appear to have come from contaminated soils in the flooded area rather than from Lake Pontchartrain or wetlands to the east of the urbanized drainage basins where contaminant concentrations are lower. Thus, flooding most likely redistributed contaminants within the flood zone and did not increase the total load by transporting contaminants from outside sources into the flood protection system. Those same city soils were a probable source of contaminants in pumped floodwater, although other sources probably existed in buildings, sewage systems, waste disposal areas, and refineries.

Fecal coliform bacterial contamination routinely follows major storm runoff, reflecting storm runoff through sewage treatment systems and livestock waste runoff. The response to Hurricane Katrina was not exceptional. Fisheries were declared safe for consumption by state authorities within a few months of the storm. Contaminant transport from the flooded city to outer ecosystems was the primary means by which levee breaching and overtopping, and subsequent floodwater management, might have imposed environmental damage on ecological resources. The model-estimated increment in contaminant concentrations was no more than a few percent at maximum sediment concentration and the upper estimated 95 percent confidence interval of loading concentration. The more probable increase in average sediment concentration at median loading concentrations in Lake Pontchartrain and Violet Marsh were likely to be less than 1 percent.

Based on measured sediment concentrations of contaminants and model simulation results, delayed transmission of elevated levels of habitat contaminants up through food webs to resource tissues in significantly elevated concentrations is unlikely. Many of the resource species included in this analysis either do not occur in the area reached by floodwater contaminants or feed over large areas, much of which was not contaminated by the floodwaters. However, post-Katrina


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

assessments of tissue contamination in fish and wildlife within reach of the floodwater pumping has not as yet been made available in published data; thus, there is no confirmation that the small increments of habitat contamination caused by floodwater pumping have had correspondingly small consequences in fish and wildlife. In Violet Marsh, unexplained mortality in bioassay studies and concentrations of some sediment contaminants higher than standards indicate that further monitoring of resource species tissue for contamination may be warranted.

The ecological resource losses that did occur were a consequence of the hurricane and not extraordinary flooding or its management within the flood protection system. Many of those losses were economic and are treated in more detail in other studies. Losses of oyster beds were linked primarily to the physical impacts of the storm. Freshwater fish kills and temporary closure of shellfish fisheries because of fecal contamination is a common response to storm runoff, and was not the exceptional consequence of Hurricane Katrina or the specific consequence of city flooding and floodwater management. Some marine fish species in the area have, if anything, increased in abundance, perhaps because fishing intensity has decreased since the storms. Primarily because of damaged infrastructure, dockside revenues from commercial fisheries may be half of what it had been before Katrina during the year following Katrina. Losses in recreational benefit are expected as well, but the extent to which this derives from the condition of the resources versus access and other amenities is unclear.

It is even less clear how environmental benefits were impacted. Even if species in the region have persisted with hurricanes for millennia, resiliency diminishes as habitats and population numbers are reduced to critically low levels. The storm killed special-status species, such as Gulf sturgeon, and only time will tell how much the total damage was. The disappearance of a local population of the endangered gulf sturgeon in the Pontchartrain-Borgne estuary is not likely to be connected to pumped floodwater, however. The only dead sturgeon reported after the storm were observed in the Pascagoula River near Pascagoula, MS.

Wetland and other habitat damage may have negatively impacted other species of special status, but that impact was not, in general, linked to levee breaching and overtopping or to floodwater pumping afterwards. It is too early to determine if exposure of freshwater wetlands to higher salinity in Violet Marsh and Bayou Sauvage NWR will result in a less vegetated earlier stage of freshwater wetland succession. The most recent observations of bald cypress made by personnel at ERDC indicate the trees are undergoing some stress. Changes in wetland salinity in Violet Marsh, and perhaps Bayou Sauvage NWR, may prove to have some ultimate impact on nesting sites for bald eagles and other bird species if bald cypress trees die and disappear at a faster rate than new wetland forest growth replaces them.

