Case 1:05-cv-01259-LMB Document 37-28 Filed 07/03/2007 Page 1 of 3

washingtonpost.com Sign In | Register Now
The Washington Post
Print Edition | Subscribe








**Flooding Risks**
After two years of levee repairs, the Army Corps of Engineers has estimated that there is a 1 in 100 annual chance that about one-third of the city will be flooded with as much as six feet of water. Mouse over the red-outlined regions on the map to see the potential for flooding in four areas of the city, based on the levee protection before Hurricane Katrina and today.

By Nathaniel Vaughn Kelso, Laris Karklis and Seth Hamblin - The Washington Post, June 20, 2007

# Corps Details New Orleans Flood Risk After Repairs

## Study Likely to Stir Rebuilding Debate

*By Peter Whoriskey*
Washington Post Staff Writer
Thursday, June 21, 2007; Page A02

NEW ORLEANS, June 20 -- In this city still half-emptied from one of the worst floods in American history, one question provokes the ever present doubt.

Exactly how risky is it to live here?

Today, for the first time since Hurricane Katrina, U.S. officials offered some specific answers, the results of a landmark study of the flood threat.

Enlarge This Photo | Buy This Photo


Dwight Carter and his wife, Joann, who said she wished the Army Corps map had been available before they rebuilt. (By Peter Whoriskey -- The Washington Post)

After nearly two years of levee repairs, the chances are 1 in 500 that nearly all of the city will be flooded again this year with more than six feet of water, according to flood risk maps issued today by the Army Corps of Engineers.

There is a 1 in 100 annual chance that roughly one-third of the city will be flooded with as much as six feet of water. For dozens of city blocks, the chance of significant flooding is twice as high.

"If I were moving or returning to New Orleans, I'd have one of these flood maps in my back pocket," Donald Powell, the Bush administration's Gulf Coast recovery chief, said at a meeting to release to the information. "I'd want to be safe."

Meteorologists estimate that on average a storm like Katrina strikes once every 400 years.

The new flood-risk maps are expected to renew the controversy, sometimes racially





Advertisement



FEATURED ADVERTISER LINKS

EXHIBIT
O

charged, over what parts of the city ought to be rebuilt.

Although some experts have pressed for the most vulnerable neighborhoods to be closed at least temporarily, Mayor C. Ray Nagin has bowed to pressure from residents of those areas and insisted that every resident has the "right of return." He has said the free market, not planners, should dictate where the city is rebuilt.

Full List of Blogs (2 links) »
Most Blogged About Articles
On washingtonpost.com | On the web
Powered by Technorati
SAVE & SHARE ARTICLE What's This?
Digg Google
del.icio.us Yahoo!
Reddit Facebook
Advertisement
welcome to the human network. cisco

Refinance Rates As Low As 2.9% - FREE QUOTES!
$300,000 Mortgage for $965/mo! Refinance & Save $1,000's!
Be Prepared. Fight Identity Theft! Equifax.com.
$599,000 Loan for only $1,997/mo. NO SSN REQUIRED!
Asbestos, Avandia, Mesothelioma Lawyer, Lung Cancer
T-Shirts, Custom Hats, Custom Koozies, Wedding Favors
Cool Gadgets, Great Deals, Visit CircuitCity.com
Try Email Marketing with Constant Contact
T-Mobile, Verizon Wireless, Cingular/AT&T Phones

In a statement, Nagin said "we need assurance that this is reliable data. . . . But even if this information is accurate, simply identifying the risk does not solve the problem. . . . These American citizens deserve the protection they were denied to begin with."

Said Powell: "Now you'll have science and political will all clashing. What will prevail? I don't know."

By 2011, the Corps of Engineers is supposed to finish its $7 billion levee construction project. That is expected to significantly reduce the flooding risks, though details regarding the added safety are not yet available.

CONTINUED 1 2 Next >

Print This Article E-Mail This Article Permission to Republish

More on washingtonpost.com
Man Kills Bear With Log at Ga. Camp Site
Treasury: Small Banks to Get a Break
Ind. Company Fires Guardsman, Apologizes
» Related Topics & Web Content
powered by inform
People who read this also read ...
Owner Loses First Ruling Over Fate of Pet Monkey
Fire Kills 24 Horses in Kentucky Barn
Antiwar Democrats Are Less Critical As Clinton Takes A New Tack on Iraq
Blair May Become Special Mideast Envoy

Post a Comment
Join the discussion. Sponsored by Cisco. welcome to the human network. cisco
View all comments that have been posted about this article.
Your washingtonpost.com User ID will be displayed with your comment.
You must be logged in to leave a comment. Log in | Register

Comments that include profanity or personal attacks or other inappropriate comments or material will be removed from the site. Additionally, entries that are unsigned or contain "signatures" by someone other than the actual author will be removed. Finally, we will take steps to block users who violate any of our posting standards, terms of use or privacy policies or any other policies governing this site. Please review the full rules governing commentaries and discussions. You are fully responsible for the content that you post.

© 2007 The Washington Post Company

Ads by Google

Coffee Exposed
A shocking secret coffee co's don't want you to know.
www.coffeefool.com

Ethiopia
African Services Committee Fighting AIDS and Poverty
www.africanservices.org

Don't Get Dressed Today
Throw away your suits and learn to create unbelievable wealth at home!
www.freedom-4-u-2.com

SEARCH: washingtonpost.com Web | Results by Google

NEWS | POLITICS | OPINIONS | LOCAL | SPORTS | ARTS & LIVING | CITY GUIDE JOBS | CARS | REAL ESTATE | RENTALS | CLASSIFIEDS

**washingtonpost.com:** Help | Contact Us | About Us | Advertisers | Site Index | Site Map | Make Us Your Home Page | mywashingtonpost.com | Work for Us | Mobile | RSS | Archives
**The Washington Post:** Subscribe | Subscriber Services | Advertisers | Electronic Edition | Online Photo Store | The Washington Post Store | About The Post | National Weekly
**The Washington Post Company:** Information and Other Post Co. Websites

© Copyright 1996- 2007 The Washington Post Company | User Agreement and Privacy Policy | Rights and Permissions