# Before Katrina, you had a 1% chance (1 in 100) every year of flooding this deep from Hurricanes in the Lower 9th Ward




EXHIBIT Q

tabbies

# Today, you have a 1% chance (1 in 100) every year of flooding this deep from Hurricanes in the Lower 9th Ward




Before Katrina, you had a 1% chance (1 in 100) every year
of flooding this deep from Hurricanes in the Upper 9th Ward
Feet of Flooding
>8
6 - 8
4 - 6
2 - 4
0 - 2


Today, you have a 1% chance (1 in 100) every year
of flooding this deep from Hurricanes in the Upper 9th Ward
Feet of Flooding
>8
6 - 8
4 - 6
2 - 4
0 - 2

# Before Katrina, you had a 1% chance (1 in 100) every year of flooding this deep from Hurricanes in the French Qtr, Garden District



# Today, you have a 1% chance (1 in 100) every year of flooding this deep from Hurricanes in the French Qtr, Garden District




Before Katrina, you had a 1% chance (1 in 100) every year
of flooding this deep from Hurricanes in Lakeview
Feet of Flooding
>8
6 - 8
4 - 6
2 - 4
0 - 2


Today, you have a 1% chance (1 in 100) every year
of flooding this deep from Hurricanes in Lakeview
Feet of Flooding
>8
6 - 8
4 - 6
2 - 4
0 - 2