# AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned authority personally came and appeared:

**MITCHELL J. HOFFMAN, ESQ.**

who after being duly sworn, did depose and state that:

1. Counsel for the United States and undersigned counsel have an informal understanding and have agreed that in the interest of justice, and containment of unnecessary judicial, legal and expert expenses, that the central issues in this case would be presented to the Court through the Motion for Summary Judgment procedure.

2. Because of that understanding and goal, Plaintiffs did not obtain depositions and affidavits, consequently, some of the evidence submitted with the United States of America's Motion for Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment might not presently be in sufficient form for a Summary Judgment motion.

3. Plaintiffs can however, if given appropriate time, obtain authority such as affidavits and depositions, sufficiently reliable to support Plaintiffs' Motion for Partial Summary Judgment.

[signature]

**MITCHELL J. HOFFMAN, ESQ.**
**Affiant**

**SWORN TO AND SUBSCRIBED BEFORE ME THIS** 3 **DAY OF** July **, 2007.**

[signature]

**NOTARY PUBLIC**
**Name:** Tara E. Fontenot
**Bar number:** 30321

TARA E. FONTENOT
NOTARY PUBLIC
STATE OF LOUISIANA
My Commission Is Issued
For Life



EXHIBIT
R