IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, AND<br>SHELLEY NICHOLSON, AND<br>RICHARD HIRSTSUS | ) | |
| PLAINTIFFS, | ) | NO. 05-1259L |
| V. | ) | HON. LAWRENCE M. BASKIR |
| UNITED STATES OF AMERICA | ) | |
| DEFENDANT | ) | |

**MOTION TO SUBMIT EDITED COPIES OF THE CONSOLIDATED STATEMENT OF UNCONTROVERTED FACTS IN ACCORDANCE WITH THE ORDER OF THE COURT**

This Motion is submitted by Plaintiffs, Sheila Nicholson, Shelley Nicholson and Richard Hirstsus, in accordance with the Order of this Court, issued May 24, 2007.

The Court Ordered "all previous citations to the earlier IPET report to be annotated with the citation to the more current report in both briefs and the CSUF." Accordingly, a cross reference for every IPET citation has been added to Plaintiffs' Consolidated Statement Of Uncontroverted Facts. The additional references to the IPET Reports in the CSUF, have been highlighted in color for the Court's convenience. This document has been filed electronically with hard copies mailed to the Court and opposing counsel.

On June 6, 2007, the edited CSUF was forwarded to counsel for the United States of America for review and comment, however, Defendant's June 21, 2007 response was postmarked June 26, 2007 and was received by Plaintiffs on July 3, 2007.

In accordance with the Order of this Court issued May 24, 2007, Plaintiffs respectfully request that the Court accept submission of the edited copies of the CSUF.

Respectfully submitted,

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, L.L.P.

MITCHELL J. HOFFMAN (6896)
MICHAEL R. ALLWEISS (2425)
JEFFREY M. HOFFMAN (29253)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139-7735
Telephone: (504) 581-2450
Facsimile: (504) 581-2461
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that I have on this 3 day of July, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile transmission, hand delivery, or by United States mail, properly addressed, and first class postage prepaid.

MITCHELL J. HOFFMAN
JEFFREY M HOFFMAN