IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHEILA NICHOLSON, and<br>SHELLEY NICHOLSON, and<br>RICHARD HIRSTSUS | ) | |
| Plaintiffs | ) | NO. 05-1259IL |
| vs. | ) | Hon. Lawrence M. Baskir |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**AMENDED CONSOLIDATED STATEMENT OF UNCONTROVERTED FACTS**

MITCHELL J. HOFFMAN, Trial Attorney
MICHAEL R. ALLWEISS
JEFFREY M. HOFFMAN
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139-7735
Telephone: (504) 581-2450
Facsimile: (504) 581-2461

Attorneys for the Plaintiffs

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

FRED R. DISHEROON, Special
Litigation Counsel
MARK T. ROMLEY, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. St. N.W., Room 3022
Washington, D.C. 20004
Telephone: (202) 616-9649
Facsimile (202) 616-9667

Counsel for the Defendant.