# In the United States Court of Federal Claims

Case No. 05-1259L
(Filed: July 10, 2007)

*********************************************************
SHEILA NICHOLSON, SHELLEY NICHOLSON, *
AND RICHARD HIRSTSUS, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*********************************************************

## ORDER

**Plaintiffs' Motion to Submit Edited Copies of Plaintiffs' Pleadings** filed June 14, 2007 (Docket #34), in accordance with this Court's Order of May 24, 2007, is hereby **GRANTED.**

**Plaintiffs' Request for Leave to Amend the Consolidated Statement of Uncontroverted Facts (CSUF) to Add One New Statement of Fact and to Allow Submission of an Article of Michael Kunzelman,** filed July 3, 2007 (Docket #36), is hereby **DENIED.**

**Plaintiffs' Motion for Leave to file Memorandum in Response to Defendant's Response to Plaintiffs' Sur-Reply** filed July 3, 2007 (Docket #37), is hereby **DENIED**.

**Plaintiffs' Motion to Submit Edited Copies of the CSUF** filed July 3, 2007 (Docket #38), is hereby **GRANTED, except for Plaintiffs' proposed "Fact 34(a)." The proposed Fact 34(a) is out of order. Briefing is closed in this matter.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge