# In the United States Court of Federal Claims

**No. 05-1259 L**

**SHEILA NICHOLSON, AND SHELLEY NICHOLSON, AND RICHARD HIRSTSUS,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed July 27, 2007, granting defendant's Motion for Summary Judgment and denying plaintiffs' Motion for Partial Summary Judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, and judgment is in favor of defendant. No costs.

Brian Bishop
Clerk of Court

**July 27, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.