### 7.5.5. Environmental Consequences of Future Hurricane Events

What would happen if a repeat of Hurricane Katrina were to occur in June 2006? Similar results are likely from a similar storm and context. Soil and sediment contaminants in the flooded area would be to some extent taken up in the floodwaters and transported to Lake Pontchartrain and Violet Marsh. There is no reason to believe that anything other than the same unidentifiably low increase in metal and organic contamination would occur in the surrounding environment. If anything, contaminant transfer might be reduced slightly because of reduced urban contamination of surface soils from less urban use and previous floodwater flushing. Fecal coliform



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

contamination would also be reduced. The same changes in salinity would occur in Violet Marsh. A second salinity shock to the freshwater wetlands within the flood protection system would increase the probability that wetland vegetation would be killed and the wetland areas converted to less desirable open waters or earlier successional stages of wetland vegetation. Different results are likely if the flood protection system response to a future hurricane varies significantly from what happened in 2005 and floodwaters come in contact with new sources of contamination.

## References

Burton, G.A., Jr., D. Gunnison, D. and G. R. Lanza. 1987. Survival of pathogenic bacteria in various freshwater sediments. *Applied and Environmental Microbiology* 53(4): 633-638.

DeAngelis, D. L., and P. S. White. 1994. Ecosystems as products of spatially and temporally varying driving forces, ecological processes, and landscapes: A theoretical perspective. In *Everglades: The ecosystem and its restoration*, ed. S. M. Davis and J. C. Ogden, 9-28. Delray Beach, FL: St. Lucie Press.

DeAngelis, D. L. 1994. Synthesis: Spatial and temporal characteristics of the environment. In *Everglades: The ecosystem and its restoration*, ed. S. M. Davis and J. C. Ogden, 307-320. Delray Beach. FL: St. Lucie Press..

Duever, M. J., J. F. Meeder, L. C. Meeder, and J. M. McCollom. 1994. The climate of south Florida and its role in shaping the Everglades ecosystem. In *Everglades: The ecosystem and its restoration*, ed. S. M. Davis and J. C. Ogden, 225-248. Delray Beach, FL: St. Lucie Press.

Gosselink, J. G., J. M. Coleman, and R. E. Stewart, Jr. 1998. Coastal Louisiana. In *Status and trends of the Nation's biological resources. Volume 1*, ed. M. J. Mac, P. A. Opler, C. E. Puckett Haeker, and P. D. Doran, 385-436. Washington, DC: U.S. Geological Survey, U.S. Government Printing Office.

Guidry, K. M. 2005. *Assessment of damage in Louisiana agricultural, forestry and fishery sectors by Hurricane Katrina*. LSU Ag Center Research and Extension, Louisiana State University, Baton Rouge, LA.

Gulf States Marine Fisheries Commission (GSMFC). 2006. Southeast Monitoring and Assessment Program http://www.gsmfc.org/

Jin, G., A. J. Englande, H. Bradford, and H. Jeng. 2004. Comparison of *E. coli*, Enterococci, and fecal coliform as indicators for brackish water quality assessment. *Water Environmental Research* 76:245-255.

Krahn, M. M., D. W. Brown, G. M. Ylitalo, and T. K. Collier. 2005a. Analysis of edible tissue from fish collected in coastal waters of the Gulf of Mexico affected by Hurricane Katrina to determine recent exposure to persistent organic pollutants (POP's). http://www.st.nmfs.gov/hurricane_katrina/water_sediment_survey.html



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Krahn, M. M., D. W. Brown, G. M. Ylitalo, and T. K. Collier. 2005b. Analysis of edible tissue and bile from fish collected in coastal waters of the Gulf of Mexico potentially affected by Hurricanes Katrina and Rita to determine exposure to persistent organic pollutants (POP's) and polycyclic aromatic compounds (PAC's). **http://www.st.nmfs.gov/hurricane_katrina/water_sediment_survey.html**

Lake Pontchartrain Basin Foundation. 2006. Water Quality Monitoring Within The Lake Pontchartrain Basin In Response to Hurricane Katrina *Summary September –October 2005* **http://www.saveourlake.org/pdfs/Katrina WQ.pdf**

Lin, J. P., and B. A. Kleiss. 2006. *Salinity measurements and general condition of Violet Marsh, post Hurricane Katrina*. ERDC/EL TN-06-1. Vicksburg, MS: U.S. Army Engineer Research and Development Center.

Louisiana Coast Wetlands Conservation and Restoration Task Force and Wetlands Conservation and Restoration Authority. 1998. *Coast 2050: Toward a sustainable coastal Louisiana*. Louisiana Department of Natural Resources, Baton Rouge, LA. **http://www.coast2050.gov/2050reports.htm**

Louisiana Department of Agriculture and Forestry. 2005. Imposition of quarantine. (**http://www.ldaf.state.la.us/divisions/AES/katrinaquarantine.pdf**

Louisiana Department of Environmental Quality (LDEQ). 2005a. Post-Hurricane Information **http://www.deq.louisiana.gov/portal/Default.aspx?tabid=2245**

______. 2005b. *Post-Katrina water quality assessment: Lake Pontchartrain and surrounding water bodies*. Water Quality Assessment Division, Louisiana Department of Environmental Quality, Baton Rouge, LA.

Louisiana Department of Wildlife and Fisheries (LDWF). 2005a. Preliminary analysis of economic losses caused by Hurricane Katrina to Louisiana's fisheries resources. **http://www.laseagrant.org/hurricane/docs/Katrina_FisheriesLosses.pdf**

______. 2005b . Waterfowl Population Estimates in Louisiana's Coastal Zone Below U.S. Highway 90 and on Catahoula Lake **http://www.wlf.louisiana.gov/pdfs/hunting/programs/waterfowl/waterdec2005.pdf**

Louisiana State University. 2006. Formosan subterranean termites. **http://lsuagcenter.com/en/environment/insects/Termites/formosan_termites/**

Mielke, H. W. 1994. Lead in New Orleans soils: New images of an urban environment. *Environmental Geochemistry and Health* 16:123-128.

Mielke, H. W., G. Wang, C. R. Gonzales, E. T. Powell, B. Le, and V. N. Quach. 2004. PAHs and metals in the soils of inner-city and suburban New Orleans, Louisiana, USA. *Envir. Tox., and Pharm.* 18:243-7.


This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Mielke, H. W., G. Wang, C. R. Gonzales, B. Le, V. N. Quach, and P. W. Mielke 2001. PAHs and metals mixtures in New Orleans soils and sediments. *Sci of the Total Envir.* 281:217-27.

Mississippi Department of Marine Resources (DMR). 2005. Hurricane Katrina Recovery Begins for Mississippi Oyster Program. News Release LST-05-183 **http://www.dmr.state.ms.us**

National Marine Fisheries Service (NMFS). 2006a. **http://www.st.nmfs.gov/hurricane_katrina/socio_economic.html**

______. 2006b. **http://www.st.nmfs.gov/hurricane_katrina/press_releases.html**

National Oceanic and Atmospheric Administration (NOAA). 2005. **http://ccma.nos.noaa.gov/data/katrina/prelim.html**

NatureServe Explorer. 2005. **http://www.natureserve.org/explorer/index.htm**

O'Connell, M. T., R. C. Cashner, and C. S. Schieble. 2004. Fish assemblage structure over fifty years in the Lake Pontchartrain estuary: Comparisons among habitats using Canonical Correspondence Analysis. *Estuaries* 27:807-817.

Pardue, J. H., W. M. Moe, D. McInnis, L. J. Thibodeaux, K. T. Valsaraj, E. Maclasz, I. Van Heerden, H. Korevec, and Q. Z. Yuan. 2005. Chemical and microbiological parameters in New Orleans floodwater following Hurricane Katrina. *Environmental Science and Technology* 39:8591-9.

Penland, S., A. Beale, and J. Kindinger (Ed.). 2002 (Online posting). Environmental Atlas of Lake Pontchartrain Basin. USGS Open-File Report 02-206. **http://pubs.usgs.gov/of/2002/of02-206/index.html**

Peterson, M. E., W. B. Nilsson, R. N. Paranjpye, and M. S. Strom. 2005a. Analysis of water and sediments collected in coastal waters of the Gulf of Mexico potentially affected by Hurricanes Katrina and Rita to determine levels of human fecal indicators. **http://www.st.nmfs.gov/hurricane_katrina/water_sediment_survey.html**

Peterson, M. E., L. D. Rhodes, W. B. Nilsson, R. N. Paranjpye, and M. S. Strom. 2005b. Analysis of water and sediments collected in coastal waters of the Gulf of Mexico potentially affected by Hurricanes Katrina and Rita to determine levels of human fecal indicators and pathogenic Vibrios. **http://www.st.nmfs.gov/hurricane_katrina/water_sediment_survey.html**

______. 2005c. Analysis of fish and invertebrates collected in coastal waters of the Gulf of Mexico potentially affected by Hurricane Katrina to determine levels of human fecal indicators. **http://www.st.nmfs.gov/hurricane_katrina/water_sediment_survey.html**

Peterson, M. E., R. N. Paranjpye, W. B. Nilsson, and M. S. Strom. 2005d. Analysis of fish and invertebrates collected in coastal waters of the Gulf of Mexico potentially affected by Hurricanes Katrina and Rita to determine levels of human fecal indicators and pathogenic Vibrios. **http://www.st.nmfs.gov/hurricane_katrina/water_sediment_survey.html**



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Plumlee, G. S., G. P. Meeker, J. K. Lovelace, R. Rosenbauer, P. J. Lamothe, E. T. Furlong, and C. R. Demas. 2006. *USGS environmental characterization of flood sediments left in the New Orleans area after Hurricanes Katrina and Rita, 2005—Progress Report*: U.S. Geological Survey Open-File Report 2006-1023.

Presley, S. M., T. R. Rainwater, G. P. Austin, S. G. Platt, J. C. Zak, G. P. Cobb, E. J. Marsland, K. Tian, B. Zhang, T. A. Anderson, S. B. Cox, M. T. Abel, B. D. Leftwich, J. R. Huddleston, R. M. Jeter, and R. J. Kendall. 2006. Assessment of pathogens and toxicants in New Orleans, LA, following Hurricane Katrina. *Environmental Science and Technology* 40:468-74.

Ray, G. L. 2006a. *A pilot study of Post-Hurricane Katrina floodwater pumping on marsh infauna*. ERDC/EL TN-06-2. Vicksburg, MS: U.S. Army Engineer Research and Development Center.

______. 2006b (Draft). *An assessment of Gulf Sturgeon foraging habitat in Lake Borgne, Louisiana*. Draft Report. Vicksburg, MS: U.S. Army Engineer Research and Development Center.

Ruiz, C. E, and T. Gerald. 2001. *RECOVERY version 2.0: A mathematical model to predict the temporal response of surface water to contaminated sediments*. ERDC/EL TR-01-3. Vicksburg, MS: U.S. Army Engineer Research and Development Center.

Ruth, T. 2005. Hurricane Katrina, Effects to Pearl River and Lake Pontchartrain drainages. Presentation at the *7th Annual Gulf Sturgeon Workshop*, November 11-12, 2005, Panama City, FL.

Slack, T. 2005. Mississippi update. Presentation at *7th Annual Gulf Sturgeon Workshop*, November 11-12, 2005, Panama City, FL.

Stone, J. H., J. Day, L. Bahr, and R. Darnell. 1982. Ecological effects of urbanization on Lake Pontchartrain, Louisiana between 1953 and 1978, with implications for management. In *Urban ecology*, ed. J. Lee and M. Seaward, 243-252. New York, NY: Blackwell Scientific Publications.

The Audubon Society and Cornell University. 2006. **http://www.birdsource.org/**

United States Environmental Protection Agency (EPA). 2006a. **http://www.epa.gov/emap/index.html**

______. 2006b. **http://oaspub.epa.gov/storetkp/DW_resultcriteria_geo**

United States Environmental Protection Agency and Mississippi Department of Environmental Quality (EPA-MDEQ). 2005. Water quality study of bays in Coastal Mississippi. Water quality report. Project #05-0926. USEPA Region, Athens, GA. Available online at **http://www.epa.gov/region4/sesd/reports/2005-0926/05msbay-report.WebFinal.pdf**



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

United States Fish and Wildlife Service (FWS). 2005a. Hunting, Fishing Programs on Eight Gulf Coast National Wildlife Refuges Closed due to Hurricane Katrina. **http://www.fws.gov/southeast/news/2005/r05-098.html**

______. 2005b. Southeast Louisiana national wildlife refuges. **http://www.fws.gov/southeastlouisiana/**

United States Food and Drug Administration (FDA). 2005. Gulf States, Feds Report on Seafood **www.fda.gov/bbs/topics/NEWS/2005/NEW01271.html**

United States Geological Survey (USGS). 2002. Environmental Atlas of the Lake Pontchartrain Basin: Environmental Issues—Water Quality. http://pubs.usgs.gov/of/2002/of02-206/env-issues/pathogens.html

______. 2006. USGS Reports Latest Land Change Estimates for Louisiana Coast **http://www.nwrc.usgs.gov/releases/pr06_002.htm**



This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.